**<u>Exhibit B</u>**

**Houtex Budget**

[ATTACH]

Exhibit B

**Houtex Builders LLC**
**Weekly Cash Forecast**
8/19/2018

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | # of Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week # | | | | | | | | | | | | | | | |
| Week Start | | 8/20/2018 | 8/25/2018 | 9/1/2018 | 9/8/2018 | 9/15/2018 | 9/22/2018 | 9/29/2018 | 10/6/2018 | 10/13/2018 | 10/20/2018 | 10/27/2018 | 11/3/2018 | 11/10/2018 | 89 |
| Week Ended | | 8/25/2018 | 9/1/2018 | 9/8/2018 | 9/15/2018 | 9/22/2018 | 9/29/2018 | 10/6/2018 | 10/13/2018 | 10/20/2018 | 10/27/2018 | 11/3/2018 | 11/10/2018 | 11/17/2018 | Total |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Sales Proceeds, net of closing costs | $ | | | | | | | | | | | | | | – |
| | $ | | | | | | | | | | | | | | – |
| **DIP CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Total DIP Availability | $ | 60,000 | 57,727 | 55,777 | 42,732 | 40,667 | 39,394 | 36,794 | 23,749 | 21,684 | 20,411 | 19,176 | 16,901 | 1,938 | |
| DIP Balance | $ | – | 1,273 | 2,273 | 4,223 | 17,268 | 19,333 | 20,606 | 23,206 | 36,251 | 38,316 | 39,589 | 40,824 | 43,099 | 43,099 |
| Draw/(Repayment) of DIP | $ | 1,273 | 1,000 | 1,950 | 13,045 | 2,065 | 1,273 | 2,600 | 13,045 | 2,065 | 1,273 | 1,235 | 2,275 | 14,963 | 58,062 |
| Ending DIP Balance | $ | 1,273 | 2,273 | 4,223 | 17,268 | 19,333 | 20,606 | 23,206 | 36,251 | 38,316 | 39,589 | 40,824 | 43,099 | 58,062 | |
| **TOTAL SOURCES OF CASH** | $ | 1,273 $ | 1,000 $ | 1,950 $ | 13,045 $ | 2,065 $ | 1,273 $ | 2,600 $ | 13,045 $ | 2,065 $ | 1,273 $ | 1,235 $ | 2,275 $ | 14,963 | $ 58,062 |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | |
| G&A Expenses | $ | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 16,825 |
| Construction vendor/supplier payments | $ | | | | | | | | | | | | | | – |
| Utilites and insurance | $ | 273 | | 950 | | 1,065 | 273 | 950 | | 1,065 | 273 | 235 | | 500 | 5,584 |
| **TOTAL OPERATING EXPENSES** | $ | 1,273 | 1,000 | 1,950 | 2,275 | 2,065 | 1,273 | 1,950 | 2,275 | 2,065 | 1,273 | 1,235 | 2,275 | 1,500 | 22,409 |
| **CHAPTER 11 RELATED EXPENSES** | | | | | | | | | | | | | | | |
| U.S. Trustee | $ | – | – | – | – | – | – | 650 | – | – | – | – | – | – | 650 |
| Debtor Legal Fees | $ | – | – | – | 10,770 | – | – | – | 10,770 | – | – | – | – | 13,463 | 35,003 |
| First Lien Lender Interest Expense and Lender Fees | $ | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **TOTAL CHAPTER 11 RELATED EXPENSES** | $ | – | – | – | 10,770 | – | – | 650 | 10,770 | – | – | – | – | 13,463 | 35,653 |
| **TOTAL USES OF CASH** | $ | 1,273 | 1,000 | 1,950 | 13,045 | 2,065 | 1,273 | 2,600 | 13,045 | 2,065 | 1,273 | 1,235 | 2,275 | 14,963 | |
| **BEGINNING CASH** | $ | – | – | – | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | |
| **ENDING CASH** | $ | – | – | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | 0 | |