**Exhibit C**

**Shadywood Budget**

[ATTACH]

Exhibit C

**415 Shadywood LLC**
**Weekly Cash Forecast**
8/19/2018

| | Week # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | # of Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week Start | 8/20/2018 | 8/25/2018 | 9/1/2018 | 9/8/2018 | 9/15/2018 | 9/22/2018 | 9/29/2018 | 10/6/2018 | 10/13/2018 | 10/20/2018 | 10/27/2018 | 11/3/2018 | 11/10/2018 | 89 |
| | Week Ended | 8/25/2018 | 9/1/2018 | 9/8/2018 | 9/15/2018 | 9/22/2018 | 9/29/2018 | 10/6/2018 | 10/13/2018 | 10/20/2018 | 10/27/2018 | 11/3/2018 | 11/10/2018 | 11/17/2018 | Total |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Sales Proceeds, net of closing costs | $ | | | | | | | | | | | | | | – |
| | $ | | | | | | | | | | | | | | – |
| **DIP CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Total DIP Availability | $ | 65,000 | 61,434 | 60,031 | 45,546 | 44,143 | 42,740 | 40,077 | 23,543 | 22,096 | 20,693 | 18,680 | 15,009 | 99 | |
| DIP Balance | $ | – | 1,553 | 3,566 | 4,969 | 19,454 | 20,857 | 22,260 | 24,923 | 41,457 | 42,904 | 44,307 | 46,320 | 49,991 | 49,991 |
| Draw/(Repayment) of DIP | $ | 1,553 | 2,013 | 1,403 | 14,485 | 1,403 | 1,403 | 2,663 | 16,534 | 1,447 | 1,403 | 2,013 | 3,671 | 14,910 | 64,901 |
| Ending DIP Balance | $ | 1,553 | 3,566 | 4,969 | 19,454 | 20,857 | 22,260 | 24,923 | 41,457 | 42,904 | 44,307 | 46,320 | 49,991 | 64,901 | |
| **TOTAL SOURCES OF CASH** | $ | 1,553 $ | 2,013 $ | 1,403 $ | 14,485 $ | 1,403 $ | 1,403 $ | 2,663 $ | 16,534 $ | 1,447 $ | 1,403 $ | 2,013 $ | 3,671 $ | 14,910 | $ 64,901 |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | |
| G&A Expenses | $ | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 16,825 |
| Construction vendor/supplier payments | $ | 553 | 403 | 403 | 1,396 | 403 | 403 | 403 | 1,396 | 403 | 403 | 403 | 1,396 | 403 | 8,368 |
| Utilites and insurance | $ | | 610 | | 44 | | | 610 | 2,093 | 44 | | 610 | | 44 | 4,055 |
| **TOTAL OPERATING EXPENSES** | $ | 1,553 | 2,013 | 1,403 | 3,715 | 1,403 | 1,403 | 2,013 | 5,764 | 1,447 | 1,403 | 2,013 | 3,671 | 1,447 | 29,248 |
| **CHAPTER 11 RELATED EXPENSES** | | | | | | | | | | | | | | | |
| U.S. Trustee | $ | – | – | – | – | – | – | 650 | – | – | – | – | – | – | 650 |
| Debtor Legal Fees | $ | – | – | – | 10,770 | – | – | – | 10,770 | – | – | – | – | 13,463 | 35,003 |
| First Lien Lender Interest Expense and Lender Fees | $ | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **TOTAL CHAPTER 11 RELATED EXPENSES** | $ | – | – | – | 10,770 | – | – | 650 | 10,770 | – | – | – | – | 13,463 | 35,653 |
| **TOTAL USES OF CASH** | $ | 1,553 | 2,013 | 1,403 | 14,485 | 1,403 | 1,403 | 2,663 | 16,534 | 1,447 | 1,403 | 2,013 | 3,671 | 14,910 | |
| **BEGINNING CASH** | $ | – | – | – | – | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | |
| **ENDING CASH** | $ | – | – | – | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | |