**<u>Exhibit D</u>**

**Looscan Budget**

[ATTACH]

Exhibit D

**2203 Looscan LLC**
**Weekly Cash Forecast**
8/19/2018

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | # of Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week # | | | | | | | | | | | | | | | 89 |
| Week Start | | 8/20/2018 | 8/25/2018 | 9/1/2018 | 9/8/2018 | 9/15/2018 | 9/22/2018 | 9/29/2018 | 10/6/2018 | 10/13/2018 | 10/20/2018 | 10/27/2018 | 11/3/2018 | 11/10/2018 | |
| Week Ended | | 8/25/2018 | 9/1/2018 | 9/8/2018 | 9/15/2018 | 9/22/2018 | 9/29/2018 | 10/6/2018 | 10/13/2018 | 10/20/2018 | 10/27/2018 | 11/3/2018 | 11/10/2018 | 11/17/2018 | Total |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Sales Proceeds, net of closing costs | $ | | | | | | | | | | | | | | – |
| | $ | | | | | | | | | | | | | | – |
| **DIP CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Total DIP Availability | $ | 61,000 | 58,026 | 56,629 | 42,194 | 40,767 | 39,370 | 37,323 | 22,888 | 21,461 | 20,064 | 18,667 | 15,002 | 142 | |
| DIP Balance | $ | – | 1,577 | 2,974 | 4,371 | 18,806 | 20,233 | 21,630 | 23,677 | 38,112 | 39,539 | 40,936 | 42,333 | 45,998 | 45,998 |
| Draw/(Repayment) of DIP | $ | 1,577 | 1,397 | 1,397 | 14,435 | 1,427 | 1,397 | 2,047 | 14,435 | 1,427 | 1,397 | 1,397 | 3,665 | 14,860 | 60,858 |
| Ending DIP Balance | $ | 1,577 | 2,974 | 4,371 | 18,806 | 20,233 | 21,630 | 23,677 | 38,112 | 39,539 | 40,936 | 42,333 | 45,998 | 60,858 | |
| TOTAL SOURCES OF CASH | $ | 1,577 $ | 1,397 $ | 1,397 $ | 14,435 $ | 1,427 $ | 1,397 $ | 2,047 $ | 14,435 $ | 1,427 $ | 1,397 $ | 1,397 $ | 3,665 $ | 14,860 | $ 60,858 |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | |
| G&A Expenses | $ | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 16,825 |
| Construction vendor/supplier payments | $ | 547 | 397 | 397 | 1,390 | 397 | 397 | 397 | 1,390 | 397 | 397 | 397 | 1,390 | 397 | 8,290 |
| Utilites and insurance | $ | 30 | | | | 30 | | | | 30 | | | | – | 90 |
| TOTAL OPERATING EXPENSES | $ | 1,577 | 1,397 | 1,397 | 3,665 | 1,427 | 1,397 | 1,397 | 3,665 | 1,427 | 1,397 | 1,397 | 3,665 | 1,397 | 25,205 |
| **CHAPTER 11 RELATED EXPENSES** | | | | | | | | | | | | | | | |
| U.S. Trustee | $ | – | – | – | – | – | – | 650 | – | – | – | – | – | – | 650 |
| Debtor Legal Fees | $ | – | – | – | 10,770 | – | – | – | 10,770 | – | – | – | – | 13,463 | 35,003 |
| First Lien Lender Interest Expense and Lender Fees | $ | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| TOTAL CHAPTER 11 RELATED EXPENSES | $ | – | – | – | 10,770 | – | – | 650 | 10,770 | – | – | – | – | 13,463 | 35,653 |
| TOTAL USES OF CASH | $ | 1,577 | 1,397 | 1,397 | 14,435 | 1,427 | 1,397 | 2,047 | 14,435 | 1,427 | 1,397 | 1,397 | 3,665 | 14,860 | |
| BEGINNING CASH | $ | – | – | – | – | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | |
| ENDING CASH | $ | – | – | – | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | |