

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ENTERED
09/07/2018

In re:                                    §

**HOU-TEX BUILDERS, LLC, *et al.*,** [1]         §          **Case No. 18-34658**
                                          §          **Chapter 11**
**DEBTORS.**                              §
                                          §
                                          §
                                          §

### INTERIM ORDER AUTHORIZING DEBTORS TO OBTAIN CREDIT

The Court, having considered the *Motion for Authority To Obtain Credit* [Dkt. No. 5] (the "Motion") filed by Houtex Builders, LLC; 415 Shadywood, LLC and 2203 Looscan Lane, LLC (collectively, the "Debtors"),[2] any responses to the Motion, the statements of counsel, and the record in this case, and having held a hearing on the Motion, finds that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; (d) proper and adequate notice of the Motion and hearing thereon has been given and no other or further notice is necessary; and (e) good and sufficient cause exists for the granting of the relief requested.  Therefore, it is ORDERED that:

1.      For the period of time from the Petition Date to the date of the hearing to consider the relief requested in the Motion on a final basis, the Debtors are authorized to borrow funds from Charles C. Foster (the "Lender") pursuant to the terms of the commitment letter attached hereto as Exhibit A (the "Commitment Letter") as follows:

---

[1]      The names of the debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Houtex Builders, LLC (2111), 2203 Looscan, LLC (1418) and 415 Shadywood, LLC (7627).

[2]      Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

A.   The Debtor Houtex Builders, LLC ("Houtex") is authorized to incur debt in the principal sum not to exceed $60,000.00 (the actual amount borrowed together with interest, the "Houtex Loan") and shall be entitled to use the proceeds to pay all ordinary and necessary expenses in the ordinary course of its business for the purposes contained in the budget (the "Houtex Budget") attached as Exhibit B.

B.   The Debtor 215 Shadywood, LLC ("Shadywood") is authorized to incur debt in the principal sum not to exceed $65,000.00 (the actual amount borrowed together with interest, the "Shadywood Loan") and shall be entitled to use the proceeds to pay all ordinary and necessary expenses in the ordinary course of its business for the purposes contained in the budget (the "Shadywood Budget") attached as Exhibit C.

C.   The Debtor 2203 Looscan, LLC ("Looscan") is authorized to incur debt in the principal sum not to exceed $61,000.00 (the actual amount borrowed together with interest, the "Looscan Loan") and shall be entitled to use the proceeds to pay all ordinary and necessary expenses in the ordinary course of its business for the purposes contained in the budget (the "Looscan Budget" and together with the Houtex Budget and Shadywood Budget, the "Budgets") attached as Exhibit D.

2.      Unused amounts under the Budgets roll forward and are available to the Debtors for future periods under the Budgets.

3.      The Lender is hereby granted administrative expense claims pursuant to § 503(b) and 507(b) of the Bankruptcy Code as follows:

A.   With respect amounts owed to the Lender under the Houtex Loan, the Lender will receive an administrative expense claims against Debtor Houtex Builders, LLC.

B.   With respect to amounts owed to the Lender under the Shadywood Loan, the Lender will receive an administrative expense claim against Debtor 215 Shadywood, LLC.

C.   With respect to amounts owed to the Lender under the Looscan Loan, the

Lender will receive an administrative expense claim against Debtor 2203 Looscan, LLC.

provided that, the administrative expense claim will be subject to and subordinate to the

administrative expense claims for the items incurred and paid for pursuant to the Budgets.

4.      The Lender is hereby granted a lien on property of the Debtors' estates that is not

otherwise subject to a lien.

5.      The Lender is granted a junior lien on property of the estate that is subject to a lien;

provided that the Debtors reserve their rights to challenge the validity of any pre-petition liens and

associated claims and/or avoid the liens by an avoidance action.

6.      For paragraphs 4 and 5, the liens for the Houtex Loan are on the property of

Houtex, the liens for the Shadywood Loan are on the property of Shadywood, and the liens for the

Looscan Loan are on the property of Looscan; the liens are not cross-collateralized between the

Debtors.

7.      This Court shall hold a hearing to consider the relief requested in the Motion on a

final basis on  September 26, 2018 at 11:00 a.m. (CT) at the Unites States Bankruptcy Court for the

Southern District of Texas, Courtroom 401 before the Honorable Judge Norman (the "Final

Hearing")

8.      Within two business days of entry of this Interim Order the Debtors shall serve, by

United States mail, first-class postage prepaid, a copy of this Interim Order on the parties having

been given notice of the Interim Hearing, and to any other party that has filed a request for notices

with this Court.

9.      The Debtors shall file on the docket in the above-referenced jointly administered

bankruptcy cases a proposed *Final Order Authorizing Debtors to Obtain Credit and Use Proceeds* by

September 20, 2018.

