## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **HOU-TEX BUILDERS, LLC,** *et al.,* [1] | § | **Case No. 18-34658** |
| | § | **Chapter 11** |
| **DEBTORS.** | § | **(Jointly Administered)** |
| | § | |

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in conjunction with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of the Debtors on an unconsolidated basis.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

---

[1]  The names of the debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Houtex Builders, LLC (2111), 2203 Looscan, LLC (1418) and 415 Shadywood, LLC (7627).

**Causes of Action**. Despite its commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity,  demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "***Causes of Action***") it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

**Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

- Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

- Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

- Paid Claims. To the extent the Debtors pay any of Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.

### Specific Disclosures with Respect to the Debtors' Schedules

**Schedules Summary**. Except as otherwise noted, the asset information provided in the Schedules represents the Debtors' data regarding their assets as of August 23, 2018 (the "***Petition Date***"), and the liability information provided herein represents the Debtors' data regarding its liabilities as of the close of business on the Petition Date.

**Schedule A/B.55.1/ Schedule D**. The Debtors lists the value of their properties and collateral based on the purchase prices in pending sales contacts.   The values of the properties may differ from these amounts.

**Schedule G**. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is not an executory contract within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on the Schedules, including their right to dispute or

challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditor's claim.

**Fill in this information to identify the case:**

Debtor name ____2203 Looscan Lane LLC_____

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (If known): ____18-34660_____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number
   3.1. _____  _____  ____ ____ ____ ____   $_____
   3.2. _____  _____  ____ ____ ____ ____   $_____

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**   $_____

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit   $_____
   7.1. __Reliant Energy (utility deposit - account number 73573736-3_____   $____95.00____

| Debtor | 2203 Looscan Lane LLC | Case number (if known) | 18-34660 |
|---|---|---|---|
| | Name | | |

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 95.00

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➜   $_____
                             face amount        doubtful or uncollectible accounts

11b. Over 90 days old:       _____ – _____ = ........➜   $_____
                             face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$_____

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                  % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$_____

---

| Debtor | 2203 Looscan Lane LLC | Case number *(if known)* | 18-34660 |
|---|---|---|---|
| | Name | | |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor ___2203 Looscan Lane LLC_____     Case number *(if known)*___18-34660___
　　　　　　Name

33. **Total of Part 6.** 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$_____

　　Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

　　☐ No

　　☐ Yes. Is any of the debtor's property stored at the cooperative?

　　　　☐ No

　　　　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

　　☐ No

　　☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

　　☐ No

　　☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

　　☐ No

　　☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

　　☒ No. Go to Part 8.

　　☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.** 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$_____

　　Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

　　☐ No

　　☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

　　☐ No

　　☐ Yes

Debtor _____2203 Looscan Lane LLC_____
                Name

Case number (if known)__18-34660_____

---

| **Part 8:** | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor    ___2203 Looscan Lane LLC_____    Case number (if known) ___18-34660_____
          Name

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_2203 Looscan Lane Houston, TX 77019_____ | _100% owner_____ | $_____ | _____ | $ 2778750.00 |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 2778750.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☒ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor    2203 Looscan Lane LLC                            Case number *(if known)*  18-34660
          _____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 11:    All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜  $_____
                           Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                         $_____

Nature of claim    _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                         $_____

Nature of claim    _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____                         $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                         $_____
_____                         $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  2203 Looscan Lane LLC
        Name

Case number *(if known)* 18-34660

---

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____0_____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____95.00_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____0_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____0_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____0_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____0_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____0_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____0_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................➔ | | $ 2778750.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____0_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $_____0_____ | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 95.00 | ✚ 91b. $ 2778750.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................    $ 2778845.00

---

**Fill in this information to identify the case:**

Debtor name _____2203 Looscan Lane LLC_____

United States Bankruptcy Court for the: _____Southern_____   District of _____Texas_____
(State)

Case number (If known): _____18-34660_____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | Column A | Column B |
|---|---|---|---|
| Communitybank of Texas NA | 2203 Looscan Lane, Houston, TX 77019 | $ 2643895.00 | $ 2778750.00 |

