# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| HOUTEX BUILDERS, LLC, *et al.*,[1] | § § | Case No. 18-34658 |
| | § | Chapter 11 |
| DEBTORS. | § § | Jointly Administered |

**ORDER COMPELLING TURNOVER OF PROPERTY
PURSUANT TO 11 U.S.C. §§ 542(A) & (E)**

The Court, having considered the *Debtors' Motion for Order Compelling Turnover of Property* Pursuant to 11 U.S.C. § 542(a) & (e) (the "Motion") filed by Houtex Builders, LLC; 415 Shadywood, LLC and 2203 Looscan Lane, LLC (collectively, the "Debtors"),[2] any responses to the Motion, the statements of counsel, and the record in this case, and having held a hearing on the Motion, finds that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; (d) proper and adequate notice of the Motion and hearing thereon has been given and no other or further notice is necessary; and (e) good and sufficient cause exists for the granting of the relief requested. Therefore, it is ORDERED that:

1. Wyndolyn Ramirez ("Ramirez") and Wynne Design Works ("WDW") are hereby ordered to produce the following to the Debtors at the offices of Diamond McCarthy LLP, 909 Fannin Street, 37th Floor, Houston, Texas 77079 within five (5) days from the date of this order:

    a. All plans, designs, takeoffs, and schedules of any kind related to the Debtors;

---

[1] The names of the debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Houtex Builders, LLC (2111), 2203 Looscan, LLC (1418) and 415 Shadywood, LLC (7627).

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

   b. Any contracts, agreements, or other documents executed by or on behalf of the Debtors;

   c. All invoices for work performed related to the Debtors;

   d. All receipts and payment records that relate to the Debtors and their property; and

   e. Any and all other documents that are the property of the Debtors that are not otherwise described herein.

 2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

SIGNED this_____day of_____, 2018.

                   UNITED STATES BANKRUPTCY JUDGE