

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/02/2018

| | | |
|---|---|---|
| IN RE: | § | |
| HOUTEX BUILDERS, LLC, *et al* | § | CASE NO: 18-34658 |
| | § | |
| 415 SHADYWOOD, LLC | § | CASE NO: 18-34659 |
| | § | |
| 2203 LOOSCAN LANE, LLC | § | CASE NO: 18-34660 |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER DENYING MOTION FOR ORDER COMPELLING TURNOVER OF PROPERTY PURSUANT TO 11 U.S.C. §§ 542(a) & (e)

This matter is before the Court on the Motion for Order Compelling Turnover of Property Pursuant to 11 U.S.C. §§ 542(a) & (e) (ECF No. 79) filed by the debtors. Counsel for the debtors has failed to self-calendar this motion for hearing pursuant to this Court's procedures.[1]

**THEREFORE, IT IS ORDERED** that the Motion for Order Compelling Turnover of Property Pursuant to 11 U.S.C. §§ 542(a) & (e) is denied without prejudice.

SIGNED: 10/02/2018.

_____
Jeffrey P. Norman
United States Bankruptcy Judge

---

[1] **The Court requires most applications, motions and objections to be self-calendared.** The Court Procedures can be found at the following website: http://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman.