# EXHIBIT A

CD HOMES, L.L.C.

Wyndolyn Ramirez  5/11/2017

2203 Looscan  3,846.00

CommunityBank of Te  3,846.00

PRODUCT SSLT104   USE WITH 91663 ENVELOPE

RE: Hampton Lane Builders – Residential Portfolio

| | | |
|---|---:|---:|
| Design Fee: Interior Design Services | $ 3,846.00 | $ 3,846.00 |
| | **TOTAL $** | **3,846.00** |

**Make all checks payable to Wyndolyn Ramirez**

6022 Viking Drive Houston, TX 77092  281.687.3798  wyndy@wynnedesignworks.com

Wyndolyn Ramirez

2203 Looscan     7/24/2017     3,846.00

CommunityBank of Te   Inv. 482     3,846.00

| Wyndy Ramirez | | Hampton Lane Builders | Due upon receipt | |
|---|---|---|---|---|
| Date | Hours | Description | Unit Price | Line Total |
| | | RE: Hampton Lane Builders – Residential Portfolio | | |
| | | Design Fee: Interior Design Services | $ 3,846.00 | $ 3,846.00 |
| | | | TOTAL $ | 3,846.00 |

**Make all checks payable to Wyndolyn Ramirez**

6022 Viking Drive Houston, TX 77092   281.687.3798   wyndy@wynnedesignworks.com

Wyndolyn Ramirez
2203 Looscan

8/31/2017

H 7953
3,846.00

CommunityBank of Te

3,846.00

| Date | Hours | Description | Unit Price | Line Total |
|---|---|---|---|---|
| | | RE: Hampton Lane Builders – Residential Portfolio | | |
| | | Design Fee: Interior Design Services | $ 3,846.00 | $ 3,846.00 |
| | | | TOTAL $ | 3,846.00 |

**Make all checks payable to Wyndolyn Ramirez**

6022 Viking Drive Houston, TX 77092  281.687.3798  wyndy@wynnedesignworks.com

CD HOMES, L.L.C.

Wyndolyn Ramirez — 2203 Looscan Inv. 491 — 10/26/2017 — 3,846.00

8087

CommunityBank of Te   Inv. 491                                         3,846.00

| Wyndy Ramirez | | Hampton Lane Builders | Due upon receipt | |
|---|---|---|---|---|
| Date | Hours | Description | Unit Price | Line Total |
| | | RE: Hampton Lane Builders – Residential Portfolio | | |
| | | Design Fee: Interior Design Services | $ 3,846.00 | $ 3,846.00 |
| | | | TOTAL $ | 3,846.00 |

**Make all checks payable to Wyndolyn Ramirez**

6022 Viking Drive Houston, TX 77092  281.687.3798  wyndy@wynnedesignworks.com

JB HOMES, L.L.C.

Wyndolyn Ramirez　　　　　　　　　　　　　　　　　　　　　　　　　　　1/2/2018

2203 Looscan Inv. 499　　　　　　　　　　　　　　　　　　　　　　　　　3,846.00

8230

CommunityBank of Te   Inv.499　　　　　　　　　　　　　　　　　　　　　3,846.00

PRODUCT SSLT104    USE WITH 91663 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

| | | RE: Hampton Lane Builders – Residential Portfolio | | |
|---|---|---|---|---|
| | | Design Fee: Interior Design Services | $  3,846.00 | $  3,846.00 |
| | | | TOTAL $ | 3,846.00 |

**Make all checks payable to Wyndolyn Ramirez**

6022 Viking Drive Houston, TX 77092   281.687.3798   wyndy@wynnedesignworks.com

CD HOMES, L.L.C.

| Wyndolyn Ramirez | 2203 Looscan | 1/15/2018 | 825 |
|---|---|---|---|
| | | | 4,167.00 |

CommunityBank of Te                                                                 4,167.00

**Wyndy Ramirez**  Hampton Lane Builders

| Date | Hours | Description | Unit Price | Line Total |
|---|---|---|---|---|
| | | RE: Hampton Lane Builders – Residential Portfolio | | |
| | | Design Fee: Interior Design Services | $ 3,846.00 | $ 3,846.00 |
| | | | TOTAL | $ 3,846.00 |

**Make all checks payable to Wyndolyn Ramirez**

6022 Viking Drive Houston, TX 77092  281.687.3798  wyndy@wynnedesignworks.com