# EXHIBIT B

CD HOMES, L.L.C.
Wyndolyn Ramirez

10/20/2014

| | |
|---|---:|
| 15 Thornblade (112) Inv. 354 | 75.00 |
| 2203 Looscan Inv. 355 | 75.00 |
| 3 Thornblade Inv. 356 | 75.00 |
| 3054 Locke Lane Inv. 357 | 787.50 |
| 5305 Green Tree Inv. 358 | 1,106.25 |
| 5322 Lynbrook Inv. 359 | 450.00 |
| 5325 Lynbrook Inv. 360 | 243.75 |
| 5341 Cedar Creek Inv. 361 | 187.50 |
| 5428 Longmont Inv. 362 | 412.50 |
| 6018 Pine forest Inv. 363 | 862.50 |
| 6111 Crab Orchard Inv. 364 | 168.75 |

*paid at closing*

CommunityBank of Te   Inv. 354 - 364                                    4,443.75

PRODUCT SSLT104   USE WITH 91663 ENVELOPE

| Date | Hours | Description | Rate | Amount |
|---|---|---|---:|---:|
| 9/25/14 | 2.00 | Mirador Meeting | $ 75.00 | $ 150.00 |
| 9/27/14 | 2.00 | Plane review | $ 75.00 | $ 150.00 |
| 9/28/14 | 3.00 | Plan review and make adjustments and prepare for meeting | $ 75.00 | $ 225.00 |
| 10/7/14 | 2.50 | Mirador Meeting | $ 75.00 | $ 187.50 |
| 10/12/14 | 1.00 | Review plans | $ 75.00 | $ 75.00 |
| 10/13/14 | 1.00 | Mirador meeting | $ 75.00 | $ 75.00 |
| | | | TOTAL $ | 862.50 |

Make all checks payable to Wyndolyn Ramirez
6022 Viking Drive Houston, TX 77092  281.687.3798  wyndy@wynnedesignworks.com

112



# WYNNE DESIGN WORKS
## INTERIOR DESIGN

# Invoice

| | |
|---|---|
| Date: | 25-Nov-14 |
| Invoice #: | 369 |
| Customer ID: | HL Builders |

To: Ms. Anna Williams
2402 Elmen Street
Houston Texas 77019

415

| Designer | Project | Terms | Due Date |
|---|---|---|---|
| Wyndy Ramirez | Hampton Lane Builders | Due upon receipt | |

| Date | Hours | Description | Unit Price | Line Total |
|---|---|---|---|---|
| | | RE: Hampton Lane Builders – Residential Portfolio | | |
| | | Design Fee: Interior Design Services | $ 3,700.00 | $ 3,700.00 |
| | | 11-25-14 | | |
| | | | TOTAL $ | 3,700.00 |

**Make all checks payable to Wyndolyn Ramirez**

6022 Viking Drive Houston, TX 77092  281.687.3798  wyndy@wynnedesignworks.com

Wyndolyn Ramirez 1/2/2015
6018 Pine Forest 3,700.00

1-22-15

CommunityBank of Te   Inv. 373 3,700.00

PRODUCT SSLT104   USE WITH 91663 ENVELOPE

| Date | Hours | Description | Unit Price | Line Total |
|---|---|---|---|---|
| | | RE: Hampton Lane Builders – Residential Portfolio | | |
| | | Design Fee: Interior Design Services | $ 3,700.00 | $ 3,700.00 |
| | | | TOTAL $ | 3,700.00 |

**Make all checks payable to Wyndolyn Ramirez**
6022 Viking Drive Houston, TX 77092  281.687.3798  wyndy@wynnedesignworks.com

CD HOMES, L.L.C.

Wyndolyn Ramirez  5/28/2015

6018 Pine Forest (112)  3,846.00

$$8,279.61 \over 88,036.75$$

CommunityBank of Te  3,846.00

PRODUCT SSLT104    USE WITH 91663 ENVELOPE

| Date | Hours | Description | Unit Price | Line Total |
|---|---|---|---|---|
| | | RE: Hampton Lane Builders – Residential Portfolio | | |
| | | Design Fee: Interior Design Services | $ 3,846.00 | $ 3,846.00 |
| | | | TOTAL $ | 3,846.00 |

**Make all checks payable to Wyndolyn Ramirez**

6022 Viking Drive Houston, TX 77092   281.687.3798   wyndy@wynnedesignworks.com

655

Wyndolyn Ramirez

6018 Pine Forest

11/12/2015

3,846.00

98,125.66

CommunityBank of Te

3,846.00

| Wyndy Ramirez | | Hampton Lane Builders | Due upon receipt | |
|---|---|---|---|---|
| Date | Hours | Description | Unit Price | Line Total |
| | | RE: Hampton Lane Builders - Residential Portfolio | | |
| | | Design Fee: Interior Design Services | $ 3,846.00 | $ 3,846.00 |
| | | | TOTAL $ | 3,846.00 |

Make all checks payable to Wyndolyn Ramirez

6022 Viking Drive Houston, TX 77092  281.687.3798  wyndy@wynnedesignworks.com

CD HOMES, L.L.C.

