UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **HOU-TEX BUILDERS, LLC,** *et al.,* [1] | § | Case No. 18-34658 |
| | § | Chapter 11 |
| DEBTORS. | § | Jointly Administered |
| | § | |

## AMENDMENT TO SCHEDULES A/B, D AND SUMMARY OF ASSETS

Debtor HouTex Builders, LLC, amends its Schedule A/B, Part 1, in its entirety as follows:

**Part 1: Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?
   - ☐ No. Go to Part 2.
   - ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. Cash on hand — $_____

3. Checking, savings, money market, or financial brokerage accounts (Identify all)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Spirit of Texas Bank | Business Checking | 5 4 6 0 | $ 161,549.13 |
| 3.2. Community Bank of Texas | Small Business Checking | 6 9 2 5 | $ 813.71 |

4. Other cash equivalents (Identify all)
   - 4.1. _____ $_____
   - 4.2. _____ $_____

5. **Total of Part 1** — $ 162,362.84
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

---

[1] The names of the debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Houtex Builders, LLC (2111), 2203 Looscan, LLC (1418) and 415 Shadywood, LLC (7627).

Debtor HouTex Builders, LLC, amends its Schedule A/B, Part 9, in its entirety as follows:

**Part 9: Real property**

54. Does the debtor own or lease any real property?
    - ☐ No. Go to Part 10.
    - ☒ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  3 Thornblade Cir, Spring TX 77389 | 100% | $ | FMV | $ 2,750,000.00 |
| 55.2  5325 Lynbrook Dr, Houston, TX 77056 | 100% | $ | FMV | $ 2,800,000.00 |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.** Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $ 5,550,000.00

Debtor HouTex Builders, LLC, amends its Schedule D, Part 1, question 2.2 by amending the address for Great Southwest Financial Group as follows:

> Great Southwest Financial Group
> 2001 Kirby Drive, Suite 1300
> Houston, TX 77019

Debtor HouTex Builders, LLC, supplements its Summary of Assets and Liabilities, Part 1, in its entirety as follows:

**Part 1: Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................  $ 5,550,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................  $ 162,562.84

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................  $ 5,712,562.84

Debtors reserve their rights to further amend and supplement the Statements of Financial Affairs, Schedules and Summary of Assets and Liabilities.

Dated: October 16, 2018                               By:     */s/ Charles C. Foster*
                                                                     Charles C. Foster