## Exhibit A

Biographies

Linda Schmuck, CPA – native Houstonian and graduate of the University of Houston. Upon graduation, joined Touche Ross & Co.. Left Touche Ross to work in industry until 1994, and them formed the sole proprietor accounting firm in 1994, which is now known as Schmuck, Smith, Tees & Co., P. C.

Active in many organizations in Houston, including: Chapelwood Methodist Church, Board of Directors serving as Treasurer and VP of Finance. (1980's). Mental Health Association of Houston and Harris Co, Board of Directors, serving in various capacities including chairman of the board. (1984-1995). National Mental Health Board, Washington D.C. (1995-1997). Citizens for Animal Protections, Board of Directors, serving in various capacities, including president from 2002-2016. Currently Finance Chairman. Additionally, Linda has severed on six different committees of the Houston Livestock Show & Rodeo.

John A. Smith, is a native of Huntsville, Texas and graduate of Texas A&M University. After graduation, Mr. Smith joined the firm of Schmuck & Tees, and was admitted as partner in 2006. Mr. Smith is active in his children's activities in The Woodlands, including coaching Little League baseball and football teams.

Elizabeth Markell, CPA , a native of St. Louis, is a graduate of the University of Houston, with a Masters of Accountancy. Ms. Markell worked in several industries before joining the firm in 1996. For a period of time from 2004-2014, Ms. Markell was a principal in the firm of SST, before working in industry again from 2014-2017. Ms. Markell rejoined the firm in January 2018, as an employee. Ms. Markell is active in numerous community organizations in Houston.

Jennifer Dowdy is a native Houstonian and graduate of St. Agnes Catholic and attended Stephen F. Austin College. Ms. Dowdy is a bookkeeper and office manager for the firm of SST and provides bookkeeping and administrative services for various clients of the firm. She is a member of the Houston Livestock Show & Rodeo, serving on various committees.

APPLICATION TO EMPLOY SST