**Proposed Order**

United States Bankruptcy Court Southern - Texas

ENTERED
11/26/2018

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **HOUTEX BUILDERS, LLC, *et al.*,[1]** | § | **Case No. 18-34658** |
| | § | **Chapter 11** |
| | § | |
| **DEBTORS.** | § | |

**ORDER**

The form of order submitted by the debtor on the Motion to Sell (ECF No. 140) is denied without prejudice and should be resubmitted. If properly resubmitted the Court will grant the same, assuming no objections are filed to the motion.

The Order references an "Exhibit A" which is not attached to the Order. The proposed order should be filed as a single document with all exhibits i.e. "Exhibit A" should not be filed separately or as an attachment in ECF.

Signed: November 23, 2018

Jeffrey P. Norman
United States Bankruptcy Judge