

ENTERED
12/11/2018

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| HOUTEX BUILDERS, LLC, *et al* § | CASE NO: 18-34658 | |
| § | | |
| 415 SHADYWOOD, LLC § | CASE NO: 18-34659 | |
| § | | |
| 2203 LOOSCAN LANE, LLC § | CASE NO: 18-34660 | |
| § | Jointly Administered Order | |
| Debtor(s) § | | |
| § | CHAPTER 11 | |

## ORDER

Before the Court are the Motions to Quash filed by CD Homes, LLC (ECF No. 145 and 172). The motions are granted in part and denied in part.

The debtor is seeking discovery based on the possibility that estate funds have been improperly diverted to by CD Homes, Inc. and/or its members. In effect, the debtor is seeking documentation to determine the viability of conceivable claims against CD Homes, LLC and or its members that they were the recipient of these improperly diverted funds.

Discovery is necessary for the debtor to trace and or track funds that flowed from the debtor to CD Homes, Inc. so that the debtor may evaluate these potential claims. Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense, including the existence, description, nature, custody, condition, and location of any documents or other tangible things and the identity and location of persons who know of any discoverable matter.

Except as to the following request for documents and tangible things to be produced the objections in the Motions to Quash are all overruled as the requested discovery appears reasonably calculated to lead to the discovery of admissible evidence and within the limitations of Federal Rule of Civil Procedure Rule 26(b)(2)(C).

However, as to the following request for documents and tangible things to be produced the objection is granted and the specific request is quashed.

The following objection of CD Homes, LLC is granted, and the request is quashed.

12. Your operating agreement, governance documents, and all other documents which establish your current ownership structure.

Response: Objection to this request as overly broad, unduly burdensome and beyond the scope of permissible discovery.

The Court grants this objection based on the duplicative nature of the request and that it does not appear to be reasonably calculated to lead to the discovery of admissible evidence. An LLC such as CD Homes, LLC may have one owner, or several owners that are referred to as members.

The Court has overruled the objection to discovery request 15. That specific request requires the disclosure of distributions made to the members of the LLC from September 2012 to the present. If the discovery requests are based on the debtor's desire to determine to whom payments were made (for the purposes of any possible diversion of funds) then discovery request 15 will answer this inquiry. Therefore, this request appears duplicative as well as not reasonable calculated to lead to admissible evidence. There is nothing in the record that indicates that CD Homes, LLC operating agreement, governance documents, or other documents which establish current ownership could be used to track the possible diversion of estate funds. Therefore, this objection is sustained.

All other relief requested by CD Homes, LLC is, however, denied.

SO ORDERED.

SIGNED: 12/11/2018.

_____
Jeffrey P. Norman
United States Bankruptcy Judge