

ENTERED
12/19/2018

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| HOUTEX BUILDERS, LLC *et al.*,[1] | § § | Case No. 18-34658 |
| DEBTORS. | § § § | (Chapter 11) |

### ORDER AUTHORIZING EMPLOYMENT OF SCHMUCK, SMITH, TEES & COMPANY, P.C. AS ACCOUNTANT TO THE DEBTORS NUNC PRO TUNC TO AUGUST 23, 2018

The Court, having considered the Application of Houtex Builders, LLC; 2203 Looscan Lane, LLC; and 415 Shadywood, LLC (collectively, the "Debtors") for authority to employ Schmuck, Smith, Tees & Company, P.C. as their accountant (the "Application"), finds that notice of the Application was appropriate and in accordance with the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, and that based on the law and facts set forth in the Application, the evidence presented, and the record in this case, the Court finds that the relief requested in the Application is in the best interests of the Debtors, their estates, and their creditors and therefore should be GRANTED, accordingly, it is hereby:

ORDERED that the Debtors are authorized to employ Schmuck, Smith, Tees & Company, P.C. as their accountant nunc pro tunc to August 23, 2018, and it is further

ORDRERED that any and all compensation to Schmuck, Smith, Tees & Company, P.C. shall be subject to approval by this Court under 11 U.S.C. § 330.

Signed: December 19, 2018

Jeffrey P. Norman
United States Bankruptcy Judge

---

[1] The names of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HOUTEX Builders, LLC (2111); 2203 Looscan Lane, LLC (1418); and 415 Shadywood, LLC (7627).