

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| HOUTEX BUILDERS, LLC, *et al* | § | CASE NO: 18-34658 |
| | § | |
| 415 SHADYWOOD, LLC | § | CASE NO: 18-34659 |
| | § | |
| 2203 LOOSCAN LANE, LLC | § | CASE NO: 18-34660 |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER ON DEBTORS EMERGENCY SECOND MOTION FOR ORDER EXTENDING EXCLUSIVITY PERIODS

The Court, having considered the Debtors' Emergency Second Motion for Order Extending Exclusivity Periods Pursuant to Bankruptcy Code Section 1121 (ECF No. 212), the response deadline having passed and no responses in opposition being filed, it is accordingly ORDERED:

Pursuant to 11 U.S.C. § 1121(d), that the extensions requested, extending the 120-day and 180-day exclusivity periods in § 1121(b) and (c) for an additional 45 days to March 21, 2019 and May 20, 2019, respectively, is granted.

SO ORDERED.

SIGNED: 02/04/2019.

_____
Jeffrey P. Norman
United States Bankruptcy Judge