| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 18-34658<br>Southern District of Texas<br>Houston<br>Mon Feb 25 14:03:50 CST 2019 | 2203 Looscan Lane, LLC<br>17 Courtlandt Place<br>Houston, TX 77006-4013 | 415 Shadywood, LLC<br>17 Courtlandt Place<br>Houston, TX 77006-4013 |
| BMC Texas Sales, LLC d/b/a BMC<br>16002 Tomball Parkway<br>Houston, TX 77086-1010 | CommunityBank of Texas NA<br>c/o Don J. Knabeschuh<br>5090 Richmond #472<br>Houston, TX 77056-7402 | Great Southwestern Financial Corp.<br>c/o Ross Spence<br>Snow Spence Green LLP<br>2929 Allen Parkway, Suite 2800<br>Houston, TX 77019-7125 |
| Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>C/O John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | HouTex Builders, LLC<br>17 Courtlandt Place<br>Houston, TX 77006-4013 | Montgomery County<br>Linebarger Goggan Blair & Sampson LLP<br>C/O John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Spirit of Texas Bank SSB<br>c/o Bruce J. Ruzinsky<br>Jackson Walker LLP<br>1401 McKinney, Suite 1900<br>Houston, TX 77010-1900 | | 1040 Hyde Park LLC<br>2402 Elmen<br>Houston, TX 77019-6710 |
| Aldretes Masonry LLC<br>8519 Forest Grove Drive<br>Houston, TX 77080-3612 | Aldretes Masonry, LLC<br>Gerber & Most, PLLC<br>5555 West Loop South, Suite 400<br>Bellaire, Texas 77401-2110 | Alpine Cut Stone<br>4755 Alpine Road, Suite 150<br>Stafford, TX 77477-4129 |
| Anna Williams<br>2402 Elmen<br>Houston, TX 77019-6710 | BMC<br>16002 Tomball Pkwy<br>Houston, TX 77086-1010 | BMC Texas Sales, LLC dba BMC<br>Attn: Dawn Bailey<br>16002 Tomball Parkway<br>Houston, TX 77086-1010 |
| Brothers II Concrete LLC<br>2519 Woodgate Street<br>Houston, TX 77039-3139 | CD Homes, LLC<br>2402 Elmen<br>Houston, TX 77019-6710 | CD Homes, LLC<br>c/o Harold May<br>1500 Dairy Ashford<br>Suit 325<br>Houston, TX 77077-3861 |
| Carlton Woods Creekside Assoc<br>c/o First Service Residential<br>5295 Hollister Road<br>Houston, TX 77040-6205 | Charles C. Foster<br>3 Greenway Plaza Suite 800<br>Houston TX 77046-0322 | Charles Foster<br>17 Courtlandt Pl.<br>Houston, TX 77006-4013 |
| Chase Drywall<br>1585- B W Sam Houston Pkwy N<br>Houston, TX 77043-3138 | Circa Lighting<br>2427 Westheimer<br>Houston, TX 77098-1319 | Colin Magee<br>P.O. Box 27011<br>Houston, TX 77227-7011 |
| (p)COMMUNITYBANK OF TEXAS N A<br>PO BOX 26017<br>BEAUMONT TX 77720-6017 | EFH Consulting Engineers Inc.<br>2906 Carrolton Street<br>Houston, TX 77023-5242 | Elegant Additions<br>104 W. 12th Street, Suite A<br>Houston, TX 77008-6990 |

| | | |
|---|---|---|
| Esmeralda Painting Inc.<br>8605 Rannie Road<br>Houston, TX 77080-3525 | Exterior Creations<br>14313 Green Acres Street<br>Crosby, TX 77532-7338 | Ferguson Enterprises<br>P.O. Box 847411<br>Dallas, TX 75284-7411 |
| Forja Designs, LLC<br>6113 Milwee Street, Suite A<br>Houston, TX 77092-6291 | Gainsborough Waste<br>P.O. Box 4509-2<br>Department 2<br>Houston, TX 77210-4509 | Grant Stone LLC<br>11351 Jones Road West<br>Suite A<br>Houston, TX 77065-3684 |
