UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 18-34658 |
| | § | |
| **HOU-TEX BUILDERS, LLC, *et al.*,** [1] | § | Chapter 11 |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | |

### NOTICE OF RULE 2004
### EXAMINATION OF BOB PARKER

TO:  Bob Parker
c/o Dick Fuqua
5005 Riverway Drive
Houston, TX 77056

Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2004, HOUTEX Builders, LLC; 2203 Looscan, LLC; and 415 Shadywood, LLC (collectively, the "Debtors") intend to examine Bob Parker ("Parker") on **March 20, 2019 starting at 1:00 p.m. (CT)**.  The examination will take place at the offices of **Fuqua & Associates, 5005 Riverway Drive, Houston, Texas 77056**, unless otherwise agreed, and will continue from day to day until completed.  The examination will be taken before a court reporter authorized by law to administer oaths and may be videotaped.

[Remainder of Page Intentionally Left Blank]

---

[1] The names of the debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Houtex Builders, LLC (2111), 2203 Looscan, LLC (1418) and 415 Shadywood, LLC (7627).

Dated:  March 8, 2019                                              Respectfully submitted,

DIAMOND McCARTHY LLP

*/s/ Charles M. Rubio*
Charles M. Rubio
TBA No. 24083768
crubio@diamondmccarthy.com
Michael D. Fritz
TBA No. 24083029
mfritz@diamondmccarthy.com
Two Houston Center
909 Fannin, 37th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

*Counsel to Debtors and Debtors-In-Possession*

## CERTIFICATE OF CONFERENCE

This is to certify that on March 7, 2019, I conferred with Dick Fuqua, counsel for Bob Parker, who indicated that he agreed to the date and location of the examination.

*/s/ Charles M. Rubio*
Charles M. Rubio

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, a true and correct copy of the foregoing Notice of Rule 2004 Examination of Bob Parker was served by electronic transmission to Dick Fuqua, counsel to Bob Parker.

*/s/ Charles M. Rubio*
Charles M. Rubio