UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § |
| | §  Case No. 18-34658 |
| **HOUTEX BUILDERS, LLC,** *et al.*, [1] | §  Chapter 11 |
| | § |
| Debtors. | § |

GREAT SOUTHWESTERN FINANCIAL CORP.'S
CROSS-NOTICE OF RULE 2004 EXAMINATION
OF BOB PARKER

To: **Bob Parker**
c/o Dick Fuqua
Fuqua & Associates
5005 Riverway Drive
Houston, Texas 77056
By email: fuqua@fuqualegal.com

**PLEASE TAKE NOTICE** that Great Southwestern Financial Corp. will take the oral examination of Bob Parker, individually, on **March 20, 2019 at 1:00 p.m**. (CT) or thereafter, at the offices of **Fuqua & Associates, 5005 River, Suite 250, Houston, Texas 77056** and continuing from day to day thereafter until completed. The examination will be taken before a court reporter and may be videotaped as designated by the Debtor, Hou-Tex Builders, LLC in its Notice of Rule 2004 Examination of Bob Parker at Docket No. 219.

Dated:  March 8, 2019            Respectfully submitted,

                                **SNOW SPENCE GREEN LLP**
                                By:  */s/ Ross Spence*
                                     Ross Spence
                                     State Bar No. 18918400
                                     Email: ross@snowspencelaw.com
                                     Carolyn Carollo
                                     State Bar No. 24083437

---

[1] The names of the debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Houtex Builders, LLC (2111), 2203 Looscan, LLC (1418) and 415 Shadywood, LLC (7627).

Email: carolyncarollo@snowspencelaw.com
2929 Allen Parkway, Suite 2800
Houston, TX  77019
Telephone: (713) 335-4800
Telecopier: (713) 335-4848
**ATTORNEYS FOR GREAT SOUTHWESTERN FINANCIAL CORP.**

## CERTIFICATE OF SERVICE

This is to certify that on this the 8th day of March 2019, a true and correct copy of the foregoing Cross-Notice was electronically served upon all parties listed below and via the Court's electronic case filing system (ECF):

Via email:   fuqua@fuqualegal.com
Bob Parker
c/o Dick Fuqua
Fuqua & Associates
5005 Riverway Drive
Houston, Texas 77056

  */s/  Ross Spence*
Ross Spence