UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 18-34658 |
| HOUTEX BUILDERS, LLC, *et al.*, [1] § | Chapter 11 |
| § | |
| Debtors. § | |

GREAT SOUTHWESTERN FINANCIAL CORP.'S
AMENDED CROSS-NOTICE OF RULE 2004 EXAMINATION
OF BOB PARKER

To:  **Bob Parker**
c/o Dick Fuqua
Fuqua & Associates
5005 Riverway Drive
Houston, Texas 77056
By email: fuqua@fuqualegal.com

**PLEASE TAKE NOTICE** that Great Southwestern Financial Corp. will take the oral examination of Bob Parker, individually, on **March 20, 2019 at 1:00 p.m**. (CT) or thereafter, at the offices of **Fuqua & Associates, 5005 River, Suite 250, Houston, Texas 77056** and continuing from day to day thereafter until completed. The examination will be taken before a court reporter and may be videotaped as designated by the Debtor, Hou-Tex Builders, LLC in its Notice of Rule 2004 Examination of Bob Parker at Docket No. 219.

The witness shall also deliver, at the date, time and place set forth below, all records in the witness' possession, custody, or control related to the following:

1. Any agreement between Jim Nored and Robert Parker;
2. Any agreement between Jim Nored and Houtex Builders, LLC;

---

[1] The names of the debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Houtex Builders, LLC (2111), 2203 Looscan, LLC (1418) and 415 Shadywood, LLC (7627).

3. Any agreement between Jim Nored and 1040 Hyde Park, LLC;
4. Any agreement between Jim Nored and CD Homes, LLC;
5. Any agreement between Jim Nored and HL Builddrs, LLC;
6. Any agreement between Jim Nored and 1536 Indiana, LLC;
7. Any notes between Jim Nored as lender to any of the following entities:
    a. Houtex Builders, LLC,
    b. 415 Shadywood, LLC,
    c. 1040 Hyde Park, LLC,
    d. 1536 Indiana, LLC,
    e. CD Homes, LLC,
    f. HL Builders, LLC;
8. An accounting and evidence of payments made by Houtex Builders, LLC related to the $1.6MM loan disbursements received from Spirit of Texas Bank;
9. Any evidence of payments between Jim Nored and Robert Parker;
10. Any evidence of payments between Jim Nored and Houtex Builders, LLC;
11. Any evidence of payments between Jim Nored and 1040 Hyde Park, LLC;
12. Any evidence of payments between Jim Nored and CD Homes, LLC;
13. Any evidence of payments between Jim Nored and HL Builders, LLC; and
14. Any evidence of payments between Jim Nored and 1536 Indiana, LLC.

These documents are to be produced by **5:00 p.m. (CT) on Monday, March 18, 2019** to Ross Spence at the offices of Snow Spence Green LLP, 2929 Allen Pkwy, Suite 2800, Houston, TX 77019.

Dated:  March 11, 2019               Respectfully submitted,

**SNOW SPENCE GREEN LLP**
By:  */s/  Ross Spence*
    Ross Spence
    State Bar No. 18918400
    Email: ross@snowspencelaw.com
    Carolyn Carollo
    State Bar No. 24083437
    Email: carolyncarollo@snowspencelaw.com

            2929 Allen Parkway, Suite 2800
            Houston, TX  77019
            Telephone: (713) 335-4800
            Telecopier: (713) 335-4848
            **ATTORNEYS FOR GREAT**
            **SOUTHWESTERN FINANCIAL CORP.**

## **CERTIFICATE OF SERVICE**

This is to certify that on this the 11th day of March 2019, a true and correct copy of the foregoing Amended Cross-Notice was electronically served upon all parties listed below and via the Court's electronic case filing system (ECF):

Via email:   fuqua@fuqualegal.com
Bob Parker
c/o Dick Fuqua
Fuqua & Associates
5005 Riverway Drive
Houston, Texas 77056

             */s/  Ross Spence*
            Ross Spence