**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| CASE NAME: | HouTex Builders LLC |
| CASE NUMBER: | 18-34658 |
| PROPOSED PLAN DATE: | |

| | |
|---|---|
| PETITION DATE: | 8/23/2018 |
| DISTRICT OF TEXAS: | Southern |
| DIVISION: | Houston |

### MONTHLY OPERATING REPORT SUMMARY FOR MONTH December*     YEAR 2018

| MONTH | September | October | November | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 2,575,000.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -1,501.74 | -5,398.89 | -2,265.93 | -23,372.97 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -1,502.17 | -5,412.22 | -18,489.85 | -87,300.31 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 2,266.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 1,501.74 | 5,388.24 | 23,157.74 | 82,068.09 | 0.00 | 0.00 |

*This monthly operating report includes all amounts from the Petition Date through December 31, 2018.

**CIRCLE ONE**

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (X)  NO ( ) | 11-06-2019 |
| LIABILITY | YES (X)  NO ( ) | 11-06-2019 |
| VEHICLE | YES ( )  NO (X) | ___-___-___ |
| WORKER'S | YES ( )  NO (X) | ___-___-___ |
| OTHER | YES ( )  NO (X) | ___-___-___ |

Are all accounts receivable being collected within terms?  **Yes**  No
Are all post-petition liabilities, including taxes, being paid within terms?  **Yes**  No
Have any pre-petition liabilities been paid?  Yes  **No**
  If so, describe
Are all funds received being deposited into DIP bank accounts?  **Yes**  No
Were any assets disposed of outside the normal course of business?  Yes  **No**
  If so, describe
Are all U.S. Trustee Quarterly Fee Payments current?  **Yes**  No
What is the status of your Plan of Reorganization?

| | |
|---|---|
| ATTORNEY NAME: | Charles Rubio |
| FIRM NAME: | Diamond McCarthy LLP |
| ADDRESS: | 909 Fannin Street, 37th Floor |
| CITY, STATE, ZIP: | Houston, Texas 77010 |
| TELEPHONE/FAX: | 713-333-5100 |

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X _Charles Foster_ Manager
(ORIGINAL SIGNATURE)

Charles Foster
(PRINT NAME OF SIGNATORY)     DATE

**MOR-1**

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH September | MONTH October | MONTH November | MONTH December | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 0.00 | 0.00 | | 495.48 | 150,063.40 | | |
| Accounts Receivable, Net | 0.00 | 0.00 | | | | | |
| Inventory: Lower of Cost or Market | 0.00 | 0.00 | | | | | |
| Prepaid Expenses | 0.00 | 0.00 | | 23,973.65 | 21,835.24 | | |
| Investments | 0.00 | 0.00 | | | | | |
| Other | 0.00 | 0.00 | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 0.00 | 0.00 | 24,469.13 | 171,898.64 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 0.00 | 0.00 | | | | | |
| Less Accumulated Depreciation | 0.00 | 0.00 | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | 0.00 | 0.00 | | | | | |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | | | | | |
| 3. Electric Deposit* | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | | |
| 4. Real property* | 5,500,000.00 | 5,500,000.00 | 5,500,000.00 | 5,500,000.00 | 3,138,006.72 | | |
| TOTAL ASSETS | $5,500,200.00 | $5,500,200.00 | $5,500,200.00 | $5,524,669.13 | $3,310,105.36 | $0.00 | $0.00 |

\* Per Schedules and Statement of Affairs

**MOR-2**

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH September | MONTH October | MONTH November | MONTH December | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 1,502.17 | 6,914.39 | 49,873.37 | 129,934.91 | 0.00 | 0.00 |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 5,293,022.44 | 5,293,022.44 | 5,293,022.44 | 5,293,022.44 | 3,139,200.44 | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 593,843.04 | 593,843.04 | 593,843.04 | 593,843.04 | 540,340.04 | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 5,886,865.48 | 5,886,865.48 | 5,886,865.48 | 5,886,865.48 | 3,679,540.48 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 5,886,865.48 | 5,888,367.65 | 5,893,779.87 | 5,936,738.85 | 3,809,475.39 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -1,502.17 | -6,914.39 | -25,404.24 | -112,704.55 | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | -386,665.48 | -388,167.65 | -393,579.87 | -412,069.72 | -499,370.03 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $5,500,200.00 | $5,500,200.00 | $5,500,200.00 | $5,524,669.13 | $3,310,105.36 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

*Revised 07/01/98*

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH September | MONTH October | MONTH November | MONTH December | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | 10.65 | | | | |
| TAX PAYABLE | | | | | | |
|   Federal Payroll Taxes | | | | | | |
|   State Payroll Taxes | | | | | | |
|   Ad Valorem Taxes | | | | | | |
|   Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
|   1. Accrued interest on DIP Financing | 0.43 | 13.76 | 84.46 | 286.29 | | |
|   2. Dip financing | 1,501.74 | 6,889.98 | 30,543.20 | 112,392.71 | | |
|   3. Insurance payable | | | 19,245.71 | 17,255.91 | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $1,502.17 | $6,914.39 | $49,873.37 | $129,934.91 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

