## CD HOMES, LLC AND BOB PARKER'S WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Case No:18-34658 | Name of Debtors: Houtex Builders, LLC, et al. |
|  |  |
|  |  |
| Witnesses: |  |
| Robert Parker | Judge: Honorable Jeffrey P. Norman |
| Any witness designated by any other party | Hearing Date:  April 4, 2019 |
|  | Hearing Time: 1:30 o'clock p.m. |
|  | Party's Name:  CD Homes, LLC and Bob Parker |
|  | Attorney's Name:  Richard L. Fuqua |
|  | Attorney's Phone: (713) 960-0277 |
|  | Nature of Proceeding: Debtors' Motion to Compel CD Homes LLC's and Robert Parker's Responses to Discovery [Doc. 227] |
|  |  |

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | All checks, deposits and journal entries made by CD Homes for the benefit of HouTex Builders, LLC, 415 Shadywood, LLC and 2203 Looscan Lane, LLC |  |  |  |  |
| 2 | All credit card payments by CD Homes, LLC for the benefit of HouTex Builders, LLC, 415 Shadywood, LLC and 2203 Looscan Lane, LLC |  |  |  |  |
| 3 | All closing costs and charges related to the purchase of real estate paid by CD Homes, LLC for the benefit of HouTex Builders, LLC, 415 Shadywood, LLC and 2203 Looscan Lane, LLC |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| 4 | All debits/charges paid by construction lenders for the benefit of HouTex Builders, LLC, 415 Shadywood, LLC and 2203 Looscan Lane, LLC | | | | |
| 5 | All project supervision and construction supervision charges paid by CD Homes, LLC for the benefit of HouTex Builders, LLC, 415 Shadywood, LLC and 2203 Looscan Lane, LLC | | | | |
| 6 | All miscellaneous payments made by CD Homes, LLC for the benefit of HouTex Builders, LLC, 415 Shadywood, LLC and 2203 Looscan Lane, LLC | | | | |
| 7 | Sources and uses of funds by CD Homes, LLC on all HouTex Builders, LLC, 415 Shadywood, LLC and 2203 Looscan Lane, LLC properties | | | | |
| 8 | All lien releases relating to PENSCO TRUST or Hmaiden & Hmaiden, LLC | | | | |
| 9 | All agreements between CD Homes, LLC and Hmaiden & Hmaiden, LLC or Jim Nored | | | | |
| 10 | All records related to the assignment by Jim Nored of loans and/or deeds of trust secured by properties of the Debtors to 1040 Hyde Park, LLC | | | | |
| 11 | All records related to the ownership of 1040 Hyde Park, LLC | | | | |
| 12 | All unredacted bank statements for CD Homes, LLC From 09/25/12 To 08/23/2018 | | | | |
| 13 | Copies of development documents used for the purchase of development properties | | | | |
| 13 | All payments to Robert Parker from CD Homes, LLC | | | | |
| | | | | | |
| | | | | | |

                FUQUA & ASSOCIATES, PC

BY:   */s/ Richard L. Fuqua*
       Richard L. Fuqua
       State Bar No. 075522300
       5005 Riverway, Suite 250
       Houston, TX 77056
       (713) 960-0277 Telephone
       (713) 960-1064 Facsimile
       RLFuqua@FuquaLegal.com

COUNSEL FOR CD HOMES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that at true and correct copy of the foregoing was served on the parties listed below in the manner specified and by ECF on all parties eligible to receive notice on this the 2nd day of April, 2019.

| | |
|---|---|
| Charles M. Rubio<br>Diamond McCarthy, LLP<br>909 Fannin Street, Suite 1500<br>Houston, TX 77010 | *via email at crubio@diamondmccarthy.com*<br>and by ECF |
| Hector Duran<br>Office of U.S. Trustee<br>515 Rusk, Suite 3516<br>Houston, TX 770056 | *via email at Hector.Duran.Jr@usdoj.gov*<br>and by ECF |

                */s/ Richard L. Fuqua*
                Richard L. Fuqua