

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/12/2019

| | | |
|---|---|---|
| In re: | § § | |
| HOUTEX BUILDERS, LLC, *et al.*,[3] | § § | Case No. 18-34658 |
| DEBTORS. | § § § § | Chapter 11 |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SCHMUCK, SMITH, TEES & COMPANY, P.C. AS ACCOUNTANTS FOR THE DEBTORS FOR THE PERIOD AUGUST 23, 2018 THROUGH FEBRUARY 28, 2019**
(This Order relates to ECF No. 222)

Upon consideration of the First Interim Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") of Schmuck, Smith, Tees & Company, P.C. ("SST"), as accountants to HouTex Builders, LLC, 2203 Looscan Lane, LLC and 415 Shadywood, LLC (each a "Debtor" and collectively the "Debtors") for the period August 23, 2018 through and including February 28, 2019 (the "Application Period") and the Court having determined it has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. § 1334, 11 U.S.C. §§ 330 and 331, Bankruptcy Rule of Procedure 2016, and Local Bankruptcy Rule 2016-1; and it appearing to the Court that the Application and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b) and venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing to the Court that due and proper notice of the Application has been given and no other or further notice need be provided; and it further appearing to the Court after review of the Application, any objections (any outstanding as of the hearing date on the

---

[3] The names of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HOUTEX Builders, LLC (2111); 2203 Looscan Lane, LLC (1418); and 415 Shadywood, LLC (7627).

Application having been overruled) and the record made by SST during the hearing before the Court on the Application that SST has established the basis for interim allowance of fees and expenses during the Application Period as set out in the Application; IT IS HEREBY

ORDERED, that the relief requested in SST's Application is approved and the amount of $8,081.25 (the "Total Interim Award") consisting of professional and paraprofessional fees of $8,002.50 and out-of-pocket expenses of $78.75 during the Application Period is allowed on an interim basis for SST; and further

ORDERED, that the Debtors shall pay to SST the Total Interim Award promptly following entry of this Order; and further

ORDERED, that the Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this order.

Signed: April 12, 2019

Jeffrey P. Norman
United States Bankruptcy Judge