UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Case No. 18-34658 |
| HOUTEX BUILDERS, LLC, *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE, REQUEST FOR NOTICE AND REQUEST TO BE ADDED TO THE MAILING MATRIX

**PLEASE TAKE NOTICE** that Jones Murray & Beatty LLP, counsel for Charles Foster, Lily Foster and Lily Charles Homes LLC, files this notice of appearance pursuant to Federal Rule of Bankruptcy Procedure 9019(b) and hereby requests that notice of all matters arising in this case of which notice is to be sent to any creditor or any other party in interest be sent to:

Christopher R. Murray
**JONES MURRAY & BEATTY LLP**
4119 Montrose, Suite 230
Houston, TX 77006
Tel. 832-529-3027
Fax. 832-529-3393
chris@jmbllp.com

Respectfully submitted, April 15, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Christopher R. Murray*
　　　　　　　　　　　　　　　　　　　　　　　　　　Christopher R. Murray
　　　　　　　　　　　　　　　　　　　　　　　　　　(TBN 24081057; SDOT 1305742)
　　　　　　　　　　　　　　　　　　　　　　　　　　JONES MURRAY & BEATTY LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　4119 Montrose, Suite 230
　　　　　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77006
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel. 832-529-3027
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax. 832-529-3393
　　　　　　　　　　　　　　　　　　　　　　　　　　chris@jmbllp.com

---

[1] The last four digits of the federal tax identification numbers for the Debtors in these jointly administered cases are: HouTex Builders, LLC (2111); 2203 Looscan Lane, LLC (1418) and 415 Shadywood, LLC (7627).

**Certificate of Service**

I certify that on April 15, 2019, I caused a copy of this pleading to be filed through the Court's electronic filing system and thereby served all parties registered to receive such service.

                                          */s/ Christopher Murray*
                                          Christopher Murray