IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOUTEX BUILDERS, LLC, et al, | § | CASE NO. 18-34658 |
| | § | (Chapter 11) |
| DEBTOR | § | |

### RESPONSE AND OBJECTION TO GREAT SOUTHWESTERN FINANCIAL CORP'S MOTION TO COMPEL CD HOMES LLC'S AND ROBERT PARKER'S RESPONSES TO REQUESTS FOR RECORDS AND DOCUMENTS

TO THE HONORABLE JEFFREY P. NORMAN
UNITED STATES BANKRUPTCY JUDGE:

Comes now, CD Homes, LLC and Robert Parker (the "Respondents") and file this Response and Objection to Great Southwestern Financial Corp's ("GSFC") Motion to Compel CD Homes LLC's and Robert Parker's Responses to Requests for Records and Documents (the "Motion"), and in support thereof, would respectfully show this Court as follows:

1. Respondents admit the allegations contained in Paragraph 1 of GSFC's Motion.

2. Respondents admit the allegations contained in Paragraph 2 of GSFC's Motion.

3. Respondents admit the allegations contained in Paragraph 3 of GSFC's Motion.

4. Respondents are without sufficient information to either admit or deny the allegations contained in Paragraph 4 of GSFC's Motion. Therefore, for pleading purposes those allegations are denied. However, for further answer, and based upon supplemental discovery produced to Debtors' counsel, CD Homes and Robert Parker have complied with all discovery requests of the Debtors and GSFC.

5. Respondents admit the allegations contained in Paragraph 5 of GSFC's Motion. For further answer, supplemental information has been supplied.

6. All responsive documents in CD Homes or Robert Parker's possession described in Paragraph 6 of GSFC's Motion have been produced.

7. All responsive documents in CD Homes or Robert Parker's possession described in Paragraph 7 of GSFC's Motion have been produced.

8. All responsive documents in CD Homes or Robert Parker's possession described in Paragraph 8 of GSFC's Motion have been produced.

9. WHEREFORE, PREMISES CONSIDERED, Respondents pray that GSFC's Motion be denied; and for such other and further relief to which Respondents may be justly entitled.

Dated: May 2, 2019

                        Respectfully submitted,

                        FUQUA & ASSOCIATES, PC

BY:    /s/ Richard L. Fuqua
        Richard L. Fuqua
        State Bar No. 07552300
        5005 Riverway, Suite 250
        Houston, TX 77056
        (713) 960-0277
        (713) 960-1064 facsimile
        rlfuqua@fuqualegal.com
        COUNSEL FOR CD HOMES, LLC

**CERTIFICATE OF CONFERENCE**

I hereby certify that I contacted Ross Spence, GSFC's counsel, by telephone in a good faith attempt to resolve the dispute which is the subject of GSFC's Motion. At this time, settlement is not possible, therefore, a hearing will be required.

                        /s/ Richard L. Fuqua
                        Richard L. Fuqua

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response was forwarded by ECF and/or regular United States mail, postage prepaid, on May 2, 2019 to the parties listed below.

Ross Spence
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019

Office of the U.S. Trustee
515 Rusk, Suite 3516
Houston, TX 77002

/s/ *Richard L. Fuqua*
Richard L. Fuqua