UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 18-34658 |
| HOUTEX BUILDERS, LLC, *et al.*, [1] | § | Chapter 11 |
| | § | |
| Debtors. | § | |

### GREAT SOUTHWESTERN FINANCIAL CORP.'S AMENDED CONTINUED CROSS-NOTICE OF RULE 2004 EXAMINATION OF BOB PARKER, INDIVIDUALLY

To:  **Bob Parker**
c/o Dick Fuqua
FUQUA & ASSOCIATES
5005 Riverway Drive, Suite 250
Houston, Texas 77056
By email: fuqua@fuqualegal.com

**PLEASE TAKE NOTICE** that Great Southwestern Financial Corp. intends to continue the oral examination of Bob Parker, individually, on **June 14, 2019 at 2:00 p.m.** (CT) or thereafter, at the offices of **Fuqua & Associates, 5005 Riverway Drive, Suite 250, Houston, Texas 77056** and continuing from day to day thereafter until completed. The examination will be taken before a court reporter authorized by law to administer oaths and may be videotaped.

The witness shall also deliver, at the date, time and place set forth below, all records in the witness' possession, custody, or control, including bank statement and copies of items related to the following:

   a. Prosperity Bank transaction receipt dated August 31, 2018 9:21 a.m. to Account XXXXXX1471, DDA Deposit $25,000.00; and

   b. Prosperity Bank transaction receipt dated August 31, 2018 9:22 a.m. to Account XXXXXX1161, DDA Deposit $25,000.00.

---

[1] The names of the debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HouTex Builders, LLC (2111), 2203 Looscan, LLC (1418) and 415 Shadywood, LLC (7627).

These documents are to be produced by **5:00 p.m. (CT) on Wednesday, June 12, 2019** to Ross Spence at the offices of Snow Spence Green LLP, 2929 Allen Pkwy, Suite 2800, Houston, TX 77019 and also via email to ross@snowspencelaw.com.

Dated:  June 5, 2019

Respectfully submitted,
**SNOW SPENCE GREEN LLP**

By:   /s/  Ross Spence
 Ross Spence
 State Bar No. 18918400
 Email: ross@snowspencelaw.com
 Carolyn Carollo
 State Bar No. 24083437
 Email: carolyncarollo@snowspencelaw.com
 2929 Allen Parkway, Suite 2800
 Houston, TX  77019
 Telephone: (713) 335-4800
 Telecopier: (713) 335-4848
 **ATTORNEYS FOR GREAT SOUTHWESTERN FINANCIAL CORP.**

## CERTIFICATE OF SERVICE

This is to certify that on this the 5th day of June 2019, a true and correct copy of the foregoing Amended Continued Cross-Notice of Rule 2004 Examination of Bob Parker was electronically served upon all parties listed below and via the Court's electronic case filing system (ECF):

Via email:   fuqua@fuqualegal.com
Bob Parker
c/o Dick Fuqua
FUQUA & ASSOCIATES
5005 Riverway Drive, Suite 250
Houston, Texas 77056

  /s/  Ross Spence
Ross Spence