Exhibit C

Liquidation Analysis

**Houtex Liquidation Analysis**

|  | Ch 11 Liquidation | | Ch 7 Liquidation | |
| --- | --- | --- | --- | --- |
|  | Low | High | Low | High |
| *Assets* | | | | |
| Lynbrook House | $2,200,000.00 | $2,500,000.00 | $2,200,000.00 | $2,500,000.00 |
| CD at Independent Bank [$250K] | $250,000.00 | $250,000.00 | $250,000.00 | $250,000.00 |
| Houtex Remnant Assets | $0.00 | $2,000,000.00 | $0.00 | $2,000,000.00 |
| **Gross Proceeds** | **$2,450,000.00** | **$4,750,000.00** | **$2,450,000.00** | **$4,750,000.00** |
| *Lynbrook Closing Costs* | | | | |
| CommunityBank | $1,673,490.89 | $1,673,490.89 | $1,673,490.89 | $1,673,490.89 |
| Taxes | $210,000.00 | $210,000.00 | $210,000.00 | $210,000.00 |
| Other Closing Costs | $150,000.00 | $150,000.00 | $150,000.00 | $150,000.00 |
| *Bankruptcy Costs* | | | | |
| DIP Financing | $125,000.00 | $164,583.00 | $125,000.00 | $164,583.00 |
| Ch 11 Professional Fees | $75,000.00 | $100,000.00 | $75,000.00 | $100,000.00 |
| Ch 7 Trustee Fees | | | $18,250.00 | $101,250.00 |
| Ch 7 Professional Fees | | | $50,000.00 | $100,000.00 |
| **Total Costs** | **$2,233,490.89** | **$2,298,073.89** | **$2,301,740.89** | **$2,499,323.89** |
| **Net Proceeds Available to Unsecured Creditors** | **$216,509.11** | **$2,451,926.11** | **$148,259.11** | **$2,250,676.11** |

**Shadywood Liquidation Analysis**

|  | Ch 11 Liquidation | | Ch 7 Liquidation | |
| --- | --- | --- | --- | --- |
|  | Low | High | Low | High |
| *Assets* | | | | |
| Remnant Assets | $60,000.00 | $400,000.00 | $60,000.00 | $400,000.00 |
| **Gross Proceeds** | **$60,000.00** | **$400,000.00** | **$60,000.00** | **$400,000.00** |
| *Bankruptcy Costs* | | | | |
| DIP Financing | $60,000.00 | $120,788.00 | $60,000.00 | $120,788.00 |
| Ch 7 Trustee Fees | | | $0.00 | $15,750.00 |
| Ch 7 Professional Fees | | | $10,000.00 | $25,000.00 |
| **Total Costs** | **$60,000.00** | **$120,788.00** | **$70,000.00** | **$161,538.00** |
| **Net Proceeds Available to Unsecured Creditors** | **$0.00** | **$279,212.00** | **($10,000.00)** | **$238,462.00** |

**Looscan Liquidation Analysis**

|  | Ch 11 Liquidation | | Ch 7 Liquidation | |
|---|---|---|---|---|
|  | **Low** | **High** | **Low** | **High** |
| *Assets* | | | | |
| Remnant Assets | $60,000.00 | $400,000.00 | $60,000.00 | $400,000.00 |
| **Gross Proceeds** | **$60,000.00** | **$400,000.00** | **$60,000.00** | **$400,000.00** |
| *Bankruptcy Costs* | | | | |
| DIP Financing | $60,000.00 | $116,524.00 | $60,000.00 | $116,524.00 |
| Ch 7 Trustee Fees | | | $0.00 | $15,750.00 |
| Ch 7 Professional Fees | | | $10,000.00 | $25,000.00 |
| **Total Costs** | **$60,000.00** | **$116,524.00** | **$70,000.00** | **$157,274.00** |
| **Net Proceeds Available to Unsecured Creditors** | **$0.00** | **$283,476.00** | **($10,000.00)** | **$242,726.00** |