UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 18-34658 |
| | § | |
| HOU-TEX BUILDERS, LLC, *et al.,* [1] | § | Chapter 11 |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | |

ORDER SUSTAINING DEBTORS'
OMNIBUS OBJECTION TO PROOFS OF CLAIMS FILED BY ANNA WILLIAMS
[Relates to Claim Nos. 9 in Case No. 18-34658;
Claim Nos. 3 in Case No. 18-34659, and
Claim No. 5 in Case No. 18-34660]

Upon the objection (the "Objection")[2] of Houtex Builders, LLC, 415 Shadywood, LLC, and 2203 Looscan Lane, LLC (the "Debtors") seeking entry of an order (this "Order") disallowing claim 9 filed in the Houtex Builders, LLC bankruptcy case (Case No. 18-34658), claim 3 filed in the Shadywood, LLC bankruptcy case (Case No. 18-34659) and claim 5 filed in the 2203 Looscan Lane, LLC bankruptcy case (Case No. 18-34660) (collectively, the "CD Homes Claims"); and after due deliberation, it is hereby ORDERED that:

1. The Objection is sustained as set forth herein.

2. Anna Williams Claims are disallowed in their entirety.

3. The Clerk is authorized and directed to update the claims register maintained in this case to reflect the relief granted in this Order.

4. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

---

[1] The names of the debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Houtex Builders, LLC (2111), 2203 Looscan, LLC (1418) and 415 Shadywood, LLC (7627).

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

SIGNED this_____day of_____, 2019.

                                          UNITED STATES BANKRUPTCY JUDGE