**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| **HOUTEX BUILDERS, LLC, *et al.*,[1]** | § § | Case No. 18-34658 |
| DEBTORS. | § § § | Chapter 11 |

**NOTICE OF REDLINE VERSION OF**
**CORRECTED AMENDED PLAN AND**
**CORRECTED AMENDED DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE THAT on September 3, 2019, Houtex Builders, LLC, 2203 Looscan Lane, LLC and 415 Shadywood, LLC (collectively the "Debtors") filed their *Corrected Amended Joint Plan of Liquidation of Houtex Builders, LLC, 2203 Looscan Lane, LLC and 415 Shadywood, LLC Under Chapter 11 of the Bankruptcy Code* (the "Corrected Amended Plan"); and their *Corrected Amended Disclosure Statement for Joint Plan of Liquidation of Houtex Builders, LLC, 2203 Looscan Lane, LLC and 415 Shadywood, LLC Under Chapter 11 of the Bankruptcy Code* (the "Corrected Amended Disclosure Statement") pursuant to the *Order On Amended Disclosure Statement* [ECF 338] to correct typographical errors.

PLEASE TAKE FURTHER NOTICE THAT on August 5, 2019, the Debtors filed their *Amended Joint Plan of Liquidation of Houtex Builders, LLC, 2203 Looscan Lane, LLC and 415 Shadywood, LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 327] (the "Amended Plan"); and their *Amended Disclosure Statement for Joint Plan of Liquidation of Houtex Builders, LLC, 2203 Looscan Lane, LLC and 415 Shadywood, LLC* Under Chapter 11 of the Bankruptcy Code [ECF No. 328] (the "Amended Disclosure Statement").

---

[1] The names of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HOUTEX Builders, LLC (2111); 2203 Looscan Lane, LLC (1418); and 415 Shadywood, LLC (7627).

PLEASE TAKE FURTHER NOTICE THAT attached hereto as **Exhibit A** is a redline comparing the changes from the Corrected Amended Plan to the Amended Plan.

PLEASE TAKE FURTHER NOTICE THAT attached hereto as **Exhibit B** is a redline comparing the changes from the Corrected Amended Disclosure Statement to the Amended Disclosure Statement.

Dated: September 3, 2019

Respectfully submitted,

DIAMOND McCARTHY LLP

By: */s/ Charles M. Rubio*
Charles M. Rubio
TBA No. 24083768
crubio@diamondmccarthy.com
(713) 333-5127
909 Fannin, Suite 3700
Houston, Texas 77010
(713) 333-5100 Telephone
(713) 333-5195 Facsimile
*Counsel to the Debtors*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct coy of the foregoing was electronically filed on September 3, 2019, and served by the Court's CM/ECF system to all parties registered to receive electronic notice.

*/s/ Charles M. Rubio*
Charles M. Rubio