

ENTERED
10/15/2019

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § | |
| **HOUTEX BUILDERS, LLC, *et al.*,[3]** | § § | Case No. 18-34658 |
| | § | |
| **DEBTORS.** | § § § | Chapter 11 |

### ORDER GRANTING SECOND INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SCHMUCK, SMITH, TEES & COMPANY, P.C. AS ACCOUNTANTS FOR THE DEBTORS FOR THE PERIOD MARCH 1, 2019 THROUGH JULY 31, 2019

(This Order relates to ECF No. 347)

Upon consideration of the Second Interim Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") of Schmuck, Smith, Tees & Company, P.C. ("SST"), as accountants to HouTex Builders, LLC, 2203 Looscan Lane, LLC and 415 Shadywood, LLC (each a "Debtor" and collectively the "Debtors") for the period March 1, 2019 through and including July 31, 2019 (the "Application Period") and the Court having determined it has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. § 1334, 11 U.S.C. §§ 330 and 331, Bankruptcy Rule of Procedure 2016, and Local Bankruptcy Rule 2016-1; and it appearing to the Court that the Application and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b) and venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing to the Court that due and proper notice of the Application has been given and no other or further notice need be provided; and it further appearing to the Court after review of the Application, any

---

[3]  The names of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HOUTEX Builders, LLC (2111); 2203 Looscan Lane, LLC (1418); and 415 Shadywood, LLC (7627).

objections (any outstanding as of the hearing date on the Application having been overruled) and the record made by SST during the hearing before the Court on the Application that SST has established the basis for interim allowance of fees and expenses during the Application Period as set out in the Application;  IT IS HEREBY

ORDERED, that the relief requested in SST's Application is approved and the amount of $7,757.50 (the "Total Interim Award") consisting of professional and paraprofessional fees of $7,742.50 and out-of-pocket expenses of $15.00 during the Application Period is allowed on an interim basis for SST; and further

ORDERED, that the Debtors shall pay to SST the Total Interim Award promptly following entry of this Order; and further

ORDERED, that the Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this order.

Signed: October 15, 2019

Jeffrey P. Norman
United States Bankruptcy Judge