**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658
PROPOSED PLAN DATE:

PETITION DATE: 8/23/2018
DISTRICT OF TEXAS: Southern
DIVISION: Houston

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH March *   YEAR 2019

| MONTH | September | October | November | December | January | February | March |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 2,575,000.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -1,501.74 | -5,398.89 | -2,265.93 | -23,372.97 | -7,173.99 | -9,762.31 | -24,264.85 |
| NET INCOME (LOSS) (MOR-6) | -1,502.17 | -5,412.22 | -18,489.85 | -87,300.31 | -43,155.84 | -41,578.79 | -64,719.08 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 2,266.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 1,501.74 | 5,388.24 | 23,157.74 | 82,068.09 | 44,752.46 | 41,123.26 | 64,069.21 |

*This monthly operating report includes all amounts from the Petition Date through March 31, 2019.

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (X) NO ( ) | 11-06-2019 |
| LIABILITY | YES (X) NO ( ) | 11-06-2019 |
| VEHICLE | YES ( ) NO (X) | - - |
| WORKER'S | YES ( ) NO (X) | - - |
| OTHER | YES ( ) NO (X) | - - |

Are all accounts receivable being collected within terms? **Yes** No
Are all post-petition liabilities, including taxes, being paid within terms? Yes **No**
Have any pre-petition liabilities been paid? Yes **No**
  If so, describe _____
Are all funds received being deposited into DIP bank accounts? **Yes** No
Were any assets disposed of outside the normal course of business? Yes **No**
  If so, describe _____
Are all U.S. Trustee Quarterly Fee Payments current? **Yes** No
What is the status of your Plan of Reorganization?
  Order Approving Disclosure Statement entered [ECF 344]

ATTORNEY NAME: Charles Rubio
FIRM NAME: Diamond McCarthy LLP
ADDRESS: 909 Fannin Street, 37th Floor
CITY, STATE, ZIP: Houston, Texas 77010
TELEPHONE/FAX: 713-333-5100

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ Manager
(ORIGINAL SIGNATURE)
Charles Foster
(PRINT NAME OF SIGNATORY)   DATE

**MOR-1**

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH |
|---|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | | |
| Cash | 0.00 | 0.00 | | 495.48 | 150,063.40 | 152,050.94 | 150,527.68 | 86,458.47 | |
| Accounts Receivable, Net | 0.00 | 0.00 | | | | | | | |
| Inventory: Lower of Cost or Market | 0.00 | 0.00 | | | | | | | |
| Prepaid Expenses | 0.00 | 0.00 | | 23,973.65 | 21,835.24 | 19,696.83 | 17,558.42 | 15,420.01 | |
| Investments | 0.00 | 0.00 | | | | | | | |
| Other | 0.00 | 0.00 | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 0.00 | 0.00 | 24,469.13 | 171,898.64 | 171,747.77 | 168,086.10 | 101,878.48 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 0.00 | 0.00 | | | | | | | |
| Less Accumulated Depreciation | 0.00 | 0.00 | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | | | |
| 1. Tax Deposits | 0.00 | 0.00 | | | | | | | |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | | | | | | | |
| 3. Electric Deposit* | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | |
| 4. Real property* | 5,500,000.00 | 5,500,000.00 | 5,500,000.00 | 5,500,000.00 | 3,138,006.72 | 3,138,006.72 | 3,138,006.72 | 3,138,006.72 | |
| TOTAL ASSETS | $5,500,200.00 | $5,500,200.00 | $5,500,200.00 | $5,524,669.13 | $3,310,105.36 | $3,309,954.49 | $3,306,292.82 | $3,240,085.20 | $0.00 |

