**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

CASE NAME: 415 Shadywood LLC
CASE NUMBER: 18-34659
PROPOSED PLAN DATE:

PETITION DATE: 8/23/2018
DISTRICT OF TEXAS: Southern
DIVISION: Houston

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH August* YEAR 2019

| MONTH | September | October | November | December | January | February | March | April | May | June | July | August |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 3,630,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT. DEPREC./TAX (MOR-6) | 0.00 | -9,777.00 | -2,256.26 | -99.25 | 35,042.52 | -69.25 | 3,467.55 | -3,076.75 | -43,324.03 | -211.95 | -334.00 | -9.00 |
| NET INCOME (LOSS) (MOR-6) | 0.00 | -9,782.18 | -2,288.33 | -134.09 | -259,965.72 | -290.36 | 3,222.75 | -3,313.65 | -43,594.58 | -555.66 | -689.16 | -364.16 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 2,666.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,693.75 | 43,315.03 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 0.00 | 3,675.00 | 502.88 | 8,039.28 | 333.00 | 8.00 | -3,429.70 | 3,076.75 | 43,324.03 | 211.95 | 334.00 | 9.00 |

*This monthly operating report includes all amounts from the Petition Date through August 31, 2019.

**REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE**

| | | EXP. DATE |
|---|---|---|
| CASUALTY | YES ( ) NO (X) | -_-_- |
| LIABILITY | YES ( ) NO (X) | -_-_- |
| VEHICLE | YES ( ) NO (X) | -_-_- |
| WORKER'S | YES ( ) NO (X) | -_-_- |
| BUILDER'S RISK | YES ( ) NO (X) | -_-_- |

**CIRCLE ONE**

Are all accounts receivable being collected within terms? (Yes) No
Are all post-petition liabilities, including taxes, being paid within terms? (Yes) No
Have any pre-petition liabilities been paid? Yes (No)
If so, describe
Are all funds received being deposited into DIP bank accounts? (Yes) No
Were any assets disposed of outside the normal course of business? Yes (No)
If so, describe
Are all U.S. Trustee Quarterly Fee Payments current? (Yes) No
What is the status of your Plan of Reorganization? Order Approving Disclosure Statement entered [ECF 344]

ATTORNEY NAME: Charles Rubio
FIRM NAME: Diamond McCarthy LLP
ADDRESS: 909 Fannin Street, 37th Floor
CITY, STATE, ZIP: Houston, Texas 77010
TELEPHONE/FAX: 713-333-5100

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED: [signature]
(ORIGINAL SIGNATURE)
TITLE: Manager

Charles Foster
(PRINT NAME OF SIGNATORY)    DATE

MOR-1

CASE NAME: 415 Shadywood LLC
CASE NUMBER: 18-34659

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 8/23/2018 | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | | | | | | | |
| Cash | 0.00 | 0.00 | | 9,497.12 | 1,457.84 | 1,124.84 | 1,116.84 | 4,546.54 | 1,469.79 | 1,460.79 | 1,248.84 | 914.84 | 905.84 |
| Accounts Receivable, Net | 0.00 | 0.00 | | | | | | | | | | | |
| Inventory: Lower of Cost or Market | 0.00 | 0.00 | | | | | | | | | | | |
| Prepaid Expenses | 0.00 | 0.00 | | 704.37 | 643.12 | 581.87 | 520.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Investments | 0.00 | 0.00 | | | | | | | | | | | |
| Other | 0.00 | 0.00 | | | | | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 0.00 | 0.00 | 10,201.49 | 2,100.96 | 1,706.71 | 1,637.46 | 4,546.54 | 1,469.79 | 1,460.79 | 1,248.84 | 914.84 | 905.84 |
| PROPERTY, PLANT & EQUIP. @ COST | 0.00 | 0.00 | | | | | | | | | | | |
| Less Accumulated Depreciation | 0.00 | 0.00 | | | | | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | | | | | | | |
| 1. Tax Deposits | | | | | | | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | | | | | | | |
| 3. Electric Deposit* | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 0.00 | | | | | | | |
| 4. Real property* | 3,350,000.00 | 3,350,000.00 | 3,350,000.00 | 3,350,000.00 | 3,350,000.00 | 0.00 | | | | | | | |
| TOTAL ASSETS | $3,350,200.00 | $3,350,200.00 | $3,350,200.00 | $3,360,401.49 | $3,352,300.96 | $1,706.71 | $1,637.46 | $4,546.54 | $1,469.79 | $1,460.79 | $1,248.84 | $914.84 | $905.84 |

