| Date | Name | Memo | Amount | Balance | Interest | P&I |
|---|---|---|---|---|---|---|
| | General Disbursements | | | | | |
| 09/27/2018 | IPFS Corporation | | $ 786.63 | $ 786.63 | | |
| 09/28/2018 | IPFS Corporation | | $ 715.11 | $ 1,501.74 | $ 0.06 | |
| 10/01/2018 | Haley's Landscape Services I | Invoice # 199531 | $ 75.00 | $ 1,576.74 | $ 0.37 | |
| 10/01/2018 | City of Houston | Account # 2025-2752-114: | $ 31.14 | $ 1,607.88 | $ - | |
| 10/01/2018 | Reliant Energy | Account # 73289679-0 | $ 1,278.29 | $ 2,886.17 | $ - | |
| 10/05/2018 | Centerpoint Energy | Act # 6401507559-7 | $ 63.88 | $ 2,950.05 | $ 0.95 | |
| 10/08/2018 | Cleveland's Flowers & Gard | Invoice # 100718SMI | $ 917.00 | $ 3,867.05 | $ 0.73 | |
| 10/10/2018 | Schmuck Smith Tees & Con | Inv. # 23856 | $ 2,266.00 | $ 6,133.05 | $ 0.64 | |
| 10/26/2018 | Reliant Energy | Account # 732897343 | $ 756.93 | $ 6,889.98 | $ 8.07 | |
| 11/02/2018 | American Fence Company | | $ 122.00 | $ 7,011.98 | $ 3.96 | |
| 11/02/2018 | City of Houston | 2025-2752-1142 | $ 10.65 | $ 7,022.63 | $ - | |
| 11/05/2018 | U.S. Trustee | Acct # 4141834658 | $ 325.00 | $ 7,347.63 | $ 1.73 | |
| 11/08/2018 | Reliant Energy | 73 289 679 - 0 | $ 209.60 | $ 7,557.23 | $ 1.81 | |
| 11/08/2018 | Centerpoint Energy | 6401507559-7 | $ 36.03 | $ 7,593.26 | $ - | |
| 11/14/2018 | Arthur J. Gallagher & Co. | Policy # 2DB6741 | $ 6,415.24 | $ 14,008.50 | $ 3.74 | |
| 11/30/2018 | | Service Charge | $ 8.00 | $ 14,016.50 | $ 18.42 | |
| 12/06/2018 | City of Houston | Account # 2025-2752-114: | $ 15.99 | $ 14,032.49 | $ 6.91 | |
| 12/11/2018 | IPFS Corporation | Account # TXH-844297 | $ 1,989.80 | $ 16,022.29 | $ 5.77 | |
| 12/11/2018 | Reliant Energy | 73 730 147 3 | $ 118.47 | $ 16,140.76 | $ - | |
| 12/18/2018 | Reliant Energy | 73 573 795 9 | $ 39.94 | $ 16,180.70 | $ 9.29 | |
| 12/26/2018 | City of Houston | Account # 2025-2752-114: | $ 13.38 | $ 16,194.08 | $ 10.64 | |
| 12/31/2018 | | Service Charge | $ 12.00 | $ 16,206.08 | $ 6.66 | |
| 01/11/2019 | Wright Zdenek | Maintenace and repair of 53 | $ 2,500.00 | $ 18,706.08 | $ 14.65 | |
| 01/17/2019 | Reliant Energy | 73 730 147 3 | $ 63.98 | $ 18,770.06 | $ 9.22 | |
| 01/24/2019 | Tanglewood Homes Association | | $ 250.00 | $ 19,020.06 | $ 10.80 | |
| 01/25/2019 | Wright Zdenek | Maintenace and repair of 53 | $ 3,000.00 | $ 22,020.06 | $ 1.56 | |
| 01/25/2019 | IPFS Corporation | Account # TXH-844297 | $ 2,089.29 | $ 24,109.35 | $ - | |
| 01/28/2019 | U.S. Trustee | Acct # 4141834658 | $ 325.00 | $ 24,434.35 | $ 5.94 | |
