| ATTORNEY/ PARAPROFESSIONAL | ROLE | DATE OF ADMISSION | HOURS BILLED | BILLING RATE | TOTAL FEES |
|---|---|---|---|---|---|
| Charles M. Rubio (CMR) | Partner | 2008 (NY) | 123 | $525.00 | $64,575.00 |
| Sheryl P. Giugliano (SPG) | Partner | 2009 (NY) | 5.6 | $485.00 | $2,716.00 |
| Michael D. Fritz (MDF) | Associate | 2012 (TX) | 14.2 | $360.00 | $5,112.00 |
| Brian R. Hogue (BRH) | Associate | 2014 (NY) | 32.1 | $340.00 | $10,914.00 |
| Nathan R. Bloom (NRB) | Associate | 2018 (NY) | 2 | $325.00 | $650.00 |
| Catherine A. Burrow (CAB) | Paralegal | N/A | 19.5 | $220.00 | $4,290.00 |
| Sandra D. Hancock (SDH) | Paralegal | N/A | 8.6 | $145.00 | $1,247.00 |
| **TOTAL** | | | **205** | | **$89,504.00** |

EXHIBIT A