EXHIBIT B

| BILLING CATEGORY | Matter | Hours Billed | Total for Category |
|---|---|---|---|
| CASE ADMINISTRATION | 11 | 10.2 | $4,177.50 |
| (HOUTEX) ASSET ANALYSIS, RECOVERY & DISPOSITION | 12 | 24.5 | $12,511.00 |
| BUSINESS OPERATIONS | 15 | 0.1 | $52.50 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 16 | 33.7 | $14,761.50 |
| FEE/EMPLOYMENT APPLICANTS OBJECTIONS | 17 | 13.7 | $4,749.00 |
| FINANCING | 18 | 6.7 | $3,517.50 |
| LITIGATION | 19 | 66.2 | $28,544.50 |
| REPORTING/MEETINGS WITH CREDITORS | 20 | 3.6 | $1,646.00 |
| PLAN AND DISCLOSURE STATEMENT | 21 | 46.3 | $19,544.50 |
| **GRAND TOTAL** | | **205** | **$89,504.00** |