EXHIBIT C

| | |
|---|---|
| Subpoena Services | $528.40 |
| Litigation Support - Database Fees | $18.30 |
| Legal Research | $1,574.61 |
| Transcripts | $1,775.92 |
| Postage & Delivery Services | $402.95 |
| Travel, Parking & Meals | $7.89 |
| Court Fees | $362.00 |
| **Total Out-of-Pocket Expenses** | **4670.07** |