EXHIBIT D



**Two Houston Center
909 Fannin St., 37th Floor
Houston, TX  77010**

**Fed. Tax I.D. #76-0631446**

Houtex Builder, LLC
c/o Charles C. Foster
3 Greenway Plaza, Suite 800
Houston, TX  77046

Invoice  33980
February 5, 2020

ID: 2573-00011 - CMR

Re: Case Administration

For Services Rendered Through  12/31/2019

| | | |
|---|---|---|
| Previous Balance | | 18,464.82 |
| Payments | | -18,464.82 |
| Balance Forward | | 0.00 |
| | | |
| Current Fees | 4,177.50 | |
| Current Disbursements | 4,670.07 | |
| Total Current Charges | | 8,847.57 |
| | | |
| **Total Due** | | **8,847.57** |

**Diamond McCarthy LLP**

| Houtex Builder, LLC | February 5, 2020 |
|---|---|
| I.D. 2573-00011 - CMR | Invoice  33980 |
| Re: Case Administration | Page  2 |

| Fee Recap | | | | |
|---|---|---|---|---|
| | | **Hours** | **Rate/Hour** | **Amount** |
| Charles M. Rubio | Partner | 5.80 | 525.00 | 3,045.00 |
| Michael D. Fritz | Associate | 0.50 | 360.00 | 180.00 |
| Brian R. Hogue | Associate | 1.10 | 340.00 | 374.00 |
| Catherine A. Burrow | Paralegal | 2.30 | 220.00 | 506.00 |
| Sandra D. Hancock | Paralegal | 0.50 | 145.00 | 72.50 |
| | **Totals** | **10.20** | | **4,177.50** |

| Fees | | | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 08/02/19 | SDH | Draft debtors' witness and exhibit list for August 7, 2019 hearing, and prepare exhibits for same. | 0.40 | 145.00 | 58.00 |
| 08/19/19 | MDF | Contact court regarding exhibits for Houtex hearing (.3); create and circulate download link with relevant documents (.2). | 0.50 | 360.00 | 180.00 |
| 09/12/19 | CMR | Work on marking up motion for continuance of claim objection hearing and call and correspondence with D. Fuqua regarding same. | 0.30 | 525.00 | 157.50 |
| 09/16/19 | SDH | File certificate of service for debtor's solicitation package including corrected amended disclosure statement, corrected amended plan and order. | 0.10 | 145.00 | 14.50 |
| 10/07/19 | CMR | Prepare for and attend status conference. | 1.20 | 525.00 | 630.00 |
| 10/28/19 | CMR | Prepare for and attend status conference. | 1.00 | 525.00 | 525.00 |
| 10/29/19 | CAB | Receive additional signatures for Shadywood monthly operating reports and prepare same for filing (.3); email to C. Foster requesting signature for February operating report (.1); file all monthly operating reports for HouTex, Shadywood and Looscan (1.0). | 1.40 | 220.00 | 308.00 |
| 11/04/19 | CMR | Prepare for and attend call with C. Foster and C. Murray to discuss status of case, follow up with L. Markell regarding same. | 1.30 | 525.00 | 682.50 |
| 11/11/19 | BRH | Draft emergency motion to continue hearing and circulate to C. Rubio. | 1.10 | 340.00 | 374.00 |
| 11/12/19 | CMR | Prepare for status conference (.4); work on ballot summary (.2). | 0.60 | 525.00 | 315.00 |
| 11/13/19 | CMR | Prepare for and attend status conference (.4); coordinate preparation of ballot summary with C. Burrow (.2). | 0.60 | 525.00 | 315.00 |
| 11/18/19 | CAB | Prepare pro hac motion for S. Giugliano to appear in case and forward for review and approval (.2); finalize and file same (.1); communications with M. Rios regarding need to withdraw and revise application (.1); prepare and file withdrawal of pro hac motion (.3); prepare and file revised pro hac motion (.2). | 0.90 | 220.00 | 198.00 |
| 12/09/19 | CMR | Calls and emails with D. Fuqua regarding continuing status conference and email and call with T. Conrad regarding same. | 0.40 | 525.00 | 210.00 |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00011 - CMR | Invoice  33980 |
| Re: Case Administration | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/19 | CMR | Call with C. Foster to discuss status of case. | 0.40 | 525.00 | 210.00 |
| | | **Total Fees** | **10.20** | | **4,177.50** |

| Disbursements | |
|---|---|
| **Date** **Description** | **Amount** |

| Date | Description | Amount |
|---|---|---|
| | On-Line Research | 1,574.61 |
| | Postage | 303.45 |
| 08/01/19 | Transcripts; one copy of transcripts for hearing date 07/16/2019/Inv. 60640; Mary D. Henry | 144.00 |
| 08/06/19 | Delivery Services; from US Bankruptcy Court, 515 Rusk Street, Houston, TX 07/23/2019/Inv. 50796; Mach 5 Couriers, Inc. | 60.65 |
| 08/06/19 | Delivery Services; to 515 Rusk, Houston, TX 07/08/2019/Inv. 50796; Mach 5 Couriers, Inc. | 12.95 |
| 08/21/19 | Transcripts; one copy of transcripts for hearing on 08/15/2019/Inv. NY3910855; Veritext New York Reporting Co. | 629.20 |
| 08/27/19 | Subpoena Service; party served:  Anna Williams, Member and Manager of HL Builders, 2402 Elmen Street, Houston, TX 08/16/2019/Inv. 700-26568701; Texas easy-serve LLC | 179.20 |
| 08/27/19 | Subpoena Service; party served:  Anna Williams, C/O Richard Fuqua, Fuqua and Associates, 5005 Riverway, Suite 250, Houston, TX 08/16/2019/Inv. 700-26568702; Texas easy-serve LLC | 179.20 |
| 08/27/19 | Transcripts; 1 copy of transcripts for hearing on 08/15/2019/Inv. NY3910855; Veritext Corp. | 629.20 |
| 08/27/19 | Local Travel Expense; C. Rubio car fare to court for hearing on 08/20/2019/Inv. 08202019; Charles M. Rubio | 7.89 |
| 08/31/19 | Miscellaneous; August data hosting and review/Inv.63591 | 3.66 |
| 09/30/19 | Miscellaneous; September data hosting and review/CS Disco Inv.65372 | 3.66 |
| 10/07/19 | Delivery Services; to  United States Bankruptcy Court, 515 Rusk, Houston, TX 08/30/2019/Inv. 51490; Mach 5 Couriers, Inc. | 12.95 |
| 10/07/19 | Delivery Services; to  Office of the United States Trustee, 515 Rusk, Houston, TX 09/13/2019/Inv. 51490; Mach 5 Couriers, Inc. | 12.95 |
| 10/22/19 | Transcripts; 1 copy of transcripts for hearing on 08/20/2019/Inv. NY3922725; Veritext New York Reporting Co. | 183.92 |
| 10/31/19 | Miscellaneous; October data hosting and review/CS Disco Inv.68970 | 3.66 |
| 10/31/19 | Subpoena Service; party unsuccessfully served:  Anna Williams/Inv. KT-2019001350; Kim Tindall & Associates, LLC | 85.00 |
| 10/31/19 | Subpoena Service; party unsuccessfully served:  Robert Parker 07/15/2019/Inv. KTA-2019001351; Kim Tindall & Associates, LLC | 85.00 |
| 11/20/19 | Court Fees; C. Rubio filing fee for Motion of Sale filed on 11/15/2019/Inv. 11152019-1; Charles M. Rubio | 181.00 |
| 11/25/19 | Court Fees; C. Rubio filing fee for Emergency Motion for Sale in the Southern District of Texas-Bankruptcy on 11/21/2019/Inv. 11212019; Charles M. Rubio | 181.00 |
| 11/30/19 | Data Hosting/Processing; Data hosting and review for November/CS Disco Inv. 71109 | 3.66 |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00011 - CMR | Invoice  33980 |
| Re: Case Administration | Page 4 |

