

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/23/2020

| | | |
|---|---|---|
| IN RE: | § | |
| HOUTEX BUILDERS, LLC, *et al* | § | CASE NO: 18-34658 |
| | § | |
| 415 SHADYWOOD, LLC | § | CASE NO: 18-34659 |
| | § | |
| 2203 LOOSCAN LANE, LLC | § | CASE NO: 18-34660 |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## COVID-19 ORDER

Due to the COVID-19 Virus and CDC Guidelines parties are encouraged to minimize their exposure risk for non-evidentiary hearings by participating telephonically for audio (1-712-770-8095, conference code 159497) and by optional internet connection for document sharing and a live video feed (join.me.com, conference code JudgeNorman).  Parties may present evidence by video **only** on motion and order; or if the Chief Bankruptcy Judge institutes the Court's Contingency Plan to Address Possible Public Health Limitation on Court Operations.[1]

SO ORDERED.

SIGNED: 03/23/2020.

_____
Jeffrey P. Norman
United States Bankruptcy Judge

---

[1] Available at https://www.txs.uscourts.gov/bankruptcy/genord.