

ENTERED
03/24/2020

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HOUTEX BUILDERS, LLC, *et al.*,[1] | § | Case No. 18-34658 |
| | § | |
| | § | Chapter 11 |
| | § | |
| DEBTORS. | § | |

**AGREED ORDER GRANTING THIRD INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DIAMOND MCCARTHY LLP, AS GENERAL COUNSEL FOR THE DEBTORS FOR THE PERIOD AUGUST 1, 2019 THROUGH DECEMBER 31, 2019**
(This Order relates to ECF No. 460 )

Upon consideration of the Third Interim Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") of Diamond McCarthy LLP ("Diamond McCarthy"), as general counsel to Houtex Builders, LLC, 2203 Looscan Lane, LLC and 415 Shadywood, LLC (each a "Debtor" and collectively the "Debtors") for the period August 1, 2019 through December 31, 2019 (the "Application Period") and the Court having determined it has jurisdiction to consider the Application and the relief requested herein pursuant to 28 U.S.C. § 1334, 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and Local Bankruptcy Rule 2016-1; and it appearing to the Court that the Application and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b) and venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 409; and it appearing to the Court that due and proper notice of the Application has been given and no other or further notice need be provided; and it further appearing to the Court after review of the Application, and the record made by Diamond McCarthy has established the basis for interim allowance of fees and expenses during the Application Period as set out in the Application;

---

[1] The names of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HOUTEX Builders, LLC (2111); 2203 Looscan Lane, LLC (1418); and 415 Shadywood, LLC (7627).

IT IS HEREBY:

ORDERED that the relief requested in Diamond McCarthy's Application is approved in the amount of $49,422.07 (the "Third Interim Award") consisting of attorney and paralegal fees in the amount of $44,752.00 (which is half of the $89,504.00 in fees requested in the Application) and out-of-pocket expenses of $4,670.07.

ORDERED that the Debtors shall pay to Diamond McCarthy the Third Interim Award promptly following the entry of this Order.

ORDERED that the Third Interim Award is made without prejudice to Diamond McCarthy's right to argue in a final fee application that fees incurred during this Application Period and the prior Application Periods but not approved in this Order should be awarded.

ORDERED that all objections by HL Builders, formerly known as CD Homes, to the First, Second, and Third Applications for Allowance of Compensation are reserved and preserved pending further hearings for further interim or final compensation.

ORDERED that the Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this order.

Signed: March 24, 2020

Jeffrey P. Norman
United States Bankruptcy Judge

ORDER ON DIAMOND MCCARTHY THIRD INTERIM FEE APPLICATION

SUBMITTED BY:

DIAMOND McCARTHY LLP

By: /s/ *Charles M. Rubio*
Charles M. Rubio
TBA No. 24083768
crubio@diamondmccarthy.com
Two Houston Center
909 Fannin, 37th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

Counsel to Debtors and Debtors-in-Possession


AGREED AS TO FORM ONLY:

FUQUA & ASSOCIATES, PC

By: /s/ *Richard L. Fuqua*
Richard L. Fuqua
State Bar No. 07552300
8558 Katy Freeway, Suite 119
Houston, TX 77024
Telephone: (713) 960-0277
Facsimile: (713) 960-1064

Counsel for CD Homes, LLC