

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/24/2020

| | | |
|---|---|---|
| IN RE: | § | |
| HOUTEX BUILDERS, LLC, *et al* | § | CASE NO: 18-34658 |
| | § | |
| 415 SHADYWOOD, LLC | § | CASE NO: 18-34659 |
| | § | |
| 2203 LOOSCAN LANE, LLC | § | CASE NO: 18-34660 |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER SETTING DISCOVERY DEADLINE AND TRIAL

Before the Court are various claim objections including but not limited to: Houtex Builders, LLC ECF Numbers 334, 335, 336, 373; 415 Shadywood, LLC ECF Numbers 19, 20, 21; and 2203 Looscan Lane, LLC ECF Numbers 13, 14 and 17.

The parties have requested that the Court bifurcate trial of these claim objections. The Court has agreed to a preliminary hearing to determine the contractual relationships between the litigants. The two-day preliminary trial shall begin at 9:30 a.m. on April 29, 2020.

The parties may conduct further discovery until April 23, 2020. Each side shall file and serve on opposing counsel a trial brief or memorandum with proposed findings of fact and conclusions of law by 5:00 p.m. on April 27, 2020.

SO ORDERED.

SIGNED: 03/24/2020.

_____
Jeffrey P. Norman
United States Bankruptcy Judge