

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/24/2020

| | | |
|---|---|---|
| IN RE: | § | |
| HOUTEX BUILDERS, LLC, *et al* | § | CASE NO: 18-34658 |
| | § | |
| 415 SHADYWOOD, LLC | § | CASE NO: 18-34659 |
| | § | |
| 2203 LOOSCAN LANE, LLC | § | CASE NO: 18-34660 |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## **ORDER**

Hearings on the following ECF Numbers 342, 455, 459, 462 are continued to at 9:30 a.m. on April 29, 2020.

SO ORDERED.

    SIGNED: 03/24/2020.

_____
Jeffrey P. Norman
United States Bankruptcy Judge