

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/27/2020

| | |
|---|---|
| In re: § | |
| § | |
| HOUTEX BUILDERS, LLC, *et al.*, § | Case No. 18-34658 |
| § | Chapter 11 |
| DEBTORS. § | |
| § | |

### ORDER ALLOWING CLAIM NO. 15 OF SPIRIT OF TEXAS BANK SSB

Spirit of Texas Bank ssb ("**Bank**") filed Claim No. 15 on December 31, 2018 (the "**Claim**"). CD Homes, LLC ("CD Homes") filed an Objection to the Claim on November 20, 2019 (Docket No. 441, the "**Objection**").  At a hearing on March 24, 2020, the Bank and CD Homes announced that the Objection had been resolved.  Accordingly, it is

ORDERED, that the Claim is allowed as filed; and it is further

ORDERED, that such allowance shall have no impact whatsoever on any challenge by CD Homes to administrative expense status for the DIP advances that funded any payment to the Bank.

Signed: March 27, 2020

_____
Jeffrey P. Norman
United States Bankruptcy Judge

Signatures Continued on Next Page

25328140v.1 134272/00024

AGREED AND ACCEPTED:

| | |
|---|---|
| JACKSON WALKER, L.L.P. | FUQUA & ASSOCIATES, P.C. |
| By: */s/ Bruce J. Ruzinsky*<br>Bruce J. Ruzinsky<br>State Bar No. 17469425<br>1401 McKinney Street, Suite 1900<br>Houston, Texas 77010<br>Telephone: (713) 752-4204<br>Telecopier: (713) 308-4155<br>Email: bruzinsky@jw.com | By: */s/ Richard L. Fuqua*<br>Richard L. Fuqua<br>State Bar No. 07552300<br>8558 Katy Freeway, Suite 119<br>Houston, Texas 77024<br>Telephone: (713) 960-0277<br>Facsimile: (713) 960-1064<br>Email: fuqua@fuqualegal.com |
| **ATTORNEYS FOR SPIRIT OF TEXAS BANK SSB** | **ATTORNEYS FOR CD HOMES, LLC** |

25328140v.1 134272/00024