IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-34658 |
| | § | |
| HOUTEX BUILDERS, LLC, | § | Chapter 11 |
| | § | |
| | § | |
| DEBTOR | § | Jointly Administered |

### ROBERT PARKER'S AMENDED AFFIDAVIT IN SUPPORT OF RESPONSE TO DEBTORS' MOTION TO ENFORCE SANCTIONS ORDER AND FOR ADDITIONAL SANCTIONS

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned Notary Public, on this day personally appeared **Robert Parker,** who is personally known to me, and first being duly sworn according to law upon his oath deposed and said:

"My name is Robert Parker. I am at least 18 years of age am fully competent to make this affidavit. I have personal knowledge of the facts stated therein, and they are all true and correct.

1. This affidavit is made in support of my Response to Debtors' Motion to Enforce Sanctions and for Additional Sanctions.

2. My sole source of income is my monthly Social Security Income in the approximate amount of $2,200.

3. I do not have the financial ability to pay Debtors' the amount of $14,639 in a lump sum payment to satisfy my obligations under the Court's Sanctions Order dated June 14, 2019 (the *"Sanctions Order"*).

4. Although Debtors offered a payment plan over twelve months, I was unable to pay the Sanctions Order expense amount in twelve monthly installments because my monthly income is only $2,200 and I would be left without sufficient funds to meet my basic living expenses.

5. I instructed my attorney to convey to Debtors' counsel my offer to pay the Sanctions Order expense amount in monthly installment payments of $500 from my Social Security Income.

6. I have made reasonable efforts to comply with the Sanctions Order based on my financial constraints. I am only able to make $500 per month installments from my Social Security Income stream because that is my only regular source of income and I have no other ability to pay my obligation under the Sanctions Order.

Further, your Affiant sayeth not.

*Robert Parker*
**Robert Parker**

SUBSCRIBED AND SWORN TO BEFORE ME on the 15th day of May, 2020, to certify which witness my hand and official seal.

Tommie Jo O'Dowd
My Commission Expires
02/16/2022
ID No 2449942

Notary Public, State of Texas
Printed Name: Tommie Jo O'Dowd
Commission Expires: 02/16/2022