**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 18-34658 |
| | § | |
| HOUTEX BUILDERS, LLC *et al.*,[1] | § | Chapter 11 |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | |

**DEBTORS' WITNESS AND EXHIBIT LIST**

| Judge: | Hon. Jeffrey P. Norman |
|---|---|
| Hearing Date: | Thursday, May 28, 2020 |
| Hearing Time: | 9:30 a.m. (CT) |
| Parties' Names: | HouTex Builders, LLC; 2203 Looscan Lane, LLC; and 415 Shadywood, LLC |
| Attorneys' Names: | Charles M. Rubio; Brian R. Hogue |
| Attorneys' Telephone: | (713) 333-5100 |
| Nature of Proceeding: | Hearing on:<br><br>• *Debtors' Omnibus Objection To CD Homes's Proofs of Claims* [ECF 324] [Relating to Claim Nos. 12, 13 and 16 in Case No. 18-34658; Claim Nos. 4, 5, 6 and 7 in Case No. 18-34659, and Claim Nos. 3 and 4 in Case No. 18-34660]; preliminary hearing to determine the contractual relationships between the litigants, as set forth in the Court's March 24, 2020 scheduling order, as amended; and<br><br>• *Motion To Enforce Sanctions Order & For Additional Sanctions* [482]. |

Diamond McCarthy LLP ("Diamond McCarthy"), counsel to HouTex Builders, LLC; 2203 Looscan Lane, LLC; and 415 Shadywood, LLC (collectively, the "Debtors"), hereby submits this Witness and Exhibit List in connection with the hearing to be held on Thursday, May 28, 2020, at 9:30 a.m. (Central Time) (the "Hearing") on the *Debtors' Omnibus Objection To CD Homes's Proofs of Claims* [ECF

---

[1] The names of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Houtex Builders, LLC (2111); 2203 Looscan Lane, LLC (1418); and 415 Shadywood, LLC (7627).

324] [Relating to Claim Nos. 12, 13 and 16 in Case No. 18-34658; Claim Nos. 4, 5, 6 and 7 in Case No. 18-34659, and Claim Nos. 3 and 4 in Case No. 18-34660]; preliminary hearing to determine the contractual relationships between the litigants, as set forth in the Court's March 24, 2020 scheduling order, as amended; and *Motion To Enforce Sanctions Order & For Additional Sanctions* [482].

## WITNESSES

Diamond McCarthy may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. Charles Foster
2. Robert Parker
3. Anna Williams
4. Any witness called by another party.

## EXHIBITS

Diamond McCarthy may offer for admission into evidence any of the following exhibits at the Hearing:

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Contractor Agreement, Investor Agreement, and Option Agreement between CD Homes, LLC and 2203 Looscan Lane, LLC dated August 29, 2014 | | | | |
| 2. | Contractor Agreement, Investor Agreement, and Option Agreement between CD Homes, LLC and 415 Shadywood LLC dated October 24, 2014 | | | | |

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 3. | Contractor Agreement and Investor Agreement between CD Homes, LLC and HouTex Builders, LLC dated July 2, 2014 (3 Thornblade) | | | | |
| 4. | Contractor Agreement, Investor Agreement, and Option Agreement between CD Homes, LLC and HouTex Builders, LLC dated May 16, 2013 (5325 Lynbrook) | | | | |
| 5. | Proof of Claim No. 6 filed by Great Southwestern Financial Corp. in Case No. 18-34658 against HouTex Builders, LLC | | | | |
| 6. | Proof of Claim No. 15 filed by Spirit of Texas Bank in Case No. 18-34658 against HouTex Builders, LLC | | | | |
| 7. | Sources and Uses of Funds | | | | |
| 8. | Transcript of March 20, 2019 Deposition of Bob Parker with exhibits | | | | |
| 9. | Transcript of May 14, 2019 Deposition of Bob Parker with exhibits | | | | |
| 10. | Transcript of June 14, 2019 Deposition of Bob Parker with exhibits | | | | |
| 11. | Transcript of February 1, 2019 Deposition of Jim Nored with exhibits | | | | |
| 12. | Transcript of September 26, 2018 Hearing in Case No. 18-34658, *In re HouTex Builders, LLC, et al.* | | | | |

