

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/30/2020

| | | |
|---|---|---|
| IN RE: | § | |
| HOUTEX BUILDERS, LLC, *et al* | § | CASE NO: 18-34658 |
| | § | |
| 415 SHADYWOOD, LLC | § | CASE NO: 18-34659 |
| | § | |
| 2203 LOOSCAN LANE, LLC | § | CASE NO: 18-34660 |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER SETTING DISCOVERY DEADLINE AND TRIAL OF CLAIM OBJECTIONS

Before the Court are various claim objections:

In Houtex Builders, LLC Objections to Claim 9 (Anna Williams) ECF No. 336; Claims 10, 11 (1040 Hyde Park, LLC) ECF No. 335; Claims 12, 13, 16 (CD Homes, LLC) ECF No. 324, 334, 515; Claim 17 (Charles Foster) ECF No. 373.

In Shadywood Objections to Claim 3 (Anna Williams) ECF No. 17, 20; Claims 4, 5, 6, 7 (CD Homes, LLC) ECF No. 15, 19, 40; Claims 8, 9 (1040 Hyde Park LLC) ECF 16, 21; Claim 10 (Charles Foster) ECF No. 24.

In 2203 Looscan Lane, LLC Objections to Claims 3, 4 (CD Homes, LLC) ECF No. 10, 14, 33; Claim 5 (Anna Williams) ECF No. 11, 13; Claim 7 (Charles Foster) ECF No. 17.

A final hearing on the Claim Objections is set for 9:00 a.m. on September 28, 2020. Two days are reserved for trial.

The parties may conduct further discovery until August 28, 2020. Each side shall file and serve on opposing counsel a trial brief or memorandum with proposed findings of fact and conclusions of law by 5:00 p.m. on September 21, 2020.

The burden of proof, in part, has been determined by a prior order.[1]

The Court will hear evidence cumulatively but the hearing order will be as follows:

(a) Objections to claims of Anna Williams.[2]
(b) Objections to Claims of CD Homes, LLC.[3]

---

[1] See ECF No. 508, for the Court's previous holding that the debtor entities have met their initial burden of proof as to the claims of Anna Williams and CD Homes, LLC.
[2] Burden of proof is on the claimant.

(c) Objections to Claims of Charles Foster.[4]
(d) Objections to Claims of 1040 Hyde Park LLC.[5]

SO ORDERED.

SIGNED: 06/30/2020.

_____
Jeffrey P. Norman
United States Bankruptcy Judge

---

[3] Burden of proof is on the claimant.
[4] Burden of proof is on the objecting party.
[5] Burden of proof is on the objecting party.