**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| CASE NAME: | HouTex Builders LLC |
| CASE NUMBER: | 18-34658 |
| PROPOSED PLAN DATE: | |
| PETITION DATE: | 8/23/2018 |
| DISTRICT OF TEXAS: | Southern |
| DIVISION: | Houston |

### MONTHLY OPERATING REPORT SUMMARY FOR MONTH December *     YEAR 2019

| MONTH | September | October | November | December | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 2,575,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,400,000.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -1,501.74 | -5,398.89 | -2,265.93 | -23,372.97 | -7,173.99 | -9,762.31 | -24,264.85 | -31,975.61 | -3,413.74 | 7,258.49 | -1,341.11 | -1,602.78 | -506.43 | -10,607.91 | -4,682.81 | -554,705.97 |
| NET INCOME (LOSS) (MOR-6) | -1,502.17 | -5,412.22 | -18,489.85 | -87,300.31 | -43,155.84 | -41,578.79 | -64,719.08 | -89,173.59 | -44,811.74 | -2,746.40 | -26,884.55 | -21,153.78 | -10,631.41 | -20,353.73 | -14,521.81 | -822,041.96 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 2,266.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,693.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,757.50 | 0.00 | 55,186.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 1,501.74 | 5,388.24 | 23,157.74 | 82,068.09 | 44,752.46 | 41,123.26 | 64,069.21 | 86,550.09 | 42,130.02 | 13,330.49 | 27,271.69 | 20,110.05 | 9,532.52 | 19,211.41 | 13,416.34 | 55,309.50 |

*This monthly operating report includes all amounts from the Petition Date through August 31, 2019

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE | | CIRCLE ONE |
|---|---|---|---|
| | | Are all accounts receivable being collected within terms? | Yes  No |
| | | Are all post-petition liabilities, including taxes, being paid within terms? | Yes  No |
| | | Have any pre-petition liabilities been paid? | Yes  No |
| CASUALTY   YES (X) NO ( ) | 11-06-2020 | If so, describe | |
| LIABILITY   YES ( ) NO (X) | -   -   | Are all funds received being deposited into DIP bank accounts? | Yes  No |
| VEHICLE   YES ( ) NO (X) | -   -   | Were any assets disposed of outside the normal course of business? | Yes  No |
| WORKER'S   YES ( ) NO (X) | -   -   | If so, describe | |
| OTHER   YES ( ) NO (X) | -   -   | Are all U.S. Trustee Quarterly Fee Payments current? | Yes  No |
| | | What is the status of your Plan of Reorganization? | |

| | |
|---|---|
| ATTORNEY NAME: | Charles Rubio |
| FIRM NAME: | Diamond McCarthy LLP |
| ADDRESS: | 909 Fannin Street, 37th Floor |
| CITY, STATE, ZIP: | Houston, Texas 77010 |
| TELEPHONE/FAX: | 713-333-5100 |

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X *Charles Foster* Manager
(ORIGINAL SIGNATURE)
Charles Foster
(PRINT NAME OF SIGNATORY)          DATE

**MOR-1**

**CASE NAME:** HouTex Builders LLC
**CASE NUMBER:** 18-34658

## COMPARATIVE BALANCE SHEETS

| ASSETS | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | | | | | | |
| Cash | 150,063.40 | 152,050.94 | 150,527.68 | 86,458.47 | 1,527.02 | 4,485.92 | 3,655.43 | 1,264.70 | 151,451.15 | 151,918.63 | 132,707.22 | 119,290.88 | 569,101.66 |
| Accounts Receivable, Net | | | | | | | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | | | | | | | |
| Prepaid Expenses | 21,835.24 | 19,696.83 | 17,558.42 | 15,420.01 | 13,281.60 | 11,143.19 | 9,004.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Investments | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | |
| TOTAL CURRENT ASSETS | 171,898.64 | 171,747.77 | 168,086.10 | 101,878.48 | 14,808.62 | 15,629.11 | 12,660.21 | 1,264.70 | 151,451.15 | 151,918.63 | 132,707.22 | 119,290.88 | 569,101.66 |
| **PROPERTY, PLANT & EQUIP. @ COST** | | | | | | | | | | | | | |
| Less Accumulated Depreciation | | | | | | | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | | | | | | | |
| 1. Tax Deposits | | | | | | | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | | | | | | | |
| 3. Electric Deposit* | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 0.00 |
| 4. Real property* | 3,138,006.72 | 3,138,006.72 | 3,138,006.72 | 3,138,006.72 | 3,138,006.72 | 3,138,006.72 | 3,138,006.72 | 3,138,006.72 | 3,138,006.72 | 3,138,006.72 | 3,138,006.72 | 3,138,006.72 | 0.00 |
| TOTAL ASSETS | $3,310,105.36 | $3,309,954.49 | $3,306,292.82 | $3,240,085.20 | $3,153,015.34 | $3,153,835.83 | $3,150,866.93 | $3,139,471.42 | $3,289,657.87 | $3,290,125.35 | $3,270,913.94 | $3,257,497.60 | $569,101.66 |

