**MOR-1**  UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| CASE NAME: | 2203 Looscan Lane LLC |
| CASE NUMBER: | 18-34660 |
| PROPOSED PLAN DATE: | |
| PETITION DATE: | 8/23/2018 |
| DISTRICT OF TEXAS: | Southern |
| DIVISION: | Houston |

### MONTHLY OPERATING REPORT SUMMARY FOR MONTH December * YEAR 2019

| MONTH | September | October | November | December | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 2,800,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 0.00 | -6,535.00 | -1,710.37 | -1,955.99 | -1,941.64 | -39.89 | 3,536.45 | -3,076.75 | -43,319.52 | -198.30 | -334.00 | 1,105.17 | -9.00 | -334.00 | -9.00 | -13,638.04 |
| NET INCOME (LOSS) (MOR-6) | 0.00 | -6,539.74 | -1,742.37 | -1,990.86 | -156,621.12 | -54,146.46 | 3,371.63 | -3,236.57 | -43,510.17 | -465.35 | -609.95 | 829.22 | -276.05 | -609.95 | -276.05 | -13,927.34 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 2,266.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,693.75 | 43,315.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,559.04 |
| TOTAL DISBURSEMENTS (MOR-8) | 0.00 | 2,388.00 | 4,637.99 | 1,961.02 | 325.00 | 53,961.49 | -3,498.60 | 3,076.75 | 43,319.52 | 198.30 | 334.00 | -1,105.17 | 9.00 | 334.00 | 9.00 | 13,638.04 |

*This monthly operating report includes all amounts from the Petition Date through August 31, 2019.

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE | | CIRCLE ONE |
|---|---|---|---|---|
| | | | Are all accounts receivable being collected within terms? | (Yes)  No |
| | | | Are all post-petition liabilities, including taxes, being paid within terms? | (Yes)  No |
| | | | Have any pre-petition liabilities been paid? | Yes  (No) |
| CASUALTY | YES ( )  NO (X) | ___-___-___ | If so, describe | |
| LIABILITY | YES (X)  NO ( ) | ___-___-___ | Are all funds received being deposited into DIP bank accounts? | (Yes)  No |
| VEHICLE | YES ( )  NO (X) | ___-___-___ | Were any assets disposed of outside the normal course of business? | Yes  (No) |
| WORKER'S | YES ( )  NO (X) | ___-___-___ | If so, describe | |
| BUILDER'S RISK | YES ( X )  NO ( ) | 10-04-2019 | Are all U.S. Trustee Quarterly Fee Payments current? | (Yes)  No |
| | | | What is the status of your Plan of Reorganization? | |

| | |
|---|---|
| ATTORNEY NAME: | Charles Rubio |
| FIRM NAME: | Diamond McCarthy LLP |
| ADDRESS: | 909 Fannin Street, 37th Floor |
| CITY, STATE, ZIP: | Houston, Texas 77010 |
| TELEPHONE/FAX: | 713-333-5100 |

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED x *Charles Foster*  Manager
            (ORIGINAL SIGNATURE)
            Charles Foster
            (PRINT NAME OF SIGNATORY)         DATE

MOR-1

**CASE NAME:** 18-34660
**CASE NUMBER:** 2203 Looscan Lane LLC

| ASSETS | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | | | | | | | | |
| Cash | | 5,362.01 | 3,400.99 | 3,075.99 | 114.50 | 3,613.10 | 836.35 | 831.86 | 633.56 | 299.56 | 1,404.73 | 1,395.73 | 1,061.73 | 1,052.73 | 0.00 |
| Accounts Receivable, Net | | | | | | | | | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | | | | | | | | | |
| Prepaid Expenses | | 704.37 | 643.12 | 581.87 | 520.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Investments | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 6,066.38 | 4,044.11 | 3,657.86 | 635.12 | 3,613.10 | 836.35 | 831.86 | 633.56 | 299.56 | 1,404.73 | 1,395.73 | 1,061.73 | 1,052.73 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | | | | | | | | | |
| Less Accumulated Depreciation | | | | | | | | | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | | | | | | | | | |
| 1. Tax Deposits | | | | | | | | | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | | | | | | | | | |
| 3. Electric Deposit | 95.00 | 95.00 | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Real Property | 2,800,000.00 | 2,800,000.00 | 2,800,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL ASSETS | $2,800,095.00 | $2,806,161.38 | $2,804,139.11 | $3,657.86 | $635.12 | $3,613.10 | $836.35 | $831.86 | $633.56 | $299.56 | $1,404.73 | $1,395.73 | $1,061.73 | $1,052.73 | $0.00 |

