MOR-1

UNITED STATES BANKRUPTCY COURT

CASE NAME: HouTex Builders LLC  
CASE NUMBER: 18-34658  
PROPOSED PLAN DATE:  
PETITION DATE: 8/23/2018  
DISTRICT OF TEXAS: Southern  
DIVISION: Houston  

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH June * YEAR 2020

| MONTH | September | October | November | December | January | February | March | April | May | June | July | August | September | October | November | December | January | February | March | April | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 2,575,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,400,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPREC, TAX (MOR-6) | -1,501.74 | -5,398.89 | -2,265.93 | -23,372.97 | -7,173.99 | -6,762.31 | -24,264.85 | -31,975.61 | -3,413.74 | 7,258.49 | -1,341.11 | -1,602.76 | -506.40 | -10,607.91 | -4,682.61 | -554,705.97 | 0.00 | -975.00 | 0.00 | -53,512.52 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -1,502.17 | -5,412.22 | -16,489.65 | -87,300.31 | -43,155.84 | -41,578.70 | -64,719.06 | -89,173.58 | -44,811.74 | -2,746.40 | -29,884.55 | -21,153.78 | -10,631.41 | -20,353.73 | -14,521.81 | -822,041.96 | -1,142.32 | -2,043.82 | -1,142.32 | -54,617.98 | -1,142.32 | -25,644.55 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 2,266.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,693.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,757.50 | 0.00 | 55,166.00 | 0.00 | 0.00 | 51,375.57 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 1,501.74 | 5,398.24 | 23,157.74 | 82,068.09 | 44,753.46 | 41,123.36 | 64,069.29 | 86,550.09 | 42,130.02 | 13,330.49 | 27,271.68 | 20,110.05 | 8,532.53 | 18,211.41 | 13,416.34 | 55,309.50 | 0.00 | 975.00 | 0.00 | 53,512.52 | 0.00 | 24,539.06 |

*This monthly operating report includes all amounts from the Petition Date through August 31, 2019

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES ( ) NO (X) | |
| LIABILITY | YES ( ) NO (X) | |
| VEHICLE | YES ( ) NO (X) | |
| WORKER'S | YES ( ) NO (X) | |
| OTHER | YES ( ) NO (X) | |

CIRCLE ONE

Are all accounts receivable being collected within terms? **Yes** No  
Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No  
Have any pre-petition liabilities been paid? Yes **No**  
If so, describe  
Are all funds received being deposited into DIP bank accounts? **Yes** No  
Were any assets disposed of outside the normal course of business? Yes **No**  
If so, describe  
Are all U.S. Trustee Quarterly Fee Payments current? **Yes** No  
What is the status of your Plan of Reorganization?

ATTORNEY NAME: Charles Rubio  
FIRM NAME: Diamond McCarthy LLP  
ADDRESS: 909 Fannin Street, 37th Floor  
CITY STATE ZIP: Houston, Texas 77010  
TELEPHONE #: 713-333-5100  

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus other attachments, is true and correct.

SIGNED: _[signature]_  Manager  
(ORIGINAL SIGNATURE)  
Charles Foster  
(PRINT NAME OF SIGNATORY)   DATE

7-27-20

MOR-1

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## COMPARATIVE BALANCE SHEETS

| ASSETS | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | | | | | | |
| Cash | 1,264.70 | 151,451.15 | 151,918.63 | 132,707.22 | 119,290.88 | 569,101.66 | 569,101.66 | 568,126.66 | 568,126.66 | 514,614.14 | 514,614.14 | 490,075.08 |
| Accounts Receivable, Net | | | | | | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | | | | | | |
| Prepaid Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Investments | | | | | | | | | | | | |
| Other | | | | | | | | | | | | |
| TOTAL CURRENT ASSETS | 1,264.70 | 151,451.15 | 151,918.63 | 132,707.22 | 119,290.88 | 569,101.66 | 569,101.66 | 568,126.66 | 568,126.66 | 514,614.14 | 514,614.14 | 490,075.08 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | | | | | | |
| Less Accumulated Depreciation | | | | | | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | | | | | | |
| 1. Tax Deposits | | | | | | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | | | | | | |
| 3. Electric Deposit* | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Real property* | 3,138,006.72 | 3,138,006.72 | 3,138,006.72 | 3,138,006.72 | 3,138,006.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL ASSETS | $3,139,471.42 | $3,289,657.87 | $3,290,125.35 | $3,270,913.94 | $3,257,497.60 | $569,101.66 | $569,101.66 | $568,126.66 | $568,126.66 | $514,614.14 | $514,614.14 | $490,075.08 |

