UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| HOUTEX BUILDERS, LLC, *et al.* | § | CASE NO. 18-34658 |
| | § | |
| 415 SHADYWOOD, LLC | § | CASE NO. 18-34659 |
| | § | |
| 2203 LOOSCAN LANE, LLC | § | CASE NO. 18-34660 |
| | § | |
| Debtors | § | JOINTLY ADMINISTERED |
| | § | CHAPTER 11 |

ORDER GRANTING
CD HOMES, LLC'S EMERGENCY MOTION FOR CONTINUANCE
OF CLAIMS TRIAL AND RELATED AND PENDING DEADLINES

Came on for consideration the Emergency Motion of CD Homes, LLC (***"CD Homes"***) for Continuance of Claims Trial and Related and Pending Deadlines (the ***"Motion"***). This Court is of the opinion, and does find that the Motion should be granted; it is therefore

ORDERED that CD Homes' Motion is granted; and it is

FURTHER ORDERED, that the claims trial and all deadlines set forth in ECF 521 and ECF 578 are extended to such dates as the Court shall designate by a separate order in this proceeding.

SIGNED:

Jeffrey P. Norman
United States Bankruptcy Judge