

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/17/2020

| | | |
|---|---|---|
| IN RE: | § | |
| **HOUTEX BUILDERS, LLC,** *et al.* | § | CASE NO. 18-34658 |
| | § | |
| **415 SHADYWOOD, LLC** | § | CASE NO. 18-34659 |
| | § | |
| **2203 LOOSCAN LANE, LLC** | § | CASE NO. 18-34660 |
| | § | |
| Debtors | § | JOINTLY ADMINISTERED |
| | § | CHAPTER 11 |

**ORDER GRANTING
CD HOMES, LLC'S EMERGENCY MOTION FOR CONTINUANCE
OF CLAIMS TRIAL AND RELATED AND PENDING DEADLINES**

Came on for consideration the Emergency Motion of CD Homes, LLC (*"CD Homes"*) for Continuance of Claims Trial and Related and Pending Deadlines (the *"Motion"*). This Court is of the opinion, and does find that the Motion should be granted; it is therefore

ORDERED that CD Homes' Motion is granted; and it is

FURTHER ORDERED, that the deadlines set for in ECF No. 578 are extended to October 09, 2020,

A status conference is set in Courtroom 403, 515 Rusk St., Houston, Texas, at 9:30 a.m. on October 13, 2020,

This case is set for trial in Courtroom 403, 515 Rusk St., Houston, Texas, at 9:30 a.m. on October 29 and October 30, 2020. Two days are reserved for trial.

Signed: September 17, 2020

Jeffrey P. Norman
United States Bankruptcy Judge