## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Case No. 18-34658 |
| Houtex Builders, LLC, *et al*.[1] | Chapter 11 |
| Debtors. | Jointly Administered |

## DEBTORS' WITNESS AND EXHIBIT LIST

| | |
|---|---|
| Judge: | Hon. Jeffrey P. Norman |
| Hearing Date: | Thursday, October 29, 2020 |
| Hearing Time: | 9:30 a.m. (CT) |
| Parties' Names: | HouTex Builders, LLC; 2203 Looscan Lane, LLC; and 415 Shadywood, LLC |
| Attorneys' Names: | Charles M. Rubio |
| Attorneys' Telephone: | (212) 763-3331 |
| Nature of Proceeding: | Hearing on: Debtors' Expedited Motion To Compel CD Homes LLCs Responses To Discovery And Request For Sanctions [ECF 564] |

Parkins Lee & Rubio LLP ("Parkins Lee & Rubio"), counsel to HouTex Builders, LLC; 2203 Looscan Lane, LLC; and 415 Shadywood, LLC (collectively, the "Debtors"), hereby submits this Witness and Exhibit List in connection with the hearing to be held on Thursday, October 29, 2020 at 9:30 a.m. (Central Time) (the "Hearing") on the *Expedited Motion To Compel CD Homes LLCs Responses To Discovery And Request For Sanctions* [ECF 564].

---

[1] The names of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HouTex Builders, LLC (2111); 2203 Looscan Lane, LLC (1418); and 415 Shadywood, LLC (7627).

## WITNESSES

Parkins Lee & Rubio may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. Charles Foster;

2. Robert Parker;

3. Anna Williams;

4. Jim D. Nored;

5. Linda Schmuck (expert);

6. Liz Markell (expert);

7. Ruthie Porterfield (expert);

8. Any witnesses called or designated by any other party; and

9. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

## EXHIBITS

Parkins Lee & Rubio may offer for admission into evidence any of the following exhibits at the Hearing:

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Contractor Agreement between CD Homes, LLC and 2203 Looscan Lane, LLC dated August 29, 2014 | | | | |
| 2. | Contractor Agreement between CD Homes, LLC and 415 Shadywood LLC dated October 24, 2014 | | | | |

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|-----|-------------|---------|-----------|------------------------|-------------|
| 3. | Investor Agreement between CD Homes, LLC and HouTex Builders, LLC dated July 2, 2014 (3 Thornblade) | | | | |
| 4. | Contractor Agreement between CD Homes, LLC and HouTex Builders, LLC dated May 16, 2013 (5325 Lynbrook) | | | | |
| 5. | Proof of Claim No. 6 filed by Great Southwestern Financial Corp. in Case No. 18-34658 against HouTex Builders, LLC | | | | |
| 6. | Proof of Claim No. 15 filed by Spirit of Texas Bank in Case No. 18-34658 against HouTex Builders, LLC | | | | |
| 7. | Sources and Uses of Funds | | | | |
| 8. | Transcript of March 20, 2019 Deposition of Bob Parker | | | | |
| 9. | Transcript of May 14, 2019 Deposition of Bob Parker | | | | |
| 10. | Transcript of June 14, 2019 Deposition of Bob Parker | | | | |
| 11. | Transcript of February 1, 2019 Deposition of Jim Nored | | | | |
| 12. | Transcript of September 26, 2018 Hearing in Case No. 18-34658, *In re HouTex Builders, LLC, et al.* | | | | |
| 13. | Transcript of November 19, 2018 Hearing in Case No. 18-34658, *In re HouTex Builders, LLC, et al.* | | | | |

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|-----|-------------|---------|-----------|------------------------|-------------|
| 14. | Transcript of December 5, 2018 Hearing in Case No. 18-34658, *In re HouTex Builders, LLC, et al.* | | | | |
| 15. | Transcript of December 10, 2018 Hearing in Case No. 18-34658, *In re HouTex Builders, LLC, et al.* | | | | |
| 16. | Transcript of December 17, 2018 Hearing in Case No. 18-34658, *In re HouTex Builders, LLC, et al.* | | | | |
| 17. | Transcript of March 25, 2019 Hearing in Case No. 18-34658, *In re HouTex Builders, LLC, et al.* | | | | |
| 18. | Transcript of March 27, 2019 Hearing in Case No. 18-34658, In re HouTex Builders, LLC, et al. | | | | |
| 19. | Looscan Closing Statement | | | | |
| 20. | Shadywood Closing Statement | | | | |
| 21. | Thronblade Closing Statement | | | | |
| 22. | West Alabama Sale | | | | |
| 23. | Trustmark Bank Register September 25, 2012 through June 30, 2013 | | | | |
| 24. | Trustmark Bank Register July 1, 2013 through August 23, 2018 | | | | |
| 25. | CommunityBank of Texas Register September 25, 2012 through June 30, 2014 | | | | |

