7/3/2017

CommunityBank of Texas

**41,932.61

Forty-One Thousand Nine Hundred Thirty-Two and 61/100***************************************************

CommunityBank of Texas
5999 Delaware Street
Beaumont, Texas 77706

CommunityBank of Texas                                          7/3/2017

| | |
|---|---|
| 5341 Cedar Creek | 15,215.69 |
| 5325 Lynbrook #200036 | 8,617.82 |
| 2203 Looscan #2000366 | 9,252.16 |
| 6111 Crab Orchard | 7,088.61 |
| Supsense #16335 | 1,758.33 |

CommunityBank of Te                                             41,932.61

CommunityBank of Texas                                          7/3/2017

| | |
|---|---|
| 5341 Cedar Creek | 15,215.69 |
| 5325 Lynbrook #200036 | 8,617.82 |
| 2203 Looscan #2000366 | 9,252.16 |
| 6111 Crab Orchard | 7,088.61 |
| Supsense #16335 | 1,758.33 |

CommunityBank of Te                                             41,932.61



CDH-001251

CD HOMES Ex. 7

8/3/2017

CommunityBank of Texas                                   **44,344.36

Forty-Four Thousand Three Hundred Forty-Four and 36/100************************************************

CommunityBank of Texas
5999 Delaware Street
Beaumont, Texas 77706

#200336,200366,200015,200036,16335

CommunityBank of Texas                              8/3/2017

| | |
|---|---|
| 6111 Crab Orchard #200336 | 7,518.53 |
| 2203 Looscan #200366 | 10,814.77 |
| 5341 Cedar Creek #200015 | 15,215.69 |
| 5325 Lynbrook #200036 | 8,560.30 |
| #16335 Suspense Interest | 2,235.07 |

CommunityBank of Te   #200336,200366,200015,200036,16335                44,344.36

CommunityBank of Texas                              8/3/2017

| | |
|---|---|
| 6111 Crab Orchard #200336 | 7,518.53 |
| 2203 Looscan #200366 | 10,814.77 |
| 5341 Cedar Creek #200015 | 15,215.69 |
| 5325 Lynbrook #200036 | 8,560.30 |
| #16335 Suspense Interest | 2,235.07 |

CommunityBank of Te   #200336,200366,200015,200036,16335                44,344.36



CD HOMES Ex. 7

9/6/2017

CommunityBank of Texas                                    **33,437.65

Thirty-Three Thousand Four Hundred Thirty-Seven and 65/100****************************************************************

CommunityBank of Texas
5999 Delaware Street
Beaumont, Texas 77706

CommunityBank of Texas                          9/6/2017

| | | |
|---|---|---|
| 5341 Cedar Creek #200015 | | 15,215.69 |
| 5325 Lynbrook #200036 | | 8,560.30 |
| 6111 Crab Orchard #200336 | | 7,476.59 |
| Suspense Interest #16335 | | 2,185.07 |

CommunityBank of Te                                      33,437.65

CommunityBank of Texas                          9/6/2017

| | | |
|---|---|---|
| 5341 Cedar Creek #200015 | | 15,215.69 |
| 5325 Lynbrook #200036 | | 8,560.30 |
| 6111 Crab Orchard #200336 | | 7,476.59 |
| Suspense Interest #16335 | | 2,185.07 |

CommunityBank of Te                                      33,437.65

CDH-001254                          CD HOMES Ex. 7



CDH-001255

CD HOMES Ex. 7

8037

:D HOMES, L.L.C.

CommunityBank of Texas

5325 Lynbrook #16335
5341 Cedar Creek #200015
Susp. Int. #16335

9/28/2017

8,253.94
15,215.69
2,114.58

25,584.21

CommunityBank of Te   #200036, 16335 & 200015



# 8119 $9,180.71  11/6/2017

CDH-001257

CD HOMES Ex. 7

11/3/2017

CommunityBank of Texas                                                    **9,180.71

Nine Thousand One Hundred Eighty and 71/100***********************************************************

CommunityBank of Texas
5999 Delaware Street
Beaumont, Texas 77706

#2000015 & 16335

CommunityBank of Texas                                    11/3/2017

            5341 Cedar Creek #200015                           7,010.12
            #16335                                             2,170.59

CommunityBank of Te   #2000015 & 16335                                    9,180.71

CommunityBank of Texas                                    11/3/2017

            5341 Cedar Creek #200015                           7,010.12
            #16335                                             2,170.59

CommunityBank of Te   #2000015 & 16335                                    9,180.71

CDH-001258                                    CD HOMES Ex. 7



CDH-001259                                           CD HOMES Ex. 7

ひ / ʋ フ

12/1/2017

CommunityBank of Texas                                                                    **21,760.73

Twenty-One Thousand Seven Hundred Sixty and 73/100****************************************************

CommunityBank of Texas
5999 Delaware Street
Beaumont, Texas 77706

#200015, 200366 & 16335

CommunityBank of Texas                          12/1/2017
                        5341 Cedar Creek #200015                              7,792.79
                        2203 Looscan #200366                                 11,838.88
                        Suspense Int. #16335                                  2,129.06

CommunityBank of Te   #200015, 200366 & 16335                                21,760.73

CommunityBank of Texas                          12/1/2017
                        5341 Cedar Creek #200015                              7,792.79
                        2203 Looscan #200366                                 11,838.88
                        Suspense Int. #16335                                  2,129.06

CommunityBank of Te   #200015, 200366 & 16335                                21,760.73



CD HOMES Ex. 7

1/4/2018

CommunityBank of Texas                                    **15,043.30

Fifteen Thousand Forty-Three and 30/100*************************************************************************************

CommunityBank of Texas
5999 Delaware Street
Beaumont, Texas 77706

#16335 & 200366

CommunityBank of Texas                          1/4/2018

#16335 Suspense Interst          2,238.54
2203 Looscan #200366             12,804.76

CommunityBank of Te   #16335 & 200366                    ,15,043.30

CommunityBank of Texas                          1/4/2018

#16335 Suspense Interst          2,238.54
2203 Looscan #200366             12,804.76

CommunityBank of Te   #16335 & 200366                    15,043.30

CDH-001262                            CD HOMES Ex. 7

**All Transactions**

| Type | Num | Date | Amount |
|------|-----|------|--------|
| Check | 6535 | 11/02/2015 | -1,746.57 |
| Check | 6621 | 12/02/2015 | -1,746.58 |
| Check | 6679 | 01/02/2016 | -1,869.19 |
| Check | 6735 | 02/01/2016 | -1,905.73 |
| Check | 6835 | 03/02/2016 | -1,782.79 |
| Check | 6901 | 04/08/2016 | -1,905.74 |
| Check | 6950 | 05/03/2016 | -1,844.26 |
| Check | 7024 | 06/02/2016 | -1,905.74 |
| Check | 7093 | 07/01/2016 | -1,844.26 |
| Check | 7154 | 08/04/2016 | -1,905.74 |
| Check | 7215 | 08/31/2016 | -1,905.74 |
| Check | 7269 | 09/28/2016 | -1,844.26 |
| Check | 7357 | 11/04/2016 | -1,905.74 |
| Check | 7404 | 11/29/2016 | -1,844.26 |
| Check | 7489 | 01/04/2017 | -1,978.17 |
| Check | 7566 | 02/03/2017 | -2,017.12 |
| Check | 7613 | 02/28/2017 | -1,821.92 |
| Check | 7696 | 04/04/2017 | -2,085.61 |
| Check | 7741 | 05/02/2017 | -2,058.80 |
| Check | 7804 | 06/02/2017 | -2,123.27 |
| Check | 7870 | 07/03/2017 | -2,123.27 |
| Check | 7920 | 08/03/2017 | -2,229.43 |
| Check | 7982 | 09/05/2017 | -2,229.43 |
| Check | 8038 | 09/28/2017 | -2,157.52 |
| Check | 8077 | 10/19/2017 | -1,250.00 |
| Check | 8115 | 11/03/2017 | -2,157.52 |
| Check | 8182 | 12/01/2017 | -1,596.56 |
| Check | 8239 | 01/04/2018 | -2,373.27 |
| Check | 8290 | 03/02/2018 | -2,732.87 |

-56,891.36

Page 1 of 1

CD HOMES Ex. 7

# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Cell / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $600,000.00 | 02-27-2018 | 10-04-2018 | 6056195 | DB2 / 000 | FAA2804 | PFM | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.