10.     Any party in interest that wants to object to the relief requested in the Motion on a final basis shall file written objections with the Clerk of the Court no later than on September 24, 2018 at 5:00 p.m. (Central Time), which objections shall be served so as to be received on or before such date by:  (a) Diamond McCarthy LLP, 909 Fannin, 37th Floor, Two Houston Center, Houston, Texas 77010, Attention Charles Rubio, Esq. and Max Beatty, attorneys for the Debtors, and (b) the Office of the U.S. Trustee, 515 Rusk Street, Suite 3516, Houston, Texas 77002, Attention: Hector Duran, Esq.

11.     The Debtors are authorized to take all actions necessary to effectuate the relief granted by this order.

12.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

Signed:  September 07, 2018

_____
Jeffrey P. Norman
United States Bankruptcy Judge

AGREED AS TO FORM AND SUBSTANCE ON AN INTERIM BASIS (all rights reserved on a final basis):

Proposed Counsel to Debtors

*/s/ Charles M. Rubio*
Charles M. Rubio
Diamond McCarthy LLP
909 Fannin, Suite 3700
Houston, TX 77010
(713) 333-5100
crubio@diamondmccarthy.com

Counsel for Hmaiden and Hmaiden, LLC

*/s/ Jason D. Kraus*
Jason D. Kraus
The Kraus Law Firm
5625 Cypress Creek Parkway #308
Houston, Texas 77069
Telephone: 281.781.8677
Facsimile: 281.840.5611
jdk@krausattorneys.com

Counsel for CD Homes and Bob Parker

*/s/ Richard L. Fuqua*
Richard L. Fuqua
5005 Riverway, Suite 250
Houston, TX 77056
(713) 960-0277
(713) 960-1064 facsimile
rlfuqua@fuqualegal.com

Counsel for Spirit of Texas Bank, ssb

*/s/ Bruce J. Ruzinsky*
Bruce J. Ruzinsky
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4204 (Direct)
(713) 308-4155 (Direct Fax)
bruzinsky@jw.com

## Exhibit A

**Commitment Letter**

Charles C. Foster
17 Courtlandt Place
Houston, Texas 77006
713.335.3904
cfoster@FosterGlobal.com

August 23, 2018

HOUTEX Builders, LLC
17 Courtlandt Place
Houston, Texas 77006

415 Shadywood, LLC
17 Courtlandt Place
Houston, Texas 77006

2203 Looscan Lane, LLC
17 Courtlandt Place
Houston, Texas 77006

Re: Funding Commitment

Ladies and Gentlemen:

HOUTEX Builders, LLC, 415 Shadywood, LLC and 2203 Looscan Lane, LLC (collectively, the "Debtors") intend to file voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (as amended, the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court") commencing chapter 11 cases (the "Chapter 11 Cases") on August 23, 2018.

Pursuant to the terms and conditions set forth herein Charles Foster ("Lender") has committed to loan up to $186,000.00 (the "Commitment") to the Debtors as follows:

1. Up to $60,000.00 to HOUTEX Builders, LLC (the actual amount loaned together with any applicable interest and fees, the "Houtex Loan");

2. Up to $65,000.00 to 415 Shadywood, LLC (the actual amount loaned together with any applicable interest and fees, the "Shadywood Loan");

3. Up to $61,000.00 to 2203 Looscan Lane, LLC (the actual amount loaned together with any applicable interest and fees, the "Looscan Loan").

Use of Proceeds. The proceeds of the Commitment will used by the Debtors to pay for the following (the "Permitted Expenses"): (i) the fees and expenses incurred by the Debtors' professionals in the Chapter 11 Cases, (ii) the fees charged by the Office of the United States

Trustee in connection with the Bankruptcy Cases, and (ii) the items set forth in the budgets attached hereto.

Advances.   Upon approval of this Commitment Letter with an order acceptable to the Lender, the Lender shall make advances (each, an "Advance") to each Debtor up to each Debtor's respective Commitment amount.   The Lender shall make an advance to the Debtor within three business days from the date that the Debtor provides written notice to the Lender that a Permitted Expense has become due and payable.   The Advances will incur interest at a rate of three percent (3%) per annum until paid in full.

Lender Protections.  The Lender shall have an administrative expense claim against each Debtor for the amounts advanced to such Debtor under this commitment letter and the associated interest.   The Lender's claim against each Debtor will be with priority over any or all administrative expenses of the kind specified in section 503(b) or 507(b) of this title with respect to such Debtor.   In addition, the Lender's claim shall be secured by a Bankruptcy Code §364(d) lien as follows:

1. With respect to the Houtex Loan, the claim shall be secured by a second lien immediately following the first lien of Spirit of Texas Bank on the property known as 3 Thornblade, and the claim will also be secured by a second lien immediately following the first lien of  Community Bank on the property known as 2325 Lynbrook;

2. With respect to the Shadywood Loan, the claim will be secured by a second lien immediately following the first lien of Independent Bank on the property known as 415 Shadywood;

3. With respect to the Looscan Loan, the claim will be secured by a second lien immediately following the first lien of Community Bank on the property known as 2203 Looscan Lane.