Creditor's mailing address
5999 Delaware Stree
Beaumont, TX 77706

Describe the lien
Promissory Note

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred       8/29/14
Last 4 digits of account number       0366

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
   Communitybank of Texas NA - 1st
   Hmaidan & Hmaidan - 2nd

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | Column A | Column B |
|---|---|---|---|
| Hmaidan & Hmaidan LLC | 2203 Looscan Lane, Houston, TX 77019 | $ 783000.00 | $ 2778750.00 |

Creditor's mailing address
5606 Grand Masterpiece Court
Houston, TX 77041

Describe the lien
Second deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred       6/1/17
Last 4 digits of account number       n/a

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 3426895.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | 2203 Looscan Lane LLC |
| United States Bankruptcy Court for the: | Southern District of Texas (State) |
| Case number (If known) | 18-34660 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | 2209 Gessner Sales LLC | Case number (if known) | 18-34660 |
|---|---|---|---|
| | Name | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 50433.00 |
|---|---|---|
| Aldrete's Masonry LLC | *Check all that apply.* | |
| 8519 Forest Green Dr | ☐ Contingent | |
| Houston, TX 77080 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** 7/25/18 | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** ___ n/a ___ ___ | ☐ No  ☐ Yes | |

**3.2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 20000.27 |
|---|---|---|
| Alpine Cut Stone | *Check all that apply.* | |
| 4755 Alpine Road, Suite 150 | ☐ Contingent | |
| Stafford, TX 77477 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** 5/24/18 | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** n/a | ☐ No  ☐ Yes | |

**3.3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 30806.79 |
|---|---|---|
| BMC | *Check all that apply.* | |
| 16002 Tomball Pkwy | ☐ Contingent | |
| Houston, TX 77086 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** various | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** ___ n/a ___ ___ | ☐ No  ☐ Yes | |

**3.4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 400.00 |
|---|---|---|
| Brothers II Concrete LLC | *Check all that apply.* | |
| 2519 Woodgate St | ☐ Contingent | |
| Houston, TX 77039 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** 06/07/18 | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** ___ n/a ___ ___ | ☐ No  ☐ Yes | |

**3.5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 1515.00 |
|---|---|---|
| Chase Drywall | *Check all that apply.* | |
| 1585-B W Sam Houston Pkwy N | ☐ Contingent | |
| Houston, TX 77043 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** various | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** n/a | ☐ No  ☐ Yes | |

**3.6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 500.00 |
|---|---|---|
| EFH Consulting Engineers Inc | *Check all that apply.* | |
| 2906 Carrollton St | ☐ Contingent | |
| Houston, TX 77023 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** various | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** n/a | ☐ No  ☐ Yes | |

| Debtor | 2203 Loostean Lane LLC | Case number (if known) | 18-34660 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

Esmeralda Painting Inc
8605 Rannie Road
Houston, TX 77080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ ___119000.00___

**Basis for the claim:** _____

**Date or dates debt was incurred**        various

**Last 4 digits of account number**        __ n/a __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

Forja Designs LLC
6113 Milwee St, Suite A
Houston, TX 77092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ ___1353.13___

**Basis for the claim:** _____

**Date or dates debt was incurred**        06/26/17

**Last 4 digits of account number**        __ n/a __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**

Gainsborough Waste
Dept 2
P O Box 4509-2
Houston, TX 77210-4509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ ___397.25___

**Basis for the claim:** _____

**Date or dates debt was incurred**        06/25/18

**Last 4 digits of account number**        __ 2678 __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

High Performance Home Companies
5438 Guhn Rd
Houston, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ ___47522.50___