~~Wyndolyn Ramirez~~   6018 PINE FOREST         2/29/2016                  3,846.00

683

CommunityBank of Te                                                        3,846.00

PRODUCT SSLT104   USE WITH 91663 ENVELOPE

| Date | Hours | Description | Unit Price | Line Total |
|------|-------|-------------|------------|------------|
|      |       | RE: Hampton Lane Builders – Residential Portfolio | | |
|      |       | Design Fee: Interior Design Services | $ 3,846.00 | $ 3,846.00 |
|      |       |             | TOTAL $     | 3,846.00   |

**Make all checks payable to Wyndolyn Ramirez**
6022 Viking Drive Houston, TX 77092  281.687.3798  wyndy@wynnedesignworks.com

CD HOMES, L.L.C.

Wyndolyn Ramirez  9/29/2016

415 Shadywood Inv. 454  3,846.00

CommunityBank of Te   Inv. 454  3,846.00

| Wyndy Ramirez | | Hampton Lane Builders | | Due upon receipt | |
|---|---|---|---|---|---|
| Date | Hours | Description | | Unit Price | Line Total |
| | | RE: Hampton Lane Builders – Residential Portfolio | | | |
| | | Design Fee: Interior Design Services | | $ 3,846.00 | $ 3,846.00 |

TOTAL $ 3,846.00

**Make all checks payable to Wyndolyn Ramirez**

6022 Viking Drive Houston, TX 77092  281.687.3798  wyndy@wynnedesignworks.com

JD HOMES, L.L.C.

Wyndolyn Ramirez

415 Shadywood Inv. 464                    12/29/2016

3,846.00

CommunityBank of Te   Inv. 464                                         3,846.00

PRODUCT SSLT104    USE WITH 91663 ENVELOPE

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | RE: Hampton Lane Builders – Residential Portfolio | | | |
| | | Design Fee: Interior Design Services | $ | 3,846.00 | $ 3,846.00 |
| | | | | TOTAL $ | 3,846.00 |

**Make all checks payable to Wyndolyn Ramirez**

6022 Viking Drive Houston, TX 77092  281.687.3798  wyndy@wynnedesignworks.com

CC HOMES, L.L.C.

757

| Wyndolyn Ramirez | | 2/14/2017 | |
| --- | --- | --- | --- |
| | 415 Shadywood | | 3,846.00 |

CommunityBank of Te   Inv. 470                                                                   3,846.00

PRODUCT SSLT104   USE WITH 91663 ENVELOPE

| Date | Hours | Description | Unit Price | Line Total |
| --- | --- | --- | --- | --- |
| | | RE: Hampton Lane Builders – Residential Portfolio | | |
| | | Design Fee: Interior Design Services | $ 3,846.00 | $ 3,846.00 |
| | | | TOTAL $ | 3,846.00 |

**Make all checks payable to Wyndolyn Ramirez**

6022 Viking Drive Houston, TX 77092  281.687.3798  wyndy@wynnedesignworks.com

CD HOMES, L.L.C.

| Wyndolyn Ramirez | | |
|---|---|---|
| 415 Shadywood  INV. 476 | 4/11/2017 | 3,846.00 |

CommunityBank of Te                                                                3,846.00

PRODUCT SSLT104   USE WITH 91663 ENVELOPE

| Date | Hours | Description | Unit Price | Line Total |
|---|---|---|---|---|
| | | RE: Hampton Lane Builders – Residential Portfolio | | |
| | | Design Fee: Interior Design Services | $ 3,846.00 | $ 3,846.00 |
| | | | TOTAL $ | 3,846.00 |

**Make all checks payable to Wyndolyn Ramirez**

6022 Viking Drive Houston, TX 77092  281.687.3798  wyndy@wynnedesignworks.com

Wyndolyn Ramirez 11/13/2017
415 Shadywood Inv. 492 3,846.00

CommunityBank of Te   Inv.492 3,846.00

| Wyndy Ramirez | | Hampton Lane Builders | Due upon receipt | |
|---|---|---|---|---|
| Date | Hours | Description | Unit Price | Line Total |
| | | RE: Hampton Lane Builders – Residential Portfolio | | |
| | | Design Fee: Interior Design Services | $ 3,846.00 | $ 3,846.00 |
| | | | TOTAL $ | 3,846.00 |

**Make all checks payable to Wyndolyn Ramirez**
6022 Viking Drive Houston, TX 77092  281.687.3798  wyndy@wynnedesignworks.com

Wyndolyn Ramirez

8/10/2017

415 Shadywood Inv. 483     3,846.00

CommunityBank of Te   Inv. 483     3,846.00

PRODUCT SSLT104    USE WITH 91663 ENVELOPE

| | | | | | |
|---|---|---|---|---|---|
| | RE: Hampton Lane Builders – Residential Portfolio | | | | |
| | Design Fee: Interior Design Services | | $ | 3,846.00 | $ 3,846.00 |
| | | | TOTAL | $ | 3,846.00 |

**Make all checks payable to Wyndolyn Ramirez**

6022 Viking Drive Houston, TX 77092  281.687.3798  wyndy@wynnedesignworks.com

LLC.

7998

Wyndolyn Ramirez

9/15/2017

415 Shadywood Inv. 485

3,846.00

CommunityBank of Te   Inv. 485

3,846.00

PRODUCT SSLT104   USE WITH 91663 ENVELOPE

| | | | | |
|---|---|---|---|---|
| | RE: Hampton Lane Builders – Residential Portfolio | | | |
| | Design Fee: Interior Design Services | $ | 3,846.00 | $ 3,846.00 |
| | | | TOTAL $ | 3,846.00 |

**Make all checks payable to Wyndolyn Ramirez**

6022 Viking Drive Houston, TX 77092  281.687.3798  wyndy@wynnedesignworks.com