| Great Southwest Financial Group<br>2402 Elmen Street<br>Houston,TX 77019-6710 | Harold 'Hap' May<br>1500 South Dairy Ashford<br>Suite 325<br>Houston, TX 77077-3861 | Harold May<br>2402 Elmen<br>Houston, TX 77019-6710 |
| Harold May<br>5847 San Felipe, Suite 2200<br>Houston, TX 77057-3198 | Harris County et al.<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Harris Montgomery Counties MUD #386<br>822 West Pasadena Boulevard<br>Deer Park, TX 77536-5749 |
| High Performance Home Companies<br>5438 Guhn Road<br>Houston, TX 77040-6211 | Hmaidan & Hmaidan LLC<br>5606 Grand Masterpiece Court<br>Houston, TX 77041-5530 | Houston Custom Floors<br>3646 West TC Jester Suite E<br>Houston, TX 77018 |
| Independent Bank<br>750 Bering Drive, Suite 100<br>Houston, TX 77057-2277 | Jim D. Nored<br>113 Sage Road<br>Houston, TX 77056-1417 | L. Hernandez Construction Inc.<br>P.O. Box 2535<br>Spring, TX 77383-2535 |
| Lily Charles Homes, LLC<br>17 Courtlandt Pl.<br>Houston, TX  77006-4013 | Lily Foster<br>17 Courlandt Pl.<br>Houston, TX 77006-4013 | Marchal/Stevenson Elevator Co., Inc.<br>11050 W. Little York, Bldg E<br>Houston, TX 77041-5056 |
| Matts Seamless Gutter Service<br>6005 Milwee Street, Suite 1006K<br>Houston, TX 77092-6266 | Medinas Plumbing<br>601 Mitchell Road<br>Houston, TX 77037-3313 | Montgomery County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 |
| Noel's Iron Works, LLC<br>1923 Hartwick Road<br>Houston, TX 77093-1034 | Pedco Roofing, Inc.<br>1426 Brittmoore<br>Houston, TX 77043-4006 | Pensco Trust Company, LLC<br>Custodian FBO Herbert Andrew Chiles (Dec<br>P.O. Box 173859<br>Denver, CO 80217-3859 |
| Premier Technology Group<br>8564 Katy Freeway, Suite 132<br>Houston, TX 77024-1831 | Pro-Surv<br>P.O. Box 1366<br>Friendswood, TX 77549-1366 | River Oaks Property Owners Inc.<br>3923 San Felipe<br>Houston, TX 77027-3928 |

| | | |
|---|---|---|
| Robert Parker<br>2402 Elmen Street<br>Houston TX 77019-6710 | SE Construction Inc.<br>225 Gonyo Ln., Suite 303<br>Richmond, TX 77469-8201 | Scholl Lumber<br>6202 N. Houston Rosslyn Road<br>Houston, TX 77091-3410 |
| South Texas Brick & Stone, LLC<br>P.O. Box 940728<br>Houston, TX 77094-7728 | Spirit of Texas Bank<br>625 University Drive E<br>College Station, TX 77840-1803 | Spirit of Texas Bank<br>c/o Michael L. Dunham<br>1836 Spirit of Texas Way<br>Conroe, TX 77301-2080 |
| TP Glass<br>114 Weisenberger Drive<br>Houston, TX 77022-4428 | Tanglewood Homes Association<br>5757 Woodway, Suite 160<br>Houston, TX 77057-1519 | Tax Assessor  Collector<br>P.O. Box 4622<br>Houston, TX 77210-4622 |
| Ted A. Cox<br>2855 Magnum, Suite 100<br>Houston, TX 77092 | Texas Outhouse<br>P.O. Box 4509-1<br>Houston, TX 77210-4509 | The Woodlands Township<br>2801 Technology Forest Blvd.<br>The Woodlands, TX 77381-3901 |
| Tomball ISD<br>P.O. Box 276<br>Tomball, TX 77377-0276 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Wishbone Welding LLC<br>P.O. Box 21571<br>Houston, TX 77226-1571 |