### AGING OF POST-PETITION LIABILITIES

MONTH: December

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | Other |
|---|---|---|---|---|---|---|
| 0-30 | 82,051.34 | | | | | 82,051.34 |
| 31-60 | 40,979.83 | | | | | 40,979.83 |
| 61-90 | 5,401.57 | | | | | 5,401.57 |
| 91+ | 1,502.17 | | | | | 1,502.17 |
| TOTAL | $129,934.91 | $0.00 | $0.00 | $0.00 | $0.00 | $129,934.91 |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## STATEMENT OF INCOME (LOSS)

|  | MONTH September | MONTH October | MONTH November | MONTH December | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) |  |  |  | 2,575,000.00 |  |  | 2,575,000.00 |
| TOTAL COST OF REVENUES | 0.00 |  |  | 2,596,034.78 |  |  | 2,596,034.78 |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | -21,034.78 | 0.00 | 0.00 | -21,034.78 |
| OPERATING EXPENSES: |  |  |  |  |  |  |  |
| Selling & Marketing |  |  |  |  |  |  | 0.00 |
| General & Administrative |  | 3,132.89 | 253.63 | 2,338.19 |  |  | 5,724.71 |
| Insiders Compensation |  |  |  |  |  |  | 0.00 |
| Professional Fees |  | 2,266.00 |  |  |  |  | 2,266.00 |
| Insurance | 1,501.74 |  | 1,687.30 |  |  |  | 3,189.04 |
| Trustee fees |  |  | 325.00 |  |  |  | 325.00 |
| TOTAL OPERATING EXPENSES | 1,501.74 | 5,398.89 | 2,265.93 | 2,338.19 | 0.00 | 0.00 | 11,504.75 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -1,501.74 | -5,398.89 | -2,265.93 | -23,372.97 | 0.00 | 0.00 | -32,539.53 |
| INTEREST EXPENSE | 0.43 | 13.33 | 16,223.92 | 63,927.34 |  |  | 80,165.02 |
| DEPRECIATION |  |  |  |  |  |  | 0.00 |
| OTHER (INCOME) EXPENSE* |  |  |  |  |  |  | 0.00 |
| OTHER ITEMS** |  |  |  |  |  |  | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.43 | 13.33 | 16,223.92 | 63,927.34 | 0.00 | 0.00 | 80,165.02 |
| NET INCOME BEFORE TAXES | -1,502.17 | -5,412.22 | -18,489.85 | -87,300.31 | 0.00 | 0.00 | -112,704.55 |
| FEDERAL INCOME TAXES |  |  |  |  |  |  | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($1,502.17) | ($5,412.22) | ($18,489.85) | ($87,300.31) | $0.00 | $0.00 | ($112,704.55) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\*   Footnote Mandatory.

\* \* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

**MOR-6**

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

| CASH RECEIPTS AND DISBURSEMENTS | MONTH September | MONTH October | MONTH November | MONTH December | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $495.48 | $150,063.40 | $150,063.40 | $0.00 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list)*** | 1,501.74 | 5,388.24 | 23,653.22 | 81,849.51 | | | 112,392.71 |
| 5. SALE OF ASSETS | | | | 149,786.50 | | | 149,786.50 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 1,501.74 | 5,388.24 | 23,653.22 | 231,636.01 | 0.00 | 0.00 | 262,179.21 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | 2,130.24 | 256.28 | 187.78 | | | 2,574.30 |
| 12. INSURANCE | 1,501.74 | | 6,415.24 | 1,989.80 | | | 9,906.78 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. INTEREST EXPENSES | | | 16,153.22 | 79,878.51 | | | 96,031.73 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 992.00 | | | | | 992.00 |
| 17. ADMINISTRATIVE & SELLING | | | 8.00 | 12.00 | | | 20.00 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 1,501.74 | 3,122.24 | 22,832.74 | 82,068.09 | 0.00 | 0.00 | 109,524.81 |
| 19. PROFESSIONAL FEES | | 2,266.00 | | | | | 2,266.00 |
| 20. U.S. TRUSTEE FEES | | | 325.00 | | | | 325.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 1,501.74 | 5,388.24 | 23,157.74 | 82,068.09 | 0.00 | 0.00 | 112,115.81 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 495.48 | 149,567.92 | 0.00 | 0.00 | 150,063.40 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $495.48 | $150,063.40 | $150,063.40 | $150,063.40 | $150,063.40 |

* Applies to Individual debtors only

MOR-7

**Numbers for the current month should balance (match)

*** Advance from Charles Foster
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

**CASE NAME:** HouTex Builders LLC
**CASE NUMBER:** 18-34658

## CASH ACCOUNT RECONCILIATION
### MONTH OF December

| BANK NAME | Frost Bank | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #*****6345 | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 150,076.78 | | | | $150,076.78 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 13.38 | | | | $13.38 |
| ADJUSTED BANK BALANCE | $150,063.40 | $0.00 | $0.00 | $0.00 | $150,063.40 |
| BEGINNING CASH - PER BOOKS | 495.48 | | | | $495.48 |
| RECEIPTS* | 231,636.01 | | | | $231,636.01 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR  MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 82,068.09 | | | | $82,068.09 |
| ENDING CASH - PER BOOKS | $150,063.40 | $0.00 | $0.00 | $0.00 | $150,063.40 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH September | MONTH October | MONTH November | MONTH December | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH September | MONTH October | MONTH November | MONTH December | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Schmuck, Smith, Tees & Co PC | 0.00 | 2,266.00 | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $2,266.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9