\* Per Schedules and Statement of Affairs

MOR-2

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH |
|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 1,502.17 | 6,914.39 | 49,873.37 | 129,934.91 | 172,939.88 | 210,857.00 | 209,368.46 | 0.00 |
| **PRE-PETITION LIABILITIES** | | | | | | | | | |
| Notes Payable - Secured | 5,293,022.44 | 5,293,022.44 | 5,293,022.44 | 5,293,022.44 | 3,139,200.44 | 3,139,200.44 | 3,139,200.44 | 3,139,200.44 | |
| Priority Debt | | | | | | | | | |
| Federal Income Tax | | | | | | | | | |
| FICA/Withholding | | | | | | | | | |
| Unsecured Debt | 593,843.04 | 593,843.04 | 593,843.04 | 593,843.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | |
| Other | | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 5,886,865.48 | 5,886,865.48 | 5,886,865.48 | 5,886,865.48 | 3,679,540.48 | 3,679,540.48 | 3,679,540.48 | 3,679,540.48 | 0.00 |
| **TOTAL LIABILITIES** | 5,886,865.48 | 5,888,367.65 | 5,893,779.87 | 5,936,738.85 | 3,809,475.39 | 3,852,480.36 | 3,890,397.48 | 3,888,908.94 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | | |
| PREFERRED STOCK | | | | | | | | | |
| COMMON STOCK | | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | |
| RETAINED EARNINGS: Filing Date | | | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -1,502.17 | -6,914.39 | -25,404.24 | -112,704.55 | -155,860.39 | -197,439.18 | -262,158.26 | 0.00 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -386,665.48 | -388,167.65 | -393,579.87 | -412,069.72 | -499,370.03 | -542,525.87 | -584,104.66 | -648,823.74 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $5,500,200.00 | $5,500,200.00 | $5,500,200.00 | $5,524,669.13 | $3,310,105.36 | $3,309,954.49 | $3,306,292.82 | $3,240,085.20 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

### SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH |
|---|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | 10.65 | | | | | | |
| TAX PAYABLE | | | | | | | | |
|   Federal Payroll Taxes | | | | | | | | |
|   State Payroll Taxes | | | | | | | | |
|   Ad Valorem Taxes | | | | | | | | |
|   Other Taxes | | | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | | | |
|   1. Accrued interest on DIP Financing | 0.43 | 13.76 | 84.46 | 286.29 | 640.55 | 1,046.96 | 1,548.22 | |
|   2. Dip financing | 1,501.74 | 6,889.98 | 30,543.20 | 112,392.71 | 157,132.71 | 196,732.71 | 196,732.71 | |
|   3. Insurance payable | | | 19,245.71 | 17,255.91 | 15,166.62 | 13,077.33 | 11,087.53 | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $1,502.17 | $6,914.39 | $49,873.37 | $129,934.91 | $172,939.88 | $210,857.00 | $209,368.46 | $0.00 |

*Payment requires Court Approval

MOR-4

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## AGING OF POST-PETITION LIABILITIES

MONTH  March

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | Other |
|---|---|---|---|---|---|---|
| 0-30 | 501.26 | | | | | 501.26 |
| 31-60 | 40,006.41 | | | | | 40,006.41 |
| 61-90 | 45,094.26 | | | | | 45,094.26 |
| 91+ | 123,766.53 | | | | | 123,766.53 |
| TOTAL | $209,368.46 | $0.00 | $0.00 | $0.00 | $0.00 | $209,368.46 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

**CASE NAME:** HouTex Builders LLC
**CASE NUMBER:** 18-34658

## STATEMENT OF INCOME (LOSS)

| | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | | 2,575,000.00 | | | | 2,575,000.00 |
| TOTAL COST OF REVENUES | 0.00 | | | 2,596,034.78 | -2,000.00 | | | 2,594,034.78 |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | -21,034.78 | 2,000.00 | 0.00 | 0.00 | -19,034.78 |
| OPERATING EXPENSES: | | | | | | | | |
| Selling & Marketing | | | | | | | | 0.00 |
| General & Administrative | | 3,132.89 | 253.63 | 2,338.19 | 6,710.58 | 7,623.90 | 22,126.44 | 42,185.63 |
| Insiders Compensation | | | | | | | | 0.00 |
| Professional Fees | | 2,266.00 | | | | | | 2,266.00 |
| Insurance | 1,501.74 | | 1,687.30 | | 2,138.41 | 2,138.41 | 2,138.41 | 9,604.27 |
| Trustee fees | | | 325.00 | | 325.00 | | | 650.00 |
| TOTAL OPERATING EXPENSES | 1,501.74 | 5,398.89 | 2,265.93 | 2,338.19 | 9,173.99 | 9,762.31 | 24,264.85 | 54,705.90 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -1,501.74 | -5,398.89 | -2,265.93 | -23,372.97 | -7,173.99 | -9,762.31 | -24,264.85 | -73,740.68 |
| INTEREST EXPENSE | 0.43 | 13.33 | 16,223.92 | 63,927.34 | 35,981.85 | 31,816.48 | 40,454.23 | 188,417.58 |
| DEPRECIATION | | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.43 | 13.33 | 16,223.92 | 63,927.34 | 35,981.85 | 31,816.48 | 40,454.23 | 188,417.58 |
| NET INCOME BEFORE TAXES | -1,502.17 | -5,412.22 | -18,489.85 | -87,300.31 | -43,155.84 | -41,578.79 | -64,719.08 | -262,158.26 |
| FEDERAL INCOME TAXES | | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($1,502.17) | ($5,412.22) | ($18,489.85) | ($87,300.31) | ($43,155.84) | ($41,578.79) | ($64,719.08) | ($262,158.26) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\*  *Footnote Mandatory.*