* Per Schedules and Statement of Affairs

**MOR-2**

**CASE NAME:** 415 Shadywood LLC
**CASE NUMBER:** 18-34659

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 8/23/2018 | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | 9,782.18 | 22,272.00 | 14,305.56 | 96,858.03 | 97,079.14 | 96,765.47 | 97,002.37 | 140,587.95 | 140,931.66 | 141,286.82 | 141,641.98 |
| **PRE-PETITION LIABILITIES** | | | | | | | | | | | | | |
| Notes Payable - Secured | 3,520,781.00 | 3,520,781.00 | 3,520,781.00 | 3,520,781.00 | 3,520,781.00 | 347,600.00 | 347,600.00 | 347,600.00 | 347,600.00 | 347,600.00 | 347,600.00 | 347,600.00 | 347,600.00 |
| Priority Debt | | | | | | | | | | | | | |
| Federal Income Tax | | | | | | | | | | | | | |
| FICA/Withholding | | | | | | | | | | | | | |
| Unsecured Debt | 653,748.99 | 653,748.99 | 653,748.99 | 653,748.99 | 653,748.99 | 653,748.99 | 653,748.99 | 653,748.99 | 653,748.99 | 653,748.99 | 653,748.99 | 653,748.99 | 653,748.99 |
| Other | | | | | | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 4,174,529.99 | 4,174,529.99 | 4,174,529.99 | 4,174,529.99 | 4,174,529.99 | 1,001,348.99 | 1,001,348.99 | 1,001,348.99 | 1,001,348.99 | 1,001,348.99 | 1,001,348.99 | 1,001,348.99 | 1,001,348.99 |
| **TOTAL LIABILITIES** | 4,174,529.99 | 4,174,529.99 | 4,184,312.17 | 4,196,801.99 | 4,188,835.55 | 1,098,207.02 | 1,098,428.13 | 1,098,114.46 | 1,098,351.36 | 1,141,936.94 | 1,142,280.65 | 1,142,635.81 | 1,142,990.97 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | | | | | | |
| PREFERRED STOCK | | | | | | | | | | | | | |
| COMMON STOCK | | | | | | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | -824,329.99 | -824,329.99 | -824,329.99 | -824,329.99 | -824,329.99 | -824,329.99 | -824,329.99 | -824,329.99 | -824,329.99 | -824,329.99 | -824,329.99 | -824,329.99 | -824,329.99 |
| RETAINED EARNINGS: Filing Date | | | | | | | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 0.00 | -9,782.18 | -12,070.51 | -12,204.60 | -272,170.32 | -272,460.68 | -269,237.93 | -272,551.58 | -317,755.14 | -317,755.14 | -317,755.14 | -317,755.14 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -824,329.99 | -824,329.99 | -834,112.17 | -836,400.50 | -836,534.59 | -1,096,500.31 | -1,096,790.67 | -1,093,567.92 | -1,096,881.57 | -1,142,085.13 | -1,142,085.13 | -1,142,085.13 | -1,142,085.13 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $3,350,200.00 | $3,350,200.00 | $3,350,200.00 | $3,360,401.49 | $3,352,300.96 | $1,706.71 | $1,637.46 | $4,546.54 | $1,469.79 | ($148.19) | $195.52 | $550.68 | $905.84 |