| 01/28/2019 | City of Houston | Account # 2025-2752-114: | $ 13.48 | $ 24,447.83 | $ - | |
| 01/31/2019 | EFH Consulting Engineers In | Inv. # 19-096 | $ 750.00 | $ 25,197.83 | $ 6.03 | |
| 01/31/2019 | Morgan Sherlock | Reimbursement | $ 133.12 | $ 25,330.95 | $ - | |
| 02/05/2019 | Herndon/Muncey, Inc. | | $ 1,200.00 | $ 26,530.95 | $ 10.41 | |
| 02/07/2019 | Primer AC | | $ 219.00 | $ 26,749.95 | $ 4.36 | |
| 02/15/2019 | Premier A/C & Heating Co. | Invoice # 154430 | $ 324.11 | $ 27,074.06 | $ 17.59 | |
| 02/15/2019 | Reliant Energy | 73 730 147 3 | $ 175.28 | $ 27,249.34 | $ - | |
| 02/15/2019 | Centerpoint Energy | 6401507550-6 | $ 221.78 | $ 27,471.12 | $ - | |
| 02/15/2019 | Tanglewood Homes Association | | $ 1,356.75 | $ 28,827.87 | $ - | |
| 02/26/2019 | Power Vac America | Inv. # 6055 | $ 4,113.50 | $ 32,941.37 | $ 26.06 | |
| 02/26/2019 | City of Houston | Account # 2025-2752-114: | $ 13.48 | $ 32,954.85 | $ - | |
| 02/26/2019 | IPFS Corporation | Account # TXH-844297 | $ 2,089.29 | $ 35,044.14 | $ - | |
| 03/08/2019 | Herndon/Muncey, Inc. | | $ 19,637.50 | $ 54,681.64 | $ 28.80 | |
| 03/20/2019 | Hebert Irrigation Services Inc. | | $ 2,203.75 | $ 56,885.39 | $ 53.93 | |
| 03/26/2019 | IPFS Corporation | Account # TXH-844297 | $ 2,094.29 | $ 58,979.68 | $ 28.05 | |
| 03/28/2019 | Reliant Energy | 73 730 147 3 | $ 50.06 | $ 59,029.74 | $ 9.70 | |
| 03/28/2019 | Centerpoint Energy | 6401507550-6 | $ 117.16 | $ 59,146.90 | $ - | |
| 03/28/2019 | City of Houston | Account # 2025-2752-114: | $ 13.48 | $ 59,160.38 | $ - | |
| 04/05/2019 | Hebert Irrigation Services Inc. | | $ 3,176.00 | $ 62,336.38 | $ 38.90 | |
| 04/08/2019 | WZ Service | | $ 450.00 | $ 62,786.38 | $ 15.37 | |
| 04/08/2019 | Marcos Santoyo | | $ 700.00 | $ 63,486.38 | $ - | |
| 04/11/2019 | Hebert Irrigation Services Inc. | | $ 181.39 | $ 63,667.77 | $ 15.65 | |
| 04/16/2019 | U.S. Trustee | Acct # 4141834658 | $ 1,625.00 | $ 65,292.77 | $ 26.16 | |
| 04/16/2019 | Centerpoint Energy | 6401507550-6 | $ 100.04 | $ 65,392.81 | $ - | |
| 04/16/2019 | Reliant Energy | 73 730 147 3 | $ 104.20 | $ 65,497.01 | $ - | |

| Date | Name | Memo | Amount | Balance | Interest | P&I |
|---|---|---|---|---|---|---|
| 04/16/2019 | State Comptroller | late filing for report year 201 | $ 50.00 | $ 65,547.01 | $ - | |
| 04/18/2019 | Francisco Rodriguez | | $ 1,000.00 | $ 66,547.01 | $ 10.77 | |
| 04/18/2019 | Herndon/Muncey, Inc. | | $ 19,637.50 | $ 86,184.51 | $ - | |
| 04/18/2019 | Schmuck Smith Tees & Company | | $ 2,693.75 | $ 88,878.26 | $ - | |
| 04/29/2019 | City of Houston | Account #4328-6895-3030 | $ 105.84 | $ 88,984.10 | $ 80.36 | |