| Date | Description | Amount |
|---|---|---|
| 12/18/19 | Transcripts; transcript services regarding witness HL Builders on hearing date of 08/20/2019/Inv. NY3922725; Veritext Corp. | 189.60 |
| 12/31/19 | Data Hosting/Processing; December data hosting and review/CS Disco Inv. 73418 | 3.66 |
| | **Total Disbursements** | **4,670.07** |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00011 - CMR | Invoice  33980 |
| Re: Case Administration | Page  5 |

|  | |
|---|---|
| **Total Fees and Disbursements** | **8,847.57** |
| **Total Current Charges** | **8,847.57** |



**Two Houston Center**
**909 Fannin St., 37th Floor**
**Houston, TX  77010**

**Fed. Tax I.D. #76-0631446**

Houtex Builder, LLC
c/o Charles C. Foster
3 Greenway Plaza, Suite 800
Houston, TX  77046

Invoice  33981
February 5, 2020

ID: 2573-00012 - CMR

Re: (Houtex) Asset Analysis, Recovery & Disposition

For Services Rendered Through  12/31/2019

| | | |
|---|---|---|
| Previous Balance | | 9,952.00 |
| Payments | | -9,952.00 |
| Balance Forward | | 0.00 |
| | | |
| Current Fees | 12,511.00 | |
| Total Current Charges | | 12,511.00 |
| | | |
| **Total Due** | | **12,511.00** |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00012 - CMR | Invoice 33981 |
| Re: (Houtex) Asset Analysis, Recovery & Disposition | Page 2 |

## Fee Recap

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Charles M. Rubio | Partner | 19.40 | 525.00 | 10,185.00 |
| Sheryl P. Giugliano | Partner | 4.60 | 485.00 | 2,231.00 |
| Catherine A. Burrow | Paralegal | 0.30 | 220.00 | 66.00 |
| Sandra D. Hancock | Paralegal | 0.20 | 145.00 | 29.00 |
| | **Totals** | **24.50** | | **12,511.00** |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/19 | CMR | Review comments from Don Knabeschuh regarding sale of Lynbrook and send message to C. Foster and R. Porterfield. | 0.20 | 525.00 | 105.00 |
| 08/18/19 | CMR | Review proposal for lease of Lynbrook and prepare response to C. Foster. | 0.30 | 525.00 | 157.50 |
| 09/09/19 | CMR | Email with R. Spence regarding Lynbrook. | 0.10 | 525.00 | 52.50 |
| 09/12/19 | CMR | Calls and correspondence with R. Porterfield and R. Spence regarding status of marketing Lynbrook house. | 0.30 | 525.00 | 157.50 |
| 11/06/19 | CMR | Prepare draft of proposed order and special warranty deed (1.0), prepare emails to R. Porterfield and D. Knabeschuh regarding same (.3), email D. Knabeschuh for payoff letter (.1). | 1.40 | 525.00 | 735.00 |
| 11/07/19 | CMR | Review form of contract signed by title company, call title company regarding closing, prepare email to title company with the proposed form of sale order and special warranty deed. | 0.80 | 525.00 | 420.00 |
| 11/11/19 | CMR | Call with K. Martin from Platinum Title and send out proposed sale order, review comments from underwriter in connection with same, address emails regarding closing. | 0.80 | 525.00 | 420.00 |
| 11/12/19 | CMR | Work on addressing the title objections for the Lynbrook sale (.8); email T. Grundemeier (Harris County) regarding status of confirmation hearing and the sale of Lynbrook (.5). | 1.30 | 525.00 | 682.50 |
| 11/14/19 | CMR | Confer with T. Grundemeier (taxing authorities) regarding proposed order for 5325 Lynbrook, confer with K. Martin regarding same. | 0.40 | 525.00 | 210.00 |
| 11/18/19 | SPG | Confer with C. Rubio regarding upcoming sale hearing and need to cover same (.2); correspondence regarding pro hac vice application in connection with same (.2); review correspondence from C. Rubio providing background information (.1). | 0.50 | 485.00 | 242.50 |
| 11/18/19 | CMR | Multiple correspondence with Court to address setting of emergency sale hearing (.4); conversations with S. Giuglino, B. Hogue and C. Foster regarding same (1.0); address questions from D. Fuqua (.2). | 1.60 | 525.00 | 840.00 |
| 11/18/19 | CMR | Calls and correspondence with C. Foster and K. Martin to prepare for closing of Lynbrook. | 0.80 | 525.00 | 420.00 |