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 13. | Transcript of November 19, 2018 Hearing in Case No. 18-34658, *In re HouTex Builders, LLC, et al.* | | | | |
| 14. | Transcript of December 5, 2018 Hearing in Case No. 18-34658, *In re HouTex Builders, LLC, et al.* | | | | |
| 15. | Transcript of December 10, 2018 Hearing in Case No. 18-34658, *In re HouTex Builders, LLC, et al.* | | | | |
| 16. | Transcript of December 17, 2018 Hearing in Case No. 18-34658, *In re HouTex Builders, LLC, et al.* | | | | |
| 17. | Transcript of March 25, 2019 Hearing in Case No. 18-34658, *In re HouTex Builders, LLC, et al.* | | | | |
| 18. | Transcript of March 27, 2019 Hearing in Case No. 18-34658, In re HouTex Builders, LLC, et al. | | | | |
| 19. | Looscan Closing Statement | | | | |
| 20. | Shadywood Closing Statement | | | | |
| 21. | Thronblade Closing Statement | | | | |
| 22. | Analysis of West Alabama Sale | | | | |
| 23. | Trustmark Bank Register September 25, 2012 through June 30, 2013 | | | | |
| 24. | Trustmark Bank Register July 1, 2013 through August 23, 2018 | | | | |

4

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 25. | CommunityBank of Texas Register September 25, 2012 through June 30, 2014 | | | | |
| 26. | CommunityBank of Texas Register July 1, 2014 through December 31, 2014 | | | | |
| 27. | CommunityBank of Texas Register January 1, 2015 through June 30, 2015 | | | | |
| 28. | CommunityBank of Texas Register July 1, 2015 through December 31, 2015 | | | | |
| 29. | CommunityBank of Texas Register January 1, 2016 through June 30, 2016 | | | | |
| 30. | CommunityBank of Texas Register July1, 2016 through December 31, 2016 | | | | |
| 31. | CommunityBank of Texas Register January 1, 2017 through June 30, 2017 | | | | |
| 32. | CommunityBank of Texas Register July 1, 2017 through December 31, 2017 | | | | |
| 33. | CommunityBank of Texas Register January 1, 2018 through August 23, 2018 | | | | |
| 34. | Order Granting Motion to Compel [ECF No. 246] | | | | |
| 35. | Order Granting Sanction Against Robert Parker [ECF No. 314] | | | | |
| 36. | Great Southwest – Deed of Trust 3 Thornblade $126k | | | | |
| 37. | 3 Thornblade – Deed of Trust $223k | | | | |

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 38. | Nored Lien – Deed of Trust 3 Thornblade $224k | | | | |
| 39. | Nored Lien – Deed of Trust 3 Thornblade $118k | | | | |
| 40. | Hmaidan & Hmaidan Second Deed of Trust | | | | |
| 41. | Pensco Trust – 415 Shadwood May 10, 2018 | | | | |
| 42. | Cedar Creek Deed of Trust | | | | |
| 43. | Nored – Deed of Trust Lynbrook $339k | | | | |
| 44. | Nored – Deed of Trust Lynbrook $90k | | | | |
| 45. | Summary of Members Draw for Trustmark Bank and Community Bank of Texas | | | | |
| 46. | Service on Anna Williams | | | | |
| 47. | Service on Jim Nored | | | | |
| 48. | Service on Robert Parker | | | | |
| 49. | Request for Production to Robert Parker | | | | |
| 50. | Premarital Agreement of Robert Parker and Anna Williams | | | | |
| 51. | Anna Williams Declaration | | | | |
| 52. | Robert Parker Declaration | | | | |