MOR-2

**CASE NAME:** HouTex Builders LLC
**CASE NUMBER:** 18-34658

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 129,934.91 | 172,939.88 | 210,857.00 | 209,368.46 | 211,472.19 | 257,104.42 | 256,381.92 | 271,870.96 | 443,211.19 | 454,310.08 | 455,452.40 | 456,557.87 | 457,700.19 |
| **PRE-PETITION LIABILITIES** | | | | | | | | | | | | | |
| Notes Payable - Secured | 3,139,200.44 | 3,139,200.44 | 3,139,200.44 | 3,139,200.44 | 3,139,200.44 | 3,139,200.44 | 3,139,200.44 | 3,139,200.44 | 3,139,200.44 | 3,139,200.44 | 3,139,200.44 | 3,139,200.44 | 1,272,204.14 |
| Priority Debt | | | | | | | | | | | | | |
| Federal Income Tax | | | | | | | | | | | | | |
| FICA/Withholding | | | | | | | | | | | | | |
| Unsecured Debt | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 |
| Other - Option fee | | | | | | | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 0.00 |
| TOTAL PRE-PETITION LIABILITIES | 3,679,540.48 | 3,679,540.48 | 3,679,540.48 | 3,679,540.48 | 3,679,540.48 | 3,679,540.48 | 3,680,040.48 | 3,680,040.48 | 3,680,040.48 | 3,680,040.48 | 3,680,040.48 | 3,680,040.48 | 1,812,544.18 |
| **TOTAL LIABILITIES** | 3,809,475.39 | 3,852,480.36 | 3,890,397.48 | 3,888,908.94 | 3,891,012.67 | 3,936,644.90 | 3,936,422.40 | 3,951,911.44 | 4,123,251.67 | 4,134,350.56 | 4,135,492.88 | 4,136,598.35 | 2,270,244.37 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | | | | | | |
| PREFERRED STOCK | | | | | | | | | | | | | |
| COMMON STOCK | | | | | | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 |
| RETAINED EARNINGS: Filing Date | | | | | | | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | -112,704.55 | -155,860.39 | -197,439.18 | -262,158.26 | -351,331.85 | -396,143.59 | -398,889.99 | -425,774.54 | -446,928.32 | -457,559.73 | -477,913.46 | -492,435.27 | -1,314,477.23 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -499,370.03 | -542,525.87 | -584,104.66 | -648,823.74 | -737,997.33 | -782,809.07 | -785,555.47 | -812,440.02 | -833,593.80 | -844,225.21 | -864,578.94 | -879,100.75 | -1,701,142.71 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $3,310,105.36 | $3,309,954.49 | $3,306,292.82 | $3,240,085.20 | $3,153,015.34 | $3,153,835.83 | $3,150,866.93 | $3,139,471.42 | $3,289,657.87 | $3,290,125.35 | $3,270,913.94 | $3,257,497.60 | $569,101.66 |

MOR-3

**CASE NAME:** HouTex Builders LLC
**CASE NUMBER:** 18-34658

### SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | | | | | | | |
| TAX PAYABLE | | | | | | | | | | | | |
| Federal Payroll Taxes | | | | | | | | | | | | |
| State Payroll Taxes | | | | | | | | | | | | |
| Ad Valorem Taxes | | | | | | | | | | | | |
| Other Taxes | | | | | | | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | | | | | | | |
| 1. Accrued interest on DIP Financing | 640.55 | 1,046.96 | 1,548.22 | 2,033.31 | 2,576.62 | 3,176.17 | 3,838.65 | 4,882.38 | 5,981.27 | 7,123.59 | 8,229.06 | 9,371.38 |
| 2. Dip financing | 157,132.71 | 196,732.71 | 196,732.71 | 198,351.35 | 243,151.35 | 243,151.35 | 268,032.31 | 438,328.81 | 448,328.81 | 448,328.81 | 448,328.81 | 448,328.81 |
| 3. Insurance payable | 15,166.62 | 13,077.33 | 11,087.53 | 11,087.53 | 11,376.45 | 10,054.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $172,939.88 | $210,857.00 | $209,368.46 | $211,472.19 | $257,104.42 | $256,381.92 | $271,870.96 | $443,211.19 | $454,310.08 | $455,452.40 | $456,557.87 | $457,700.19 |

*Payment requires Court Approval
MOR-4

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## AGING OF POST-PETITION LIABILITIES
MONTH   December