MOR-2

CASE NAME: 18-34660
CASE NUMBER: 2203 Looscan Lane LLC

| LIABILITIES & OWNER'S EQUITY | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH November |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 14,317.08 | 14,351.95 | 65,475.67 | 65,082.02 | 65,541.84 | 109,047.52 | 109,314.57 | 109,590.52 | 109,866.47 | 110,133.52 | 110,409.47 | 110,676.52 | 123,551.13 |
| PRE-PETITION LIABILITIES | | | | | | | | | | | | | |
| Notes Payable - Secured | 3,426,895.00 | 783,000.00 | 783,000.00 | 783,000.00 | 783,000.00 | 783,000.00 | 783,000.00 | 783,000.00 | 783,000.00 | 783,000.00 | 783,000.00 | 783,000.00 | 783,000.00 |
| Priority Debt | | | | | | | | | | | | | |
| Federal Income Tax | | | | | | | | | | | | | |
| FICA/Withholding | | | | | | | | | | | | | |
| Unsecured Debt | 405,098.57 | 405,098.57 | 405,098.57 | 405,098.57 | 405,098.57 | 405,098.57 | 405,098.57 | 405,098.57 | 405,098.57 | 405,098.57 | 405,098.57 | 405,098.57 | 405,098.57 |
| Other | | | | | | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 3,831,993.57 | 1,188,098.57 | 1,188,098.57 | 1,188,098.57 | 1,188,098.57 | 1,188,098.57 | 1,188,098.57 | 1,188,098.57 | 1,188,098.57 | 1,188,098.57 | 1,188,098.57 | 1,188,098.57 | 1,188,098.57 |
| **TOTAL LIABILITIES** | 3,846,310.65 | 1,202,450.52 | 1,253,574.24 | 1,253,180.59 | 1,253,640.41 | 1,297,146.09 | 1,297,413.14 | 1,297,689.09 | 1,297,965.04 | 1,298,232.09 | 1,298,508.04 | 1,298,775.09 | 1,311,649.70 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | | | | | | |
| PREFERRED STOCK | | | | | | | | | | | | | |
| COMMON STOCK | | | | | | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | -1,031,898.57 | -1,031,898.57 | -1,031,898.57 | -1,031,898.57 | -1,031,898.57 | -1,031,898.57 | -1,031,898.57 | -1,031,898.57 | -1,031,898.57 | -1,031,898.57 | -1,031,898.57 | -1,031,898.57 | -1,031,898.57 |
| RETAINED EARNINGS: Filing Date | | | | | | | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | -10,272.97 | -166,894.09 | -221,040.55 | -217,668.92 | -220,905.49 | -279,751.13 | -279,751.13 | -279,751.13 | -264,661.74 | -264,937.79 | -265,547.74 | -265,823.79 | -279,751.13 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -1,042,171.54 | -1,198,792.66 | -1,252,939.12 | -1,249,567.49 | -1,252,804.06 | -1,311,649.70 | -1,311,649.70 | -1,311,649.70 | -1,296,560.31 | -1,296,836.36 | -1,297,446.31 | -1,297,722.36 | -1,311,649.70 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $2,804,139.11 | $3,657.86 | $635.12 | $3,613.10 | $836.35 | ($14,503.61) | ($14,236.56) | ($13,960.61) | $1,404.73 | $1,395.73 | $1,061.73 | $1,052.73 | $0.00 |

MOR-3

CASE NAME: 18-34660
CASE NUMBER: 2203 Looscan Lane LLC

### SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 0.00 | | | | | | | | | | | | |
| TAX PAYABLE | | | | | | | | | | | | | |
|   Federal Payroll Taxes | | | | | | | | | | | | | |
|   State Payroll Taxes | | | | | | | | | | | | | |
|   Ad Valorem Taxes | | | | | | | | | | | | | |
|   Other Taxes | | | | | | | | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Overdraft | | | | | | | | | | | | | 985.31 |
| ACCRUED INTEREST PAYABLE | | | | | | | | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | | | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | | | | | | | | |
| 1. Accrued interest on DIP Financing | 71.61 | 106.48 | 230.20 | 395.02 | 554.84 | 745.49 | 1,012.54 | 1,288.49 | 1,564.44 | 1,831.49 | 2,107.44 | 2,374.49 | 2,663.79 |
| 2. DIP financing | 13,687.00 | 13,687.00 | 64,687.00 | 64,687.00 | 64,987.00 | 108,302.03 | 108,302.03 | 108,302.03 | 108,302.03 | 108,302.03 | 108,302.03 | 108,302.03 | 119,902.03 |
| 3. Insurance payable | 558.47 | 558.47 | 558.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $14,317.08 | $14,351.95 | $65,475.67 | $65,082.02 | $65,541.84 | $109,047.52 | $109,314.57 | $109,590.52 | $109,866.47 | $110,133.52 | $110,409.47 | $110,676.52 | $123,551.13 |