MOR-2

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 256,381.92 | 271,870.96 | 443,211.19 | 454,310.08 | 455,452.40 | 456,557.87 | 457,700.19 | 458,842.51 | 459,911.13 | 461,053.45 | 462,158.92 | 463,301.24 | 464,406.71 |
| **PRE-PETITION LIABILITIES** | | | | | | | | | | | | | |
| Notes Payable - Secured | 3,139,200.44 | 3,139,200.44 | 3,139,200.44 | 3,139,200.44 | 3,139,200.44 | 3,139,200.44 | 1,272,204.14 | 1,272,204.14 | 1,272,204.14 | 1,272,204.14 | 1,272,204.14 | 1,272,204.14 | 1,272,204.14 |
| Priority Debt | | | | | | | | | | | | | |
| Federal Income Tax | | | | | | | | | | | | | |
| FICA/Withholding | | | | | | | | | | | | | |
| Unsecured Debt | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 |
| Other - Option fee | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL PRE-PETITION LIABILITIES | 3,680,040.48 | 3,680,040.48 | 3,680,040.48 | 3,680,040.48 | 3,680,040.48 | 3,680,040.48 | 1,812,544.18 | 1,812,544.18 | 1,812,544.18 | 1,812,544.18 | 1,812,544.18 | 1,812,544.18 | 1,812,544.18 |
| **TOTAL LIABILITIES** | 3,936,422.40 | 3,951,911.44 | 4,123,251.67 | 4,134,350.56 | 4,135,492.88 | 4,136,598.35 | 2,270,244.37 | 2,271,386.69 | 2,272,455.31 | 2,273,597.63 | 2,274,703.10 | 2,275,845.42 | 2,276,950.89 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | | | | | | |
| PREFERRED STOCK | | | | | | | | | | | | | |
| COMMON STOCK | | | | | | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 |
| RETAINED EARNINGS: Filing Date | | | | | | | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | -398,889.99 | -425,774.54 | -446,928.32 | -457,559.73 | -477,913.46 | -492,435.27 | -1,314,477.23 | -1,315,619.55 | -1,317,663.17 | -1,319,947.81 | -1,373,423.48 | -1,374,565.80 | -1,400,210.33 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -785,555.47 | -812,440.02 | -833,593.80 | -844,225.21 | -864,578.94 | -879,100.75 | -1,701,142.71 | -1,702,285.03 | -1,704,328.65 | -1,706,613.29 | -1,760,088.96 | -1,761,231.28 | -1,786,875.81 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $3,150,866.93 | $3,139,471.42 | $3,289,657.87 | $3,290,125.35 | $3,270,913.94 | $3,257,497.60 | $569,101.66 | $569,101.66 | $568,126.66 | $566,984.34 | $514,614.14 | $514,614.14 | $490,075.08 |

MOR-3

**CASE NAME:** HouTex Builders LLC
**CASE NUMBER:** 18-34658

### SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | | | | | | | | | |
| TAX PAYABLE | | | | | | | | | | | | | | |
|   Federal Payroll Taxes | | | | | | | | | | | | | | |
|   State Payroll Taxes | | | | | | | | | | | | | | |
|   Ad Valorem Taxes | | | | | | | | | | | | | | |
|   Other Taxes | | | | | | | | | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | | | | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | | | | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | | | | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | | | | | | | | | |
| 1. Accrued interest on DIP Financing | 2,576.62 | 3,176.17 | 3,838.65 | 4,882.38 | 5,981.27 | 7,123.59 | 8,229.06 | 9,371.38 | 10,513.70 | 11,582.32 | 12,724.64 | 13,830.11 | 14,972.43 | 16,077.90 |
| 2. Dip financing | 243,151.35 | 243,151.35 | 268,032.31 | 438,328.81 | 448,328.81 | 448,328.81 | 448,328.81 | 448,328.81 | 448,328.81 | 448,328.81 | 448,328.81 | 448,328.81 | 448,328.81 | 448,328.81 |
| 3. Insurance payable | 11,376.45 | 10,054.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $257,104.42 | $256,381.92 | $271,870.96 | $443,211.19 | $454,310.08 | $455,452.40 | $456,557.87 | $457,700.19 | $458,842.51 | $459,911.13 | $461,053.45 | $462,158.92 | $463,301.24 | $464,406.71 |