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 26. | CommunityBank of Texas Register July 1, 2014 through December 31, 2014 | | | | |
| 27. | CommunityBank of Texas Register January 1, 2015 through June 30, 2015 | | | | |
| 28. | CommunityBank of Texas Register July 1, 2015 through December 31, 2015 | | | | |
| 29. | CommunityBank of Texas Register January 1, 2016 through June 30, 2016 | | | | |
| 30. | CommunityBank of Texas Register July 1, 2016 through December 31, 2016 | | | | |
| 31. | CommunityBank of Texas Register January 1, 2017 through June 30, 2017 | | | | |
| 32. | CommunityBank of Texas Register July 1, 2017 through December 31, 2017 | | | | |
| 33. | CommunityBank of Texas Register January 1, 2018 through August 23, 2018 | | | | |
| 34. | Order Granting Motion to Compel [ECF No. 246] | | | | |
| 35. | Order Granting Sanction Against Robert Parker [ECF No. 314] | | | | |
| 36. | Great Southwest - Deed of Trust 3 Thornblade $126k | | | | |
| 37. | 3 Thornblade - Deed of Trust $223k | | | | |
| 38. | Nored Lien - Deed of Trust 3 Thornblade $244k | | | | |

5

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 39. | Nored Lien - Deed of Trust 3 Thornblade $118k | | | | |
| 40. | Hmaidan & Hmaidan Second Deed of Trust Dated 6/1/2017. Recorded 6/8/2018. | | | | |
| 41. | Pensco Trust - 415 Shadwood May 10, 2018 | | | | |
| 42. | Cedar Creek Deed of Trust | | | | |
| 43. | Nored - Deed of Trust Lynbrook $339k | | | | |
| 44. | Nored - Deed of Trust Lynbrook $90k | | | | |
| 45. | Summary of Members Draw for Trustmark Bank and Community Bank of Texas | | | | |
| 46. | Service on Anna Williams | | | | |
| 47. | Service on Jim Nored | | | | |
| 48. | Service on Robert Parker | | | | |
| 49. | Request for Production to Robert Parker | | | | |
| 50. | Premarital Agreement of Robert Parker and Anna Williams | | | | |
| 51. | Anna Williams Declaration | | | | |
| 52. | Robert Parker Declaration | | | | |

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 53. | Anna Williams's and CD Homes, LLC's Response to NMRO Holdings LLC's Motion to Reconsider or for New Trial | | | | |
| 54. | Exhibit A - Affidavit of John H. McFarland to Motion to Reconsider | | | | |
| 55. | Exhibit B - Declaration of Anna Williams to Motion to Reconsider | | | | |
| 56. | Transcript of December 10, 2015 Deposition of Anna Williams | | | | |
| 57. | Errata Sheet to Deposition of Anna Williams December 10, 2015 | | | | |
| 58. | Proof of Claim No. 9 filed by Anna Williams in Case No. 18-34658 against HouTex Builders, LLC | | | | |
| 59. | Proof of Claim No. 10 filed by 1040 Hyde Park LLC in Case No. 18-34658 against HouTex Builders, LLC | | | | |
| 60. | Proof of Claim No. 11 filed by 1040 Hyde Park LLC in Case No. 18-34658 against HouTex Builders, LLC | | | | |
| 61. | Proof of Claim No. 12 filed by CD Homes, LLC in Case No. 18-34658 against HouTex Builders, LLC | | | | |
| 62. | Proof of Claim No. 13 filed by CD Homes, LLC in Case No. 18-34658 against HouTex Builders, LLC | | | | |
| 63. | Proof of Claim No. 16 filed by CD Homes, LLC in Case No. 18-34658 against HouTex Builders, LLC | | | | |