Borrower:   CHARLES C. FOSTER
2402 ELMEN ST
HOUSTON, TX 77019-0000

Lender:   INDEPENDENT BANK
THE WOODLANDS BRANCH
2820 TECHNOLOGY FOREST BLVD, SUITE 220
THE WOODLANDS, TX 77381

LOAN TYPE. This is a fixed rate Nondisclosable Revolving Line of Credit Loan to an Individual for $600,000.00 due on October 4, 2018. This is a secured renewal loan.

PRIMARY PURPOSE OF LOAN. The primary purpose of this loan is for:

☐ Personal, Family or Household Purposes.

☒ Personal Investment.

☐ Business, Agricultural and All Other.

SPECIFIC PURPOSE. The specific purpose of this loan is:   RENEWAL AND INCREASE OF RLOC #6056195 USED FOR PERSONAL INVESTMENT.

DISBURSEMENT INSTRUCTIONS. Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $600,000.00 as follows:

| | |
|---|---|
| Undisbursed Funds | $100,004.00 |
| Other Disbursements: | $499,996.00 |
| $499,996.00 RENEWAL OF RLOC #6056195 | |
| Note Principal: | $600,000.00 |

CHARGES PAID IN CASH. Borrower has paid or will pay in cash as agreed the following charges:

| | |
|---|---|
| Prepaid Finance Charges Paid in Cash: | $0.00 |
| Other Charges Paid in Cash: | $2,732.87 |
| $1,732.87 INTEREST DUE THRU 2/27/18 | |
| $1,000.00 RENEWAL FEE | |
| Total Charges Paid in Cash: | $2,732.87 |

FINANCIAL CONDITION.  BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER.  THIS AUTHORIZATION IS DATED FEBRUARY 27, 2018.

BORROWER:

X _____
CHARLES C. FOSTER

CD HOMES Ex. 7



**Independent Bank**

P.O. Box 3000
McKinney, Texas 75070
Toll Free 1-844-767-3774
www.ibtx.com

| Notice Date | December 20, 2017 |
|---|---|
| Loan Number | 6056195 |
| Branch Number | 466 |
| Amount Due | 2,373.27 |
| Due Date | 1/4/2018 |
| Current Balance | 499,996.00 |

*If your payment is on auto debit, this notice
is for informational purposes only.*

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019



## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 1/4/2018 | AMOUNT DUE | 2,373.27 | CURRENT BALANCE | 499,996.00 |
|---|---|---|---|---|---|---|---|

|  | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | 0.00 | 2,373.27 | 0.00 | 2,373.27 |
| PAST DUE | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 2,373.27 | 0.00 | 2,373.27 |

Please bring this notice with you when making payment. Please contact us at 1-800-460-6634 if you have any questions regarding this notice.

Member FDIC  Equal Housing Lender

PLEASE DISREGARD IF PAYMENT HAS BEEN MADE



**ndependent Bank**

McKinney, Texas 75070
Toll Free 1-844-767-3774
www.ibtx.com

| Notice Date | November 20, 2017 |
|---|---|
| Loan Number | 6056195 |
| Branch Number | 466 |
| Amount Due | 1,596.56 |
| Due Date | 12/4/2017 |
| Current Balance | 399,996.00 |

*If your payment is on auto debit, this notice
is for informational purposes only.*

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

653

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 12/4/2017 | AMOUNT DUE | 1,596.56 | CURRENT BALANCE | 399,996.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | 0.00 | 1,596.56 | 0.00 | 1,596.56 |
| PAST DUE | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 1,596.56 | 0.00 | 1,596.56 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regardin is notice.

Member FDIC ⌂ Equal Housing Lender

PLEASE DISREGARD IF PAYMENT HAS BEEN MADE



CD HOMES Ex. 7



**Independent Bank**

P.O. Box 3035
McKinney, Texas 75069-3258

| Notice Date | October 20, 2017 |
|---|---|
| Loan Number | 6056195 |
| Branch Number | 466 |
| Amount Due | 2,157.52 |
| Due Date | 11/4/2017 |
| Current Balance | 499,996.00 |

*If your payment is on auto debit, this notice
is for informational purposes only.*

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

660

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 11/4/2017 | AMOUNT DUE | 2,157.52 | CURRENT BALANCE | 499,996.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | 0.00 | 2,157.52 | 0.00 | 2,157.52 |
| PAST DUE | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 2,157.52 | 0.00 | 2,157.52 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regard
this notice.

Member FDIC  Equal Housing Lender

PLEASE DISREGARD IF PAYMENT HAS BEEN MADE



**Subject:** One More:....sorry!

**From:** Susan Childers (schilders@ibtx.com)

**To:** jpparker2004@yahoo.com;

**Date:** Thursday, October 19, 2017 9:52 AM

Bob

One more thing.  The fees that need to be collected when you take docs in are as follows:

| | |
|---|---|
| Renewal Fee for Bordley | $2,880.65 |
| Renewal Fee for Mr. Foster | $1,250.00 |

The Bank will pay for the Attorney fee of $880.00, Appraisal of $850.00 and the Flood Cert. fee of $15.00 (Bordley loan).

Thank you,

Susan

Susan Childers
Executive Lending Assistant
2829 Technology Forest Blvd, Suite 220
The Woodlands, TX 77381
schilders@ibtx.com
713.600.8962 Phone
281-465-8365 Fax

ibtx.com

**Independent Bank**

about:blank

CDH-001268

CD HOMES Ex. 7



**Bank**

P.O. Box 3035
McKinney, Texas 75069-3258

| Notice Date | September 20, 2017 |
|---|---|
| Loan Number | 6056195 |
| Branch Number | 466 |
| Amount Due | 502,153.52 |
| Due Date | 10/5/2017 |
| Current Balance | 499,996.00 |

*If your payment is on auto debit, this notice
is for informational purposes only.*

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

500

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 10/5/2017 | AMOUNT DUE | 502,153.52 | CURRENT BALANCE | 499,996.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | 499,996.00 | 2,157.52 | 0.00 | 502,153.52 |
| PAST DUE | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 499,996.00 | 2,157.52 | 0.00 | 502,153.52 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regard
this notice.

Member FDIC 🏠 Equal Housing Lender

PLEASE DISREGARD IF PAYMENT HAS BEEN MADE



CDH-001269

CD HOMES Ex. 7

**Bank**

P.O. Box 3035
McKinney, Texas 75069-3258

| Notice Date | August 21, 2017 |
| Loan Number | 6056195 |
| Branch Number | 466 |
| Amount Due | 2,229.43 |
| Due Date | 9/5/2017 |
| Current Balance | 499,996.00 |

*If your payment is on auto debit, this notice*
*is for informational purposes only.*

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

378

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 9/5/2017 | AMOUNT DUE | 2,229.43 | CURRENT BALANCE | 499,996.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
| --- | --- | --- | --- | --- |
| CURRENT | 0.00 | 2,229.43 | 0.00 | 2,229.43 |
| PAST DUE | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 2,229.43 | 0.00 | 2,229.43 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regarding this notice.