Conditions.  Until and unless the Bankruptcy Court shall have approved in an order acceptable to the Lender the loans set out herein, this commitment shall have no force and effect.

Enforceability.  Upon approval by the Bankruptcy Court of this commitment letter, this commitment letter may be enforced by the Debtors against the Lender.   Notwithstanding anything to the contrary in this commitment letter, none of the Debtors' creditors shall have the right to enforce this commitment letter.

Termination.  The Lender's claims shall become immediately due and owing and the Lender's obligations to make further advance shall immediately terminate upon the first to occur of the following (each a "Termination Event"): (i) any of the Chapter 11 Cases convert to a case under chapter 7 of the Bankruptcy Code, (ii) a chapter 11 trustee is appointed in any of the Chapter 11 Cases, (iii) the confirmation of a plan in the Chapter 11 Cases, (iv) the principal asset of each Debtor is sold pursuant to a Bankruptcy Code § 363 sale, or (v) the date that is six months from the date of this letter; provided however, the Lender is still obligated to fund the fees and expenses of the Debtors' professionals and the fees charged by the Office of the United

States Trustee in connection with the Bankruptcy Cases incurred, but not yet paid, through the date of the Termination Event.

No Modification; Entire Agreement. This agreement may not be amended, modified or supplemented except by an agreement in writing signed by the Debtors and the Lender and with the approval of the Bankruptcy Court.

Parties in Interest; Third Party Beneficiaries. This letter agreement is for the sole benefit of and shall be binding upon the Lender and the Debtors. Nothing in this commitment letter, express or implied, is intended to or shall confer upon any person other than the Debtors and the Lender any legal or equitable right, benefit or remedy of any nature whatsoever, under or by reason of this letter agreement.

Governing Law; Submission to Jurisdiction; Venue. This commitment letter shall be governed by and construed in accordance with the internal laws of the State of Texas without giving effect to any choice or conflict of law provision or rule.  The parties agree that the Bankruptcy Court has authority to interpret and enforce the terms of this commitment letter. The parties irrevocably and unconditionally waive any objection to the laying of venue of any suit, action or proceeding in such court and irrevocably waive and agree not to plead or claim such court that any such suit, action or proceeding brought in any such court has been brought in an inconvenient forum.

Waiver of Jury Trial. Each party irrevocably and unconditionally waives any right it may have to a trial by jury in respect of any legal action arising out of or relating to this commitment letter or the transactions contemplated hereby.

No Assignment. The Commitment evidenced by this commitment letter shall not be assignable by Lender without the Debtors' prior written consent.

Counterparts. This commitment letter may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed to be one and the same agreement. A signed copy of this letter delivered by facsimile, e-mail or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this commitment letter.

*[Remainder of Page Intentionally Left Blank]*

3

The Lender acknowledges that the Debtors are relying on this Commitment and the Lender agrees to be bound to the terms of the Commitment once approved by the Bankruptcy Court.

Very truly yours,

Charles Foster

ACCEPTED:

HOUTEX Builders, LLC

By_____
Charles Foster
Manager

415 Shadywood, LLC

By_____
Charles Foster
Manager

2203 Looscan Lane, LLC

By_____
Charles Foster
Manager

**Houtex Builders LLC**
**Weekly Cash Forecast**

8/19/2018

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | # of Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week # | | | | | | | | | | | | | | | 89 |
| Week Start | | 8/20/2018 | 8/25/2018 | 9/1/2018 | 9/8/2018 | 9/15/2018 | 9/22/2018 | 9/29/2018 | 10/6/2018 | 10/13/2018 | 10/20/2018 | 10/27/2018 | 11/3/2018 | 11/10/2018 | |
| Week Ended | | 8/25/2018 | 9/1/2018 | 9/8/2018 | 9/15/2018 | 9/22/2018 | 9/29/2018 | 10/6/2018 | 10/13/2018 | 10/20/2018 | 10/27/2018 | 11/3/2018 | 11/10/2018 | 11/17/2018 | Total |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Sales Proceeds, net of closing costs | $ | | | | | | | | | | | | | | – |
| | $ | | | | | | | | | | | | | | – |
| | | | | | | | | | | | | | | | |
| **DIP CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Total DIP Availability | $ | 60,000 | 57,727 | 55,777 | 42,732 | 40,667 | 39,394 | 36,794 | 23,749 | 21,684 | 20,411 | 19,176 | 16,901 | 1,938 | |
| | | | | | | | | | | | | | | | |
| DIP Balance | $ | – | 1,273 | 2,273 | 4,223 | 17,268 | 19,333 | 20,606 | 23,206 | 36,251 | 38,316 | 39,589 | 40,824 | 43,099 | 43,099 |
| Draw/(Repayment) of DIP | $ | 1,273 | 1,000 | 1,950 | 13,045 | 2,065 | 1,273 | 2,600 | 13,045 | 2,065 | 1,273 | 1,235 | 2,275 | 14,963 | 58,062 |
| | | | | | | | | | | | | | | | |
| Ending DIP Balance | $ | 1,273 | 2,273 | 4,223 | 17,268 | 19,333 | 20,606 | 23,206 | 36,251 | 38,316 | 39,589 | 40,824 | 43,099 | 58,062 | |
| | | | | | | | | | | | | | | | |
| **TOTAL SOURCES OF CASH** | $ | 1,273 $ | 1,000 $ | 1,950 $ | 13,045 $ | 2,065 $ | 1,273 $ | 2,600 $ | 13,045 $ | 2,065 $ | 1,273 $ | 1,235 $ | 2,275 $ | 14,963 | $ 58,062 |
| | | | | | | | | | | | | | | | |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | |
| G&A Expenses | $ | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 16,825 |
| Construction vendor/supplier payments | $ | | | | | | | | | | | | | | – |
| Utilites and insurance | $ | 273 | | 950 | | 1,065 | 273 | 950 | | 1,065 | 273 | 235 | | 500 | 5,584 |
| | | | | | | | | | | | | | | | |
| **TOTAL OPERATING EXPENSES** | $ | 1,273 | 1,000 | 1,950 | 2,275 | 2,065 | 1,273 | 1,950 | 2,275 | 2,065 | 1,273 | 1,235 | 2,275 | 1,500 | 22,409 |
| | | | | | | | | | | | | | | | |
| **CHAPTER 11 RELATED EXPENSES** | | | | | | | | | | | | | | | |
| U.S. Trustee | $ | – | – | – | – | – | – | 650 | – | – | – | – | – | – | 650 |
| Debtor Legal Fees | $ | – | – | – | 10,770 | – | – | – | 10,770 | – | – | – | – | 13,463 | 35,003 |
| First Lien Lender Interest Expense and Lender Fees | $ | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **TOTAL CHAPTER 11 RELATED EXPENSES** | $ | – | – | – | 10,770 | – | – | 650 | 10,770 | – | – | – | – | 13,463 | 35,653 |
| | | | | | | | | | | | | | | | |
| **TOTAL USES OF CASH** | $ | 1,273 | 1,000 | 1,950 | 13,045 | 2,065 | 1,273 | 2,600 | 13,045 | 2,065 | 1,273 | 1,235 | 2,275 | 14,963 | |
| | | | | | | | | | | | | | | | |
| **BEGINNING CASH** | $ | – | – | – | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | | |
| **ENDING CASH** | $ | – | – | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | 0 | |