**Basis for the claim:** _____

**Date or dates debt was incurred**        12/30/17

**Last 4 digits of account number**        __ n/a __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

L Hernandez Construction Inc
PO Box 2535
Spring, TX 77383

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ ___3724.00___

**Basis for the claim:** _____

**Date or dates debt was incurred**        6/10/18

**Last 4 digits of account number**        __ n/a __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | 2200 West Loop South Holdings, LLC | Case number *(if known)* | 18-34660 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.12 Nonpriority creditor's name and mailing address
Marchal/Stevenson Elevator Co Inc
11050 W Little York, Bldg E
Houston, TX 77041

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 12888.50

Date or dates debt was incurred     1/20/18
Last 4 digits of account number     n/a

Is the claim subject to offset?
☐ No
☐ Yes

### 3.13 Nonpriority creditor's name and mailing address
Matt's Seamless Gutter Service
6005 Milwee St., Suite 1006K
Houston, TX 77092-6266

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 21115.00

Date or dates debt was incurred     6/18/18
Last 4 digits of account number     n/a

Is the claim subject to offset?
☐ No
☐ Yes

### 3.14 Nonpriority creditor's name and mailing address
Medina's Plumbing
601 Mitchell Rd
Houston, TX 77037

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1750.00

Date or dates debt was incurred     1/12/18
Last 4 digits of account number     n/a

Is the claim subject to offset?
☐ No
☐ Yes

### 3.15 Nonpriority creditor's name and mailing address
Pablo Vargas

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 140.00

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☐ No
☐ Yes

### 3.16 Nonpriority creditor's name and mailing address
Pedco Roofing Inc
1426 Brittmoore
Houston, TX 77043

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 30434.00

Date or dates debt was incurred     various
Last 4 digits of account number     n/a

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | | Case number *(if known)*   18-34660 |
|---|---|---|
| | 220 Exchange Limited LLC | |
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** | **Nonpriority creditor's name and mailing address**

Premier Technology Group
8564 Katy Freeway, Suite 132
Houston, TX 77024

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**   6/25/18

**Last 4 digits of account number**   n/a

**Is the claim subject to offset?**
☐ No
☐ Yes

$   299.99

---

**3.18** | **Nonpriority creditor's name and mailing address**

Pro-Surv
P O Box 1366
Friendswood, TX 77549

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**   6/26/17

**Last 4 digits of account number**   n/a

**Is the claim subject to offset?**
☐ No
☐ Yes

$   400.00

---

**3.19** | **Nonpriority creditor's name and mailing address**

River Oaks Property Owners Inc
3923 San Felipe
Houston, TX 77027

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**   various

**Last 4 digits of account number**   n/a

**Is the claim subject to offset?**
☒ No
☐ Yes

$   1378.00

---

**3.20** | **Nonpriority creditor's name and mailing address**

Scholl Lumber
6202 N Houston Rosslyn
Houston, TX 77091

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**   various

**Last 4 digits of account number**   n/a

**Is the claim subject to offset?**
☐ No
☐ Yes

$   925.24

---

**3.21** | **Nonpriority creditor's name and mailing address**

SE Construction Inc
225 Gonyo Ln, Suite 303
Richmond, TX 77469

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**   7/28/18

**Last 4 digits of account number**   n/a

**Is the claim subject to offset?**
☐ No
☐ Yes

$   25393.30

---

| Debtor | 2203 Looscan Lane LLC | Case number (if known) | 18-34660 |
|---|---|---|---|

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.22** Nonpriority creditor's name and mailing address
Tax Assessor - Collector
P O Box 4622
Houston, TX 77210-4622

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 55633.00

Date or dates debt was incurred      various
Last 4 digits of account number      0004

Is the claim subject to offset?
☒ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address
Texas Outhouse
P O Box 4509-1
Houston, TX 77210-4509

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 204.60

Date or dates debt was incurred      various
Last 4 digits of account number      n/a

Is the claim subject to offset?
☒ No
☐ Yes

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 

Date or dates debt was incurred      _____
Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 

Date or dates debt was incurred      _____
Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 

Date or dates debt was incurred      _____
Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____2203 Abescan Lane LLC_____   Case number *(if known)* **18-34660**
              Name