\* \* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

Case 18-34658   Document 403   Filed in TXSB on 10/29/19   Page 7 of 9

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

| CASH RECEIPTS AND DISBURSEMENTS | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $495.48 | $150,063.40 | $152,050.94 | $150,527.68 | $0.00 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list)*** | 1,501.74 | 5,388.24 | 23,653.22 | 81,849.51 | 44,740.00 | 39,600.00 | | 196,732.71 |
| 5. SALE OF ASSETS | | | | 149,786.50 | | | | 149,786.50 |
| 6. OTHER (attach list)**** | | | | | 2,000.00 | | | 2,000.00 |
| TOTAL RECEIPTS** | 1,501.74 | 5,388.24 | 23,653.22 | 231,636.01 | 46,740.00 | 39,600.00 | 0.00 | 348,519.21 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | 2,130.24 | 256.28 | 187.78 | 77.46 | 410.54 | 180.70 | 3,243.00 |
| 12. INSURANCE | 1,501.74 | | 6,415.24 | 1,989.80 | 2,089.29 | 2,089.29 | 2,094.29 | 16,179.65 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. INTEREST EXPENSES | | | 16,153.22 | 79,878.51 | 35,627.59 | 31,410.07 | 39,952.97 | 203,022.36 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 992.00 | | | 6,383.12 | 7,213.36 | 21,841.25 | 36,429.73 |
| 17. ADMINISTRATIVE & SELLING | | | | 8.00 | 12.00 | 250.00 | | 270.00 |
| 18. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 1,501.74 | 3,122.24 | 22,832.74 | 82,068.09 | 44,427.46 | 41,123.26 | 64,069.21 | 259,144.74 |
| 19. PROFESSIONAL FEES | | 2,266.00 | | | | | | 2,266.00 |
| 20. U.S. TRUSTEE FEES | | | 325.00 | | 325.00 | | | 650.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 1,501.74 | 5,388.24 | 23,157.74 | 82,068.09 | 44,752.46 | 41,123.26 | 64,069.21 | 262,060.74 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 495.48 | 149,567.92 | 1,987.54 | -1,523.26 | -64,069.21 | 86,458.47 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $495.48 | $150,063.40 | $152,050.94 | $150,527.68 | $86,458.47 | $86,458.47 |

* Applies to Individual debtors only

MOR-7

**Numbers for the current month should balance (match)

*** Advance from Charles Foster

****Refund from construction vendor on home sold in prior month
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## CASH ACCOUNT RECONCILIATION
## MONTH OF March

| BANK NAME | Frost Bank | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #*****6345 | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 126,592.14 | | | | $126,592.14 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | 40,133.67 | | | | $40,133.67 |
| ADJUSTED BANK BALANCE | $86,458.47 | $0.00 | $0.00 | $0.00 | $86,458.47 |
| BEGINNING CASH - PER BOOKS | 150,527.68 | | | | $150,527.68 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 64,069.21 | | | | $64,069.21 |
| ENDING CASH - PER BOOKS | $86,458.47 | $0.00 | $0.00 | $0.00 | $86,458.47 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH |
|---|---|---|---|---|---|---|---|---|
| 1. Schmuck, Smith, Tees & Co PC | 0.00 | 2,266.00 | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $2,266.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-9**