* Per Schedules and Statement of Affairs

MOR-3

**CASE NAME:** 415 Shadywood LLC
**CASE NUMBER:** 18-34659

### SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | 6,102.00 | 7,935.00 | 0.00 | | | | | | | | |
| TAX PAYABLE | | | | | | | | | | | | |
| Federal Payroll Taxes | | | | | | | | | | | | |
| State Payroll Taxes | | | | | | | | | | | | |
| Ad Valorem Taxes | | | | | | | | | | | | |
| Other Taxes | | | | | | | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | | | | | | | |
| 1. Accrued interest on DIP Financing | | 5.18 | 37.25 | 72.09 | 222.07 | 443.18 | 687.98 | 924.88 | 1,195.43 | 1,539.14 | 1,894.30 | 2,249.46 |
| 2. DIP financing | | 3,675.00 | 13,675.00 | 13,675.00 | 96,077.49 | 96,077.49 | 96,077.49 | 96,077.49 | 139,392.52 | 139,392.52 | 139,392.52 | 139,392.52 |
| 3. Insurance payable | | | 624.75 | 558.47 | 558.47 | 558.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $9,782.18 | $22,272.00 | $14,305.56 | $96,858.03 | $97,079.14 | $96,765.47 | $97,002.37 | $140,587.95 | $140,931.66 | $141,286.82 | $141,641.98 |

*Payment requires Court Approval

MOR-4

**CASE NAME:** 415 Shadywood LLC
**CASE NUMBER:** 18-34659

### AGING OF POST-PETITION LIABILITIES

**MONTH** August

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 355.16 | | | | | 355.16 |
| 31-60 | 355.16 | | | | | 355.16 |
| 61-90 | 343.71 | | | | | 343.71 |
| 91+ | 140,587.95 | | | | | 140,587.95 |
| TOTAL | $141,641.98 | $0.00 | $0.00 | $0.00 | $0.00 | $141,641.98 |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

**CASE NAME:** 415 Shadywood LLC
**CASE NUMBER:** 18-34659

STATEMENT OF INCOME (LOSS)

| | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH J;uly | MONTH August | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | | | 3,630,000.00 | | | | | | | | 3,630,000.00 |
| TOTAL COST OF REVENUES | | | | | 3,382,752.77 | | | | | | | | 3,382,752.77 |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | 0.00 | 247,247.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 247,247.23 |
| OPERATING EXPENSES: | | | | | | | | | | | | | |
| Selling & Marketing | | | | | 211,610.46 | | | | | | | | 211,610.46 |
| General & Administrative | | 7,511.00 | 1,931.26 | 99.25 | 269.25 | 69.25 | -3,467.55 | 58.00 | 9.00 | 211.95 | 9.00 | 9.00 | 6,709.41 |
| Insiders Compensation | | | | | | | | | | | | | 0.00 |
| Professional Fees | | 2,266.00 | | | | | | 2,693.75 | 43,315.03 | | | | 48,274.78 |
| Trustee Fees | | | 325.00 | | 325.00 | | | 325.00 | | | 325.00 | | 1,300.00 |
| Other | | | | | | | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 0.00 | 9,777.00 | 2,256.26 | 99.25 | 212,204.71 | 69.25 | -3,467.55 | 3,076.75 | 43,324.03 | 211.95 | 334.00 | 9.00 | 267,894.65 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 0.00 | -9,777.00 | -2,256.26 | -99.25 | 35,042.52 | -69.25 | 3,467.55 | -3,076.75 | -43,324.03 | -211.95 | -334.00 | -9.00 | -20,647.42 |
| INTEREST EXPENSE | | 5.18 | 32.07 | 34.84 | 295,008.24 | 221.11 | 244.80 | 236.90 | 270.55 | 343.71 | 355.16 | 355.16 | 297,107.72 |
| DEPRECIATION | | | | | | | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 5.18 | 32.07 | 34.84 | 295,008.24 | 221.11 | 244.80 | 236.90 | 270.55 | 343.71 | 355.16 | 355.16 | 297,107.72 |
| NET INCOME BEFORE TAXES | 0.00 | -9,782.18 | -2,288.33 | -134.09 | -259,965.72 | -290.36 | 3,222.75 | -3,313.65 | -43,594.58 | -555.66 | -689.16 | -364.16 | -317,755.14 |
| FEDERAL INCOME TAXES | | | | | | | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $0.00 | ($9,782.18) | ($2,288.33) | ($134.09) | ($259,965.72) | ($290.36) | $3,222.75 | ($3,313.65) | ($43,594.58) | ($555.66) | ($689.16) | ($364.16) | ($317,755.14) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*
\* \* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