| 04/30/2019 | City of Houston | Account #2025-2752-1142 | $ 13.48 | $ 88,997.58 | $ 7.31 | |
| 05/10/2019 | Herndon/Muncey, Inc. | | $ 425.00 | $ 89,422.58 | $ 73.15 | |
| 05/16/2019 | Reliant Energy | 73 730 147 3 | $ 549.20 | $ 89,971.78 | $ 44.10 | |
| 05/16/2019 | Centerpoint Energy | 6401507550-6 | $ 93.14 | $ 90,064.92 | $ - | |
| 05/24/2019 | City of Houston | Account #2025-2752-1142 | $ 13.48 | $ 90,078.40 | $ 59.22 | |
| 05/24/2019 | City of Houston Water | Acct 432868953030 | $ 68.51 | $ 90,146.91 | $ - | |
| 05/30/2019 | Premier A/C & Heating Co. | Invoice # 156138 | $ 117.00 | $ 90,263.91 | $ 44.46 | |
| 05/31/2019 | | Service Charge | $ 9.00 | $ 90,272.91 | $ 7.42 | |
| 06/17/2019 | IPFS Corporation | Account # TXH-844297 | $ 455.89 | $ 90,728.80 | $ 126.13 | |
| 06/17/2019 | Francisco Rodriguez | | $ 105.00 | $ 90,833.80 | $ - | |
| 06/17/2019 | Centerpoint Energy | 6401507550-6 | $ 93.14 | $ 90,926.94 | $ - | |
| 06/17/2019 | Reliant Energy | 73 730 147 3 | $ 362.09 | $ 91,289.03 | $ - | |
| 06/17/2019 | Premier A/C & Heating Co. | Invoice # 156544 | $ 1,700.00 | $ 92,989.03 | $ - | |
| 06/17/2019 | City of Houston Water | Acct 432868953030 | $ 329.39 | $ 93,318.42 | $ - | |
| 06/20/2019 | IPFS Corporation | Account # TXH-844297 | $ 866.16 | $ 94,184.58 | $ 23.01 | |
| 06/20/2019 | City of Houston Water | Acct 2025-2752-1142 | $ 13.48 | $ 94,198.06 | $ - | |
| 07/02/2019 | Wright Zdenek | Maintenace and repair of 53 | $ 750.00 | $ 94,948.06 | $ 92.91 | |
| 07/15/2019 | Antonio Dominguez | | $ 50.00 | $ 94,998.06 | $ 101.45 | |
| 07/15/2019 | Centerpoint Energy | 6401507550-6 | $ 78.58 | $ 95,076.64 | $ - | |
| 07/15/2019 | Reliant Energy | 73 730 147 3 | $ 439.67 | $ 95,516.31 | $ - | |
| 07/29/2019 | Wright Zdenek | Maintenace and repair of 53 | $ 75.00 | $ 95,591.31 | $ 109.91 | |
| 07/29/2019 | City of Houston Water | Acct 2025-2752-1142 | $ 13.48 | $ 95,604.79 | $ - | |
| 07/29/2019 | U.S. Trustee | Acct # 4141834658 | $ 975.00 | $ 96,579.79 | $ - | |
| 07/31/2019 | | Service Charge | $ 9.00 | $ 96,588.79 | $ 15.88 | |
| 08/26/2019 | City of Houston Water | | $ 868.97 | $ 97,457.76 | $ 206.41 | |
| 08/26/2019 | Centerpoint Energy | 6401507550-6 | $ 104.98 | $ 97,562.74 | $ - | |
| 08/26/2019 | Reliant Energy | 73 730 147 3 | $ 466.83 | $ 98,029.57 | $ - | |
| 08/26/2019 | Antonio Dominguez | | $ 150.00 | $ 98,179.57 | $ - | |
| 08/31/2019 | | Service Charge | $ 12.00 | $ 98,191.57 | $ 40.35 | |
| 09/13/2019 | Antonio Dominguez | | $ 150.00 | $ 98,341.57 | $ 104.92 | |
| 09/13/2019 | Centerpoint Energy | 6401507550-6 | $ 101.01 | $ 98,442.58 | $ - | |