**Diamond McCarthy LLP**

| Houtex Builder, LLC | February 5, 2020 |
|---|---|
| I.D. 2573-00012 - CMR | Invoice  33981 |
| Re: (Houtex) Asset Analysis, Recovery & Disposition | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/20/19 | SPG | Confer with C. Rubio regarding case background and information needed for upcoming sale hearing (.2); call with counsel to adversary in connection with possible objections to sale motion (.2); follow-up discussion with C. Rubio regarding same (.1). | 0.50 | 485.00 | 242.50 |
| 11/20/19 | SPG | Review sale motion and docket (.4); confer with C. Rubio regarding same and preparation for hearing (.2); review correspondence regarding closing date (.2); review correspondence regarding proposed order (.2). | 1.00 | 485.00 | 485.00 |
| 11/20/19 | CMR | Meeting with. S. Giugliano to discuss sale hearing (.5) address multiple calls with title company and seller regarding closing (1.0), call with D. Fuqua to address objection and follow up with same (.3). | 1.80 | 525.00 | 945.00 |
| 11/21/19 | SPG | Review draft proposed sale order (.5); draft outline in preparation for hearing (.4). | 0.90 | 485.00 | 436.50 |
| 11/21/19 | SPG | Confer with C. Rubio regarding order denying motion and need to refile and serve motion and issues with closing date. | 0.20 | 485.00 | 97.00 |
| 11/21/19 | CMR | Prepare and file new emergency motion to sell Lynbrook and correspondence with the Court to address new hearing. | 1.00 | 525.00 | 525.00 |
| 11/22/19 | SPG | Review correspondence from C. Rubio and Court regarding denial of sale motion and attempts to reschedule hearing (.2); telephone discussion with Court regarding same (.1); correspondence to C. Rubio and C. Burrow regarding same (.1). | 0.40 | 485.00 | 194.00 |
| 11/22/19 | SPG | Review order setting hearing (.2); telephone discussion with C. Burrow regarding same (.2); revise draft notice of hearing (.2); correspondence regarding same (.1). | 0.70 | 485.00 | 339.50 |
| 11/22/19 | SPG | Telephone discussion with C. Rubio regarding entry of order setting hearing date and service of same (.2); correspondence with S. Hannock and C. Rubio regarding same (.2). | 0.40 | 485.00 | 194.00 |
| 11/22/19 | CMR | Call with David Tritter to discuss bankruptcy court approval (.5) call and email with K. Martin to discuss closing schedule (.2), call with C. Foster to discuss closing schedule (.1). | 0.80 | 525.00 | 420.00 |
| 11/22/19 | SDH | Draft notice of hearing and file same regarding motion to sell. | 0.20 | 145.00 | 29.00 |
| 11/27/19 | CMR | Review files to pull background documents requested by title company and email C. Foster regarding same. | 0.70 | 525.00 | 367.50 |
| 12/01/19 | CMR | Pull together closing documents required by title company for Lynbrook. | 1.00 | 525.00 | 525.00 |
| 12/02/19 | CMR | Work on preparing special warranty deed and add the permitted exceptions (.6); emails with K. Martin regarding closing documents (.4); call and emails with R. Porterfield regarding timing of closing (.2); prepare resolution for closing and get approval from title company (.7); review title closing documents and send to C. Foster for signature (.5); revise special warranty deed and obtain approval from title company and buyer's counsel (.5). | 2.90 | 525.00 | 1,522.50 |
| 12/03/19 | CMR | Review signed closing documents for Lynbrook and emails with | 0.40 | 525.00 | 210.00 |

**Diamond McCarthy LLP**

| Houtex Builder, LLC | February 5, 2020 |
|---|---|
| I.D. 2573-00012 - CMR | Invoice  33981 |
| Re: (Houtex) Asset Analysis, Recovery & Disposition | Page 4 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | K. Martin and C. Foster in connection with same. | | | |
| 12/03/19 | CMR | Coordinate closing matters for Lynbrook house. | 0.50 | 525.00 | 262.50 |
| 12/10/19 | CMR | Call with D. Fuqua regarding personal property in Lynbrook (.1); email C. Foster regarding same (.1); prepare notice of closing for Lynbrook and send to C. Foster for comments (1.2); finalize and file same (.3). | 1.70 | 525.00 | 892.50 |
| 12/11/19 | CAB | Finalize and file notice of closing of sale of Lynbrook property. | 0.30 | 220.00 | 66.00 |
| 12/11/19 | CMR | Finalize and file notice of closing of Lynbrook sale (.3); follow up call with D. Fuqua (.1); follow up emails with C. Foster and R. Porterfield (.2). | 0.60 | 525.00 | 315.00 |

| | | **Total Fees** | **24.50** | | **12,511.00** |
|---|---|---|---|---|---|

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00012 - CMR | Invoice  33981 |
| Re: (Houtex) Asset Analysis, Recovery & Disposition | Page  5 |

| | |
|---|---|
| **Total Fees and Disbursements** | **12,511.00** |
| **Total Current Charges** | **12,511.00** |



**Two Houston Center**
**909 Fannin St., 37th Floor**
**Houston, TX  77010**

**Fed. Tax I.D. #76-0631446**

Houtex Builder, LLC
c/o Charles C. Foster
3 Greenway Plaza, Suite 800
Houston,  TX  77046

Invoice  33982
February 5, 2020

ID: 2573-00015 - CMR

Re: Business Operations

For Services Rendered Through  12/31/2019

| | | | |
|---|---|---|---|
| Balance Forward | | | 8,558.00 |
| Current Fees | | 52.50 | |
| Total Current Charges | | | 52.50 |
| **Total Due** | | | **8,610.50** |

| Open Invoices | | | | |
|---|---|---|---|---|
| **Invoice Date** | **Invoice Number** | **Original Amount** | **Payments and Credits** | **Balance** |
| 01/17/19 | 32140 | 8,558.00 | 0.00 | 8,558.00 |
| | **Totals** | **8,558.00** | **0.00** | **8,558.00** |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00015 - CMR | Invoice  33982 |
| Re: Business Operations | Page  2 |

| Fee Recap | | | | |
|---|---|---|---|---|
| | | **Hours** | **Rate/Hour** | **Amount** |
| Charles M. Rubio | Partner | 0.10 | 525.00 | 52.50 |
| | **Totals** | **0.10** | | **52.50** |

| Fees | | | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 10/25/19 | CMR | Follow up with C. Foster and L. Markell regarding status of insurance. | 0.10 | 525.00 | 52.50 |
| | | **Total Fees** | **0.10** | | **52.50** |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00015 - CMR | Invoice  33982 |
| Re: Business Operations | Page  3 |

| | |
|---|---|
| **Total Fees and Disbursements** | **52.50** |
| **Total Current Charges** | **52.50** |
| Balance Forward | 8,558.00 |
| **Total Amount Due** | **8,610.50** |



**Two Houston Center**
**909 Fannin St., 37th Floor**
**Houston, TX  77010**

**Fed. Tax I.D. #76-0631446**

Houtex Builder, LLC
c/o Charles C. Foster
3 Greenway Plaza, Suite 800
Houston, TX  77046

Invoice  33983
February 5, 2020

ID: 2573-00016 - CMR

Re: Claims Administration and Objections

For Services Rendered Through  12/31/2019

| | | |
|---|---|---|
| Previous Balance | | 4,921.00 |
| Payments | | -3,323.00 |
| Balance Forward | | 1,598.00 |
| | | |
| Current Fees | 14,761.50 | |
| Total Current Charges | | 14,761.50 |
| | | |
| **Total Due** | | **16,359.50** |

| Open Invoices | | | | |
|---|---|---|---|---|
| **Invoice Date** | **Invoice Number** | **Original Amount** | **Payments and Credits** | **Balance** |
| 01/17/19 | 32141 | 1,598.00 | 0.00 | 1,598.00 |
| | **Totals** | **1,598.00** | **0.00** | **1,598.00** |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00016 - CMR | Invoice  33983 |
| Re: Claims Administration and Objections | Page  2 |

| Fee Recap | | | | |
|---|---|---|---|---|
| | | **Hours** | **Rate/Hour** | **Amount** |
| Charles M. Rubio | Partner | 20.90 | 525.00 | 10,972.50 |
| Sheryl P. Giugliano | Partner | 1.00 | 485.00 | 485.00 |
| Brian R. Hogue | Associate | 5.90 | 340.00 | 2,006.00 |
| Catherine A. Burrow | Paralegal | 5.90 | 220.00 | 1,298.00 |
| | **Totals** | **33.70** | | **14,761.50** |