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 53. | Anna Williams's and CD Homes, LLC's Response to NMRO Holdings LLC's Motion to Reconsider or for New Trial | | | | |
| 54. | Exhibit A - Affidavit of John H. McFarland to Motion to Reconsider | | | | |
| 55. | Exhibit B - Declaration of Anna Williams to Motion to Reconsider | | | | |
| 56. | Transcript of December 10, 2015 Deposition of Anna Williams | | | | |
| 57. | Errata Sheet to Deposition of Anna Williams December 10, 2015 | | | | |
| 58. | Proof of Claim No. 9 filed by Anna Williams in Case No. 18-34658 against HouTex Builders, LLC | | | | |
| 59. | Proof of Claim No. 10 filed by 1040 Hyde Park LLC in Case No. 18-34658 against HouTex Builders, LLC | | | | |
| 60. | Proof of Claim No. 11 filed by 1040 Hyde Park LLC in Case No. 18-34658 against HouTex Builders, LLC | | | | |
| 61. | Proof of Claim No. 12 filed by CD Homes, LLC in Case No. 18-34658 against HouTex Builders, LLC | | | | |
| 62. | Proof of Claim No. 13 filed by CD Homes, LLC in Case No. 18-34658 against HouTex Builders, LLC | | | | |
| 63. | Proof of Claim No. 16 filed by CD Homes, LLC in Case No. 18-34658 against HouTex Builders, LLC | | | | |

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 64. | Proof of Claim No. 3 filed by Anna Williams in Case No. 18-34659 against 415 Shadywood, LLC | | | | |
| 65. | Proof of Claim No. 4 filed by CD Homes, LLC in Case No. 18-34659 against 415 Shadywood, LLC | | | | |
| 66. | Proof of Claim No. 5 filed by CD Homes, LLC in Case No. 18-34659 against 415 Shadywood, LLC | | | | |
| 67. | Proof of Claim No. 6 filed by CD Homes, LLC in Case No. 18-34659 against 415 Shadywood, LLC | | | | |
| 68. | Proof of Claim No. 7 filed by CD Homes, LLC in Case No. 18-34659 against 415 Shadywood, LLC | | | | |
| 69. | Proof of Claim No. 8 filed by 1040 Hyde Park, LLC in Case No. 18-34659 against 415 Shadyood, LLC | | | | |
| 70. | Proof of Claim No. 9 filed by 1040 Hyde Park, LLC in Case No. 18-34659 against 415 Shadyood, LLC | | | | |
| 71. | Proof of Claim No. 3 filed by CD Homes, LLC in Case No. 18-34660 against 2203 Looscan Lane, LLC | | | | |
| 72. | Proof of Claim No. 4 filed by CD Homes, LLC in Case No. 18-34660 against 2203 Looscan Lane, LLC | | | | |
| 73. | Proof of Claim No.5  filed by Anna Williams in Case No. 18-34660 against 2203 Looscan Lane, LLC | | | | |

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 74. | March 16, 2017 Second Deed of Trust between Houtex Builders, LLC and Hmaidan & Hmaidan LLC | | | | |
| 75. | Transcript of March 28, 2019 Hearing in Case No. 18-34658, In re HouTex Builders, LLC, et al. | | | | |
| 76. | Transcript of July 16, 2020 Hearing in Case No. 19-32825, *In re HL Builders, LLC.* | | | | |
| 77. | Transcript of August 15, 2020 Hearing in Case No. 19-32825, *In re HL Builders, LLC.* | | | | |
| 78. | Transcript of August 20, 2020 Hearing in Case No. 19-32825, *In re HL Builders, LLC.* | | | | |
| 79. | Houtex – Spirit of Texas Bank Documents [HOUTEX00001-HOUTEX00394] | | | | |
| 80. | Project Recap 3054 Locke Lane | | | | |
| 81. | Parker Response to HouTex RFP – May 22, 2020 | | | | |
| 82. | Parker Responsive Documents – May 22, 2020 | | | | |
| 83. | Parker Supplemental Responsive Documents | | | | |
| 84. | Project Recap Ella Lee | | | | |
| 85. | Crab Orchard Documents | | | | |

Diamond McCarthy reserves the right to supplement, amend or delete any witness and exhibit prior to the hearing.  Diamond McCarthy also reserves the right to use any exhibit presented by any other party and to ask the Court to take judicial notice of any document.  Finally, Diamond McCarthy reserves the right to introduce exhibits previously admitted.

Dated:  May 26, 2020

Respectfully submitted,

DIAMOND McCARTHY LLP

/s/ *Charles M. Rubio*
Charles M. Rubio
TBA No. 24083768
crubio@diamondmccarthy.com
Two Houston Center
909 Fannin, 37th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

*Counsel to the Debtors*