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | Other |
|---|---|---|---|---|---|---|
| 0-30 | 1,142.32 | | | | | 1,142.32 |
| 31-60 | 1,105.47 | | | | | 1,105.47 |
| 61-90 | 1,142.32 | | | | | 1,142.32 |
| 91+ | 454,310.08 | | | | | 454,310.08 |
| TOTAL | $457,700.19 | $0.00 | $0.00 | $0.00 | $0.00 | $457,700.19 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

**CASE NAME:** HouTex Builders LLC
**CASE NUMBER:** 18-34658

STATEMENT OF INCOME (LOSS)

| | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 2,575,000.00 | | | | | | | | | | | | 2,400,000.00 | 4,975,000.00 |
| TOTAL COST OF REVENUES | 2,596,034.78 | -2,000.00 | | | | | | | | | | | 2,899,307.97 | 5,493,342.75 |
| GROSS PROFIT | -21,034.78 | 2,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -499,307.97 | -518,342.75 |
| OPERATING EXPENSES: | | | | | | | | | | | | | | |
| Selling & Marketing | | | | | | | -12,000.00 | | | | | | | -12,000.00 |
| General & Administrative | 2,338.19 | 6,710.58 | 7,623.90 | 22,126.44 | 25,518.45 | 1,275.33 | 2,603.10 | 1,415.73 | 1,602.78 | 962.32 | 1,875.41 | 1,215.18 | 212.00 | 78,865.93 |
| Insiders Compensation | | | | | | | | | | | | | | 0.00 |
| Professional Fees | | | | | 2,693.75 | | | | | | 7,757.50 | | 55,186.00 | 67,903.25 |
| Insurance | | 2,138.41 | 2,138.41 | 2,138.41 | 2,138.41 | 2,138.41 | 2,138.41 | -1,049.62 | | -455.89 | | 3,467.63 | | 17,981.62 |
| Trustee fees | | 325.00 | | | 1,625.00 | | | 975.00 | | | 975.00 | | | 4,225.00 |
| TOTAL OPERATING EXPENSES | 2,338.19 | 9,173.99 | 9,762.31 | 24,264.85 | 31,975.61 | 3,413.74 | -7,258.49 | 1,341.11 | 1,602.78 | 506.43 | 10,607.91 | 4,682.81 | 55,398.00 | 156,975.80 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -23,372.97 | -7,173.99 | -9,762.31 | -24,264.85 | -31,975.61 | -3,413.74 | 7,258.49 | -1,341.11 | -1,602.78 | -506.43 | -10,607.91 | -4,682.81 | -554,705.97 | -675,318.55 |
| INTEREST EXPENSE | 63,927.34 | 35,981.85 | 31,816.48 | 40,454.23 | 57,197.98 | 41,398.00 | 10,004.89 | 25,543.44 | 19,551.00 | 10,124.98 | 9,745.82 | 9,839.00 | 267,335.99 | 639,158.68 |
| DEPRECIATION | | | | | | | | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 63,927.34 | 35,981.85 | 31,816.48 | 40,454.23 | 57,197.98 | 41,398.00 | 10,004.89 | 25,543.44 | 19,551.00 | 10,124.98 | 9,745.82 | 9,839.00 | 267,335.99 | 639,158.68 |
| NET INCOME BEFORE TAXES | -87,300.31 | -43,155.84 | -41,578.79 | -64,719.08 | -89,173.59 | -44,811.74 | -2,746.40 | -26,884.55 | -21,153.78 | -10,631.41 | -20,353.73 | -14,521.81 | -822,041.96 | -1,314,477.23 |
| FEDERAL INCOME TAXES | | | | | | | | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($87,300.31) | ($43,155.84) | ($41,578.79) | ($64,719.08) | ($89,173.59) | ($44,811.74) | ($2,746.40) | ($26,884.55) | ($21,153.78) | ($10,631.41) | ($20,353.73) | ($14,521.81) | ($822,041.96) | ($1,314,477.23) |

Accrual Accounting Required, Otherwise Footnote with Explanation.
\* Footnote Mandatory.
\* \* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