*Payment requires Court Approval

MOR-4

CASE NAME: 18-34660
CASE NUMBER: 2203 Looscan Lane LLC

**AGING OF POST-PETITION LIABILITIES**
MONTH        December

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 12,874.61 | | | | | 12,874.61 |
| 31-60 | 267.05 | | | | | 267.05 |
| 61-90 | 275.95 | | | | | 275.95 |
| 91+ | 110,133.52 | | | | | 110,133.52 |
| TOTAL | $123,551.13 | $0.00 | $0.00 | $0.00 | $0.00 | $123,551.13 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**                                                          *Revised 07/01/98*

CASE NAME: 18-34660
CASE NUMBER: 2203 Looscan Lane LLC

STATEMENT OF INCOME (LOSS)

| | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | 2,800,000.00 | | | | | | | | | | | | 2,800,000.00 |
| TOTAL COST OF REVENUES | | | 2,741,860.13 | | | | | | | | | | | | 2,741,860.13 |
| GROSS PROFIT | 0.00 | 0.00 | 58,139.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 58,139.87 |
| **OPERATING EXPENSES:** | | | | | | | | | | | | | | | |
| Selling & Marketing | | | 59,600.26 | | -75.00 | | | | | | | | | | 59,525.26 |
| General & Administrative | 1,385.37 | 1,955.99 | 156.25 | 39.89 | -3,461.45 | 58.00 | 4.50 | 198.30 | 9.00 | -1,105.17 | 9.00 | 9.00 | 9.00 | 79.00 | 3,615.68 |
| Insiders Compensation | | | | | | | | | | | | | | | 0.00 |
| Professional Fees | | | | | | 2,693.75 | 43,315.02 | | | | | | | 13,559.04 | 61,833.81 |
| Trustee fees | 325.00 | | 325.00 | | | 325.00 | | | 325.00 | | | 325.00 | | | 1,625.00 |
| Other | | | | | | | | | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 1,710.37 | 1,955.99 | 60,081.51 | 39.89 | -3,536.45 | 3,076.75 | 43,319.52 | 198.30 | 334.00 | -1,105.17 | 9.00 | 334.00 | 9.00 | 13,638.04 | 126,599.75 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -1,710.37 | -1,955.99 | -1,941.64 | -39.89 | 3,536.45 | -3,076.75 | -43,319.52 | -198.30 | -334.00 | 1,105.17 | -9.00 | -334.00 | -9.00 | -13,638.04 | -68,459.88 |
| INTEREST EXPENSE | 32.00 | 34.87 | 154,679.48 | 54,106.57 | 164.82 | 159.82 | 190.65 | 267.05 | 275.95 | 275.95 | 267.05 | 275.95 | 267.05 | 289.30 | 211,291.25 |
| DEPRECIATION | | | | | | | | | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | | | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 32.00 | 34.87 | 154,679.48 | 54,106.57 | 164.82 | 159.82 | 190.65 | 267.05 | 275.95 | 275.95 | 267.05 | 275.95 | 267.05 | 289.30 | 211,291.25 |
| NET INCOME BEFORE TAXES | -1,742.37 | -1,990.86 | -156,621.12 | -54,146.46 | 3,371.63 | -3,236.57 | -43,510.17 | -465.35 | -609.95 | 829.22 | -276.05 | -609.95 | -276.05 | -13,927.34 | -279,751.13 |
| FEDERAL INCOME TAXES | | | | | | | | | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($1,742.37) | ($1,990.86) | ($156,621.12) | ($54,146.46) | $3,371.63 | ($3,236.57) | ($43,510.17) | ($465.35) | ($609.95) | $829.22 | ($276.05) | ($609.95) | ($276.05) | ($13,927.34) | ($279,751.13) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\* \* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