*Payment requires Court Approval

MOR-4

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

### AGING OF POST-PETITION LIABILITIES
MONTH: May

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | Other |
|---|---|---|---|---|---|---|
| 0-30 | 1,105.47 | | | | | 1,105.47 |
| 31-60 | 1,142.32 | | | | | 1,142.32 |
| 61-90 | 1,105.47 | | | | | 1,105.47 |
| 91+ | 461,053.45 | | | | | 461,053.45 |
| TOTAL | $464,406.71 | $0.00 | $0.00 | $0.00 | $0.00 | $464,406.71 |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

**CASE NAME:** HouTex Builders LLC
**CASE NUMBER:** 18-34658

STATEMENT OF INCOME (LOSS)

| | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | | | | | | 2,400,000.00 | | | | | | | 4,975,000.00 |
| TOTAL COST OF REVENUES | | | | | | | | 2,899,307.97 | | | | | | | 5,493,342.75 |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -499,307.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -518,342.75 |
| OPERATING EXPENSES: | | | | | | | | | | | | | | | |
| Selling & Marketing | | -12,000.00 | | | | | | | | | | | | | -12,000.00 |
| General & Administrative | 1,275.33 | 2,603.10 | 1,415.73 | 1,602.78 | 962.32 | 1,875.41 | 1,215.18 | 212.00 | | | | | | | 78,865.93 |
| Insiders Compensation | | | | | | | | | | | | | | | 0.00 |
| Professional Fees | | | | | | 7,757.50 | | 55,186.00 | | | | 51,375.57 | | | 119,278.82 |
| Insurance | 2,138.41 | 2,138.41 | -1,049.62 | | -455.89 | | 3,467.63 | | | | | 1,161.95 | | | 19,143.57 |
| Trustee fees | | | 975.00 | | | 975.00 | | | | | 975.00 | | 975.00 | | 6,175.00 |
| TOTAL OPERATING EXPENSES | 3,413.74 | -7,258.49 | 1,341.11 | 1,602.78 | 506.43 | 10,607.91 | 4,682.81 | 55,398.00 | 0.00 | 975.00 | 0.00 | 53,512.52 | 0.00 | 0.00 | 211,463.32 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -3,413.74 | 7,258.49 | -1,341.11 | -1,602.78 | -506.43 | -10,607.91 | -4,682.81 | -554,705.97 | 0.00 | -975.00 | 0.00 | -53,512.52 | 0.00 | 0.00 | -729,806.07 |
| INTEREST EXPENSE | 41,398.00 | 10,004.89 | 25,543.44 | 19,551.00 | 10,124.98 | 9,745.82 | 9,839.00 | 267,335.99 | 1,142.32 | 1,068.62 | 1,142.32 | 1,105.47 | 1,142.32 | 25,644.53 | 670,404.26 |
| DEPRECIATION | | | | | | | | | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | | | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 41,398.00 | 10,004.89 | 25,543.44 | 19,551.00 | 10,124.98 | 9,745.82 | 9,839.00 | 267,335.99 | 1,142.32 | 1,068.62 | 1,142.32 | 1,105.47 | 1,142.32 | 25,644.53 | 670,404.26 |
| NET INCOME BEFORE TAXES | -44,811.74 | -2,746.40 | -26,884.55 | -21,153.78 | -10,631.41 | -20,353.73 | -14,521.81 | -822,041.96 | -1,142.32 | -2,043.62 | -1,142.32 | -54,617.99 | -1,142.32 | -25,644.53 | -1,400,210.33 |
| FEDERAL INCOME TAXES | | | | | | | | | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($44,811.74) | ($2,746.40) | ($26,884.55) | ($21,153.78) | ($10,631.41) | ($20,353.73) | ($14,521.81) | ($822,041.96) | ($1,142.32) | ($2,043.62) | ($1,142.32) | ($54,617.99) | ($1,142.32) | ($25,644.53) | ($1,400,210.33) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