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 64. | Proof of Claim No. 3 filed by Anna Williams in Case No. 18-34659 against 415 Shadywood, LLC | | | | |
| 65. | Proof of Claim No. 4 filed by CD Homes, LLC in Case No. 18-34659 against 415 Shadywood, LLC | | | | |
| 66. | Proof of Claim No. 5 filed by CD Homes, LLC in Case No. 18-34659 against 415 Shadywood, LLC | | | | |
| 67. | Proof of Claim No. 6 filed by CD Homes, LLC in Case No. 18-34659 against 415 Shadywood, LLC | | | | |
| 68. | Proof of Claim No. 7 filed by CD Homes, LLC in Case No. 18-34659 against 415 Shadywood, LLC | | | | |
| 69. | Proof of Claim No. 8 filed by 1040 Hyde Park, LLC in Case No. 18-34659 against 415 Shadyood, LLC | | | | |
| 70. | Proof of Claim No. 9 filed by 1040 Hyde Park, LLC in Case No. 18-34659 against 415 Shadyood, LLC | | | | |
| 71. | Proof of Claim No. 3 filed by CD Homes, LLC in Case No. 18-34660 against 2203 Looscan Lane, LLC | | | | |
| 72. | Proof of Claim No. 4 filed by CD Homes, LLC in Case No. 18-34660 against 2203 Looscan Lane, LLC | | | | |
| 73. | Proof of Claim No. 5 filed by Anna Williams in Case No. 18-34660 against 2203 Looscan Lane, LLC | | | | |

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 74. | Hmaidan Second Deed of Trust dated and recorded 3/16/17 | | | | |
| 75. | Transcript of March 28, 2020 Hearing in Case No. 18-34658, *In re HouTex Builders, LLC, et al.* | | | | |
| 76. | Transcript July 16, 2019 Hearing in Case No. 19-32825, *In re HL Builders, LLC.* | | | | |
| 77. | Transcript of August 15, 2019 Hearing in Case No. 19-32825, *In re HL Builders, LLC.* | | | | |
| 78. | Transcript of August 20, 2020 Hearing in Case No. 19-32825, *In re HL Builders, LLC.* | | | | |
| 79. | Real Estate Secured Balloon Promissory Note | | | | |
| 80. | Project Recap - 3054 Locke Lane | | | | |
| 81. | Robert Parker's Responses and Objections to Debtor's Request for Production | | | | |
| 82. | Robert Parker's Form 2017 Income Tax Return | | | | |
| 83. | Trustmark National Bank Statements 5/17/2018 - 7/18/2018 | | | | |
| 84. | Alternative Outcomes 6111 Crab Orchard | | | | |
| 85. | Project Recap 3019 Ella Lee Lane | | | | |

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 86. | Hmaidan & Hmaidan Third Deed of Trust - dated 5/9/17, recorded 5/10/17. | | | | |
| 87. | Hampton Lane Builders Deed of Trust - $216k. | | | | |
| 88. | CD Homes Account Register | | | | |
| 89. | Lynbrook Closing Statement | | | | |
| 90. | Emails introduced by CD Homes at 5/29/20 Trial | | | | |
| 91. | Final Profit Calculation - 4519 Alabama | | | | |
| 92. | Emails between Foster and Parker | | | | |
| 93. | Amended Claim #10 [ECF No. 10-2] filed by 1040 Hyde Park LLC, Amount claimed: $606346.00 | | | | |
| 94. | Amended Claim #11 [ECF No. 11-2] filed by 1040 Hyde Park LLC, Amount claimed: $140480.00 | | | | |
| 95. | Amended Claim #16 [ECF No. 16-3] filed by CD Homes, LLC, Amount claimed: $1723653.00 | | | | |
| 96. | Amended Claim #8 [ECF No. 8-3] filed by 1040 Hyde Park LLC, Amount claimed: $79095.00 | | | | |
| 97. | Amended Claim #9 [ECF No. 9-3] filed by 1040 Hyde Park LLC, Amount claimed: $227914.00 | | | | |

Parkins Lee & Rubio reserves the right to supplement, amend or delete any witness and exhibit prior to the hearing.   Parkins Lee & Rubio also reserves the right to use any exhibit presented by any other party and to ask the Court to take judicial notice of any document.   Finally, Parkins Lee & Rubio reserves the right to introduce exhibits previously admitted.

Dated:  October 9, 2020

Respectfully submitted,

*/s/ Charles M. Rubio*
PARKINS LEE & RUBIO LLP
Charles M. Rubio P.C.
TX Bar No. 24083768
50 Main Street, Suite 1000
White Plains, NY 10606
Email: crubio@parkinslee.com
Phone: 212-763-3331

*Counsel to the Debtors*