Member FDIC ⌂ Equal Housing Lender

PLEASE DISREGARD IF PAYMENT HAS BEEN MADE



CDH-001270

CD HOMES Ex. 7



**Independent Bank**

P.O. Box 3035
McKinney, Texas 75069-3258

| Notice Date | July 21, 2017 |
|---|---|
| Loan Number | 6056195 |
| Branch Number | 466 |
| Amount Due | 2,229.43 |
| Due Date | 8/5/2017 |
| Current Balance | 499,996.00 |

*If your payment is on auto debit, this notice is for informational purposes only.*

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

325

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 8/5/2017 | AMOUNT DUE | 2,229.43 | CURRENT BALANCE | 499,996.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | 0.00 | 2,229.43 | 0.00 | 2,229.43 |
| PAST DUE | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 2,229.43 | 0.00 | 2,229.43 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regard this notice.

Member FDIC ⌂ Equal Housing Lender

PLEASE DISREGARD IF PAYMENT HAS BEEN MADE



CD HOMES Ex. 7



**Independent Bank**

P.O. Box 3035
McKinney, Texas 75069-3258

| Notice Date | June 20, 2017 |
|---|---|
| Loan Number | 6056195 |
| Branch Number | 466 |
| Amount Due | 2,123.27 |
| Due Date | 7/5/2017 |
| Current Balance | 499,996.00 |

*If your payment is on auto debit, this notice
is for informational purposes only.*

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

417

*suspense*

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 7/5/2017 | AMOUNT DUE | 2,123.27 | CURRENT BALANCE | 499,996.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | 0.00 | 2,123.27 | 0.00 | 2,123.27 |
| PAST DUE | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 2,123.27 | 0.00 | 2,123.27 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regard(ing)
this notice.

Member FDIC ⌂ Equal Housing Lender

PLEASE DISREGARD IF PAYMENT HAS BEEN MADE





**Bank**
P O Box 3035
McKinney, Texas 75069-3258

| Notice Date | May 22, 2017 |
|---|---|
| Loan Number | 6056195 |
| Branch Number | 466 |
| Amount Due | 2,123.27 |
| Due Date | 6/5/2017 |
| Current Balance | 499,996.00 |

*If your payment is on auto debit, this notice is for informational purposes only.*

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

471

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 6/5/2017 | AMOUNT DUE | 2,123.27 | CURRENT BALANCE | 499,996.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | 0.00 | 2,123.27 | 0.00 | 2,123.27 |
| PAST DUE | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 2,123.27 | 0.00 | 2,123.27 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regarding this notice.

Member FDIC ⌂ Equal Housing Lender

PLEASE DISREGARD IF PAYMENT HAS BEEN MADE



**Bank**

P.O. Box 3035
McKinney, Texas 75069-3258

| Notice Date | April 20, 2017 |
|---|---|
| Loan Number | 6056195 |
| Branch Number | 466 |
| Amount Due | 2,054.80 |
| Due Date | 5/5/2017 |
| Current Balance | 500,000.00 |

*If your payment is on auto debit, this notice
is for informational purposes only.*

CHARLES C FOSTER          394
2402 ELMEN ST
HOUSTON TX 77019

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 5/5/2017 | AMOUNT DUE | 2,054.80 | CURRENT BALANCE | 500,000.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | 0.00 | 2,054.80 | 0.00 | 2,054.80 |
| PAST DUE | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 2,054.80 | 0.00 | 2,054.80 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regard
this notice.

Member FDIC  Equal Housing Lender

PLEASE DISREGARD IF PAYMENT HAS BEEN MADE



**Bank**

P.O. Box 3035
McKinney. Texas 75069-3258

| Notice Date | March 21, 2017 |
|---|---|
| Loan Number | 6056195 |
| Branch Number | 466 |
| Amount Due | 2,085.61 |
| Due Date | 4/5/2017 |
| Current Balance | 500,000.00 |

*If your payment is on auto debit, this notice
is for informational purposes only.*

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 4/5/2017 | AMOUNT DUE | 2,085.61 | CURRENT BALANCE | 500,000.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | 0.00 | 2,085.61 | 0.00 | 2,085.6 |
| PAST DUE | 0.00 | 0.00 | 0.00 | 0.0 |
| TOTAL | 0.00 | 2,085.61 | 0.00 | 2,085.6 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regar
this notice.

Member FDIC 🏠 Equal Housing Lender

PLEASE DISREGARD IF PAYMENT HAS BEEN MADE



CD HOMES Ex. 7



**Bank**

P.O. Box 3035
McKinney, Texas 75069-3258

| Notice Date | February 21, 2017 |
| Loan Number | 6056195 |
| Branch Number | 466 |
| Amount Due | 1,821.92 |
| Due Date | 3/5/2017 |
| Current Balance | 500,000.00 |

*If your payment is on auto debit, this notice
is for informational purposes only.*

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 3/5/2017 | AMOUNT DUE | 1,821.92 | CURRENT BALANCE | 500,000.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| **CURRENT** | 0.00 | 1,821.92 | 0.00 | 1,821.92 |
| **PAST DUE** | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | 0.00 | 1,821.92 | 0.00 | 1,821.92 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regardi this notice.

Member FDIC  Equal Housing Lender

PLEASE DISREGARD IF PAYMENT HAS BEEN MADE



CD HOMES Ex. 7


**Bank**

P.O. Box 3035
McKinney, Texas 75069-3258

| Notice Date | January 20, 20 |
|---|---|
| Loan Number | 6056195 |
| Branch Number | 466 |
| Amount Due | 2,017.12 |
| Due Date | 2/5/2017 |
| Current Balance | 500,000.00 |

*If your payment is on auto debit, this notice*
*is for informational purposes only.*

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 2/5/2017 | AMOUNT DUE | 2,017.12 | CURRENT BALANCE | 500,000.00 |
|---|---|---|---|---|---|---|---|

|  | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
|  |  |  | 0.00 | 2,017.12 |
| CURRENT | 0.00 | 2,017.12 | 0.00 | 0. |
| PAST DUE | 0.00 | 0.00 | 0.00 | 2,017. |
| TOTAL | 0.00 | 2,017.12 | 0.00 |  |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions rega
this notice.

Member FDIC ⌂ Equal Housing Lender

PLEASE DISREGARD IF PAYMENT HAS BEEN MADE



CD HOMES Ex. 7


**Bank**

P.O. Box 3035
McKinney, Texas 75069-3258

| Notice Date | December 21, 2016 |
|---|---|
| Loan Number | 6056195 |
| Branch Number | 466 |
| Amount Due | 1,978.17 |
| Due Date | 1/5/2017 |
| Current Balance | 500,000.00 |

*If your payment is on auto debit, this notice
is for informational purposes only.*

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 1/5/2017 | AMOUNT DUE | 1,978.17 | CURRENT BALANCE | 500,000.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| | | | | 1,978.1 |
| CURRENT | 0.00 | 1,978.17 | 0.00 | 0.0 |
| PAST DUE | 0.00 | 0.00 | 0.00 | 1,978.1 |
| TOTAL | 0.00 | 1,978.17 | 0.00 | |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regar
this notice.

Member FDIC  Equal Housing Lender

PLEASE DISREGARD IF PAYMENT HAS BEEN MADE



CD HOMES Ex. 7

**Bank**

P.O. Box 3035
McKinney, Texas 75069-3258

| Notice Date | November 21, 2016 |
|---|---|
| Loan Number | 6056195 |
| Branch Number | 466 |
| Amount Due | 1,844.26 |
| Due Date | 12/5/2016 |
| Current Balance | 500,000.00 |

*If your payment is on auto debit, this notice
is for informational purposes only.*

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 12/5/2016 | AMOUNT DUE | 1,844.26 | CURRENT BALANCE | 500,000.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | 0.00 | 1,844.26 | 0.00 | 1,844.26 |
| PAST DUE | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 1,844.26 | 0.00 | 1,844.26 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regarding this notice.