Houtex Loan Budget

415 Shadywood LLC
Weekly Cash Forecast

Case 18-34658   Document 36   Filed in TXSB on 09/07/18   Page 12 of 19

8/19/2018

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | # of Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week # | | | | | | | | | | | | | | | 89 |
| Week Start | | 8/20/2018 | 8/25/2018 | 9/1/2018 | 9/8/2018 | 9/15/2018 | 9/22/2018 | 9/29/2018 | 10/6/2018 | 10/13/2018 | 10/20/2018 | 10/27/2018 | 11/3/2018 | 11/10/2018 | Total |
| Week Ended | | 8/25/2018 | 9/1/2018 | 9/8/2018 | 9/15/2018 | 9/22/2018 | 9/29/2018 | 10/6/2018 | 10/13/2018 | 10/20/2018 | 10/27/2018 | 11/3/2018 | 11/10/2018 | 11/17/2018 | |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Sales Proceeds, net of closing costs | $ | | | | | | | | | | | | | | – |
| | $ | | | | | | | | | | | | | | – |
| **DIP CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Total DIP Availability | $ | 65,000 | 61,434 | 60,031 | 45,546 | 44,143 | 42,740 | 40,077 | 23,543 | 22,096 | 20,693 | 18,680 | 15,009 | 99 | |
| DIP Balance | $ | – | 1,553 | 3,566 | 4,969 | 19,454 | 20,857 | 22,260 | 24,923 | 41,457 | 42,904 | 44,307 | 46,320 | 49,991 | 49,991 |
| Draw/(Repayment) of DIP | $ | 1,553 | 2,013 | 1,403 | 14,485 | 1,403 | 1,403 | 2,663 | 16,534 | 1,447 | 1,403 | 2,013 | 3,671 | 14,910 | 64,901 |
| Ending DIP Balance | $ | 1,553 | 3,566 | 4,969 | 19,454 | 20,857 | 22,260 | 24,923 | 41,457 | 42,904 | 44,307 | 46,320 | 49,991 | 64,901 | |
| **TOTAL SOURCES OF CASH** | $ | 1,553 $ | 2,013 $ | 1,403 $ | 14,485 $ | 1,403 $ | 1,403 $ | 2,663 $ | 16,534 $ | 1,447 $ | 1,403 $ | 2,013 $ | 3,671 $ | 14,910 | $ 64,901 |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | |
| G&A Expenses | $ | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 16,825 |
| Construction vendor/supplier payments | $ | 553 | 403 | 403 | 1,396 | 403 | 403 | 403 | 1,396 | 403 | 403 | 403 | 1,396 | 403 | 8,368 |
| Utilites and insurance | $ | | 610 | | 44 | | | 610 | 2,093 | 44 | | 610 | | 44 | 4,055 |
| **TOTAL OPERATING EXPENSES** | $ | 1,553 | 2,013 | 1,403 | 3,715 | 1,403 | 1,403 | 2,013 | 5,764 | 1,447 | 1,403 | 2,013 | 3,671 | 1,447 | 29,248 |
| **CHAPTER 11 RELATED EXPENSES** | | | | | | | | | | | | | | | |
| U.S. Trustee | $ | – | – | – | – | – | – | 650 | – | – | – | – | – | – | 650 |
| Debtor Legal Fees | $ | – | – | – | 10,770 | – | – | – | 10,770 | – | – | – | – | 13,463 | 35,003 |
| First Lien Lender Interest Expense and Lender Fees | $ | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **TOTAL CHAPTER 11 RELATED EXPENSES** | $ | – | – | – | 10,770 | – | – | 650 | 10,770 | – | – | – | – | 13,463 | 35,653 |
| **TOTAL USES OF CASH** | $ | 1,553 | 2,013 | 1,403 | 14,485 | 1,403 | 1,403 | 2,663 | 16,534 | 1,447 | 1,403 | 2,013 | 3,671 | 14,910 | |
| **BEGINNING CASH** | $ | – | – | – | – | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | |
| **ENDING CASH** | $ | – | – | – | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | |

Shadywood Loan Budget

**2203 Looscan LLC**
**Weekly Cash Forecast**

| 8/19/2018 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | # of Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week # | | | | | | | | | | | | | | | 89 |
| Week Start | | 8/20/2018 | 8/25/2018 | 9/1/2018 | 9/8/2018 | 9/15/2018 | 9/22/2018 | 9/29/2018 | 10/6/2018 | 10/13/2018 | 10/20/2018 | 10/27/2018 | 11/3/2018 | 11/10/2018 | |
| Week Ended | | 8/25/2018 | 9/1/2018 | 9/8/2018 | 9/15/2018 | 9/22/2018 | 9/29/2018 | 10/6/2018 | 10/13/2018 | 10/20/2018 | 10/27/2018 | 11/3/2018 | 11/10/2018 | 11/17/2018 | Total |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Sales Proceeds, net of closing costs | $ | | | | | | | | | | | | | | – |
| | $ | | | | | | | | | | | | | | – |
| **DIP CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Total DIP Availability | $ | 61,000 | 58,026 | 56,629 | 42,194 | 40,767 | 39,370 | 37,323 | 22,888 | 21,461 | 20,064 | 18,667 | 15,002 | 142 | |
| DIP Balance | $ | – | 1,577 | 2,974 | 4,371 | 18,806 | 20,233 | 21,630 | 23,677 | 38,112 | 39,539 | 40,936 | 42,333 | 45,998 | 45,998 |
| Draw/(Repayment) of DIP | $ | 1,577 | 1,397 | 1,397 | 14,435 | 1,427 | 1,397 | 2,047 | 14,435 | 1,427 | 1,397 | 1,397 | 3,665 | 14,860 | 60,858 |
| Ending DIP Balance | $ | 1,577 | 2,974 | 4,371 | 18,806 | 20,233 | 21,630 | 23,677 | 38,112 | 39,539 | 40,936 | 42,333 | 45,998 | 60,858 | |
| **TOTAL SOURCES OF CASH** | $ | 1,577 $ | 1,397 $ | 1,397 $ | 14,435 $ | 1,427 $ | 1,397 $ | 2,047 $ | 14,435 $ | 1,427 $ | 1,397 $ | 1,397 $ | 3,665 $ | 14,860 | $ 60,858 |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | |
| G&A Expenses | $ | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 16,825 |
| Construction vendor/supplier payments | $ | 547 | 397 | 397 | 1,390 | 397 | 397 | 397 | 1,390 | 397 | 397 | 397 | 1,390 | 397 | 8,290 |
| Utilites and insurance | $ | 30 | | | 30 | | | | 30 | | | | | – | 90 |
| **TOTAL OPERATING EXPENSES** | $ | 1,577 | 1,397 | 1,397 | 3,665 | 1,427 | 1,397 | 1,397 | 3,665 | 1,427 | 1,397 | 1,397 | 3,665 | 1,397 | 25,205 |
| **CHAPTER 11 RELATED EXPENSES** | | | | | | | | | | | | | | | |
| U.S. Trustee | $ | – | – | – | – | – | – | 650 | – | – | – | – | – | – | 650 |
| Debtor Legal Fees | $ | – | – | – | 10,770 | – | – | – | 10,770 | – | – | – | – | 13,463 | 35,003 |
| First Lien Lender Interest Expense and Lender Fees | $ | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **TOTAL CHAPTER 11 RELATED EXPENSES** | $ | – | – | – | 10,770 | – | – | 650 | 10,770 | – | – | – | – | 13,463 | 35,653 |
| **TOTAL USES OF CASH** | $ | 1,577 | 1,397 | 1,397 | 14,435 | 1,427 | 1,397 | 2,047 | 14,435 | 1,427 | 1,397 | 1,397 | 3,665 | 14,860 | |
| **BEGINNING CASH** | $ | – | – | – | – | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | |
| **ENDING CASH** | $ | – | – | – | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | |

Looscan Loan Budget

## Exhibit B

### Houtex Budget

**Houtex Builders LLC**
**Weekly Cash Forecast**

| | | 8/19/2018 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week #** | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | # of Days |
| **Week Start** | | 8/20/2018 | 8/25/2018 | 9/1/2018 | 9/8/2018 | 9/15/2018 | 9/22/2018 | 9/29/2018 | 10/6/2018 | 10/13/2018 | 10/20/2018 | 10/27/2018 | 11/3/2018 | 11/10/2018 | 89 |
| **Week Ended** | | 8/25/2018 | 9/1/2018 | 9/8/2018 | 9/15/2018 | 9/22/2018 | 9/29/2018 | 10/6/2018 | 10/13/2018 | 10/20/2018 | 10/27/2018 | 11/3/2018 | 11/10/2018 | 11/17/2018 | Total |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Sales Proceeds, net of closing costs | $ | | | | | | | | | | | | | | – |
| | $ | | | | | | | | | | | | | | – |
| **DIP CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Total DIP Availability | $ | 60,000 | 57,727 | 55,777 | 42,732 | 40,667 | 39,394 | 36,794 | 23,749 | 21,684 | 20,411 | 19,176 | 16,901 | 1,938 | |
| DIP Balance | $ | – | 1,273 | 2,273 | 4,223 | 17,268 | 19,333 | 20,606 | 23,206 | 36,251 | 38,316 | 39,589 | 40,824 | 43,099 | 43,099 |
| Draw/(Repayment) of DIP | $ | 1,273 | 1,000 | 1,950 | 13,045 | 2,065 | 1,273 | 2,600 | 13,045 | 2,065 | 1,273 | 1,235 | 2,275 | 14,963 | 58,062 |
| Ending DIP Balance | $ | 1,273 | 2,273 | 4,223 | 17,268 | 19,333 | 20,606 | 23,206 | 36,251 | 38,316 | 39,589 | 40,824 | 43,099 | 58,062 | |
| **TOTAL SOURCES OF CASH** | $ | 1,273 $ | 1,000 $ | 1,950 $ | 13,045 $ | 2,065 $ | 1,273 $ | 2,600 $ | 13,045 $ | 2,065 $ | 1,273 $ | 1,235 $ | 2,275 $ | 14,963 | 58,062 |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | |
| G&A Expenses | $ | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 16,825 |
| Construction vendor/supplier payments | | | | | | | | | | | | | | | – |
| Utilites and insurance | $ | 273 | | 950 | | 1,065 | 273 | 950 | | 1,065 | 273 | 235 | | 500 | 5,584 |
| **TOTAL OPERATING EXPENSES** | $ | 1,273 | 1,000 | 1,950 | 2,275 | 2,065 | 1,273 | 1,950 | 2,275 | 2,065 | 1,273 | 1,235 | 2,275 | 1,500 | 22,409 |
| **CHAPTER 11 RELATED EXPENSES** | | | | | | | | | | | | | | | |
| U.S. Trustee | $ | – | – | – | – | – | – | 650 | – | – | – | – | – | – | 650 |
| Debtor Legal Fees | $ | – | – | – | 10,770 | – | – | – | 10,770 | – | – | – | – | 13,463 | 35,003 |
| First Lien Lender Interest Expense and Lender Fees | $ | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **TOTAL CHAPTER 11 RELATED EXPENSES** | $ | – | – | – | 10,770 | – | – | 650 | 10,770 | – | – | – | – | 13,463 | 35,653 |
| **TOTAL USES OF CASH** | $ | 1,273 | 1,000 | 1,950 | 13,045 | 2,065 | 1,273 | 2,600 | 13,045 | 2,065 | 1,273 | 1,235 | 2,275 | 14,963 | |
| **BEGINNING CASH** | $ | – | – | – | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | – |
| **ENDING CASH** | $ | – | – | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | 0 | |