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____0_____ |
| 5b. **Total claims from Part 2** | 5b. **+** | $____426213.57____ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $____426213.57____ |

**Fill in this information to identify the case:**

Debtor name    2203 Looscan Lane LLC

United States Bankruptcy Court for the: **Southern**    District of   **Texas**
(State)

Case number (If known):   **18-34660**    Chapter   **11**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Provide stonework for door frames, flooring, window surrounds, fireplace surrounds | Alpine Cut Stone<br>4755 Alpine Rd, Suite 150<br>Stafford, TX 77477 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Interior and exterior painting of house | Esmeralda Painting Inc<br>8605 Rannie Road<br>Houston, TX 77080 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Steel Fabricated Awning | Forja Designs LLC<br>6113 Milwee St, Suite A<br>Houston, TX 77092 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | HVAC | High Performance Home Systems<br>5438 Guhn Rd<br>Houston, TX 77040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Outdoor kitchen | L Hernandez Construction Inc<br>P O Box 2535<br>Spring, TX 77383 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    2203 Looscan Lane LLC
          _____
          Name

Case number (*if known*)  18-34660
_____

<table>
<tr><td colspan="2"><strong>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</strong></td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** State what the contract or lease is for and the nature of the debtor's interest — Elevator <br><br> State the term remaining <br> List the contract number of any government contract | Marchal/Stevenson Elevator Co., Inc <br> 11050 W Little York, Bldg E <br> Houston, TX 77041 |
| **2.7** State what the contract or lease is for and the nature of the debtor's interest — Gutters and downspouts <br><br> State the term remaining <br> List the contract number of any government contract | Matt's Seamless Gutter Service <br> 6005 Milwee St, Suite 1006K <br> Houston, TX 77092-6266 |
| **2.8** State what the contract or lease is for and the nature of the debtor's interest — Roofing <br><br> State the term remaining <br> List the contract number of any government contract | Pedco Roofing, Inc <br> 1426 Brittmoore <br> Houston, TX 77043 |
| **2._** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |
| **2._** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |
| **2._** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |
| **2._** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name _____2203 Looscan Lane LLC_____

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known): _____18-34660_____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Charles C Foster | 3 Greenway Plaza, Suite 800 <br> Street <br><br> Houston, TX 77046 <br> City     State     ZIP Code | Communitybank of Texas NA | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.2 Robert Parker | 2402 Elmen St <br> Street <br><br> Houston, TX 77019 <br> City     State     ZIP Code | Hmaidan & Hmaidan LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.3 | Street <br><br> City     State     ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Street <br><br> City     State     ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | Street <br><br> City     State     ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Street <br><br> City     State     ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name ____ 2203 Looscan Lane LLC _____

United States Bankruptcy Court for the: **Southern** _____ District of **Texas** ____
(State)

Case number (If known): **18-34660** _____

☐ Check if this is an
amended filing

Official Form 206Sum
_____

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*..............................................................................................
$ 2778750.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*............................................................................................
$ 95.00

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.............................................................................................
$ 2778845.00

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............................................
$ 3,426,895.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................
$ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................................................
+ $ 426213.57

4. **Total liabilities**...........................................................................................................................
   Lines 2 + 3a + 3b
$ 3853108.57

**Fill in this information to identify the case:**

Debtor name _____2203 Looscan Lane LLC_____

United States Bankruptcy Court for the: **Southern** _____ District of **Texas**
(State)

Case number (If known): _____**18-34660**_____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☒ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

Debtor    2203 Looscan Lane LLC         Case number (if known) 18-34660
      Name

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Alpine Cut Stone<br>Creditor's name<br>4755 Alpine Rd, Suite 150<br>Street<br><br>Stafford, TX 77477<br>City   State   ZIP Code | 6/4/18<br><br>6/20/18 | $ 20000.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒   Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. Chase Drywall<br>Creditor's name<br>1585-B W Sam Houston Pkwy N<br>Street<br><br>Houston, TX 77043<br>City   State   ZIP Code | 5/23/18 | $ 16013.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒   Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Insider's name<br>_____<br>Street<br>_____<br>City   State   ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____ | $ _____ | _____<br><br>_____<br><br>_____ |
| 4.2. _____<br>Insider's name<br>_____<br>Street<br>_____<br>City   State   ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____ | $ _____ | _____<br><br>_____<br><br>_____ |