MOR-6

CASE NAME: 415 Shadywood LLC
CASE NUMBER: 18-34659

| CASH RECEIPTS AND DISBURSEMENTS | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | Month March | Month April | Month May | Month June | Month July | Month August | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $9,497.12 | $1,457.84 | $1,124.84 | $1,116.84 | $4,546.54 | $1,469.79 | $1,460.79 | $1,248.84 | $914.84 | $0.00 |
| RECEIPTS: | | | | | | | | | | | | | |
| 2. CASH SALES | | | | | | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list)*** | | 3,675.00 | 10,000.00 | | | | | | 43,315.03 | | | | 56,990.03 |
| 5. SALE OF ASSETS | | | | | | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 3,675.00 | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,315.03 | 0.00 | 0.00 | 0.00 | 56,990.03 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | | 50.00 | | | | 50.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | 1,409.00 | 59.63 | | | | | | | | | | 1,468.63 |
| 12. INSURANCE | | | 110.25 | 8,001.28 | | | -3,437.70 | | | 202.95 | | | 4,876.78 |
| 13. INVENTORY PURCHASES | | | | | | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | 8.00 | 38.00 | 8.00 | 8.00 | 8.00 | 8.00 | 9.00 | 9.00 | 9.00 | 9.00 | 114.00 |
| 18. OTHER (attach list) | | | | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 1,409.00 | 177.88 | 8,039.28 | 8.00 | 8.00 | -3,429.70 | 58.00 | 9.00 | 211.95 | 9.00 | 9.00 | 6,509.41 |
| 19. PROFESSIONAL FEES | | 2,266.00 | | | | | | 2,693.75 | 43,315.03 | | | | 48,274.78 |
| 20. U.S. TRUSTEE FEES | | | 325.00 | | 325.00 | | | 325.00 | | | 325.00 | | 1,300.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 3,675.00 | 502.88 | 8,039.28 | 333.00 | 8.00 | -3,429.70 | 3,076.75 | 43,324.03 | 211.95 | 334.00 | 9.00 | 56,084.19 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 9,497.12 | -8,039.28 | -333.00 | -8.00 | 3,429.70 | -3,076.75 | -9.00 | -211.95 | -334.00 | -9.00 | 905.84 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $9,497.12 | $1,457.84 | $1,124.84 | $1,116.84 | $4,546.54 | $1,469.79 | $1,460.79 | $1,248.84 | $914.84 | $905.84 | $905.84 |

\* Applies to Individual debtors only

**MOR-7**

\*\*Numbers for the current month should balance (match)

\*\*\* Advance from Charles Foster
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07/01/98

CASE NAME: 415 Shadywood LLC
CASE NUMBER: 18-34659

# CASH ACCOUNT RECONCILIATION
## MONTH OF August

| BANK NAME | Frost Bank | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #*****6337 | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 905.84 | | | | $905.84 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $905.84 | $0.00 | $0.00 | $0.00 | $905.84 |
| BEGINNING CASH - PER BOOKS | 914.84 | | | | $914.84 |
| RECEIPTS* | | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 9.00 | | | | $9.00 |
| ENDING CASH - PER BOOKS | $905.84 | $0.00 | $0.00 | $0.00 | $905.84 |

**MOR-8**     *Numbers should balance (match) TOTAL RECEIPTS and     *Revised 07/01/98*
         TOTAL DISBURSEMENTS lines on MOR-7

**CASE NAME:** 415 Shadywood LLC
**CASE NUMBER:** 18-34659

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary

| INSIDERS: NAME/COMP TYPE | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Schmuck, Smith Tees & Co, PC | | 2,666.00 | | | | | | 2,693.75 | | | | |
| 2. Diamond McCarthy LLP | | | | | | | | | 43,315.03 | | | |
| 3. | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $2,666.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,693.75 | $43,315.03 | $0.00 | $0.00 | $0.00 |

MOR-9