| 09/13/2019 | Reliant Energy | 73 730 147 3 | $ 466.36 | $ 98,908.94 | $ - | |
| 09/18/2019 | Harland Clarke | | $ 94.95 | $ 99,003.89 | $ 40.65 | |
| 09/24/2019 | Marcos Santoyo | Invoice 1170 | $ 150.00 | $ 99,153.89 | $ 48.82 | |
| 10/01/2019 | City of Houston Water | | $ 430.92 | $ 99,584.81 | $ 57.05 | |
| 10/01/2019 | Premier A/C & Heating Co. | Invoice # 156911 | $ 273.00 | $ 99,857.81 | $ - | |
| 10/01/2019 | Wright Zdenek | | $ 150.00 | $100,007.81 | $ - | |
| 10/11/2019 | Antonio Dominguez | | $ 250.00 | $100,257.81 | $ 82.20 | |
| 10/17/2019 | Forest Treescape | | $ 275.00 | $100,532.81 | $ 49.44 | |
| 10/17/2019 | Reliant Energy | 73 730 147 3 | $ 372.80 | $100,905.61 | $ - | |
| 10/17/2019 | Schmuck Smith Tees & Company | | $ 7,757.50 | $108,663.11 | $ - | |
| 10/21/2019 | Centerpoint Energy | 6401507550-6 | $ 110.21 | $108,773.32 | $ 35.72 | |
| 10/24/2019 | City of Houston Water | | $ 13.48 | $108,786.80 | $ 26.82 | |
| 10/24/2019 | U.S. Trustee | Acct # 4141834658 | $ 975.00 | $109,761.80 | $ - | |
| 11/07/2019 | First Insurance Funding | | $ 3,467.63 | $113,229.43 | $ 126.30 | |
| 11/08/2019 | Reliant Energy | 73 730 147 3 | $ 170.23 | $113,399.66 | $ 9.31 | |
| 11/08/2019 | Wright Zdenek | | $ 625.86 | $114,025.52 | $ - | |
| 11/22/2019 | Centerpoint Energy | 6401507550-6 | $ 105.61 | $114,131.13 | $ 131.21 | |
| 11/22/2019 | City of Houston Water | | $ 13.48 | $114,144.61 | $ - | |

| Date | Name | Memo | Amount | Balance | Interest | P&I |
|---|---|---|---|---|---|---|
| 11/22/2019 | Marcos Santoyo | | $ 300.00 | $ 114,444.61 | $ - | |
| 12/05/2019 | Antonio Dominguez | | $ 250.00 | $ 114,694.61 | $ 122.28 | |
| 12/05/2019 | City of Houston Water | 43286895303 | $ 111.50 | $ 114,806.11 | $ - | |
| 12/31/2019 | | Service Charge | $ 12.00 | $ 114,818.11 | $ 245.34 | |
| 02/04/2020 | U.S. Trustee | Acct # 4141834658 | $ 975.00 | $ 115,793.11 | $ 330.30 | |
| 02/15/2020 | | | | $ 115,793.11 | $ 104.69 | |
| **Total General Disbursements** | | | **$ 115,793.11** | | **$ 2,960.84** | **$ 118,753.95** |
| | | | | | | |
| Disbursements to CommunityBank of Texas | | | | | | |
| 01/09/2019 | CommunityBank of Texas, N | Loan 200036 | $ 26,384.79 | $ 26,384.79 | | |
| 01/15/2019 | CommunityBank of Texas, N | Loan 200036 | $ 9,242.80 | $ 35,627.59 | $ 13.01 | |
| 02/05/2019 | CommunityBank of Texas, N | LOC 16335 | $ 1,652.78 | $ 37,280.37 | $ 61.49 | |
| 02/15/2019 | CommunityBank of Texas, N | LOC 16335 | $ 1,652.78 | $ 38,933.15 | $ 30.64 | |
| 02/26/2019 | CommunityBank of Texas, N | LOC 16335 | $ 661.11 | $ 39,594.26 | $ 35.20 | |