| Fees | | | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 08/04/19 | CMR | Review rules regarding filing claim objections and email with M. Fritz regarding preparation of pleadings in connection with same. | 0.70 | 525.00 | 367.50 |
| 08/13/19 | CMR | Work on revising omnibus claim objection and proposed order for CD Homes proofs of claims (.9); work on preparing draft omnibus claim objection and proposed order for 1040 Hyde Park claims (1.1); work on preparing draft omnibus claim objection and proposed order for Anna Williams claims (.6); work on preparing Charles Foster declarations for CD Homes claim objection, 1040 Hyde Park claim objection and Anna Williams claim objection (.7); prepare transmittal email to C. Foster regarding finalizing and filing the omnibus claim objections (.3); prepare email to C. Burrow regarding finalizing and filing omnibus claim objections (.1). | 3.70 | 525.00 | 1,942.50 |
| 08/14/19 | CAB | Finalize, file and coordinate service of objections to claims of CD Homes, A. Williams, and 1040 Hyde Park. | 0.80 | 220.00 | 176.00 |
| 08/14/19 | CMR | Work on finalizing drafts of omnibus claim objections against CD Homes, 1040 Hyde Park and Anna Williams and circulate to C. Foster for comments. | 1.40 | 525.00 | 735.00 |
| 08/22/19 | CMR | Review remaining claims to determine objections (.7); prepare email to M. Fritz outlining remaining claim objections (.3). | 1.00 | 525.00 | 525.00 |
| 09/12/19 | CAB | Prepare draft claim objections to claims filed by BMC Texas Sales, Forja Designs, and Aldretes Masonry (1.0); forward to C. Rubio for review and comment (.1). | 1.10 | 220.00 | 242.00 |
| 09/18/19 | CMR | Confer with C. Burrow on re-filing omnibus claim objections. | 0.20 | 525.00 | 105.00 |
| 09/19/19 | CAB | Prepare new claim objections, declarations and proposed orders to object to claims of 1040 Hyde Park and Alma Williams in Shadywood and Looscan cases (1.0); forward to C. Rubio for review and approval (.1); finalize and file same with court (.4). | 1.50 | 220.00 | 330.00 |
| 09/19/19 | CMR | Provide update to Charles Foster on status of claim objections and coordinate re-filing of claim objections (.3); work on finalizing the claim objections to BMC, Forja Designs and Aldretes Masonry (.9). | 1.20 | 525.00 | 630.00 |
| 09/23/19 | CAB | Revise and update objections to claims of Aldrete Masonry, BMC Texas Sales, and Forja Designs (.3); prepare declarations of C. | 1.20 | 220.00 | 264.00 |

**Diamond McCarthy LLP**

| | | | | | |
|---|---|---|---|---|---|
| Houtex Builder, LLC | | | | | February 5, 2020 |
| I.D. 2573-00016 - CMR | | | | | Invoice  33983 |
| Re: Claims Administration and Objections | | | | | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Foster in support of each claim objections (.4); prepare proposed orders for each claim objection (.4); forward all documents to C. Rubio for review and approval (.1). | | | |
| 09/23/19 | CMR | Prepare Hap May Claim Objection (.9); prepare declaration for same (.5); prepare email to C. Foster with documents for claim objections (.1); coordinate filing of claim objections for Aldretes Masonry, BMC Forja and Hap May with C. Burrow (.2). | 1.70 | 525.00 | 892.50 |
| 09/27/19 | CMR | Review motions to dismiss and replies to claim objections filed by CD Homes, Anna Williams and 1040 Hyde Park and work with C. Burrow to prepare draft replies to same. | 0.60 | 525.00 | 315.00 |
| 09/30/19 | CAB | Prepare draft responses to motions to dismiss objections to claims of A. Williams, 1040 Hyde Park and CD Homes and forward same to C. Rubio. | 1.00 | 220.00 | 220.00 |
| 10/03/19 | CMR | Research in connection with Bankruptcy Rule 3007 and prepare response to Motion to Dismiss related to claim objections. | 1.80 | 525.00 | 945.00 |
| 10/04/19 | SPG | Revise reply in support of claim objection and in response to motion to dismiss for failure to comply with Bankruptcy Rule 3007 (.6); correspondence to C. Rubio regarding same (.1); legal research in connection with same (.3). | 1.00 | 485.00 | 485.00 |
| 10/04/19 | CMR | Review and finalize responses to motions to dismiss claim objections (.8); file and serve the same (.6). | 1.40 | 525.00 | 735.00 |
| 10/23/19 | CMR | Mark up proposed stipulation to resolve Hap May Claim and send to C. Foster and A. Catmul. | 0.50 | 525.00 | 262.50 |
| 10/25/19 | CMR | Multiple correspondence with A. Catmul to address Hap May Claim objection and stipulation. | 0.20 | 525.00 | 105.00 |
| 10/28/19 | CMR | Review orders denying motions to dismiss the HL Builders, Anna Williams and 1040 Hyde Park claim objections and send to C. Foster. | 0.20 | 525.00 | 105.00 |
| 10/29/19 | CMR | Review orders on BMC, Forja Designs and Aldretes Masonry claim objections and follow up with C. Foster in connection with same. | 0.20 | 525.00 | 105.00 |
| 11/04/19 | CMR | Work with B. Hogue on response to motion to amend claim. | 0.60 | 525.00 | 315.00 |
| 11/05/19 | BRH | Research case law regarding creditor's attempt for late-amended proof of claim. | 0.80 | 340.00 | 272.00 |
| 11/10/19 | CMR | Work with B. Hogue to prepare motion to continue hearings on insider claim objections and motion to designate insider claims (.8). | 0.80 | 525.00 | 420.00 |
| 11/11/19 | CMR | Work with B. Hogue on motion to designate insider status (.8); work on finalizing response to HL Builders' Motion for Leave to Amend Proof of Claim (.8) work on motion to designate insiders (.8) work on motion to abate Claim Objection Proceedings (.8). | 3.20 | 525.00 | 1,680.00 |
| 11/11/19 | BRH | Fact and legal research regarding motion to designate certain claimants as insiders (.4); confer over email with C. Rubio regarding same (.1); draft motion to designate certain claimants as insiders and circulate to C. Rubio (.6). | 3.10 | 340.00 | 1,054.00 |
| 11/12/19 | BRH | Various research projects per C. Rubio regarding Motion to Abate | 2.00 | 340.00 | 680.00 |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00016 - CMR | Invoice  33983 |
| Re: Claims Administration and Objections | Page 4 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and Motion to Designate Insiders. | | | |
| 11/13/19 | CAB | Finalize, file and serve objection to motion for leave to amend proofs of claim. | 0.30 | 220.00 | 66.00 |
| 11/13/19 | CMR | Work on finalizing and filing objection to amend proof of claim. | 0.70 | 525.00 | 367.50 |
| 11/21/19 | CMR | Calls and correspondence with C. Murray regarding response to Foster claim objection (.5); email to B. Ruzinsky regarding Spirit of Texas bank claim objection (.3). | 0.80 | 525.00 | 420.00 |
| | | **Total Fees** | **33.70** | | **14,761.50** |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00016 - CMR | Invoice  33983 |
| Re: Claims Administration and Objections | Page  5 |

| | |
|---|---|
| **Total Fees and Disbursements** | **14,761.50** |
| **Total Current Charges** | **14,761.50** |
| Balance Forward | 1,598.00 |
| **Total Amount Due** | **16,359.50** |