**MOR-6**

**CASE NAME:** HouTex Builders LLC
**CASE NUMBER:** 18-34658

| CASH RECEIPTS AND DISBURSEMENTS | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $495.48 | $150,063.40 | $152,050.94 | $150,527.68 | $86,458.47 | $1,527.02 | $4,485.92 | $3,655.43 | $1,264.70 | $151,451.15 | $151,918.63 | $132,707.22 | $119,290.88 | $0.00 |
| **RECEIPTS:** | | | | | | | | | | | | | | |
| 2. CASH SALES | | | | | | | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list)*** | 81,849.51 | 44,740.00 | 39,600.00 | | 1,618.64 | 44,800.00 | | 24,880.96 | 170,296.50 | 10,000.00 | | | | 448,328.81 |
| 5. SALE OF ASSETS | 149,786.50 | | | | | | | | | | | | 505,120.28 | 654,906.78 |
| 6. OTHER (attach list)**** | | 2,000.00 | | | | 288.92 | 12,500.00 | | | | | | | 14,788.92 |
| TOTAL RECEIPTS** | 231,636.01 | 46,740.00 | 39,600.00 | 0.00 | 1,618.64 | 45,088.92 | 12,500.00 | 24,880.96 | 170,296.50 | 10,000.00 | 0.00 | 0.00 | 505,120.28 | 1,118,024.51 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | 50.00 | | | | | | | | | 50.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | 187.78 | 77.46 | 410.54 | 180.70 | 323.56 | 724.33 | 798.10 | 531.73 | 1,440.78 | 567.37 | 927.41 | 289.32 | 111.50 | 8,957.10 |
| 12. INSURANCE | 1,989.80 | 2,089.29 | 2,089.29 | 2,094.29 | | | 1,322.05 | | | -455.89 | | 3,467.63 | | 20,513.44 |
| 13. INVENTORY PURCHASES | | | | | | | | | | | | | | 0.00 |
| 14. INTEREST EXPENSES | 79,878.51 | 35,627.59 | 31,410.07 | 39,952.97 | 56,712.89 | 40,854.69 | 9,405.34 | 24,880.96 | 18,507.27 | 9,026.09 | 8,603.50 | 8,733.53 | | 379,746.63 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 6,383.12 | 7,213.36 | 21,841.25 | 25,144.89 | 542.00 | 1,805.00 | 875.00 | 150.00 | 300.00 | 948.00 | 925.86 | 12.00 | 67,132.48 |
| 17. ADMINISTRATIVE & SELLING | 12.00 | 250.00 | | | | 9.00 | | 9.00 | 12.00 | 94.95 | | | | 394.95 |
| 18. OTHER (attach list) | | | | | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 82,068.09 | 44,427.46 | 41,123.26 | 64,069.21 | 82,231.34 | 42,130.02 | 13,330.49 | 26,296.69 | 20,110.05 | 9,532.52 | 10,478.91 | 13,416.34 | 123.50 | 476,794.60 |
| 19. PROFESSIONAL FEES | | | | | 2,693.75 | | | | | | 7,757.50 | | 55,186.00 | 67,903.25 |
| 20. U.S. TRUSTEE FEES | | 325.00 | | | 1,625.00 | | 975.00 | | | | 975.00 | | | 4,225.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 82,068.09 | 44,752.46 | 41,123.26 | 64,069.21 | 86,550.09 | 42,130.02 | 13,330.49 | 27,271.69 | 20,110.05 | 9,532.52 | 19,211.41 | 13,416.34 | 55,309.50 | 548,922.85 |
| 22. NET CASH FLOW | 149,567.92 | 1,987.54 | -1,523.26 | -64,069.21 | -84,931.45 | 2,958.90 | -830.49 | -2,390.73 | 150,186.45 | 467.48 | -19,211.41 | -13,416.34 | 449,810.78 | 569,101.66 |
| 23. CASH - END OF MONTH (MOR-2) | $150,063.40 | $152,050.94 | $150,527.68 | $86,458.47 | $1,527.02 | $4,485.92 | $3,655.43 | $1,264.70 | $151,451.15 | $151,918.63 | $132,707.22 | $119,290.88 | $569,101.66 | $569,101.66 |

MOR-7

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match)
\*\*\* Advance from Charles Foster
\*\*\*\* January - Refund from construction vendor on home sold in prior month
\*\*\*\* May - Refund of prepaid insurance
\*\*\*\* June - 12,000 return of escrow from sale of asset prior to bankrupty and 500 option fee
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## CASH ACCOUNT RECONCILIATION
### MONTH OF December

| BANK NAME | Frost Bank | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #*****6345 | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 569,101.66 | | | | $569,101.66 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | | | | | $0.00 |
| ADJUSTED BANK BALANCE | $569,101.66 | $0.00 | $0.00 | $0.00 | $569,101.66 |
| BEGINNING CASH - PER BOOKS | 119,290.88 | | | | $119,290.88 |
| RECEIPTS* | 505,120.28 | | | | $505,120.28 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 55,309.50 | | | | $55,309.50 |
| ENDING CASH - PER BOOKS | $569,101.66 | $0.00 | $0.00 | $0.00 | $569,101.66 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Schmuck, Smith, Tees & Co PC | | | | | | 2,693.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,757.50 | 0.00 | 0.00 |
| 2. Diamond McCarthy LLP | | | | | | | | | | | | | | 55,186.00 |
| 3. | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,693.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,757.50 | $0.00 | $55,186.00 |

MOR-9