**CASE NAME:** 18-34660
**CASE NUMBER:** 2203 Looscan Lane LLC

| CASH RECEIPTS AND DISBURSEMENTS | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $5,362.01 | $3,400.99 | $3,075.99 | $114.50 | $3,613.10 | $836.35 | $831.86 | $633.56 | $299.56 | $1,404.73 | $1,395.73 | $1,061.73 | $1,052.73 | $0.00 |
| RECEIPTS: | | | | | | | | | | | | | | |
| 2. CASH SALES | | | | | | | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list)*** | | | 51,000.00 | | 300.00 | 43,315.03 | | | | | | | 11,600.00 | 118,603.03 |
| 5. SALE OF ASSETS | | | | | | | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 51,000.00 | 0.00 | 300.00 | 43,315.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,600.00 | 118,603.03 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | 50.00 | | | | -1,114.17 | | | | | -1,064.17 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | | | | | | | 0.00 |
| 12. INSURANCE | 1,791.28 | | | -3,431.60 | | | 189.30 | | | | | | | 2,684.23 |
| 13. INVENTORY PURCHASES | | | | | | | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 169.74 | | -29.36 | | | | | | | | | | | 432.12 |
| 17. ADMINISTRATIVE & SELLING | | | 8.00 | -67.00 | 8.00 | 4.50 | 9.00 | 9.00 | 9.00 | 9.00 | 9.00 | 9.00 | 79.00 | 94.50 |
| 18. OTHER INTEREST EXPENSE | | | 53,982.85 | | | | | | | | | | | 53,982.85 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 1,961.02 | 0.00 | 53,961.49 | -3,498.60 | 58.00 | 4.50 | 198.30 | 9.00 | -1,105.17 | 9.00 | 9.00 | 9.00 | 79.00 | 56,129.53 |
| 19. PROFESSIONAL FEES | | | | | 2,693.75 | 43,315.02 | | | | | | | 13,559.04 | 61,833.81 |
| 20. U.S. TRUSTEE FEES | | 325.00 | | | 325.00 | | | 325.00 | | | 325.00 | | | 1,625.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 1,961.02 | 325.00 | 53,961.49 | -3,498.60 | 3,076.75 | 43,319.52 | 198.30 | 334.00 | -1,105.17 | 9.00 | 334.00 | 9.00 | 13,638.04 | 119,588.34 |
| 22. NET CASH FLOW | -1,961.02 | -325.00 | -2,961.49 | 3,498.60 | -2,776.75 | -4.49 | -198.30 | -334.00 | 1,105.17 | -9.00 | -334.00 | -9.00 | -2,038.04 | -985.31 |
| 23. CASH - END OF MONTH (MOR-2) | $3,400.99 | $3,075.99 | $114.50 | $3,613.10 | $836.35 | $831.86 | $633.56 | $299.56 | $1,404.73 | $1,395.73 | $1,061.73 | $1,052.73 | ($985.31) | ($985.31) |

\* Applies to Individual debtors only

**MOR-7**   \*\*Numbers for the current month should balance (match)
\*\*\* Advance from Charles Foster
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

CASE NAME: 18-34660
CASE NUMBER: 2203 Looscan Lane LLC

# CASH ACCOUNT RECONCILIATION
## MONTH OF December

| BANK NAME | Frost Bank | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #*****6329 | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 12,573.73 | | | | $12,573.73 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | | | | | $0.00 |
| ADJUSTED BANK BALANCE | $12,573.73 | $0.00 | $0.00 | $0.00 | $12,573.73 |
| BEGINNING CASH - PER BOOKS | 1,052.73 | | | | $1,052.73 |
| RECEIPTS* | 11,600.00 | | | | $11,600.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 13,638.04 | | | | $13,638.04 |
| ENDING CASH - PER BOOKS | ($985.31) | $0.00 | $0.00 | $0.00 | ($985.31) |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

**CASE NAME:** 18-34660
**CASE NUMBER:** 2203 Looscan Lane LLC

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessar

| INSIDERS: NAME/COMP TYPE | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Schmuck, Smith, Tees & Co., PC | | 2,266.00 | | | | | | 2,693.75 | 43,315.02 | | | | | | | |
| 2. Diamond McCarthy LLP | | | | | | | | | | | | | | | | 13,559.04 |
| 3. | | | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $2,266.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,693.75 | $43,315.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,559.04 |

MOR-9

Revised 07/01/98   Revised 07/01/98   Revised 07/01/98