**CASE NAME:** HouTex Builders LLC
**CASE NUMBER:** 18-34658

| CASH RECEIPTS AND DISBURSEMENTS | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $4,485.92 | $3,655.43 | $1,264.70 | $151,451.15 | $151,918.63 | $132,707.22 | $119,290.88 | $569,101.66 | $569,101.66 | $568,126.66 | $568,126.66 | $514,614.14 | $514,614.14 | $0.00 |
| RECEIPTS: | | | | | | | | | | | | | | |
| 2. CASH SALES | | | | | | | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list)*** | | 24,880.96 | 170,296.50 | 10,000.00 | | | | | | | | | | 448,328.81 |
| 5. SALE OF ASSETS | | | | | | | 505,120.28 | | | | | | | 654,906.78 |
| 6. OTHER (attach list)**** | 12,500.00 | | | | | | | | | | | | | 14,788.92 |
| TOTAL RECEIPTS** | 12,500.00 | 24,880.96 | 170,296.50 | 10,000.00 | 0.00 | 0.00 | 505,120.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,118,024.51 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | | | | | | | 50.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | 798.10 | 531.73 | 1,440.78 | 567.37 | 927.41 | 289.32 | 111.50 | | | | | | | 8,957.10 |
| 12. INSURANCE | 1,322.05 | | | -455.89 | | 3,467.63 | | | | | 1,161.95 | | | 21,675.39 |
| 13. INVENTORY PURCHASES | | | | | | | | | | | | | | 0.00 |
| 14. INTEREST EXPENSES | 9,405.34 | 24,880.96 | 18,507.27 | 9,026.09 | 8,603.50 | 8,733.53 | | | | | | | 24,539.06 | 404,285.69 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 1,805.00 | 875.00 | 150.00 | 300.00 | 948.00 | 925.86 | 12.00 | | | | | | | 67,132.48 |
| 17. ADMINISTRATIVE & SELLING | | 9.00 | 12.00 | 94.95 | | | | | | | | | | 394.95 |
| 18. OTHER (attach list) | | | | | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 13,330.49 | 26,296.69 | 20,110.05 | 9,532.52 | 10,478.91 | 13,416.34 | 123.50 | 0.00 | 0.00 | 0.00 | 1,161.95 | 0.00 | 24,539.06 | 502,495.61 |
| 19. PROFESSIONAL FEES | | | | | 7,757.50 | | 55,186.00 | | | | 51,375.57 | | | 119,278.82 |
| 20. U.S. TRUSTEE FEES | | 975.00 | | | 975.00 | | | | 975.00 | | 975.00 | | | 6,175.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 13,330.49 | 27,271.69 | 20,110.05 | 9,532.52 | 19,211.41 | 13,416.34 | 55,309.50 | 0.00 | 975.00 | 0.00 | 53,512.52 | 0.00 | 24,539.06 | 627,949.43 |
| 22. NET CASH FLOW | -830.49 | -2,390.73 | 150,186.45 | 467.48 | -19,211.41 | -13,416.34 | 449,810.78 | 0.00 | -975.00 | 0.00 | -53,512.52 | 0.00 | -24,539.06 | 490,075.08 |
| 23. CASH - END OF MONTH (MOR-2) | $3,655.43 | $1,264.70 | $151,451.15 | $151,918.63 | $132,707.22 | $119,290.88 | $569,101.66 | $569,101.66 | $568,126.66 | $568,126.66 | $514,614.14 | $514,614.14 | $490,075.08 | $490,075.08 |

* Applies to Individual debtors only
MOR-7          **Numbers for the current month should balance (match)
*** Advance from Charles Foster
**** January - Refund from construction vendor on home sold in prior month
**** May - Refund of prepaid insurance
**** June - 12,000 return of escrow from sale of asset prior to bankrupty and 500 option fee
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## CASH ACCOUNT RECONCILIATION
### MONTH OF June

| BANK NAME | Frost Bank | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #*****6345 | # | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 514,614.14 | | | | $514,614.14 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | 24,539.06 | | | | $24,539.06 |
| ADJUSTED BANK BALANCE | $490,075.08 | $0.00 | $0.00 | $0.00 | $490,075.08 |
| BEGINNING CASH - PER BOOKS | 514,614.14 | | | | $514,614.14 |
| RECEIPTS* | | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 24,539.06 | | | | $24,539.06 |
| ENDING CASH - PER BOOKS | $490,075.08 | $0.00 | $0.00 | $0.00 | $490,075.08 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

**CASE NAME:** HouTex Builders LLC
**CASE NUMBER:** 18-34658

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessar

| INSIDERS: NAME/COMP TYPE | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Schmuck, Smith, Tees & Co PC | | 2,693.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,757.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,953.50 | 0.00 | 0.00 |
| 2. Diamond McCarthy LLP | | | | | | | | | | 55,186.00 | 0.00 | 0.00 | 0.00 | 49,422.07 | 0.00 | 0.00 |
| 3. | | | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $2,693.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,757.50 | $0.00 | $55,186.00 | $0.00 | $0.00 | $0.00 | $51,375.57 | $0.00 | $0.00 |

MOR-9