Member FDIC ⌂ Equal Housing Lender

PLEASE DISREGARD IF PAYMENT HAS BEEN MADE





**Bank**

P.O. Box 3035
McKinney, Texas 75069-3258

| Notice Date | October 21, 2016 |
|---|---|
| Loan Number | 6056195 |
| Branch Number | 466 |
| Amount Due | 1,905.74 |
| Due Date | 11/5/2016 |
| Current Balance | 500,000.00 |

*If your payment is on auto debit, this notice
is for informational purposes only.*

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 11/5/2016 | AMOUNT DUE | 1,905.74 | CURRENT BALANCE | 500,000.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | 0.00 | 1,905.74 | 0.00 | 1,905.74 |
| PAST DUE | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 1,905.74 | 0.00 | 1,905.74 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regarding this notice.

Member FDIC 🏠 Equal Housing Lender

PLEASE DISREGARD IF PAYMENT HAS BEEN MADE



CD HOMES Ex. 7

# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call/Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $500,000.00 | 10-05-2016 | 10-05-2017 | 560561952 | 6a / 1008 | FAX2504 | PFM | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:** CHARLES C. FOSTER
2402 ELMEN ST
HOUSTON, TX 77019-0000

**Lender:** INDEPENDENT BANK
THE WOODLANDS BRANCH
2829 TECHNOLOGY FOREST BLVD, SUITE 220
THE WOODLANDS, TX 77381

**LOAN TYPE.** This is a non-precomputed Variable Rate Nondisclosable Revolving Line of Credit Loan to an individual for $500,000.00 due on October 5, 2017. This is a secured renewal loan.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Personal, Family or Household Purposes.

☐ Personal Investment.

☒ Business, Agricultural and All Other.

**SPECIFIC PURPOSE.** The specific purpose of this loan is: RENEW EXISTING $500M RLOC.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $500,000.00 as follows:

| | |
|---|---|
| Other Disbursements: | $500,000.00 |
| $500,000.00 ADVANCES TO BE MADE AS REQUESTED BY BORROWER AND APPROVED BY LOAN OFFICER | |
| Note Principal: | $500,000.00 |

**CHARGES PAID IN CASH.** Borrower has paid or will pay in cash as agreed the following charges:

| | |
|---|---|
| Prepaid Finance Charges Paid in Cash: | $1,844.26 |
| $1,844.26    COLLECT INTEREST THRU 10-5-16 | |
| Total Charges Paid in Cash: | $1,844.26 |

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED OCTOBER 5, 2016.

**BORROWER:**

X _____
CHARLES C. FOSTER

CDH-001281

CD HOMES Ex. 7



**Independent Bank**

P.O. Box 3035
McKinney, Texas 75069-3258

| LOAN NUMBER | 6056195 |
|---|---|
| BRANCH # | 466 |
| AMOUNT DUE | $1,905.74 |
| DUE DATE | 09/05/2016 |
| CURRENT BALANCE | $500,000.00 |

60163-1.1 0 155-1.1  1oz

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 09/05/2016 | AMOUNT DUE | $1,905.74 | CURRENT BALANCE | $500,000.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | $0.00 | $1,905.74 | $0.00 | $1,905.74 |
| PAST DUE | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $0.00 | $1,905.74 | $0.00 | $1,905.74 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regarding this notice.

Member FDIC  Equal Housing Lender





**Bank**

P.O. Box 3035
McKinney, Texas 75069-3258

| LOAN NUMBER | |
|---|---|
| BRANCH # | 466 |
| AMOUNT DUE | $1,905.74 |
| DUE DATE | 08/05/2016 |
| CURRENT BALANCE | $500,000.00 |

57957-1.1 0 58-1.1  1oz

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 08/05/2016 | AMOUNT DUE | $1,905.74 | CURRENT BALANCE | $500,000.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | $0.00 | $1,905.74 | $0.00 | $1,905.74 |
| PAST DUE | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $0.00 | $1,905.74 | $0.00 | $1,905.74 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regarding this notice.

Member FDIC  Equal Housing Lender



CDH-001283                                        CD HOMES Ex. 7



**Bank**

P.O. Box 3035
McKinney, Texas 75069-3258

| | |
|---|---|
| LOAN NUMBER | 6056195 |
| BRANCH # | 466 |
| AMOUNT DUE | $1,844.26 |
| DUE DATE | 07/05/2016 |
| CURRENT BALANCE | $500,000.00 |

55453-1.1 0 198-1.1   1oz

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 07/05/2016 | AMOUNT DUE | $1,844.26 | CURRENT BALANCE | $500,000.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | $0.00 | $1,844.26 | $0.00 | $1,844.26 |
| PAST DUE | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $0.00 | $1,844.26 | $0.00 | $1,844.26 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regarding this notice.

Member FDIC ⌂ Equal Housing Lender



CDH-001284

CD HOMES Ex. 7



## Independent Bank

P.O. Box 3035
McKinney, Texas 75069-3258

| LOAN NUMBER | 6056195 |
| --- | --- |
| BRANCH # | 466 |
| AMOUNT DUE | $1,905.74 |
| DUE DATE | 06/05/2016 |
| CURRENT BALANCE | $500,000.00 |

53358-1.1 0 152-1.1  1oz

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 06/05/2016 | AMOUNT DUE | $1,905.74 | CURRENT BALANCE | $500,000.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
| --- | --- | --- | --- | --- |
| CURRENT | $0.00 | $1,905.74 | $0.00 | $1,905.74 |
| PAST DUE | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $0.00 | $1,905.74 | $0.00 | $1,905.74 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regarding this notice.

Member FDIC  Equal Housing Lender



CDH-001285

CD HOMES Ex. 7



**Bank**

P. O. Box 3035
McKinney, Texas 75069-3258

| LOAN NUMBER | 6056195 |
|---|---|
| BRANCH # | 466 |
| AMOUNT DUE | $1,844.26 |
| DUE DATE | 05/05/2016 |
| CURRENT BALANCE | $500,000.00 |

51196-1.1 0 55-1.1  1oz



CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 05/05/2016 | AMOUNT DUE | $1,844.26 | CURRENT BALANCE | $500,000.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | $0.00 | $1,844.26 | $0.00 | $1,844.26 |
| PAST DUE | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $0.00 | $1,844.26 | $0.00 | $1,844.26 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regarding this notice.



Member FDIC  Equal Housing Lender



CDH-001286                                                    CD HOMES Ex. 7



**Independent Bank**

P.O. Box 3035
McKinney, Texas 75069-3258

| LOAN NUMBER | |
|---|---|
| BRANCH # | 466 |
| AMOUNT DUE | $1,905.74 |
| DUE DATE | 04/05/2016 |
| CURRENT BALANCE | $500,000.00 |

49137-1.1 0 206-1.1  1oz

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 04/05/2016 | AMOUNT DUE | $1,905.74 | CURRENT BALANCE | $500,000.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| | | | | $1,905.74 |
| CURRENT | $0.00 | $1,905.74 | $0.00 | $0.00 |
| PAST DUE | $0.00 | $0.00 | $0.00 | $1,905.74 |
| TOTAL | $0.00 | $1,905.74 | $0.00 | $1,905.74 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any
questions regarding this notice.