Exhibit B: Houtex Loan Budget

**Exhibit C**

**Shadywood Budget**

**415 Shadywood LLC**
**Weekly Cash Forecast**

| 8/19/2018 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | # of Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week # | | 8/20/2018 | 8/25/2018 | 9/1/2018 | 9/8/2018 | 9/15/2018 | 9/22/2018 | 9/29/2018 | 10/6/2018 | 10/13/2018 | 10/20/2018 | 10/27/2018 | 11/3/2018 | 11/10/2018 | 89 |
| Week Start | | 8/25/2018 | 9/1/2018 | 9/8/2018 | 9/15/2018 | 9/22/2018 | 9/29/2018 | 10/6/2018 | 10/13/2018 | 10/20/2018 | 10/27/2018 | 11/3/2018 | 11/10/2018 | 11/17/2018 | Total |
| Week Ended | | | | | | | | | | | | | | | |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Sales Proceeds, net of closing costs | $ | | | | | | | | | | | | | | – |
| | $ | | | | | | | | | | | | | | – |
| | | | | | | | | | | | | | | | |
| **DIP CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Total DIP Availability | $ | 65,000 | 61,434 | 60,031 | 45,546 | 44,143 | 42,740 | 40,077 | 23,543 | 22,096 | 20,693 | 18,680 | 15,009 | 99 | |
| | | | | | | | | | | | | | | | |
| DIP Balance | $ | – | 1,553 | 3,566 | 4,969 | 19,454 | 20,857 | 22,260 | 24,923 | 41,457 | 42,904 | 44,307 | 46,320 | 49,991 | 49,991 |
| Draw/(Repayment) of DIP | $ | 1,553 | 2,013 | 1,403 | 14,485 | 1,403 | 1,403 | 2,663 | 16,534 | 1,447 | 1,403 | 2,013 | 3,671 | 14,910 | 64,901 |
| | | | | | | | | | | | | | | | |
| Ending DIP Balance | $ | 1,553 | 3,566 | 4,969 | 19,454 | 20,857 | 22,260 | 24,923 | 41,457 | 42,904 | 44,307 | 46,320 | 49,991 | 64,901 | |
| | | | | | | | | | | | | | | | |
| **TOTAL SOURCES OF CASH** | $ | 1,553 $ | 2,013 $ | 1,403 $ | 14,485 $ | 1,403 $ | 1,403 $ | 2,663 $ | 16,534 $ | 1,447 $ | 1,403 $ | 2,013 $ | 3,671 $ | 14,910 | $ 64,901 |
| | | | | | | | | | | | | | | | |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | |
| G&A Expenses | $ | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 16,825 |
| Construction vendor/supplier payments | $ | 553 | 403 | 403 | 1,396 | 403 | 403 | 403 | 1,396 | 403 | 403 | 403 | 1,396 | 403 | 8,368 |
| Utilites and insurance | $ | | 610 | | 44 | | | 610 | 2,093 | 44 | | 610 | | 44 | 4,055 |
| | | | | | | | | | | | | | | | |
| **TOTAL OPERATING EXPENSES** | $ | 1,553 | 2,013 | 1,403 | 3,715 | 1,403 | 1,403 | 2,013 | 5,764 | 1,447 | 1,403 | 2,013 | 3,671 | 1,447 | 29,248 |
| | | | | | | | | | | | | | | | |
| **CHAPTER 11 RELATED EXPENSES** | | | | | | | | | | | | | | | |
| U.S. Trustee | $ | – | – | – | – | – | – | 650 | – | – | – | – | – | – | 650 |
| Debtor Legal Fees | $ | – | – | – | 10,770 | – | – | – | 10,770 | – | – | – | – | 13,463 | 35,003 |
| First Lien Lender Interest Expense and Lender Fees | $ | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **TOTAL CHAPTER 11 RELATED EXPENSES** | $ | – | – | – | 10,770 | – | – | 650 | 10,770 | – | – | – | – | 13,463 | 35,653 |
| | | | | | | | | | | | | | | | |
| **TOTAL USES OF CASH** | $ | 1,553 | 2,013 | 1,403 | 14,485 | 1,403 | 1,403 | 2,663 | 16,534 | 1,447 | 1,403 | 2,013 | 3,671 | 14,910 | |
| | | | | | | | | | | | | | | | |
| **BEGINNING CASH** | $ | – | – | – | – | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | |
| | | | | | | | | | | | | | | | |
| **ENDING CASH** | $ | – | – | – | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | |

Exhibit C: Shadywood Loan Budget

**<u>Exhibit D</u>**

**Looscan Budget**

**2203 Looscan LLC**
**Weekly Cash Forecast**

8/19/2018

| | | Week # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | # of Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Week Start | 8/20/2018 | 8/25/2018 | 9/1/2018 | 9/8/2018 | 9/15/2018 | 9/22/2018 | 9/29/2018 | 10/6/2018 | 10/13/2018 | 10/20/2018 | 10/27/2018 | 11/3/2018 | 11/10/2018 | 89 |
| | | Week Ended | 8/25/2018 | 9/1/2018 | 9/8/2018 | 9/15/2018 | 9/22/2018 | 9/29/2018 | 10/6/2018 | 10/13/2018 | 10/20/2018 | 10/27/2018 | 11/3/2018 | 11/10/2018 | 11/17/2018 | Total |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | | |
| Sales Proceeds, net of closing costs | $ | | | | | | | | | | | | | | | – |
| | $ | | | | | | | | | | | | | | | – |
| **DIP CASH RECEIPTS** | | | | | | | | | | | | | | | | |
| Total DIP Availability | $ | | 61,000 | 58,026 | 56,629 | 42,194 | 40,767 | 39,370 | 37,323 | 22,888 | 21,461 | 20,064 | 18,667 | 15,002 | 142 | |
| DIP Balance | $ | | – | 1,577 | 2,974 | 4,371 | 18,806 | 20,233 | 21,630 | 23,677 | 38,112 | 39,539 | 40,936 | 42,333 | 45,998 | 45,998 |
| Draw/(Repayment) of DIP | $ | | 1,577 | 1,397 | 1,397 | 14,435 | 1,427 | 1,397 | 2,047 | 14,435 | 1,427 | 1,397 | 1,397 | 3,665 | 14,860 | 60,858 |
| Ending DIP Balance | $ | | 1,577 | 2,974 | 4,371 | 18,806 | 20,233 | 21,630 | 23,677 | 38,112 | 39,539 | 40,936 | 42,333 | 45,998 | 60,858 | |
| **TOTAL SOURCES OF CASH** | $ | | 1,577 | 1,397 | 1,397 | 14,435 | 1,427 | 1,397 | 2,047 | 14,435 | 1,427 | 1,397 | 1,397 | 3,665 | 14,860 | 60,858 |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | | |
| G&A Expenses | $ | | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 1,000 | 1,000 | 2,275 | 1,000 | 16,825 |
| Construction vendor/supplier payments | $ | | 547 | 397 | 397 | 1,390 | 397 | 397 | 397 | 1,390 | 397 | 397 | 397 | 1,390 | 397 | 8,290 |
| Utilites and insurance | $ | | 30 | | | | 30 | | | | | | 30 | | | 90 |
| **TOTAL OPERATING EXPENSES** | $ | | 1,577 | 1,397 | 1,397 | 3,665 | 1,427 | 1,397 | 1,397 | 3,665 | 1,427 | 1,397 | 1,397 | 3,665 | 1,397 | 25,205 |
| **CHAPTER 11 RELATED EXPENSES** | | | | | | | | | | | | | | | | |
| U.S. Trustee | $ | | – | – | – | – | – | – | 650 | – | – | – | – | – | – | 650 |
| Debtor Legal Fees | $ | | – | – | – | 10,770 | – | – | – | 10,770 | – | – | – | – | 13,463 | 35,003 |
| First Lien Lender Interest Expense and Lender Fees | $ | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **TOTAL CHAPTER 11 RELATED EXPENSES** | $ | | – | – | – | 10,770 | – | – | 650 | 10,770 | – | – | – | – | 13,463 | 35,653 |
| **TOTAL USES OF CASH** | $ | | 1,577 | 1,397 | 1,397 | 14,435 | 1,427 | 1,397 | 2,047 | 14,435 | 1,427 | 1,397 | 1,397 | 3,665 | 14,860 | |
| **BEGINNING CASH** | $ | | – | – | – | – | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | |
| **ENDING CASH** | $ | | – | – | – | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | | |

Exhibit D Looscan Loan Budget