Debtor    2203 Looscan Lane LLC             Case number *(if known)*   **18-34660**
<br>Name

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Communitybank of Texas NA<br>Creditor's name<br>5999 Delaware Street<br>Street<br>Beaumont, TX 77706<br>City   State   ZIP Code | 5/23/18<br><br>7/18/18<br><br>7/30/18 | $   56725.38 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Hmaidan & Hmaidan, LLC<br>Creditor's name<br>5606 Grand Masterpiece Court<br>Street<br>Houston, TX 77041<br>City   State   ZIP Code | 7/19/18 | $   9009.86 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.**   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br>Street<br>City   State   ZIP Code<br>**Relationship to debtor** | _____ | $ _____ | _____ |
| 4.2. | Insider's name<br>Street<br>City   State   ZIP Code<br>**Relationship to debtor** | _____ | $ _____ | _____ |

---

Debtor  2203 Looscan Lane LLC
_____
Name

Case number (if known)  **18-34660**  _____

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Matt's Seamless Gutter Service<br><sub>Creditor's name</sub><br>6005 Milwee St, Suite 1006K<br><sub>Street</sub><br><br>Houston, TX 77092<br><sub>City                State        ZIP Code</sub> | 6/20/18 | $ 21000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br><sub>Creditor's name</sub><br>_____<br><sub>Street</sub><br>_____<br><sub>City                State        ZIP Code</sub> | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br><sub>Insider's name</sub><br>_____<br><sub>Street</sub><br>_____<br><sub>City                State        ZIP Code</sub><br><br>**Relationship to debtor**<br>_____ | | $ | _____<br><br>_____<br><br>_____ |
| 4.2. | _____<br><sub>Insider's name</sub><br>_____<br><sub>Street</sub><br>_____<br><sub>City                State        ZIP Code</sub><br><br>**Relationship to debtor**<br>_____ | | $ | _____<br><br>_____<br><br>_____ |

---

Debtor    2203 Looscan Lane LLC         Case number (if known)__ 18-34660
_____
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |
| Creditor's name | | | |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | Name | ☐ Pending |
| | **Case number** | | Street | ☐ On appeal |
| | | | City          State          ZIP Code | ☐ Concluded |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | **Case number** | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |

Debtor ___2203 Looscan Lane LLC_____   Case number *(if known)*___18-34660_____
         Name

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | Name |
| _____ | **Case number** | Street |
| City        State      ZIP Code | _____ | _____ |
| | **Date of order or assignment** | City        State        ZIP Code |
| | _____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City        State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City        State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |
| _____ | | | |

---

Debtor ___2203 Looscan Lane LLC_____     Case number (*if known*) __18-34660_____
             Name

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City          State       ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City          State       ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

---

| Debtor | 2203 Looscan Lane LLC | Case number (if known) | 18-34660 |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City            State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City            State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:   Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 2402 Elmen St | From | 8/21/14 | To 4/12/18 |
| | Street | | | |
| | Houston, TX 77019 | | | |
| | City            State      ZIP Code | | | |
| 14.2. | 17 Courtlandt Pl | From | 4/13/2018 | To present |
| | Street | | | |
| | Houston, TX 77006-4013 | | | |
| | City            State      ZIP Code | | | |

---

| Debtor | 2203 Looscan Lane LLC | Case number (if known) | 18-34660 |
|---|---|---|---|
| | Name | | |

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City          State          ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City          State          ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

     Yes. Does the debtor serve as plan administrator?

       ☐ No. Go to Part 10.

       ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

       Has the plan been terminated?