| 03/28/2019 | CommunityBank of Texas, N | 200036 | $ 17,900.48 | $ 43,939.00 | $ 97.63 | |
| 04/30/2019 | CommunityBank of Texas, N | 200036 | $ 18,507.27 | $ 43,939.00 | $ 119.18 | |
| 05/10/2019 | CommunityBank of Texas, N | 16335 | $ 5,169.06 | $ 43,939.00 | $ 36.11 | |
| 06/20/2019 | CommunityBank of Texas, N | 200036 | $ 9,405.34 | $ 43,939.00 | $ 148.07 | |
| 08/07/2019 | CommunityBank of Texas, N | 200036 | $ 18,507.27 | $ 43,939.00 | $ 173.35 | |
| 09/05/2019 | CommunityBank of Texas, N | 200036 | $ 9,026.09 | $ 43,939.00 | $ 104.73 | |
| 10/17/2019 | CommunityBank of Texas, N | 200036 | $ 8,603.50 | $ 43,939.00 | $ 151.68 | |
| 11/08/2019 | CommunityBank of Texas, N | 200036 | $ 8,733.53 | $ 43,939.00 | $ 79.45 | |
| 02/15/2020 | | | | $ 43,939.00 | $ 693.39 | |
| Total Payments to CommunityBank of Texas | | | $ 135,446.80 | | | |
| **Approved Adequate Protection for CommunityBank of Texas** | | | **$ 43,939.00** | | **$ 1,743.94** | **$ 45,682.94** |
| | | | | | | |
| Disbursements to Spirit of Texas Bank | | | | | | |
| 11/01/2018 | Spirit of Texas Bank | Loan # 6101905 | $ 16,153.22 | $ 16,153.22 | | |
| 12/06/2018 | Spirit of Texas Bank | Acct # 6101905 | $ 16,153.00 | $ 32,306.22 | $ 46.47 | |
| 12/06/2018 | Spirit of Texas Bank | Acct # 12684 | $ 3,861.00 | $ 36,167.22 | $ - | |
| 12/06/2018 | Spirit of Texas Bank | Acct # 6101845 | $ 33,323.00 | $ 69,490.22 | $ - | |
| 12/26/2018 | Spirit of Texas Bank | Acct # 12684 | $ 3,989.02 | $ 73,479.24 | $ 114.23 | |
| 12/26/2018 | Spirit of Texas Bank | Acct # 6101845 | $ 22,552.49 | $ 96,031.73 | $ - | |
| 02/08/2019 | Spirit of Texas Bank | Acct # 6101845 | $ 22,052.49 | $ 107,644.26 | $ 347.29 | |
| 02/08/2019 | Spirit of Texas Bank | Acct # 12684 | $ 2,697.13 | $ 107,644.26 | $ - | |
| 02/26/2019 | Spirit of Texas Bank | Acct # 12684 | $ 2,693.78 | $ 107,644.26 | $ 159.25 | |
| 03/29/2019 | Spirit of Texas Bank | Loan # 6101845 | $ 22,052.49 | $ 107,644.26 | | |
| 04/30/2019 | Spirit of Texas Bank | | $ 38,205.62 | $ 107,644.26 | $ 557.39 | |
| 05/24/2019 | Spirit of Texas Bank | | $ 35,685.63 | $ 107,644.26 | $ 212.34 | |
| 07/11/2019 | Spirit of Texas Bank | | $ 24,880.96 | $ 107,644.26 | $ 424.68 | |
| 02/15/2020 | | | | | $ 1,937.60 | |
| Total Payments to Spirit of Texas Bank | | | $ 244,299.83 | | | |
| **Approved Adequate Protection for Spirit of Texas Bank** | | | **$ 107,644.26** | | **$ 3,799.25** | **$ 111,443.51** |
| | | | | | | |
| **Total General Disbursements and Approved Adequate Protection** | | | **$ 267,376.37** | | **$ 8,504.03** | **$ 275,880.40** |