**Two Houston Center**
**909 Fannin St., 37th Floor**
**Houston, TX 77010**

**Fed. Tax I.D. #76-0631446**

Houtex Builder, LLC
c/o Charles C. Foster
3 Greenway Plaza, Suite 800
Houston, TX 77046

Invoice 33984
February 5, 2020

ID: 2573-00017 - CMR

Re: Fee/Employment Applicants/Objections

For Services Rendered Through 12/31/2019

| | | |
|---|---|---:|
| Previous Balance | | 28,835.50 |
| Payments | | -10,058.50 |
| Balance Forward | | 18,777.00 |
| | | |
| Current Fees | 4,749.00 | |
| Total Current Charges | | 4,749.00 |
| | | |
| **Total Due** | | **23,526.00** |

| Open Invoices | | | | | |
|---|---|---|---:|---:|---:|
| **Invoice Date** | **Invoice Number** | | **Original Amount** | **Payments and Credits** | **Balance** |
| 01/17/19 | 32142 | | 18,777.00 | 0.00 | 18,777.00 |
| | | **Totals** | **18,777.00** | **0.00** | **18,777.00** |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00017 - CMR | Invoice  33984 |
| Re: Fee/Employment Applicants/Objections | Page  2 |

### Fee Recap

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Charles M. Rubio | Partner | 6.50 | 525.00 | 3,412.50 |
| Catherine A. Burrow | Paralegal | 3.90 | 220.00 | 858.00 |
| Sandra D. Hancock | Paralegal | 3.30 | 145.00 | 478.50 |
| | **Totals** | **13.70** | | **4,749.00** |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/19 | CMR | Coordinate preparation of Diamond McCarthy second interim fee application with C. Burrow. | 0.20 | 525.00 | 105.00 |
| 08/04/19 | CMR | Coordinate the preparation of the of exhibits for Diamond McCarthy's second interim fee application. | 0.30 | 525.00 | 157.50 |
| 08/07/19 | SDH | Draft spreadsheet of attorneys fees and expenses in preparation for second interim fee application. | 1.80 | 145.00 | 261.00 |
| 08/08/19 | SDH | Update spreadsheet of attorneys fees and expenses in preparation for second interim fee application. | 0.30 | 145.00 | 43.50 |
| 08/08/19 | CAB | Revise and update second interim fee application and exhibits (1.3); forward same to C. Rubio for review and approval (.1). | 1.40 | 220.00 | 308.00 |
| 08/16/19 | SDH | Update spreadsheet of fees and expenses to Diamond McCarthy's second interim fee application. | 1.20 | 145.00 | 174.00 |
| 08/16/19 | CMR | Work with C. Burrow and S. Hancock to prepare exhibits for Diamond McCarthy's second interim fee application. | 0.50 | 525.00 | 262.50 |
| 08/26/19 | CAB | Revise and update L. Schmuck and Diamond McCarthy fee applications in preparation for filing (.8); forward same to C. Rubio (.1). | 0.90 | 220.00 | 198.00 |
| 08/26/19 | CMR | Work on finalizing Schmuck Second Interim fee application and send to C. Burrow for filing (.5). work on finalizing Diamond McCarthy Second Interim Fee Application (.5); prepare email to C. Foster to review fees and expenses in connection with Diamond McCarthy fee application and request sign off in connection with same (.3). | 1.30 | 525.00 | 682.50 |
| 09/09/19 | CMR | Work on preparation of Diamond McCarthy fee application. | 1.00 | 525.00 | 525.00 |
| 09/12/19 | CMR | Call with C. Foster to discuss second interim fee applications. | 0.30 | 525.00 | 157.50 |
| 09/13/19 | CAB | Revise and finalize second interim fee applications for Diamond McCarthy and L. Schmuck (.5); forward same to C. Rubio for review and approval (.1); file and serve fee applications in accordance with certificates of service (1.0). | 1.60 | 220.00 | 352.00 |
| 09/13/19 | CMR | Review final versions of Diamond McCarthy and Schmuck second interim fee applications and coordinate filing and service for same. | 0.20 | 525.00 | 105.00 |
| 10/16/19 | CMR | Attend hearing on Diamond McCarthy's second interim fee application (.2); prepare revised version of second interim fee | 1.20 | 525.00 | 630.00 |

**Diamond McCarthy LLP**

| Houtex Builder, LLC | February 5, 2020 |
|---|---|
| I.D. 2573-00017 - CMR | Invoice  33984 |
| Re: Fee/Employment Applicants/Objections | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | application order (.5) send same to D. Fuqua (.1); review D. Fuqua's comments, review prior version of the agreed order on interim fees, make changes and prepare clean and redline and send to D. Fuqua (.4). | | | |
| 10/18/19 | CMR | Revise and send second interim fee application order to D. Fuqua. | 0.30 | 525.00 | 157.50 |
| 10/25/19 | CMR | Follow up with D. Fuqua regarding changes to DM second interim fee application order and coordinate filing of same. | 0.20 | 525.00 | 105.00 |
| 11/12/19 | CMR | Prepare email to C. Foster regarding mechanics of Diamond McCarthy compensation. | 0.70 | 525.00 | 367.50 |
| 12/16/19 | CMR | Address email to C. Foster regarding Diamond McCarthy payment. | 0.30 | 525.00 | 157.50 |
| | | **Total Fees** | **13.70** | | **4,749.00** |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00017 - CMR | Invoice  33984 |
| Re: Fee/Employment Applicants/Objections | Page  4 |

| | |
|---|---|
| **Total Fees and Disbursements** | **4,749.00** |
| **Total Current Charges** | **4,749.00** |
| Balance Forward | 18,777.00 |
| **Total Amount Due** | **23,526.00** |



**Two Houston Center**
**909 Fannin St., 37th Floor**
**Houston, TX 77010**

**Fed. Tax I.D. #76-0631446**

Houtex Builder, LLC
c/o Charles C. Foster
3 Greenway Plaza, Suite 800
Houston, TX 77046

Invoice 33985
February 5, 2020

ID: 2573-00018 - CMR

Re: Financing

For Services Rendered Through 12/31/2019

| | | |
|---|---|---|
| Previous Balance | | 14,678.00 |
| Payments | | -142.50 |
| Balance Forward | | 14,535.50 |
| | | |
| Current Fees | 3,517.50 | |
| Total Current Charges | | 3,517.50 |
| | | |
| **Total Due** | | **18,053.00** |

| Open Invoices | | | | |
|---|---|---|---|---|
| **Invoice Date** | **Invoice Number** | **Original Amount** | **Payments and Credits** | **Balance** |
| 01/17/19 | 32143 | 14,535.50 | 0.00 | 14,535.50 |
| | **Totals** | **14,535.50** | **0.00** | **14,535.50** |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00018 - CMR | Invoice  33985 |
| Re: Financing | Page  2 |

| Fee Recap | | | | |
|---|---|---|---|---|
| | | **Hours** | **Rate/Hour** | **Amount** |
| Charles M. Rubio | Partner | 6.70 | 525.00 | 3,517.50 |
| | **Totals** | **6.70** | | **3,517.50** |

| Fees | | | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 11/10/19 | CMR | Work on analysis for determining DIP claim amount (2.8); work on preparing proposed order in connection with same (.6); prepare transmittal email to C. Foster and C. Murray addressing DIP claim matters (.8). | 4.20 | 525.00 | 2,205.00 |
| 11/11/19 | CMR | Call with C. Foster regarding supplemental DIP analysis and work on EXCEL in connection with same. | 1.70 | 525.00 | 892.50 |
| 12/30/19 | CMR | Work on supplemental DIP Motion. | 0.80 | 525.00 | 420.00 |
| | | **Total Fees** | **6.70** | | **3,517.50** |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00018 - CMR | Invoice  33985 |
| Re: Financing | Page  3 |

| | |
|---|---|
| **Total Fees and Disbursements** | **3,517.50** |
| **Total Current Charges** | **3,517.50** |
| Balance Forward | 14,535.50 |
| **Total Amount Due** | **18,053.00** |



**Two Houston Center**
**909 Fannin St., 37th Floor**
**Houston, TX  77010**

**Fed. Tax I.D. #76-0631446**

Houtex Builder, LLC                                          Invoice  33986
c/o Charles C. Foster                                        February 5, 2020
3 Greenway Plaza, Suite 800
Houston, TX  77046

ID: 2573-00019 - CMR

Re: Litigation

For Services Rendered Through  12/31/2019

| | | |
|---|---|---:|
| Previous Balance | | 97,058.50 |
| Payments | | -38,972.15 |
| Balance Forward | | 58,086.35 |
| | | |
| Current Fees | 28,544.50 | |
| Total Current Charges | | 28,544.50 |
| | | |
| **Total Due** | | **86,630.85** |

| | | | | |
|---|---|---|---|---|
| **Open Invoices** | | | | |
| **Invoice Date** | **Invoice Number** | **Original Amount** | **Payments and Credits** | **Balance** |
| 01/17/19 | 32144 | 13,944.50 | 0.00 | 13,944.50 |
| 08/15/19 | 33143 | 82,069.00 | 37,927.15 | 44,141.85 |
| | | **Totals** | **96,013.50** | **37,927.15** | **58,086.35** |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00019 - CMR | Invoice  33986 |
| Re: Litigation | Page  2 |

### Fee Recap

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Charles M. Rubio | Partner | 33.70 | 525.00 | 17,692.50 |
| Michael D. Fritz | Associate | 9.00 | 360.00 | 3,240.00 |
| Brian R. Hogue | Associate | 18.60 | 340.00 | 6,324.00 |
| Nathan M. Bloom | Associate | 2.00 | 325.00 | 650.00 |
| Catherine A. Burrow | Paralegal | 2.90 | 220.00 | 638.00 |
| | **Totals** | **66.20** | | **28,544.50** |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/09/19 | CMR | Correspondence with C. Burrow and K. Rembowski regarding HL Builders transcript. | 0.10 | 525.00 | 52.50 |
| 08/14/19 | CMR | Coordinate with Norma Chavez and Charles Foster to schedule hearing on HL Builders involuntary bankruptcy (.1); work on preparing for continued hearing on involuntary bankruptcy including review exhibits, preparing witness outlines and preparing hearing outline (3.6). | 3.70 | 525.00 | 1,942.50 |
| 08/15/19 | CAB | Conference with C. Rubio regarding hearing and need to obtain transcript on expedited basis (.1); prepare and submit transcript request (.3). | 0.40 | 220.00 | 88.00 |
| 08/15/19 | MDF | Prepare for and attend hearing on involuntary petition against HL Builders and debrief with client thereafter. | 4.30 | 360.00 | 1,548.00 |
| 08/16/19 | CAB | Conference with C. Rubio regarding need to serve hearing subpoenas on A. Williams for 8/20 hearing (.3); prepare subpoenas to A. Williams to be served personally and in care of R. Fuqua (.3); finalize and forward subpoenas to process server with instructions for rush service (.3); follow-up communication with process server regarding R. Fuqua's refusal to accept service (.3); email to C. Rubio regarding same (.1). | 1.30 | 220.00 | 286.00 |
| 08/16/19 | CMR | Calls with R. Spence and C. Foster to prepare for contined hearing in HL Builders (.5); review materials to identify potential rebuttal exhibits and coordinate with M. Fritz in connection with same (1.0). | 1.50 | 525.00 | 787.50 |
| 08/16/19 | MDF | Draft response to HL Builder's objection to disclosure statement. | 1.70 | 360.00 | 612.00 |
| 08/19/19 | CAB | Extended telephone call with court reporter to inquire as to status of transcript from hearing on involuntary petition in HL Builders case, receive and forward copy of same to C. Rubio. | 0.50 | 220.00 | 110.00 |
| 08/19/19 | CMR | Non-working travel to Houston to attend continued hearing on HL Builders involuntary petition (billed at half time) (5.0); work on witness outline for continued hearing (1.3). | 3.80 | 525.00 | 1,995.00 |
| 08/19/19 | BRH | Prepare for trial day on involuntary bankruptcy petition. | 4.50 | 340.00 | 1,530.00 |

**Diamond McCarthy LLP**

| Houtex Builder, LLC | February 5, 2020 |
|---|---|
| I.D. 2573-00019 - CMR | Invoice 33986 |
| Re: Litigation | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/20/19 | CMR | Work with B. Hogue to organize rebuttal exhibits (.8), prepare demonstrative of liens filed against house (.8), further revise witness outlines (.8); attend continued trail on HL Builders involuntary petition and follow up meeting with C. Foster regarding same (3.5). | 5.90 | 525.00 | 3,097.50 |
| 08/20/19 | MDF | Obtain judgment exhibits for use in hearing. | 0.30 | 360.00 | 108.00 |
| 08/20/19 | BRH | Prepare for and attend trial on involuntary bankruptcy petition. | 8.50 | 340.00 | 2,890.00 |
| 08/21/19 | MDF | Review and edit response to defendant's motion for summary judgment (1.8); review issues related to motion to strike (.9). | 2.70 | 360.00 | 972.00 |
| 08/22/19 | BRH | Correspond with C. Rubio and S. Hancock regarding admitted exhibits to involuntary petition hearing and depositions. | 0.10 | 340.00 | 34.00 |
| 08/23/19 | BRH | Review standards and case law in the Fifth Circuit for threshold requirements of involuntary petition. | 0.60 | 340.00 | 204.00 |
| 08/27/19 | CMR | Multiple conference calls with B. Hogue regarding briefing for HL Builders involuntary. | 0.50 | 525.00 | 262.50 |
| 08/27/19 | BRH | Review evidence and transcripts, work on draft post-trial brief in support of involuntary petition. | 3.90 | 340.00 | 1,326.00 |
| 08/28/19 | CMR | Prepare response to B. Hogue regarding approach with involuntary brief. | 0.80 | 525.00 | 420.00 |
| 08/30/19 | CMR | Work on brief for involuntary petition including preliminary statement and background section and setting up findings of facts. | 3.20 | 525.00 | 1,680.00 |
| 09/03/19 | CMR | Continue to research the standard for involuntary bankruptcy and prepare brief in support of involuntary petition. | 1.50 | 525.00 | 787.50 |
| 09/04/19 | CMR | Continue to work on brief in support of involuntary petition including reviewing hearing transcripts and adding pinpoint citations to same. | 4.70 | 525.00 | 2,467.50 |
| 09/05/19 | BRH | Review draft brief in support of involuntary petition. | 1.00 | 340.00 | 340.00 |
| 09/06/19 | CAB | Revise, finalize, and file post-trial brief in support of involuntary petition against HL Builders and proposed findings of fact (.3); email filed copies to R. Fuqua (.1). | 0.40 | 220.00 | 88.00 |
| 09/30/19 | CMR | Review brief filed by HL Builders. | 0.70 | 525.00 | 367.50 |
| 10/01/19 | CMR | Work on rebuttal pleading for HL Builders involuntary petition. | 1.20 | 525.00 | 630.00 |
| 10/04/19 | NMB | Receive briefing on research assignments from C. Rubio (.2); research whether opposition's trial defense of failure to state a claim was untimely (1.8). | 2.00 | 325.00 | 650.00 |
| 10/04/19 | CMR | Work on Sur-Reply Brief related to involuntary petition. | 3.20 | 525.00 | 1,680.00 |
| 10/07/19 | CAB | Finalize and file sur-reply brief in support of involuntary petition. | 0.30 | 220.00 | 66.00 |
| 10/07/19 | CMR | Work on finalizing and filing brief for HL Builders case. | 2.60 | 525.00 | 1,365.00 |
| 10/14/19 | CMR | Review HL Builders sur-reply brief. | 0.30 | 525.00 | 157.50 |
| | | **Total Fees** | **66.20** | | **28,544.50** |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00019 - CMR | Invoice  33986 |
| Re: Litigation | Page  4 |

| | |
|---|---|
| **Total Fees and Disbursements** | **28,544.50** |
| **Total Current Charges** | **28,544.50** |
| Balance Forward | 58,086.35 |
| **Total Amount Due** | **86,630.85** |



**Two Houston Center**
**909 Fannin St., 37th Floor**
**Houston, TX  77010**

**Fed. Tax I.D. #76-0631446**

Houtex Builder, LLC
c/o Charles C. Foster
3 Greenway Plaza, Suite 800
Houston,  TX  77046

Invoice  33987
February 5, 2020

ID: 2573-00020 - CMR

Re: Reporting/Meetings with Creditors

For Services Rendered Through  12/31/2019

| | | |
|---|---|---|
| Balance Forward | | 5,590.50 |
| Current Fees | 1,646.00 | |
| Total Current Charges | | 1,646.00 |
| **Total Due** | | **7,236.50** |

| Open Invoices | | | | | |
|---|---|---|---|---|---|
| Invoice Date | Invoice Number | | Original Amount | Payments and Credits | Balance |
| 01/17/19 | 32145 | | 3,914.50 | 0.00 | 3,914.50 |
| 08/07/19 | 33091 | | 380.00 | 0.00 | 380.00 |
| 08/15/19 | 33144 | | 1,296.00 | 0.00 | 1,296.00 |
| | | **Totals** | **5,590.50** | **0.00** | **5,590.50** |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00020 - CMR | Invoice  33987 |
| Re: Reporting/Meetings with Creditors | Page  2 |

## Fee Recap

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Charles M. Rubio | Partner | 2.80 | 525.00 | 1,470.00 |
| Catherine A. Burrow | Paralegal | 0.80 | 220.00 | 176.00 |
| | **Totals** | **3.60** | | **1,646.00** |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/25/19 | CMR | Work on finalizing monthly operating reports. | 2.50 | 525.00 | 1,312.50 |
| 10/28/19 | CAB | Receive first group of signed monthly reports for HouTex, Looscan and Shadywood (.3); identify missing reports and communication with C. Foster requesting same (.4); conference with C. Rubio regarding same (.1). | 0.80 | 220.00 | 176.00 |
| 10/29/19 | CMR | Work with C. Burrow to finalize and file monthly operating reports. | 0.30 | 525.00 | 157.50 |
| | | **Total Fees** | **3.60** | | **1,646.00** |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00020 - CMR | Invoice  33987 |
| Re: Reporting/Meetings with Creditors | Page  3 |

| | |
|---|---|
| **Total Fees and Disbursements** | **1,646.00** |
| **Total Current Charges** | **1,646.00** |
| Balance Forward | 5,590.50 |
| **Total Amount Due** | **7,236.50** |



**Two Houston Center**
**909 Fannin St., 37th Floor**
**Houston, TX  77010**

**Fed. Tax I.D. #76-0631446**

Houtex Builder, LLC
c/o Charles C. Foster
3 Greenway Plaza, Suite 800
Houston, TX  77046

Invoice  33988
February 5, 2020

ID: 2573-00021 - CMR

Re: Plan and Disclosure Statement

For Services Rendered Through  12/31/2019

| | |
|---|---:|
| Balance Forward | 25,901.50 |
| Current Fees | 19,544.50 |
| Total Current Charges | 19,544.50 |
| **Total Due** | **45,446.00** |

| Open Invoices | | | | |
|---|---|---:|---:|---:|
| **Invoice Date** | **Invoice Number** | **Original Amount** | **Payments and Credits** | **Balance** |
| 01/17/19 | 32146 | 2,137.50 | 0.00 | 2,137.50 |
| 08/07/19 | 33092 | 618.50 | 0.00 | 618.50 |
| 08/15/19 | 33145 | 23,145.50 | 0.00 | 23,145.50 |
| | **Totals** | **25,901.50** | **0.00** | **25,901.50** |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00021 - CMR | Invoice  33988 |
| Re: Plan and Disclosure Statement | Page  2 |

| Fee Recap | | | | |
|---|---|---|---|---|
| | | **Hours** | **Rate/Hour** | **Amount** |
| Charles M. Rubio | Partner | 27.10 | 525.00 | 14,227.50 |
| Michael D. Fritz | Associate | 4.70 | 360.00 | 1,692.00 |
| Brian R. Hogue | Associate | 6.50 | 340.00 | 2,210.00 |
| Catherine A. Burrow | Paralegal | 3.40 | 220.00 | 748.00 |
| Sandra D. Hancock | Paralegal | 4.60 | 145.00 | 667.00 |
| | **Totals** | **46.30** | | **19,544.50** |

| Fees | | | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 08/02/19 | CMR | Work on revising plan and disclosure statement to address Lynbrook real estate taxes, liquidation analysis (1.8); work on preparing for disclosure statement hearing including working on hearing outline (1.8). | 3.60 | 525.00 | 1,890.00 |
| 08/03/19 | CMR | Work on preparing liquidation analysis for chapter 11 plan (3.3); work on compiling all revisions to plan and disclosure statement and circulate to C. Foster and M. Fritz for comments (1.0). | 4.30 | 525.00 | 2,257.50 |
| 08/04/19 | CMR | Send email to D. Knabeschuh with revised plan and disclosure statement and identifying language that resolves his objection (.4); work on preparing proposed disclosure statement order (.8). work on witness and exhibit list (.5). | 1.70 | 525.00 | 892.50 |
| 08/04/19 | MDF | Research 1129 issues relating to "per-plan" v. "per-debtor" (.6); draft motion for expedited consideration (.7); review disclosure statement order and notice of confirmation (.5). | 1.80 | 360.00 | 648.00 |
| 08/05/19 | SDH | Finalize and file Debtors' Witness and exhibit list and serve exhibits to same for August 7, 2019 hearing on disclosure statement. | 0.20 | 145.00 | 29.00 |
| 08/05/19 | CAB | Revise, finalize, and file amended plan, disclosure statement, and notice of redlined documents with court (.6); forward courtesy copies to court (.1). | 0.70 | 220.00 | 154.00 |
| 08/05/19 | CMR | Work on finalizing plan and disclosure statement (.5); prepare for disclosure statement hearing (.5); call with R. Spence regarding plan and disclosure statement (.5). | 1.50 | 525.00 | 787.50 |
| 08/05/19 | MDF | Prepare notice of redlines for new versions of plan and disclosure statement (.9); prepare witness and exhibit list relating to same (.4). | 1.30 | 360.00 | 468.00 |
| 08/06/19 | CMR | Work on outline for disclosure statement hearing (.8); review plan and disclosure statement to address question from R. Spence regarding interest on claims and follow up on same (.4). | 1.20 | 525.00 | 630.00 |
| 08/07/19 | CMR | Prepare for and attend disclosure statement hearing. | 2.20 | 525.00 | 1,155.00 |
| 08/07/19 | MDF | Discuss scheduling issues and hearing strategy with C. Rubio (.2); | 1.20 | 360.00 | 432.00 |

**Diamond McCarthy LLP**

| Houtex Builder, LLC | February 5, 2020 |
|---|---|
| I.D. 2573-00021 - CMR | Invoice  33988 |
| Re: Plan and Disclosure Statement | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | attend hearing on approval of disclosure statement (1.0). | | | |
| 08/08/19 | CMR | Correspondence with D. Knabeschuh regarding plan and disclosure statement. | 0.10 | 525.00 | 52.50 |
| 08/08/19 | MDF | Discuss scheduling considerations with C. Rubio related to Plan and Disclosure Statement. | 0.40 | 360.00 | 144.00 |
| 08/14/19 | CMR | Review Disclosure Statement Objection filed by CD Homes and email with C. Foster for responses in connection with certain allegations. | 0.40 | 525.00 | 210.00 |
| 08/15/19 | CMR | Prepare for trial on HL Builders involuntary petition including finalizing hearing outline (1.2); attend trial for same and follow up conversation with C. Foster (3.5). | 4.70 | 525.00 | 2,467.50 |
| 08/16/19 | SDH | Draft response to HL Builders, LLC's objection to debtors' amended disclosure statement. | 1.30 | 145.00 | 188.50 |
| 08/19/19 | CAB | Finalize and file response to HL Builders' objection to disclosure statement (.3); prepare and file request for transcript of disclosure statement hearing (.2). | 0.50 | 220.00 | 110.00 |
| 08/21/19 | CMR | Review and summarize order approving disclosure statement for C. Foster (.3); coordinate calendaring of same (.1). | 0.40 | 525.00 | 210.00 |
| 08/21/19 | BRH | Begin research for brief in support of involuntary petition briefing including the case law construing the standards for establishing a bona fide disputes as to liability or amount capable of defeating an involuntary petition. | 1.20 | 340.00 | 408.00 |
| 08/28/19 | BRH | Review evidence and transcripts (2.0); work on draft post-trial memorandum of law and fact in support of involuntary proceeding (3.3). | 5.30 | 340.00 | 1,802.00 |
| 09/03/19 | CAB | Revise, finalize and file notice of redline versions of corrected plan and disclosure statement (.5); finalize and file corrected plan and disclosure statement (.4). | 0.90 | 220.00 | 198.00 |
| 09/03/19 | CMR | Revise notice of redline of corrected plan and disclosure statement (.2); prepare plan and disclosure statement for filing and correspondence with C. Burrow regarding same (.3). | 0.50 | 525.00 | 262.50 |
| 09/04/19 | SDH | Draft notice of corrected amended disclosure statement and plan. | 0.30 | 145.00 | 43.50 |
| 09/05/19 | SDH | Compile list of creditors and claim amounts for solicitation of the joint plan for liquidation and disclosure statement. | 2.80 | 145.00 | 406.00 |
| 09/05/19 | CMR | Work on preparing solicitation versions of plan and disclosure statements and plan (.8), work with S. Hancock and C. Burrow to prepare notice list for solicitation package (1.0), work on preparing form of ballot (1.0), prepare customized ballots for four classes of voting secured creditors including pulling information from proof of claims and plan (.7). | 3.50 | 525.00 | 1,837.50 |
| 09/06/19 | CMR | Work on finalizing ballots for solicitation. | 1.80 | 525.00 | 945.00 |
| 09/23/19 | CMR | Address ballot question from J. Finger. | 0.20 | 525.00 | 105.00 |
| 10/14/19 | CMR | Follow up with B. Ruzinsky regarding ballot for voting (.1); follow up with S. Hancock regarding ballots (.1). | 0.20 | 525.00 | 105.00 |

**Diamond McCarthy LLP**

| | | | | | |
|---|---|---|---|---|---|
| Houtex Builder, LLC | | | | | February 5, 2020 |
| I.D. 2573-00021 - CMR | | | | | Invoice  33988 |
| Re: Plan and Disclosure Statement | | | | | Page 4 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/18/19 | CMR | Address request from D. Fuqua regarding ballots for Houtex plan. | 0.30 | 525.00 | 157.50 |
| 11/13/19 | CAB | Review plan to obtain classes of voting creditors and review ballots received (.3); prepare draft report of balloting and forward to C. Rubio for review (1.0). | 1.30 | 220.00 | 286.00 |
| 12/03/19 | CMR | Multiple emails with C. Foster and C. Murray regarding plan implementation and related issues. | 0.50 | 525.00 | 262.50 |
| | | **Total Fees** | **46.30** | | **19,544.50** |

**Diamond McCarthy LLP**

| | |
|---|---|
| Houtex Builder, LLC | February 5, 2020 |
| I.D. 2573-00021 - CMR | Invoice  33988 |
| Re: Plan and Disclosure Statement | Page  5 |

|  |  |
|---|---|
| **Total Fees and Disbursements** | **19,544.50** |
| **Total Current Charges** | **19,544.50** |
| Balance Forward | 25,901.50 |
| **Total Amount Due** | **45,446.00** |