Member FDIC ⌂ Equal Housing Lender



CD HOMES Ex. 7



**Independent Bank**

P.O. Box 3035
McKinney, Texas 75069-3258

| LOAN NUMBER | 6056195 |
|---|---|
| BRANCH # | 466 |
| AMOUNT DUE | $1,782.79 |
| DUE DATE | 03/05/2016 |
| CURRENT BALANCE | $500,000.00 |

47019-1.1 0 61-1.1  1oz



CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 03/05/2016 | AMOUNT DUE | $1,782.79 | CURRENT BALANCE | $500,000.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | $0.00 | $1,782.79 | $0.00 | $1,782.79 |
| PAST DUE | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $0.00 | $1,782.79 | $0.00 | $1,782.79 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regarding this notice.

Member FDIC  Equal Housing Lender





**Bank**

P.O. Box 3035
McKinney, Texas 75069-3258

| LOAN NUMBER | |
|---|---|
| BRANCH # | 466 |
| AMOUNT DUE | $1,905.73 |
| DUE DATE | 02/05/2016 |
| CURRENT BALANCE | $500,000.00 |

44971-1.1 0 92-1.1  1oz

CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 02/05/2016 | AMOUNT DUE | $1,905.73 | CURRENT BALANCE | $500,000.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | $0.00 | $1,905.73 | $0.00 | $1,905.73 |
| PAST DUE | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $0.00 | $1,905.73 | $0.00 | $1,905.73 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regarding this notice.



Member FDIC  Equal Housing Lender



CDH-001289

CD HOMES Ex. 7



**Independent Bank**

P.O. Box 3035
McKinney, Texas 75069-3258

| LOAN NUMBER | 6056195 |
|---|---|
| BRANCH # | 466 |
| AMOUNT DUE | $1,869.19 |
| DUE DATE | 01/05/2016 |
| CURRENT BALANCE | $500,000.00 |

42798-1.1 0 176-1.1   1oz



CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 01/05/2016 | AMOUNT DUE | $1,869.19 | CURRENT BALANCE | $500,000.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | $0.00 | $1,869.19 | $0.00 | $1,869.19 |
| PAST DUE | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $0.00 | $1,869.19 | $0.00 | $1,869.19 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any
questions regarding this notice.

Member FDIC  Equal Housing Lender



CDH-001290

CD HOMES Ex. 7

 **Bank**

P O. Box 3035
McKinney, Texas 75069-3258

| LOAN NUMBER | 6056195 |
|---|---|
| BRANCH # | 466 |
| AMOUNT DUE | $1,746.58 |
| DUE DATE | 12/05/2015 |
| CURRENT BALANCE | $500,000.00 |

40952-1.1 0 57-1.1 1oz



CHARLES C FOSTER
2402 ELMEN ST
HOUSTON TX 77019

## NOTICE OF LOAN PAYMENT DUE

| LOAN NUMBER | 6056195 | DUE DATE | 12/05/2015 | AMOUNT DUE | $1,746.58 | CURRENT BALANCE | $500,000.00 |
|---|---|---|---|---|---|---|---|

| | PRINCIPAL | INTEREST | OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| CURRENT | $0.00 | $1,746.58 | $0.00 | $1,746.58 |
| PAST DUE | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $0.00 | $1,746.58 | $0.00 | $1,746.58 |

Please bring this notice with you when making payment. Please contact us at 1-844-767-3774 if you have any questions regarding this notice.

Member FDIC ⌂ Equal Housing Lender





6535   $1,746.57   11/6/2015

CD HOMES Ex. 7



CDH-001293

CD HOMES Ex. 7



CD HOMES Ex. 7



6735   $1,905.73   2/5/2016

CD HOMES Ex. 7



CD HOMES Ex. 7



CDH-001297

CD HOMES Ex. 7



CDH-001298

CD HOMES Ex. 7



CDH-001299

CD HOMES Ex. 7



CDH-001300

CD HOMES Ex. 7



CD HOMES Ex. 7



# 7215   $1,905.74   9/6/2016

CD HOMES Ex. 7



CDH-001303

CD HOMES Ex. 7



CD HOMES LLC
HOUSTON, TEXAS

Community Bank
88-1798-1131

7357

PAY TO THE
ORDER OF    Independent Bank

One Thousand Nine Hundred Five and 74/100                    DOLLARS

11/4/2016

$ **1,905.74

Independent Bank
P.O. Box 2029
McKinney, TX 75070

MEMO

7357    $1,905.74    11/9/2016

CD HOMES Ex. 7



CD HOMES Ex. 7



CD HOMES Ex. 7



#7566   $2,017.12   2/10/2017

CD HOMES Ex. 7



CDH-001308

CD HOMES Ex. 7



CD HOMES Ex. 7



CD HOMES, L.L.C.

7741

Community Bank

PAY TO THE
ORDER OF    Independent Bank

Two Thousand Fifty-Eight and 80/100

Independent Bank
P.O. Box 3633
McKinney, TX 75070

5/20/2017

$ **2,058.80

DOLLARS

⑆7741⑆ ⑈113114985⑈ ⑈218473114⑈

# 7741   $2,058.80   5/8/2017

CDH-001310

CD HOMES Ex. 7



CD HOMES Ex. 7



CDH-001312

CD HOMES Ex. 7



CDH-001313

CD HOMES Ex. 7



CDH-001314

CD HOMES Ex. 7



CDH-001315

CD HOMES Ex. 7



CD HOMES, LLC

**Independent Bank**

PAY TO THE
ORDER OF

One Thousand Two Hundred Fifty and 00/100

Independent Bank
P.O. Box 3620
McKinney, TX 75070

MEMO

8077

10/18/2017

$ **1,250.00**

DOLLARS

8077   $1,250.00   10/20/2017

CD HOMES Ex. 7



CDH-001317

CD HOMES Ex. 7



CD HOMES Ex. 7



8239 $2,373.27 1/9/2018

CD HOMES Ex. 7



CD HOMES Ex. 7

БГ БГ
8 1 8 2

12/1/2017

Independent Bank                                                        **6,802.86

Six Thousand Eight Hundred Two and 86/100***********************************************************************

Independent Bank
P.O. Box 3035
McKinney, TX 75070

#8007099 & 6056195

Independent Bank                          12/1/2017

                          5669 Bordley #8007099                    5,206.30
                          Susp. Int. #6056195                      1,596.56

CommunityBank of Te   #8007099 & 6056195                           6,802.86

Independent Bank                          12/1/2017

                          5669 Bordley #8007099                    5,206.30
                          Susp. Int. #6056195                      1,596.56

CommunityBank of Te   #8007099 & 6056195                           6,802.86

**All Transactions for Prosperity Bank**
**All Transactions**

| Type | Num | Date | Account | Amount |
|------|-----|------|---------|--------|
| Check | 7854 | 06/27/2017 | 10600 · CommunityBank of Texas | -1,805.56 |
| Check | 7914 | 08/01/2017 | 10600 · CommunityBank of Texas | -2,157.77 |
| Check | 7972 | 08/30/2017 | 10600 · CommunityBank of Texas | -2,152.76 |
| Check | 8034 | 09/29/2017 | 10600 · CommunityBank of Texas | -2,430.53 |
| Check | 8117 | 11/03/2017 | 10600 · CommunityBank of Texas | -2,690.96 |
| Check | 8181 | 12/01/2017 | 10600 · CommunityBank of Texas | -3,055.53 |
| Check | 8240 | 01/04/2018 | 10600 · CommunityBank of Texas | -3,229.15 |
| | | | | -17,522.26 |

CDH-001322

CD HOMES Ex. 7




**PROSPERITY BANK**

30 1 AB 0.403
CHARLES C FOSTER
2402 ELMEN
HOUSTON TX 77019

Date Due:          01/02/2018
Loan No:           8252184

# LOAN PAYMENT NOTICE

## NOTICE SUMMARY

|  |  |
|---|---|
| Officer: | SDT |
| Loan No: | 8252184 |
| Date Due: | 01/02/2018 |
| Amount Due: | $3,229.15 |
| Loan Balance: | $749,995.00 |
| Rate: | 5.0000% |
| Payment Type: | INT |
| Interest Paid YTD: | $14,288.11 |
| Principal Due: | $0.00 |
| Interest Due: | $3,229.15 |
| Escrow Due: | $0.00 |
| Charges/Fees Due | $0.00 |
| Total Amount Due: | $3,229.15 |

## NOTICE INFORMATION

Collateral Description:
UNSECURED

Please remit your payment
for the above loans at your
earliest convenience.

If you have any questions, please contact our Customer Service Center at 800-531-1401

Payments or other concerns, Mail to:

1205 N. Navarro St., Victoria, Texas 77901-6022 for Texas Customers
4631 NW 23rd St., Oklahoma City, OK 73127 for Oklahoma Customers

MEMBER FDIC 

NYSE Symbol "PB"

LENDER







52 1 AB 0.403
CHARLES C FOSTER
2402 ELMEN
HOUSTON TX 77019

Date Due: 12/02/2017
Loan No: 8252184



# LOAN PAYMENT NOTICE

## NOTICE SUMMARY

| | |
|---|---|
| Officer: | SDT |
| Loan No: | 8252184 |
| Date Due: | 12/02/2017 |
| Amount Due: | $3,055.53 |
| Loan Balance: | $749,995.00 |
| Rate: | 5.0000% |
| Payment Type: | INT |
| Interest Paid YTD: | $11,232.58 |
| Principal Due: | $0.00 |
| Interest Due: | $3,055.53 |
| Escrow Due: | $0.00 |
| Charges/Fees Due | $0.00 |
| Total Amount Due: | $3,055.53 |

## NOTICE INFORMATION

Collateral Description:
UNSECURED

Please remit your payment
for the above loans at your
earliest convenience.

If you have any questions, please contact our Customer Service Center at 800-531-1401

Payments or other concerns, Mail to:

1205 N. Navarro St., Victoria, Texas 77901-6022 for Texas Customers
4631 NW 23rd St., Oklahoma City, OK 73127 for Oklahoma Customers

NYSE Symbol "PB"

MEMBER FDIC



CD HOMES Ex. 7



22 1 AB 0.403
CHARLES C FOSTER
2402 ELMEN
HOUSTON TX 77019

Date Due:          11/02/2017
Loan No:           8252184

## LOAN PAYMENT NOTICE

### NOTICE SUMMARY

| | |
|---|---|
| | SDT |
| Officer: | 8252184 |
| Loan No: | 11/02/2017 |
| Date Due: | $2,690.96 |
| Amount Due: | |
| | $624,995.00 |
| Loan Balance: | 5.0000% |
| Rate: | INT |
| Payment Type: | $8,541.62 |
| Interest Paid YTD: | $0.00 |
| Principal Due: | $2,690.96 |
| Interest Due: | $0.00 |
| Escrow Due: | $0.00 |
| Charges/Fees Due | $2,690.96 |
| Total Amount Due: | |

### NOTICE INFORMATION



Collateral Description:
UNSECURED

Please remit your payment
for the above loans at your
earliest convenience.

If you have any questions, please contact our Customer Service Center at 800-531-1401

Payments or other concerns, Mail to:

1205 N. Navarro St., Victoria, Texas 77901-6022 for Texas Customers
4631 NW 23rd St., Oklahoma City, OK 73127 for Oklahoma Customers

NYSE Symbol "PB"

MEMBER FDIC


LENDER



375 1 AB 0.403
CHARLES C FOSTER
2402 ELMEN
HOUSTON TX 77019

Date Due:          10/02/2017
Loan No:           8252184

## LOAN PAYMENT NOTICE

### NOTICE SUMMARY

| | |
|---|---|
| Officer: | SDT |
| Loan No: | 8252184 |
| Date Due: | 10/02/2017 |
| Amount Due: | $2,430.53 |
| Loan Balance: | $624,995.00 |
| Rate: | 5.0000% |
| Payment Type: | INT |
| Interest Paid YTD: | $6,111.09 |
| Principal Due: | $0.00 |
| Interest Due: | $2,430.53 |
| Escrow Due: | $0.00 |
| Charges/Fees Due: | $0.00 |
| Total Amount Due: | $2,430.53 |

### NOTICE INFORMATION



Collateral Description:
UNSECURED

Please remit your payment
for the above loans at your
earliest convenience.

If you have any questions, please contact our Customer Service Center at 800-531-1401

Payments or other concerns, Mail to:

1205 N. Navarro St., Victoria, Texas 77901-6022 for Texas Customers
4631 NW 23rd St., Oklahoma City, OK 73127 for Oklahoma Customers

NYSE Symbol "PB"

MEMBER FDIC



EQUAL HOUSING
LENDER




60 1 AB 0.403
CHARLES C FOSTER
2402 ELMEN
HOUSTON TX 77019

Date Due: 09/02/2017
Loan No: 8252184



# LOAN PAYMENT NOTICE

## NOTICE SUMMARY

| | |
|---|---|
| Officer: | SDT |
| Loan No: | 8252184 |
| Date Due: | 09/02/2017 |
| Amount Due: | $2,152.76 |
| Loan Balance: | $499,995.00 |
| Rate: | 5.0000% |
| Payment Type: | INT |
| Interest Paid YTD: | $3,958.33 |
| Principal Due: | $0.00 |
| Interest Due: | $2,152.76 |
| Escrow Due: | $0.00 |
| Charges/Fees Due: | $0.00 |
| Total Amount Due: | $2,152.76 |

## NOTICE INFORMATION

Collateral Description:
UNSECURED

Please remit your payment
for the above loans at your
earliest convenience.

If you have any questions, please contact our Customer Service Center at 800-531-1401

Payments or other concerns, Mail to:

1205 N. Navarro St., Victoria, Texas 77901-6022 for Texas Customers
4631 NW 23rd St., Oklahoma City, OK 73127 for Oklahoma Customers

NYSE Symbol "PB"

MEMBER FDIC



LENDER

CDH-001327

CD HOMES Ex. 7



35 1 AB 0.403
CHARLES C FOSTER
2402 ELMEN
HOUSTON TX 77019

Date Due:        08/02/2017
Loan No:         8252184



## LOAN PAYMENT NOTICE

### NOTICE SUMMARY

|  |  |
|---|---|
| Officer: | SDT |
| Loan No: | 8252184 |
| Date Due: | 08/02/2017 |
| Amount Due: | $2,152.77 |
| Loan Balance: | $500,000.00 |
| Rate: | 5.0000% |
| Payment Type: | INT |
| Interest Paid YTD: | $1,805.56 |
| Principal Due: | $0.00 |
| Interest Due: | $2,152.77 |
| Escrow Due: | $0.00 |
| Charges/Fees Due: | $0.00 |
| Total Amount Due: | $2,152.77 |

### NOTICE INFORMATION

Collateral Description:
UNSECURED

Please remit your payment
for the above loans at your
earliest convenience.

If you have any questions, please contact our Customer Service Center at 800-531-1401

Payments or other concerns, Mail to:

1205 N. Navarro St., Victoria, Texas 77901-6022 for Texas Customers
4631 NW 23rd St., Oklahoma City, OK 73127 for Oklahoma Customers

NYSE Symbol "PB"

MEMBER FDIC



LENDER



2072 1 AB 0.403
CHARLES C FOSTER
2402 ELMEN
HOUSTON TX 77019

Date Due:          07/02/2017
Loan No:           8252184

# LOAN PAYMENT NOTICE

## NOTICE SUMMARY

|  |  |
|---|---|
| | SDT |
| Officer: | 8252184 |
| Loan No: | 07/02/2017 |
| Date Due: | $1,805.56 |
| Amount Due: | $500,000.00 |
| | 5.0000% |
| Loan Balance: | INT |
| Rate: | $0.00 |
| Payment Type: | $0.00 |
| Interest Paid YTD: | $1,805.56 |
| Principal Due: | $0.00 |
| Interest Due: | $0.00 |
| Escrow Due: | $1,805.56 |
| Charges/Fees Due: | |
| Total Amount Due: | |

## NOTICE INFORMATION

Collateral Description:
UNSECURED

Please remit your payment
for the above loans at your
earliest convenience.

If you have any questions, please contact our Customer Service Center at 800-531-1401

Payments or other concerns, Mail to:

1205 N. Navarro St., Victoria, Texas 77901-6022 for Texas Customers
4631 NW 23rd St., Oklahoma City, OK 73127 for Oklahoma Customers

NYSE Symbol "PB"

MEMBER FDIC





CD HOMES Ex. 7



CD HOMES Ex. 7



CDH-001332

CD HOMES Ex. 7



CD HOMES Ex. 7



CD HOMES Ex. 7



CD HOMES Ex. 7



CD HOMES Ex. 7

**All Transactions for Spirit of**
**All Transactions**

| Type | Num | Date | Amount |
|------|-----|------|--------|
| Check | 6569 | 11/19/2015 | -1,641.00 |
| Check | 6655 | 12/21/2015 | -2,580.00 |
| Check | 6711 | 01/19/2016 | -2,583.33 |
| Check | 6789 | 02/18/2016 | -2,583.34 |
| Check | 6869 | 03/18/2016 | -2,416.66 |
| Check | 6920 | 04/15/2016 | -2,583.34 |
| Check | 6988 | 05/20/2016 | -2,500.00 |
| Check | 7123 | 07/19/2016 | -2,500.00 |
| Check | 7184 | 08/19/2016 | -2,583.33 |
| Check | 7251 | 09/19/2016 | -2,583.34 |
| Check | 7321 | 10/21/2016 | -2,500.00 |
| Check | 7412 | 11/30/2016 | -500.00 |
| Check | 7428 | 12/05/2016 | -2,583.33 |
| Check | 7467 | 12/30/2016 | -2,502.00 |
| Check | 7521 | 01/24/2017 | -2,583.33 |
| Check | 7618 | 02/28/2017 | -950.00 |
| Check | 7623 | 03/01/2017 | -2,066.67 |
| Check | 7662 | 03/20/2017 | -2,216.67 |
| Check | 7718 | 04/20/2017 | -2,686.66 |
| Check | 7776 | 05/12/2017 | -2,500.00 |
| Check | 7835 | 06/16/2017 | -2,583.34 |
| Check | 7899 | 07/21/2017 | -2,500.00 |
| Check | 7951 | 08/18/2017 | -2,583.33 |
| Check | 8014 | 09/22/2017 | -2,583.33 |
| Check | 8078 | 10/19/2017 | -2,500.00 |
| Check | 8151 | 11/20/2017 | -2,583.33 |
| Check | 8213 | 12/18/2017 | -2,500.00 |

-63,476.33

CDH-001337

CD HOMES Ex. 7



**SPIRIT OF TEXAS BANK**

P.O. Box FB
College Station, TX 77841-5102

11/03/17

**********AUTO**ALL FOR AADC 773
793 0.5070 AB 0.403      3 1 19
HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON TX  77019-6710

### NOTICE OF LOAN PAYMENT DUE

| ACCOUNT INFORMATION | | | |
|---|---|---|---|
| ACCOUNT NUMBER | 12684 | CURRENT BALANCE | $ 500,000.00 |

This is to inform you that the loan described above is due for the amount as specified. If you have already remitted your payment, please disregard this notice.

| PAYMENT INFORMATION | |
|---|---|
| Due Date | 11/21/17 |
| Past Due | 0.00 |
| Principal | 0.00 |
| Interest | 2,583.33 |
| Escrow | 0.00 |
| Lt Charge | 0.00 |
| Billed | 2,583.33 |
| Total Due | 2,583.33 |

Remit payments to:

SPIRIT OF TEXAS BANK, SSB
P.O. BOX FB
COLLEGE STATION, 77841-5102
979-846-8000

SRTTXLN2200P

CDH-001338

CD HOMES Ex. 7



**SPIRIT OF TEXAS BANK**

P.O. Box FB
College Station, TX 77841-5102

10/05/17

```
**********AUTO**ALL FOR AADC 773
423 0.5070 AB 0.403      3 1 26
HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON TX 77019-6710
```

## NOTICE OF LOAN PAYMENT DUE

| ACCOUNT INFORMATION | | |
|---|---|---|
| ACCOUNT NUMBER | 12684 | CURRENT BALANCE $ 500,000.00 |

This is to inform you that the loan described above is due for the amount as specified. If you have already remitted your payment, please disregard this notice.



| PAYMENT INFORMATION | |
|---|---|
| Due Date | 10/21/17 |
| Past Due | 0.00 |
| Principal | 0.00 |
| Interest | 2,500.00 |
| Escrow | 0.00 |
| Lt Charge | 0.00 |
| Billed | 2,500.00 |
| Total Due | 2,500.00 |

Remit payments to:

SPIRIT OF TEXAS BANK, SSB
P.O. BOX FB
COLLEGE STATION, 77841-5102
979-846-8000

SRTTXLN2200P

CD HOMES Ex. 7



**SPIRIT OF TEXAS
BANK**

9/05/17

```
***********AUTO**           
1434 0.5070 M3 0.4
HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON TX  77019-
```

**NOTICE OF LOAN PAYMENT DUE**

| ACCOUNT INFORMATION | | |
| --- | --- | --- |
| ACCOUNT NUMBER | 12684 | CURRENT BALANCE $ 500,000.00 |

This is to inform you that the loan described above is due for the amount as specified. If you have already remitted your payment, please disregard this notice.

| PAYMENT INFORMATION | |
| --- | --- |
| Due Date | 9/21/17 |
| Past Due | 0.00 |
| Principal | 0.00 |
| Interest | 2,583.33 |
| Escrow | 0.00 |
| Lt Charge | 0.00 |
| Billed | 2,583.33 |
| Total Due | 2,583.33 |

Remit payments to:

SPIRIT OF TEXAS BANK, SSB
P.O. BOX FB
COLLEGE STATION, 77841-5102
979-846-8000

SRTTXLN2200P

CD HOMES Ex. 7



8/04/17

## NOTICE OF LOAN PAYMENT DUE

### ACCOUNT INFORMATION

| ACCOUNT NUMBER | 12684 | CURRENT BALANCE | $ 500,000.00 |
|---|---|---|---|

This is to inform you that the loan described above is due for the amount as specified. If you have already remitted your payment, please disregard this notice.

| PAYMENT INFORMATION | |
|---|---|
| Due Date | 8/21/17 |
| Past Due | 0.00 |
| Principal | 0.00 |
| Interest | 2,583.33 |
| Escrow | 0.00 |
| Lt Charge | 0.00 |
| Billed | 2,583.33 |
| Total Due | 2,583.33 |

Remit payments to:

SPIRIT OF TEXAS BANK, SSB
P.O. BOX FB
COLLEGE STATION, 77841-5102
979-846-8000

SRTTXLN2200P

CDH-001341

CD HOMES Ex. 7



P.O. Box FB
College Station, TX 77841-5102

**SPIRIT OF TEXAS**
**BANK**

7/05/17

```
***********AUTO**MIXED AADC 750
1731 0.5070 MB 0.423    7 32 16
HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON TX  77019-6710
```

## NOTICE OF LOAN PAYMENT DUE

### ACCOUNT INFORMATION

| ACCOUNT NUMBER | 12684 | CURRENT BALANCE | $ | 500,000.00 |
|---|---|---|---|---|

This is to inform you that the loan described above is due for the amount as
specified. If you have already remitted your payment, please disregard this
notice.

### PAYMENT INFORMATION

| | |
|---|---|
| Due Date | 7/21/17 |
| Past Due | 0.00 |
| Principal | 0.00 |
| Interest | 2,500.00 |
| Escrow | 0.00 |
| Lt Charge | 0.00 |
| Billed | 2,500.00 |
| Total Due | 2,500.00 |

Remit payments to:

SPIRIT OF TEXAS BANK, SSB
P.O. BOX FB
COLLEGE STATION, 77841-5102
979-846-8000

SRTTXLN2200P

CD HOMES Ex. 7



P.O. Box FB
College Station, TX 77841-5102

**SPIRIT OF TEXAS
BANK**

6/05/17

```
************AUTO**MIXED AADC 750
1220 0.5070 MB 0.423      6 34 14
HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON TX  77019-6710
```

## NOTICE OF LOAN PAYMENT DUE

| ACCOUNT INFORMATION | | |
|---|---|---|
| | | |
| ACCOUNT NUMBER | 12684 | CURRENT BALANCE $ 500,000.00 |

This is to inform you that the loan described above is due for the amount as specified. If you have already remitted your payment, please disregard this notice.

| PAYMENT INFORMATION | |
|---|---|
| Due Date | 6/21/17 |
| Past Due | 0.00 |
| Principal | 0.00 |
| Interest | 2,583.34 |
| Escrow | 0.00 |
| Lt Charge | 0.00 |
| Billed | 2,583.34 |
| Total Due | 2,583.34 |

Remit payments to:

SPIRIT OF TEXAS BANK, SSB
P.O. BOX FB
COLLEGE STATION, 77841-5102
979-846-8000

SRTTXLN2200P

CDH-001343

CD HOMES Ex. 7



**SPIRIT OF TEXAS BANK**

P.O. Box FB
College Station, TX 77841-5102

5/05/17

```
***********AUTO**MIXED AADC 750
2102 0.5070 MB 0.423        8 53 17
HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON TX  77019-6710
```

## NOTICE OF LOAN PAYMENT DUE

| ACCOUNT INFORMATION | | |
|---|---|---|
| ACCOUNT NUMBER | 12684 | CURRENT BALANCE  $  500,000.00 |

This is to inform you that the loan described above is due for the amount as specified. If you have already remitted your payment, please disregard this notice.

| PAYMENT INFORMATION | |
|---|---|
| Due Date | 5/21/17 |
| Past Due | 0.00 |
| Principal | 0.00 |
| Interest | 2,500.00 |
| Escrow | 0.00 |
| Lt Charge | 0.00 |
| Billed | 2,500.00 |
| Total Due | 2,500.00 |

Remit payments to:

SPIRIT OF TEXAS BANK, SSB
P.O. BOX FB
COLLEGE STATION, 77841-5102
979-846-8000

SRTTXLN2200P

CD HOMES Ex. 7



4/05/17

AADC 750
7 32 12

**NOTICE OF LOAN PAYMENT DUE**

| ACCOUNT INFORMATION | | |
|---|---|---|
| ACCOUNT NUMBER | 12684 | CURRENT BALANCE $ 500,000.00 |

This is to inform you that the loan described above is due for the amount as specified. If you have already remitted your payment, please disregard this notice.

| PAYMENT INFORMATION | |
|---|---|
| Due Date | 4/21/17 |
| Past Due | 0.00 |
| Principal | 0.00 |
| Interest | 2,583.33 |
| Escrow | 0.00 |
| Lt Charge | 103.33 |
| Billed | 2,686.66 |
| Total Due | 2,686.66 |

Remit payments to:

SPIRIT OF TEXAS BANK, SSB
P.O. BOX FB
COLLEGE STATION, 77841-5102
979-846-8000

SRTTYLN22GOP

CDH-001345

CD HOMES Ex. 7



SPIRIT OF TEXAS
BANK

3/03/17

NOTICE OF PAYMENT DUE

| ACCOUNT INFORMATION | | |
|---|---|---|
| ACCOUNT NUMBER | | CURRENT BALANCE $ 500,000.00 |

This is to inform you that the loan described above is due for the amount as specified. If you have already remitted your payment, please disregard this notice.

| PAYMENT INFORMATION | |
|---|---|
| Due Date | 3/21/17 |
| Past Due | 2,170.00 |
| Principal | 0.00 |
| Interest | 2,216.67 |
| Escrow | 0.00 |
| Lt Charge | 0.00 |
| Billed | 2,216.67 |
| Total Due | 4,386.67 |

← pay

Remit payments to:

SPIRIT OF TEXAS BANK, SSB
P.O. BOX FB
COLLEGE STATION, 77841-5102
979-846-8000

CD HOMES Ex. 7

Subject:  Loan Payments

From:  Kristi Kershaw (KKershaw@sotb.com)

To:  jpparker2004@yahoo.com;

Date:  Wednesday, March 1, 2017 8:39 AM

Bob,

Thank you for getting the documents to us yesterday.  We renewed both of the loans.  Now that they have been renewed, we have been able to calculate the interest payments that are due for both the loans.  I have listed them below.  If you have any questions please let me know.

RLOC - $2,066.67

Construction - $9,329.15 (due March 3rd)

Thank you

Kristi Kershaw, AVP

Asst to Drew Doebbler

Spirit of Texas Bank, ssb

1010 Bay Area Blvd

Houston, TX 77058

281-990-6800 - Main

281-921-8434 - Direct

281-990-6805 – Fax

kkershaw@spiritoftexasbank.com

about:blank

CD HOMES Ex. 7

Subject:    Loan Fees

From:       Kristi Kershaw (KKershaw@sotb.com)

To:         jpparker2004@yahoo.com;

Cc:         DDoebbler@sotb.com;

Date:       Wednesday, February 22, 2017 9:15 AM


Bob,


I wanted to inform you on the fees that are due for the two loan renewals.


RLOC     *Suspense Interest*

$450.00 – Interest Due

$250.00 – Loan Fee

$250.00 – RLOC Fee

Total Due - $950.00


Construction Loan

$250.00 – Loan Fee

$162,262.50 – Principal Reduction

$93.00 – Filing Fee

$700.00 – Attorney Fee

Total Due - $163,293.50


If you have any questions please let me know.


Thank you

about:blank

CD HOMES Ex. 7



**SPIRIT OF TEXAS BANK**

1/05/17

## NOTICE OF FINAL PAYMENT DUE

| ACCOUNT INFORMATION | | | |
|---|---|---|---|
| **ACCOUNT NUMBER** | 12684 | **CURRENT BALANCE** | $ 500,000.00 |

This is to inform you that the loan described above is due for the amount as specified. If you have already remitted your payment, please disregard this notice.

| PAYMENT INFORMATION | |
|---|---|
| Due Date | 1/21/17 |
| Past Due | 0.00 |
| Principal | 500,000.00 |
| Interest | 2,583.33 |
| Escrow | 0.00 |
| Lt Charge | 0.00 |
| Billed | 502,583.33 |
| Total Due | 502,583.33 |

Remit payments to:

SPIRIT OF TEXAS BANK, SSB
P.O. BOX FB
COLLEGE STATION, 77841-5102
979-846-8000

SRTTXLN2200P