       ☐ No

       ☐ Yes

---

Debtor _____2203 Looscan Lane LLC_____     Case number (if known)___18-34660_____
　　　　　 Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City　　State　　ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City　　State　　ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City　　State　　ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City　　State　　ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

---

| | |
|---|---|
| Debtor | 2203 Looscan Lane LLC |
| | Name |

Case number *(if known)* 18-34660

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

**Part 12:** **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor   2203 Looscan Lane LLC
_____
Name

Case number (*if known*) __18-34660_____

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City   State   ZIP Code | City   State   ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

25.1.
| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| Street | | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |

25.2.
| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| Street | | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |

25.3.
| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| Street | | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |

| Debtor | 2203 Looscan Lane LLC | Case number (if known) | 18-34660 |
|---|---|---|---|
| | Name | | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Schmuck, Smith Tees & Co, PC | From 7/2/18   To Present |
| Name | |
| 3500 Washington Ave., Suite 200 | |
| Street | |
| Houston, TX 77007 | |
| City                                        State                    ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2.  Anna Williams (CD Homes) | From 8/21/14   To 7/1/18 |
| Name | |
| 2402 Elmen St | |
| Street | |
| Houston, TX 77019 | |
| City                                        State                    ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

None

| Name and address | Dates of service |
|---|---|
| 26b.1.  Robert F Parker, Sole Manager | From 10/8/14   To 7/1/18 |
| Name | |
| 2402 Elmen St | |
| Street | |
| Houston, TX 77019 | |
| City                                        State                    ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____   To _____ |
| Name | |
| Street | |
| City                                        State                    ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Schmuck, Smith Tees & Co PC | Records inception to 7/1/18 have not been provided by Anna Williams or Robert F Parker, prior sole manager |
| Name | |
| 3500 Washington Ave., Suite 200 | |
| Street | |
| Houston, TX 77007 | |
| City                                        State                    ZIP Code | |

| Debtor | 2203 Looscan Lane LLC | Case number (*if known*) | 18-34660 |
|--------|-----------------------|--------------------------|----------|
| | Name | | |

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|--------------------------------------------------------------------|
| 26c.2. | |
| Name | |
| Street | |
| | |
| City                State                ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

None

| Name and address |
|------------------|
| 26d.1. Communitybank of Texas NA |
| Name |
| 5999 Delaware Street |
| Street |
| |
| Beaumont, TX 77706 |
| City                State                ZIP Code |

| Name and address |
|------------------|
| 26d.2. Hmaidan & Hmaidan LLC |
| Name |
| 5606 Grand Masterpiece Court |
| Street |
| |
| Houston, TX 77041 |
| City                State                ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|-------------------------------------------------------------------------------|
| | | $ |

| Name and address of the person who has possession of inventory records |
|-------------------------------------------------------------------------|
| 27.1. |
| Name |
| Street |
| |
| City                State                ZIP Code |

Debtor ___2203 Looscan Lane LLC_____     Case number (if known) __18-34660__
     Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.
_____
Name

_____
Street

_____
City          State     ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles Foster | 3 Greenway Plaza, Suite 800 Houston, TX 77046 | Sole member | 100 |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Robert Parker | 2402 Elmen St, Houston, TX 77019 | Sole manager | From 8/21/14 To 8/15/18 |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| _____ Name | _____ | _____ | _____ |
| _____ Street | | _____ | |
| _____ City  State  ZIP Code | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

Debtor        2203 Looscan Lane LLC
              _____     Case number *(if known)* 18-34660
              Name

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 | | _____ _____ _____ | |
| | Name | _____ | |
| | Street | _____ | |
| | | | |
| | City          State      ZIP Code | _____ | |
| | Relationship to debtor | _____ | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

### Part 14:   Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____          Printed name _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**Fill in this information to identify the case and this filing:**

Debtor Name    2203 Looscan Lane, LLC

United States Bankruptcy Court for the:    Southern    District of    Texas
                                                                            (State)

Case number (*if known*):    18-34660

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **9/7/2018**          ✗ _____
                MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                         Charles C. Foster
                                         Printed name

                                         Manager
                                         Position or relationship to debtor

---

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors