

**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

1919

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date  1/31/18          Page     1
Account Number   Ending    6694
# Enclosures

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS
Account Number          Ending    6694
Previous Stmt Balance         44,750.73
    1 Deposits/Credits          378.08
      Checks/Debits                 .00
Service Charge                      .00
Interest Paid                       .00
Current Stmt Balance          45,128.81

Number of Enclosures                      0
Statement Dates   1/01/18 thru  1/31/18
Days in the statement period         31
Average Ledger                 45,080.02
Average Collected              45,080.02

Deposits and Other Credits
Date    Description                          Amount
1/05    CD Interest                          378.08
        Cert No. Ending    6415

Daily Balance Summary
Date          Balance  Date        Balance
1/01       44,750.73  1/05      45,128.81

Rev: MVD 04/07          NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION
                                    Member FDIC

CDH-001762                                    CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

585

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date  2/28/18        Page      1
Account Number  Ending    6694
# Enclosures              2

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS
Account Number          Ending    6694
Previous Stmt Balance         45,128.81
  1 Deposits/Credits           76,000.00
  2 Checks/Debits             120,000.00
Service Charge                      .00
Interest Paid                       .00
Current Stmt Balance          1,128.81

Number of Enclosures                 2
Statement Dates   2/01/18 thru  2/28/18
Days in the statement period        28
Average Ledger               25,414.52
Average Collected            25,414.52

.............................................................

Deposits and Other Credits
Date      Description                              Amount
 2/14     CONST ADVANCE TRANSFER              76,000.00
          APPROVED BY: P MEVAWALA

.............................................................

                    --- CHECKS IN NUMBER ORDER ---
Date  Check No          Amount Date  Check No               Amount
 2/13     1035        44,000.00 2/16     1036            76,000.00
*Indicates skip in Check Number

.............................................................

Daily Balance Summary
Date          Balance Date            Balance
 2/01       45,128.81  2/14         77,128.81
 2/13        1,128.81  2/16          1,128.81

Rev: 68JD 04/07          NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION
                              Member FDIC



**Independent Bank**

Date: 2/28/2018 Page: 2 c
Primary Account: 10006366:

Ck# 1035 Date 2/13/2018 Amt $44,000.00

Ck# 1036 Date 2/16/2018 Amt $76,000.00

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070

94

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date  3/30/18           Page      1
Account Number  Ending    6694
# Enclosures              2

---- CHECKING ACCOUNTS ----

| | | |
|---|---|---|
| FREE SMALL BUSINESS | | Number of Enclosures 2 |
| Account Number | Ending 6694 | Statement Dates  3/01/18 thru  4/01/18 |
| Previous Stmt Balance | 1,128.81 | Days in the statement period 32 |
| 2 Deposits/Credits | 101,736.87 | Average Ledger 2,160.32 |
| 1 Checks/Debits | 100,000.00 | Average Collected 2,160.32 |
| Service Charge | .00 | |
| Interest Paid | .00 | |
| Current Stmt Balance | 2,865.68 | |

........................................................

Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 3/12 | TRANSFER FROM LOAN | 100,004.00 |
| | APPROVED BY: MMCGUIRE | |
| 3/14 | REGULAR DEPOSIT | 1,732.87 |

........................................................

--- CHECKS IN NUMBER ORDER ---

| Date | Check No | Amount |
|---|---|---|
| 3/12 | 1038 | 100,000.00 |

*Indicates Skip in Check Number

........................................................

Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/01 | 1,128.81 | 3/12 | 1,132.81 | 3/14 | 2,865.68 |

CDH-001765                                        CD HOME Ex. 12



**Independent Bank**

Date: 3/30/2018 Page: 2 c
Primary Account: 100063669

---

**Independent Bank**

**ADVICE OF CREDIT**   DATE MAR 14 2018

APPROVED BY

WE CREDIT YOUR ACCOUNT AS FOLLOWS:
LNK#6351197C(teller) reversal proprietly credited   AMOUNT  -1732.87
back to above agent 100064364.74 (f&or)

| ACCOUNT NUMBER | TRAN CODE | TOTAL AMOUNT |
| --- | --- | --- |
| 1000634674 | $ | 1,732.87 |

⑈5001⁞0010⁞   100063659⑈

Date 3/14/2018 Amt $1,732.87

---

1036

CD HOMES LLC

DATE 3/9/18

PAY TO THE
ORDER OF  Bank of River Oaks                    $ 100,000.00

One Hundred Thousand         no/100                    DOLLARS

Independent

FOR  Principal reduction - RLOC #502778      [signature]

⑈001038⑈  ⑈111916326⑈  100063659⑈

Ck# 1038 Date 3/12/2018 Amt $100,000.00

---

CD HOME Ex. 12

8051

 **Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070

| ACCOUNT NUMBER | xxxxx6694 |
|---|---|
| STATEMENT DATE | 5/31/18 |
| PAGE | 1 of 2 |

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019





SIGN UP FOR OUR NEW eSTATEMENT SERVICE INSIDE ONLINE BANKING.
REWARDS ACCOUNTS MUST BE ENROLLED TO CONTINUE EARNING REWARDS.

## FREE SMALL BUSINESS CHECKING

| Account Number Ending | 6694 | Statement Dates | 5/01/18 thru 5/31/18 |
|---|---|---|---|
| Previous Stmt Balance | 3,735.55 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Average Ledger | 3,735.55 |
| Checks/Debits | .00 | Average Collected | 3,735.55 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Stmt Balance | 3,735.55 | | |

## DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 5/01 | 3,735.55 |

NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Customer Care 800.460.6634  |  ibtx.com  |  Member FDIC  Equal Housing Lender

Rev MMD 04/07

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070

289

Date 4/30/18                    Page    1
Account Number      Ending    6694
# Enclosures                              1

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

New interactive eStatements are coming! Enrollment inside Online Banking
begins May 1, 2018, and captures six months of previous eStatements.
Before May 1, you may want to save any earlier statements you wish to keep.

---- CHECKING ACCOUNTS ----

Number of Enclosures                          1
FREE SMALL BUSINESS                   Statement Dates    4/02/18 thru  4/30/18
Account Number          Ending    6694    Days in the statement period          29
Previous Stmt Balance           2,865.68    Average Ledger                  3,305.22
  2 Deposits/Credits          25,869.87    Average Collected               3,305.22
  2 Checks/Debits             25,000.00
Service Charge                        .00
Interest Paid                         .00
Current Stmt Balance            3,735.55

Deposits and Other Credits                          Amount
Date       Description                                369.87
4/06       CD Interest
           Cert No. Ending    6415
4/24       LOAN ADVANCE - SHADYWOOD          25,500.00
           APPROVED BY: P MEVAWALA

Other Debits                                        Amount
Date       Description                              17,543.70-
4/24       WIRE-OUT 20181140008100 RE: 41
           NORTH STAR TITLE CO., LLC

--- CHECKS IN NUMBER ORDER ---
                           Amount
Date   Check No              7,456.30      sent to C.F
4/24
*Indicates Skip in Check Number

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Rev MMD 04/07      Customer Care 800 460 6634 | ibtx.com | Member FDIC  Equal Housing Lender

CDH-001768                                   CD HOME Ex. 12


**Independent Bank**

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date 4/30/18          Page      2
Account Number   Ending    6694
# Enclosures                     1

FREE SMALL BUSINESS          Ending     6694   (Continued)

Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/02 | 2,865.68 | 4/06 | 3,235.55 | 4/24 | 3,735.55 |

CD HOME Ex. 12



Date: 4/30/2018 Page: 3 of
Primary Account: 100063669

CHECKING WITHDRAWAL

DATE 4-24-18

TO CD Home R

$ 7456 30

100063 6694

Seven thousand four hundred fifty six & 30/100 DOLLARS

sent to Charles Frazier

Ck# 0 Date 4/24/2018 Amt $7,456.30

CD HOME Ex. 12

7345



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070

| ACCOUNT NUMBER | xxxxx6694 |
|---|---|
| STATEMENT DATE | 6/29/18 |
| PAGE | 1 of 2 |

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019





SIGN UP FOR OUR NEW eSTATEMENT SERVICE INSIDE ONLINE BANKING. REWARDS ACCOUNTS MUST BE ENROLLED TO CONTINUE EARNING REWARDS.

### FREE SMALL BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account Number Ending | 6694 | Statement Dates | 6/01/18 thru 7/01/18 |
| Previous Stmt Balance | 3,735.55 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Average Ledger | 3,735.55 |
| Checks/Debits | .00 | Average Collected | 3,735.55 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Stmt Balance | 3,735.55 | | |

### DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 6/01 | 3,735.55 |

Rev. NM/D04/07

NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Customer Care 800.460.6634  |  ibtx.com  |  Member FDIC  Equal Housing Lender

CDH-001771

CD HOME Ex. 12

7000

 **Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070

| ACCOUNT NUMBER | xxxxx6694 |
|---|---|
| STATEMENT DATE | 7/31/18 |
| PAGE | 1 of 2 |

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019





### FREE SMALL BUSINESS CHECKING

| Account Number Ending | -6694 | Statement Dates | 7/02/18 thru 7/31/18 |
|---|---|---|---|
| Previous Stmt Balance | 3,735.55 | Days in the statement period | 30 |
| Deposits/Credits | 373.97 | Average Ledger | 4,059.65 |
| Checks/Debits | .00 | Average Collected | 4,059.65 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Stmt Balance | 4,109.52 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 7/06 | CD Interest<br>Cert No. Ending    6415 | 373.97 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance |
|---|---|---|---|
| 7/02 | 3,735.55 | 7/06 | 4,109.52 |

NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Customer Care 800.460.6634 | ibtx.com | Member FDIC  Equal Housing Lender

CDH-001772

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

703

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date 1/31/17          Page    1
Account Number    Ending    6694
# Enclosures

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS
Account Number          Ending      6694
Previous Stmt Balance                2,265.75
    1 Deposits/Credits               220.76
      Checks/Debits                      .00
Service Charge                          .00
Interest Paid                           .00
Current Stmt Balance                 2,486.51

Number of Enclosures                      0
Statement Dates    1/01/17 thru  1/31/17
Days in the statement period           31
Average Ledger                     2,450.90
Average Collected                  2,450.90

.....................................................................

Deposits and Other Credits
Date      Description                           Amount
1/06      CD Interest                           220.76
          Cert No. Ending      6415

.....................................................................

Daily Balance Summary
Date            Balance  Date            Balance
1/01          2,265.75   1/06          2,486.51

---

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

294

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date  2/28/17          Page      1
Account Number   Ending      6694
# Enclosures                    2

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS
Account Number       Ending    6694
Previous Stmt Balance          2,486.51
  1 Deposits/Credits           57,000.00
  2 Checks/Debits              57,100.00
Service Charge                       .00
Interest Paid                        .00
Current Stmt Balance           2,386.51

Number of Enclosures                  2
Statement Dates   2/01/17 thru  2/28/17
Days in the statement period         28
Average Ledger               16,686.51
Average Collected            16,686.51

..............................................................

Deposits and Other Credits
Date    Description                              Amount
 2/14    CONSTRUCTION ADVANCE                   57,000.00
         APP'D BY: P MEVAWALA

..............................................................

--- CHECKS IN NUMBER ORDER ---
Date  Check No            Amount Date   Check No              Amount
 2/15                     100.00  2/21   1021*             57,000.00
*Indicates Skip in Check Number

..............................................................

Daily Balance Summary
Date          Balance Date              Balance
2/01          2,486.51  2/15          59,386.51
2/14         59,486.51  2/21           2,386.51

CDH-001774                                              CD HOME Ex. 12



Ck# 0 Date 2/15/2017 Amt $100.00

Ck# 1021 Date 2/21/2017 Amt $57,000.00

CD HOME Ex. 12



# Independent Bank

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

1662

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date  3/31/17          Page      1
Account Number    Ending      6694
# Enclosures                      4

---- CHECKING ACCOUNTS ----

We are pleased to announce that beginning Monday, April 3rd, our daily cutoff
time for determining funds availability will be extended from 4:00 p.m. to the
end of the business day.
For more information, please contact your local Independent Bank branch.

```
FREE SMALL BUSINESS              Number of Enclosures           4
Account Number      Ending  6694 Statement Dates   3/01/17 thru 4/02/17
Previous Stmt Balance     2,386.51 Days in the statement period     33
   2 Deposits/Credits    22,500.00 Average Ledger            2,086.51
   3 Checks/Debits       24,100.00 Average Collected         2,086.51
Service Charge               .00
Interest Paid                .00
Current Stmt Balance      786.51
```

Deposits and Other Credits
```
Date    Description                         Amount
3/14    LOAN ADVANCE TRANSFER            21,500.00
        APPROVED BY:P MEVAWALA
3/16    REGULAR DEPOSIT                   1,000.00
```

```
                    --- CHECKS IN NUMBER ORDER ---
Date  Check No         Amount Date  Check No              Amount
3/15                   100.00 3/16  1023              22,000.00
3/15      1022*      2,000.00
*Indicates skip in Check Number
```

Daily Balance Summary
```
Date        Balance Date         Balance
3/01       2,386.51 3/15        21,786.51
3/14      23,886.51 3/16           786.51
```



CDH-001776                                    CD HOME Ex. 12



**Independent Bank**

Date: 3/31/2017 Page: 2 of 2
Primary Account: 1000636694

Date 3/16/2017 Amt $1,000.00

Ck# 0 Date 3/15/2017 Amt $100.00

Ck# 1022 Date 3/15/2017 Amt $2,000.00

Ck# 1023 Date 3/16/2017 Amt $22,000.00

CDH-001777

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

62

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date  4/28/17          Page      1
Account Number    Ending    6694
# Enclosures                    2

---- CHECKING ACCOUNTS ----

We are pleased to announce that beginning Monday, April 3rd, our daily cutoff
time for determining funds availability will be extended from 4:00 p.m. to the
end of the business day.
For more information, please contact your local Independent Bank branch.

FREE SMALL BUSINESS                        Number of Enclosures             2
Account Number          Ending    6694     Statement Dates    4/03/17 thru  4/30/17
Previous Stmt Balance             786.51    Days in the statement period         28
  2 Deposits/Credits        125,215.75     Average Ledger                 5,379.14
  2 Checks/Debits           125,100.00     Average Collected              5,379.14
Service Charge                       .00
Interest Paid                        .00
Current Stmt Balance              902.26

......................................................................

Deposits and Other Credits
Date      Description                              Amount
4/03      CONSTRUCTION ADVANCE                    125,000.00
          APPROVED BY:P MEVAWALA
4/06      CD Interest                                 215.75
          Cert No. Ending      6415

......................................................................

                    --- CHECKS IN NUMBER ORDER ---
Date  Check No             Amount Date  Check No                     Amount
4/13                       100.00  4/04   1024*                  125,000.00
*Indicates Skip in Check Number

......................................................................

Daily Balance Summary
Date          Balance Date              Balance
4/03        125,786.51   4/06          1,002.26
4/04            786.51   4/13            902.26

Rev: MMD 04/07                 NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION


**Independent Bank**

Date: 4/28/2017 Page: 2 of 2
Primary Account: 1000636694

Ck# 0 Date 4/13/2017 Amt $100.00

Ck# 1024 Date 4/4/2017 Amt $125,000.00

CDH-001779

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

253

| | |
|---|---|
| CD HOMES LLC | Date  5/31/17            Page     1 |
| 2402 ELMEN ST | Account Number    Ending    6694 |
| HOUSTON TX 77019 | # Enclosures                    2 |

---- CHECKING ACCOUNTS ----

| | | |
|---|---|---|
| FREE SMALL BUSINESS | | Number of Enclosures                    2 |
| Account Number | Ending    6694 | Statement Dates   5/01/17 thru  5/31/17 |
| Previous Stmt Balance | 902.26 | Days in the statement period         31 |
| 2 Deposits/Credits | 153,500.00 | Average Ledger            12,482.90 |
| 2 Checks/Debits | 153,500.00 | Average Collected         12,482.90 |
| Service Charge | .00 | |
| Interest Paid | .00 | |
| Current Stmt Balance | 902.26 | |

.........................................................................

Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 5/23 | CONST ADVANCE | 52,000.00 |
| | APPROVED BY:PMEVAWALA | |
| 5/24 | CONSTRUCTION LN ADV | 101,500.00 |
| | APPROVED BY:P MEVAWALA | |

.........................................................................

--- CHECKS IN NUMBER ORDER ---

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 5/26 | 1025 | 52,000.00 | 5/26 | 1027* | 101,500.00 |

*Indicates Skip in Check Number

.........................................................................

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 5/01 | 902.26 | 5/24 | 154,402.26 |
| 5/23 | 52,902.26 | 5/26 | 902.26 |

---

Rev. NMD 0497          NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION


**Independent Bank**

Date: 5/31/2017 Page: 2 of
Primary Account: 100063669

Ck# 1025 Date 5/26/2017 Amt $52,000.00

Ck# 1027 Date 5/26/2017 Amt $101,500.00

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

1812

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date  6/30/17         Page    1
Account Number    Ending    6694
# Enclosures

---- CHECKING ACCOUNTS ----

Attn Commercial Customers:  Visit
https://www.independent-bank.com/documents/CATOInformationSecurity2017.pdf
for information regarding Corporate Account Takeover.

```
FREE SMALL BUSINESS                    Number of Enclosures               0
Account Number       Ending    6694   Statement Dates   6/01/17 thru 7/02/17
Previous Stmt Balance          902.26  Days in the statement period       32
     Deposits/Credits             .00  Average Ledger                 902.26
     Checks/Debits                .00  Average Collected              902.26
Service Charge                    .00
Interest Paid                     .00
Current Stmt Balance           902.26
```

Daily Balance Summary
Date              Balance
  6/01            902.26

Rev MMD 04.07

CDH-001782

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

790

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date  7/31/17          Page      1
Account Number   Ending      6694
# Enclosures                      1

---- CHECKING ACCOUNTS ----

Attn Commercial Customers:  Visit
https://www.independent-bank.com/documents/CATOInformationSecurity2017.pdf
for information regarding Corporate Account Takeover.

| FREE SMALL BUSINESS | | Number of Enclosures | 1 |
|---|---|---|---|
| Account Number | Ending   6694 | Statement Dates   7/03/17 thru  7/31/17 | |
| Previous Stmt Balance | 902.26 | Days in the statement period | 29 |
| 2 Deposits/Credits | 104,218.16 | Average Ledger | 4,684.05 |
| 1 Checks/Debits | 104,000.00 | Average Collected | 4,684.05 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Stmt Balance | 1,120.42 | | |

Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 7/06 | CD Interest | 218.16 |
| | Cert No. Ending    6415 | |
| 7/11 | CONST ADVANCE | 104,000.00 |
| | REQUESTED BY:B PARKER | |

--- CHECKS IN NUMBER ORDER ---

| Date | Check No | Amount |
|---|---|---|
| 7/12 | 1028 | 104,000.00 |

*Indicates Skip in Check Number

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 7/03 | 902.26 | 7/11 | 105,120.42 |
| 7/06 | 1,120.42 | 7/12 | 1,120.42 |

Rev: MMD 04/07          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

CDH-001783                                    CD HOME Ex. 12



Date: 7/31/2017 Page: 2 c
Primary Account: 100063665



Ck# 1028 Date 7/12/2017 Amt $104,000.00

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

1924

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date  8/31/17          Page      1
Account Number    Ending    6694
# Enclosures                    1

Attention Debit & ATM Card Holders: Visit www.ibtx.com for an important message regarding ATM safety. Select MasterCard Debit Card under the Personal tab and click the link for "ATM User Precaution" to learn more.

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS
Account Number          Ending    6694
Previous Stmt Balance            1,120.42
    1 Deposits/Credits          108,000.00
    1 Checks/Debits             108,000.00
Service Charge                        .00
Interest Paid                         .00
Current Stmt Balance             1,120.42

Number of Enclosures                    1
Statement Dates   8/01/17 thru 8/31/17
Days in the statement period          31
Average Ledger                   15,055.90
Average Collected                15,055.90

Deposits and Other Credits
Date    Description                        Amount
8/07    CONSTR DRAW TRANSFER           108,000.00
        APPROVED BY:P MEVAWALA

--- CHECKS IN NUMBER ORDER ---
Date   Check No       Amount
8/11    1029        108,000.00
*Indicates Skip in Check Number

Daily Balance Summary
Date        Balance  Date          Balance  Date          Balance
8/01       1,120.42  8/07       109,120.42  8/11        1,120.42

Rev. NMD 04/07                NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
                                      Member FDIC

CDH-001785                                    CD HOME Ex. 12



Date: 8/31/2017 Page: 2 of
Primary Account: 100063669



Ck# 1029 Date 8/11/2017 Amt $108,000.00

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

1537

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date  9/29/17          Page      1
Account Number   Ending      6694
# Enclosures                       1

---- CHECKING ACCOUNTS ----

Notice of Availability
Federal Law requires us to tell you how we collect, share, and protect your
personal information. Our privacy policy has not changed and you may review our
policy and practices with the respect to your personal information at
https://www.independent-bank.com/documents/2016PrivacyPolicy1.pdf or we will
mail you a free copy upon request if you call us at (972) 562-3426.

FREE SMALL BUSINESS                       Number of Enclosures              1
Account Number      Ending    6694        Statement Dates   9/01/17 thru 10/01/17
Previous Stmt Balance        1,120.42     Days in the statement period        31
  1 Deposits/Credits       187,500.00     Average Ledger                13,217.19
  1 Checks/Debits          187,500.00     Average Collected             13,217.19
Service Charge                    .00
Interest Paid                     .00
Current Stmt Balance         1,120.42

..............................................................................

Deposits and Other Credits
Date      Description                              Amount
9/06      CONSTRUCTION DRAW                     187,500.00
          APPROVED BY: P MEVAWALA

..............................................................................

                      --- CHECKS IN NUMBER ORDER ---
Date   Check No                 Amount
9/08      1030                187,500.00
*Indicates Skip in Check Number

..............................................................................

Daily Balance Summary
Date            Balance Date              Balance Date                 Balance
9/01         1,120.42  9/06           188,620.42  9/08              1,120.42

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Rev. MMO 04/07                                    Member FDIC

CDH-001787                                         CD HOME Ex. 12





Ck# 1030 Date 9/8/2017 Amt $187,500.00

CDH-001788

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

1151

```
CD HOMES LLC                          Date 10/31/17         Page    1
2402 ELMEN ST                         Account Number  Ending      6694
HOUSTON TX 77019                      # Enclosures                  2
```

```
---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS                   Number of Enclosures              2
Account Number      Ending    6694   Statement Dates  10/02/17 thru 10/31/17
Previous Stmt Balance       1,120.42 Days in the statement period      30
    3 Deposits/Credits    275,220.54 Average Ledger             23,728.22
    2 Checks/Debits       276,500.00 Average Collected          23,728.22
Service Charge                   .00
Interest Paid                    .00
Current Stmt Balance         159.04-
```

```
Deposits and Other Credits
Date      Description                             Amount
10/06     CD Interest                             220.54
          Cert No. Ending      6415
10/24     CONSTRUCTION ADVANCE                 267,500.00
          APPROVED BY: P MEVAWALA
10/30     REGULAR DEPOSIT                        7,500.00
```

```
Other Debits
Date      Description                             Amount
10/26     TRANSFER TO LINE OF CR              100,000.00-
          AUTH BY: C FOSTER
```

```
                  --- CHECKS IN NUMBER ORDER ---
Date   Check No               Amount
10/30    1032              176,500.00
*Indicates skip in Check Number
```

```
Daily Balance Summary
Date      Balance Date            Balance Date            Balance
10/02    1,120.42 10/24        268,840.96 10/30          159.04-
10/06    1,340.96 10/26        168,840.96
```

Rev: MMD 04/07              NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION
                                        Member FDIC



**Independent Bank**

Date: 10/31/2017 Page: 2 o
Primary Account: 100063669



Date 10/30/2017 Amt $7,500.00

Ck# 1032 Date 10/30/2017 Amt $176,500.00

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

690

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date 11/30/17          Page      1
Account Number    Ending    6694
# Enclosures                   2

---- CHECKING ACCOUNTS ----

| | | | |
|---|---|---|---|
| FREE SMALL BUSINESS | | Number of Enclosures | 2 |
| Account Number    Ending    6694 | | Statement Dates  11/01/17 thru 11/30/17 | |
| Previous Stmt Balance | 159.04- | Days in the statement period | 30 |
| 3 Deposits/Credits | 139,750.00 | Average Ledger | 13,265.96 |
| 1 Checks/Debits | 38,750.00 | Average Collected | 13,265.96 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Stmt Balance | 100,840.96 | | |

.........................................................................

Deposits and Other Credits
| Date | Description | Amount |
|---|---|---|
| 11/16 | CONST LOAN ADVANCE | 38,750.00 |
| | APPROVED BY: PMEVAWALA | |
| 11/22 | REGULAR DEPOSIT | 1,000.00 |
| 11/29 | LOAN ADVANCE TRANSFER | 100,000.00 |
| | APPROVED BY: P MEVAWALA | |

.........................................................................

--- CHECKS IN NUMBER ORDER ---
| Date | Check No | Amount |
|---|---|---|
| 11/22 | 1033 | 38,750.00 |

*Indicates Skip in Check Number

.........................................................................

Daily Balance Summary
| Date | Balance | Date | Balance |
|---|---|---|---|
| 11/01 | 159.04- | 11/22 | 840.96 |
| 11/16 | 38,590.96 | 11/29 | 100,840.96 |

Rev. MMD 04-07

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Member FDIC

CD HOME Ex. 12



Date: 11/30/2017 Page: 2 o
Primary Account: 100063669



Date 11/22/2017 Amt $1,000.00

Ck# 1033 Date 11/22/2017 Amt $38,750.00

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

171

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date 12/29/17          Page    1
Account Number   Ending    6694
# Enclosures                 2

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS
Account Number          Ending    6694
Previous Stmt Balance         100,840.96
  1 Deposits/Credits           44,500.00
  2 Checks/Debits             100,590.23
Service Charge                       .00
Interest Paid                        .00
Current Stmt Balance           44,750.73

Number of Enclosures                    2
Statement Dates  12/01/17 thru 12/31/17
Days in the statement period          31
Average Ledger                  30,795.72
Average Collected               30,795.72

Deposits and Other Credits
Date     Description                              Amount
12/11    CONSTRUCTION ADV - SHADYWOOD        44,500.00
         APPROVED BY: P MEVAWALA

--- CHECKS IN NUMBER ORDER ---
Date  Check No          Amount Date   Check No            Amount
12/22                   590.23 12/01      1034*      100,000.00
*Indicates Skip in Check Number

Daily Balance Summary
Date           Balance Date           Balance Date           Balance
12/01          840.96  12/11      45,340.96  12/22      44,750.73

Rev. MM0-04-07          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
                               Member FDIC


**Independent Bank**

Date: 12/29/2017 Page: 2 c
Primary Account: 10006369

CHECKING WITHDRAWAL

Independent Bank

DATE 12-19-17                    10006346694

PAY TO CD Homes                      59023

Five Hundred Ninty + 23/100    $    DOLLARS

⑈500⑈·000⑈⑈ 10006346694⑈

Ck# 0 Date 12/22/2017 Amt $590.23

---

CD HOMES LLC                                    1034

PAY TO THE ORDER OF ____ CD Homes LLC ____  DATE 11/25/17    $100,000

____ One Hundred Thousand ____ Dollars

Independent Bank

FOR

⑈001034⑈ ⑈111141163⑈ 10006346694⑈

Ck# 1034 Date 12/1/2017 Amt $100,000.00

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3428
Main Office

1958

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date 1/29/16          Page   1
Account Number   Ending   6694
# Enclosures

---- CHECKING ACCOUNTS ----

| FREE SMALL BUSINESS | | | Number of Enclosures | 0 |
|---|---|---|---|---|
| Account Number | Ending | 6694 | Statement Dates   1/01/16 thru | 1/31/16 |
| Previous Stmt Balance | | 809.24 | Days in the statement period | 31 |
| Deposits/Credits | | .00 | Average Ledger | 809.24 |
| Checks/Debits | | .00 | Average Collected | 809.24 |
| Service Charge | | .00 | | |
| Interest Paid | | .00 | | |
| Current Stmt Balance | | 809.24 | | |

Daily Balance Summary
Date          Balance
1/01          809.24

Rev: MMD 04/07          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

89

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date  2/29/16          Page    1
Account Number    Ending    6694
# Enclosures                    2

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS
Account Number      Ending      6694
Previous Stmt Balance              809.24
  2 Deposits/Credits            10,387.82
  2 Checks/Debits               10,387.82
Service Charge                        .00
Interest Paid                         .00
Current Stmt Balance               809.24

Number of Enclosures                    2
Statement Dates   2/01/16 thru 2/29/16
Days in the statement period          29
Average Ledger                  1,167.44
Average Collected               1,167.44

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

Deposits and Other Credits
Date    Description                                    Amount
 2/11    LOAN ADVANCE                                  3,537.73
         REQUESTED BY: BOB PARKER
 2/11    LOAN ADVANCE                                  6,850.09
         REQUESTED BY: BOB PARKER

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

              --- CHECKS IN NUMBER ORDER ---
Date   Check No          Amount Date   Check No                  Amount
 2/12    1013           3,537.73 2/12    1014                   6,850.09
*Indicates Skip in Check Number

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

Daily Balance Summary
Date            Balance Date                 Balance Date              Balance
 2/01           809.24 2/11             11,197.06 2/12               809.24

---

Rev. IMX0 04/07          NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION

CDH-001796                                      CD HOME Ex. 12



Ck# 1013 Date 2/12/2016 Amt $3,537.73

Ck# 1014 Date 2/12/2016 Amt $6,850.09

CD HOME Ex. 12



# Independent Bank

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

1885

```
CD HOMES LLC                              Date  3/31/16              Page   1
2402 ELMEN ST                             Account Number   Ending       6694
HOUSTON TX 77019                          # Enclosures
```

```
---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS                     Number of Enclosures                 0
Account Number      Ending      6694    Statement Dates   3/01/16 thru  3/31/16
Previous Stmt Balance          809.24   Days in the statement period        31
     Deposits/Credits             .00   Average Ledger                  809.24
     Checks/debits                .00   Average Collected               809.24
Service Charge                    .00
Interest Paid                     .00
Current Stmt Balance           809.24
```

```
Daily Balance Summary
Date                    Balance
 3/01                    809.24
```

Rev: MMD 04/97

CDH-001798

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

1893

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date  4/29/16          Page   1
Account Number   Ending   6694
# Enclosures

---- CHECKING ACCOUNTS ----

| | | |
|---|---|---|
| FREE SMALL BUSINESS | | |
| Account Number        Ending      6694 | Number of Enclosures | 0 |
| Previous Stmt Balance          809.24 | Statement Dates    4/01/16 thru  5/01/16 | |
| Deposits/Credits            .00 | Days in the statement period      31 | |
| Checks/Debits            .00 | Average Ledger           809.24 | |
| Service Charge            .00 | Average Collected           809.24 | |
| Interest Paid            .00 | | |
| Current Stmt Balance          809.24 | | |

.............................................................

Daily Balance Summary
Date                    Balance
 4/01                   809.24

Rev: MMD 04/07

NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

1914

Date  5/31/16          Page   1
Account Number   Ending    6694
# Enclosures

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS                        Number of Enclosures              0
Account Number        Ending      6694    Statement Dates   5/02/16 thru  5/31/16
Previous Stmt Balance            809.24    Days in the statement period         30
    1 Deposits/Credits        25,000.00    Average Ledger                 1,642.57
      Checks/Debits                 .00    Average Collected              1,642.57
Service Charge                       .00
Interest Paid                        .00
Current Stmt Balance         25,809.24

.............................................................................

Deposits and Other Credits
Date     Description                              Amount
5/31     DEMO ADVANCE TRANSFER                   25,000.00
         REQUESTED BY: R PARKER

.............................................................................

Daily Balance Summary
Date            Balance   Date            Balance
5/02            809.24    5/31         25,809.24

Rev. MMD 04/07                  NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION

CDH-001800                                          CD HOME Ex. 12



## Independent Bank

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

170

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date  6/30/16          Page   1
Account Number   Ending    6694
# Enclosures                2

---- CHECKING ACCOUNTS ----

Attn Commercial Customers:

Visit https://www.independent-bank.com/documents/2016CATO.pdf for information
regarding Corporate Account Takeover.

```
FREE SMALL BUSINESS                          Number of Enclosures              2
Account Number      Ending    6694           Statement Dates   6/01/16 thru  6/30/16
Previous Stmt Balance      25,809.24         Days in the statement period       30
     1 Deposits/Credits    35,000.00         Average Ledger              2,809.24
     2 Checks/Debits       60,000.00         Average Collected           2,809.24
Service Charge                   .00
Interest Paid                    .00
Current Stmt Balance          809.24
```

Deposits and Other Credits
```
Date      Description                          Amount
6/02      DEMO TRANSFER                     35,000.00
          REQUESTED BY: B PARKER
```

--- CHECKS IN NUMBER ORDER ---
```
Date  Check No         Amount Date  Check No              Amount
6/02      1015      25,000.00  6/03    1016            35,000.00
*Indicates Skip in Check Number
```

Daily Balance Summary
```
Date          Balance Date        Balance Date          Balance
6/01        25,809.24  6/02     35,809.24  6/03           809.24
```

Rev: MMD 04/07          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

CDH-001801                                    CD HOME Ex. 12



## Independent Bank

Ck# 1015 Date 6/2/2016 Amt $25,000.00

Ck# 1016 Date 6/3/2016 Amt $35,000.00

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

1979

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date 7/29/16          Page    1
Account Number   Ending    6694
# Enclosures

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS                          Number of Enclosures              0
Account Number        Ending      6694      Statement Dates   7/01/16 thru 7/31/16
Previous Stmt Balance            809.24      Days in the statement period       31
    Deposits/Credits              .00        Average Ledger                793.11
  2 Checks/Debits               100.00       Average Collected             793.11
Service Charge                    .00
Interest Paid                     .00
Current Stmt Balance           709.24

...............................................................

Other Debits
Date    Description                                  Amount
7/27    DD          WEBFILE TAX PYMT                  50.00-
        2146000311  16/07/27
        ID #- 902/24680672
        33311/12345/EDI/XML -
7/27    DD          WEBFILE TAX PYMT                  50.00-
        2146000311  16/07/27
        ID #- 902/24680697
        33311/12345/EDI/XML -

...............................................................

Daily Balance Summary
Date            Balance  Date              Balance
7/01            809.24   7/27              709.24

CDH-001803                                   CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

1856

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date 8/31/16                Page    1
Account Number   Ending      6694
# Enclosures

Attn Debit & ATM Card Holders:  Visit www.ibtx.com for two messages regarding
your Visa debit or ATM card.  Select Visa Debit Card under the Personal tab.  Click
the links for "ATM User Precaution" and "Visa Debit Card Disclosure" to learn more.

---- CHECKING ACCOUNTS ----

| | | | Number of Enclosures | 0 |
|---|---|---|---|---|
| FREE SMALL BUSINESS | | | | |
| Account Number | Ending | 6694 | Statement Dates 8/01/16 thru 8/31/16 | |
| Previous Stmt Balance | | 709.24 | Days in the statement period | 31 |
| Deposits/Credits | | .00 | Average Ledger | 709.24 |
| Checks/Debits | | .00 | Average Collected | 709.24 |
| Service Charge | | .00 | | |
| Interest Paid | | .00 | | |
| Current Stmt Balance | | 709.24 | | |

Daily Balance Summary
Date              Balance
8/01              709.24

Rev. MMD 04/07                NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

1790

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date  9/30/16          Page    1
Account Number   Ending     6694
# Enclosures

The new Terms and Conditions go into effect on December 1, 2016.
Please contact your local branch with any questions.

---- CHECKING ACCOUNTS ----

Attention Commercial Debit Card Holders:  Effective October 13, 2016, the daily
point-of-sale limit for all commercial debit cards is increasing to $3,000.00.
If you have any questions, please contact your local Independent Bank branch.
Thank you for banking with us - we appreciate your business!

FREE SMALL BUSINESS                    Number of Enclosures              0
Account Number      Ending    6694    Statement Dates   9/01/16 thru 10/02/16
Previous Stmt Balance         709.24  Days in the statement period       32
     Deposits/Credits            .00  Average Ledger               709.24
     Checks/Debits               .00  Average Collected            709.24
Service Charge                   .00
Interest Paid                    .00
Current Stmt Balance          709.24

..................................................................................

Daily Balance Summary
Date              Balance
 9/01             709.24

NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Rev. NMD 04/07



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

606

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date 10/31/16          Page    1
Account Number   Ending    6694
# Enclosures                2

---- CHECKING ACCOUNTS ----

| FREE SMALL BUSINESS | | Number of Enclosures | 2 |
|---|---|---|---|
| Account Number   Ending   6694 | | Statement Dates  10/03/16 thru 10/31/16 | |
| Previous Stmt Balance | 709.24 | Days in the statement period | 29 |
| 2 Deposits/Credits | 147,881.51 | Average Ledger | 21,755.48 |
| 1 Checks/Debits | 146,000.00 | Average Collected | 21,755.48 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Stmt Balance | 2,590.75 | | |

.............................................................................

Deposits and Other Credits
| Date | Description | Amount |
|---|---|---|
| 10/18 | REGULAR DEPOSIT | 1,881.51 |
| 10/20 | TRANSFER SLAB | 146,000.00 |
| | REQUESTED BY:B PARKER | |

.............................................................................

--- CHECKS IN NUMBER ORDER ---
| Date | Check No | Amount |
|---|---|---|
| 10/24 | 1017 | 146,000.00 |

*Indicates Skip in Check Number

.............................................................................

Daily Balance Summary
| Date | Balance | Date | Balance |
|---|---|---|---|
| 10/03 | 709.24 | 10/20 | 148,590.75 |
| 10/18 | 2,590.75 | 10/24 | 2,590.75 |

CDH-001806                                              CD HOME Ex. 12



**Independent Bank**

Date: 10/31/2016 Page: 2 of 2
Primary Account: 1000636694

Independent Bank    CHECKING DEPOSIT

70-78-76        From CD #22000415
CD Homes / Charles C. Foster
1000 63 6694          1,881.51
                          1 8 8 1 5 1

Date 10/18/2016 Amt $1,881.51

CD HOMES LLC
HOUSTON, TX                              1017

PAY    CD Homes                DATE  10/24/16
One Hundred Forty-Six Thousand        $ 146,000—
                                        DOLLARS
FOR                                    

Ck# 1017 Date 10/24/2016 Amt $146,000.00

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

175

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date 11/30/16          Page     1
Account Number    Ending      6694
# Enclosures                      2

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS
Account Number      Ending      6694
Previous Stmt Balance          2,590.75
  1 Deposits/Credits          80,000.00
  2 Checks/Debits             80,325.00
Service Charge                      .00
Interest Paid                       .00
Current Stmt Balance           2,265.75

Number of Enclosures                 2
Statement Dates  11/01/16 thru 11/30/16
Days in the statement period        30
Average Ledger              13,029.91
Average Collected           13,029.91

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Deposits and Other Credits
Date     Description                              Amount
11/10    PROGRESS PMT TRANSFER                   80,000.00
         REQUESTED BY: B PARKER

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

--- CHECKS IN NUMBER ORDER ---
Date  Check No            Amount Date  Check No                Amount
11/10                     325.00 11/14      1018*            80,000.00
*Indicates Skip in Check Number

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Daily Balance Summary
Date          Balance Date          Balance Date          Balance
11/01        2,590.75  11/10       82,265.75  11/14       2,265.75

CDH-001808                                          CD HOME Ex. 12



Ck# 0 Date 11/10/2016 Amt $325.00

CD HOMES LLC

1018

Ck# 1018 Date 11/14/2016 Amt $80,000.00

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

297

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date 12/30/16          Page    1
Account Number    Ending    6694
# Enclosures                    2

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS
Account Number        Ending    6694
Previous Stmt Balance              2,265.75
    2 Deposits/Credits           110,000.00
    2 Checks/Debits              110,000.00
Service Charge                          .00
Interest Paid                           .00
Current Stmt Balance               2,265.75

Number of Enclosures                       2
Statement Dates  12/01/16 thru 12/31/16
Days in the statement period             31
Average Ledger                      9,685.10
Average Collected                   9,685.10

.......................................

Deposits and Other Credits
Date      Description                          Amount
12/06     CONSTRUCTION DRAW                  90,000.00
          REQUESTED BY:B PARKER
12/15     LOAN ADV-SHADYWOOD                 20,000.00
          REQESTED BY: B PARKER

.......................................

--- CHECKS IN NUMBER ORDER ---
Date  Check No          Amount Date  Check No              Amount
12/07    1019        90,000.00 12/22    1020            20,000.00
*Indicates Skip in Check Number

.......................................

Daily Balance Summary
Date          Balance Date          Balance Date          Balance
12/01        2,265.75 12/07        2,265.75 12/22        2,265.75
12/06       92,265.75 12/15       22,265.75

Rev: MMD 04/07              NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

CDH-001810                                          CD HOME Ex. 12



**Independent Bank**

Date: 12/30/2016 Page: 2 of 2
Primary Account: 1000636694

Ck# 1019 Date 12/7/2016 Amt $90,000.00

Ck# 1020 Date 12/22/2016 Amt $20,000.00

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

CD HOMES LLC
2402 ELMEN STREET
HOUSTON TX 77019

138

Date  1/30/15          Page    1
Account Number    Ending    6694
# Enclosures                 1

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS                          Number of Enclosures            1
Account Number       Ending    6694    Statement Dates   1/01/15 thru  2/01/15
Previous Stmt Balance          809.24    Days in the statement period         32
   3 Deposits/Credits     110,581.24    Average Ledger             23,516.18
   2 Checks/Debits        104,806.82    Average Collected          23,516.18
Service Charge                    .00
Interest Paid                     .00
Current Stmt Balance         6,583.66

...............................................................................

Deposits and Other Credits
Date    Description                                      Amount
1/09    EMAIL TRANSFER REQUEST                        30,412.66
        BY: BOB PARKER
1/22    EMAIL TRANSFER REQUEST                         4,424.42
        BY: BOB PARKER
1/28    EMAIL / TELEPHONE TRANSFER                    75,744.16
        REQUESTED BY: BOB PARKER

...............................................................................

Other Debits
Date    Description                                      Amount
1/26    hcpt1000   HC Prop Tax                        29,062.66-
        40223600    15/01/26
        ID #- b-0922350000015
        CD HOMES, LLC

...............................................................................

              --- CHECKS IN NUMBER ORDER ---
Date   Check No             Amount
1/30    1006              75,744.16
*Indicates Skip in Check Number

...............................................................................

CDH-001812                                      CD HOME Ex. 12


**Independent Bank**

CD HOMES LLC
2402 ELMEN STREET
HOUSTON TX 77019

Date  1/30/15          Page    2
Account Number   Ending    6694
# Enclosures                 1

FREE SMALL BUSINESS          Ending    6694  (Continued)

Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | 809.24 | 1/22 | 35,646.32 | 1/28 | 82,327.82 |
| 1/09 | 31,221.90 | 1/26 | 6,583.66 | 1/30 | 6,583.66 |

CD HOME Ex. 12

**Independent Bank**

Date: 1/30/2015 Page: 3 of 3
Primary Account: 1000636694

CD HOMES LLC
3100 CLEARVIEW STREET
HOUSTON, TX 77013

1006

DATE 1/30/15

PAY TO THE ORDER OF CD Home

$ 75,744 16

Seventy five thousand seven hundred forty four 16/100 DOLLARS

Independent Bank

FOR S&L's Funding

⑈001006⑈ ⑊311916316⑈ 1000636694⑈

Ck# 1006 Date 1/30/2015 Amt $75,744.16

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

963

CD HOMES LLC
2402 ELMEN STREET
HOUSTON TX 77019

Date  2/27/15                    Page    1
Account Number   Ending    6694
# Enclosures                          2

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS
Account Number        Ending      6694
Previous Stmt Balance              6,583.66
      Deposits/Credits                  .00
   2 Checks/Debits                 5,774.42
Service Charge                          .00
Interest Paid                           .00
Current Stmt Balance                809.24

Number of Enclosures                      2
Statement Dates   2/02/15 thru 3/01/15
Days in the statement period             28
Average Ledger                     2,547.40
Average Collected                  2,547.40

.......................................................

--- CHECKS IN NUMBER ORDER ---
                          Amount Date   Check No                    Amount
Date   Check No
2/02      1005            1,350.00  2/13    1007*              4,424.42
*Indicates Skip in Check Number

.......................................................

Daily Balance Summary
Date              Balance Date                 Balance
2/02          5,233.66    2/13              809.24



Ck# 1005 Date 2/2/2015 Amt $1,350.00

Ck# 1007 Date 2/13/2015 Amt $4,424.42

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

751

Date  3/31/15                Page    1
Account Number   Ending    6694
# Enclosures                      1

CD HOMES LLC
2402 ELMEN STREET
HOUSTON TX 77019

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS
Account Number         Ending      6694
Previous Stmt Balance            809.24
    1 Deposits/Credits       20,000.00
    1 Checks/Debits          20,000.00
Service Charge                      .00
Interest Paid                       .00
Current Stmt Balance             809.24

Number of Enclosures                     1
Statement Dates   3/02/15 thru  3/31/15
Days in the statement period           30
Average Ledger                   2,142.57
Average Collected                2,142.57

..................................................................................

Deposits and Other Credits
Date    Description                              Amount
3/02    EMAIL TRANSFER                        20,000.00
        BY: ROBERT PARKER

..................................................................................

--- CHECKS IN NUMBER ORDER ---
Date   Check No              Amount
3/04      1008            20,000.00
*Indicates Skip in Check Number

..................................................................................

Daily Balance Summary
Date            Balance  Date              Balance
3/02         20,809.24   3/04              809.24

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

CDH-001817

CD HOME Ex. 12





Ck# 1008 Date 3/4/2015 Amt $20,000.00


**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

1758

Date   4/30/15          Page     1
Account Number   Ending     6694
# Enclosures

CD HOMES LLC
2402 ELMEN STREET
HOUSTON TX 77019

---- CHECKING ACCOUNTS ----

| | | | |
|---|---|---|---|
| | | Number of Enclosures | 0 |
| FREE SMALL BUSINESS | | Statement Dates   4/01/15 thru   4/30/15 | |
| Account Number | Ending   6694 | Days in the statement period | 30 |
| Previous Stmt Balance | 809.24 | Average Ledger | 809.24 |
| Deposits/Credits | .00 | Average Collected | 809.24 |
| Checks/Debits | .00 | | |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Stmt Balance | 809.24 | | |

Daily Balance Summary
Date                Balance
4/01              809.24

NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Rev: MMD 04/07

CDH-001819

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

679

Date  5/29/15          Page    1
Account Number    Ending    6694
# Enclosures                      1

CD HOMES LLC
2402 ELMEN STREET
HOUSTON TX 77019

```
---- CHECKING ACCOUNTS ----

                                    Number of Enclosures              1
FREE SMALL BUSINESS                 Statement Dates  5/01/15 thru  5/31/15
Account Number       Ending   6694  Days in the statement period        31
Previous Stmt Balance         809.24  Average Ledger               7,953.03
    1 Deposits/Credits     73,819.26  Average Collected            7,953.03
    1 Checks/Debits        73,819.26
Service Charge                   .00
Interest Paid                    .00
Current Stmt Balance          809.24
```

```
Deposits and Other Credits
Date        Description                    Amount
5/26        TELEPHONE TRANSFER           73,819.26
            REQUESTED BY:BOB PARKER
```

```
          --- CHECKS IN NUMBER ORDER ---
Date  Check No              Amount
5/29    1009             73,819.26
*Indicates skip in Check Number
```

```
Daily Balance Summary
Date            Balance  Date      Balance  Date      Balance
5/01             809.24  5/26    74,628.50  5/29       809.24
```

Rev: NMD 04/07          NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Date: 5/29/2015 Page: 2 of 2
Primary Account: 1000636694



## Independent Bank

1009

CD HOMES LLC
[illegible address]
HOUSTON, TX 77079

DATE 5/29/15

PAY TO THE ORDER OF __CD Homes__ $ 73,819.26

__Seventy Three Thousand Eight Hundred Nineteen 26/100__ DOLLARS

Independent Bank

FOR __SCC's Inventory__ __P. W. Siller__

⑈001009⑈ ⑈111913354⑈ 1000636694⑈

Ck# 1009 Date 5/29/2015 Amt $73,819.26

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

1824

Date 6/30/15          Page    1
Account Number    Ending   6694
# Enclosures

Attn Commercial Customers:
visit https://independent-bank.com/documents/CorporateAccountTakeover.pdf for
information regarding Corporate Account Takeover.

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS
Account Number         Ending    6694
Previous Stmt Balance          809.24
  2 Deposits/Credits       50,000.00
    Checks/Debits                .00
Service Charge                   .00
Interest Paid                    .00
Current Stmt Balance        50,809.24

Number of Enclosures                    0
Statement Dates   6/01/15 thru  6/30/15
Days in the statement period         30
Average Ledger                  4,142.57
Average Collected               4,142.57

Deposits and Other Credits
Date    Description                    Amount
6/29    TRANSFER REQUEST           25,000.00
        BY: ROBERT PARKER
6/29    TRANSFER REQUEST           25,000.00
        BY: ROBERT PARKER

Daily Balance Summary
Date         Balance  Date         Balance
6/01          809.24  6/29       50,809.24

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Rev: MMD 04/07

CDH-001822

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

1933

Date 7/31/15          Page    1
Account Number  Ending  6694
# Enclosures

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

```
---- CHECKING ACCOUNTS ----                                                     0
                                        Number of Enclosures
FREE SMALL BUSINESS                      Statement Dates   7/01/15 thru  8/02/15
Account Number        Ending    6694     Days in the statement period        33
Previous Stmt Balance          50,809.24 Average Ledger                50,809.24
      Deposits/Credits               .00 Average Collected             50,809.24
      Checks/Debits                  .00
Service charge                       .00
Interest Paid                        .00
Current Stmt Balance           50,809.24
```

```
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Daily Balance Summary
    Date              Balance
    7/01             50,809.24
```

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Rev: MWD 04/07



**Independent Bank**

3090 Craig Drive.
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

116

Date  8/31/15          Page    1
Account Number   Ending    6694
# Enclosures                  1

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Attn Debit & ATM Card Holders: Visit www.ibtx.com for two messages regarding your
Visa debit or ATM card.  Select Visa Debit Card under the Personal Tab.  Click
the links for "ATM User Precaution" and "Visa Debit Card Disclosure" to learn more.

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS
Account Number         Ending      6694
Previous Stmt Balance            50,809.24
       Deposits/Credits               .00
  1 Checks/Debits               50,000.00
Service Charge                        .00
Interest Paid                         .00
Current Stmt Balance             809.24

Number of Enclosures                    1
Statement Dates  8/03/15 thru  8/31/15
Days in the statement period         29
Average Ledger                14,602.34
Average Collected             14,602.34

--- CHECKS IN NUMBER ORDER ---
                                Amount
Date  Check No
8/11     1010             50,000.00
*Indicates Skip in Check Number

Daily Balance Summary
Date              Balance  Date          Balance
 8/03        50,809.24  8/11         809.24



**Independent Bank**



Ck# 1010 Date 8/11/2015 Amt $50,000.00



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

1914

Date  9/30/15          Page    1
Account Number    Ending    6694
# Enclosures

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

---- CHECKING ACCOUNTS ----

| | | |
|---|---|---|
| | Number of Enclosures | 0 |
| FREE SMALL BUSINESS | Statement Dates   9/01/15 thru  9/30/15 | |
| Account Number          Ending      6694 | Days in the statement period | 30 |
| Previous Stmt Balance          809.24 | Average Ledger | 809.24 |
|    Deposits/Credits          .00 | Average Collected | 809.24 |
|    Checks/Debits          .00 | | |
| Service Charge          .00 | | |
| Interest Paid          .00 | | |
| Current Stmt Balance          809.24 | | |

........................................................................

Daily Balance Summary
Date                    Balance
  9/01                    809.24

CDH-001826                              CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

939

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date 10/30/15                    Page      1
Account Number    Ending      6694
# Enclosures                            3

---- CHECKING ACCOUNTS ----

| | | | Number of Enclosures | 3 |
|---|---|---|---|---|
| FREE SMALL BUSINESS | | | Statement Dates  10/01/15 thru 11/01/15 | |
| Account Number | Ending | 6694 | Days in the statement period | 32 |
| Previous Stmt Balance | | 809.24 | Average Ledger | 16,434.24 |
| 1 Deposits/Credits | | 500,000.00 | Average Collected | 16,434.24 |
| 2 Checks/Debits | | 500,000.00 | | |
| Service Charge | | .00 | | |
| Interest Paid | | .00 | | |
| Current Stmt Balance | | 809.24 | | |

..................................................................................

Deposits and Other Credits
Date      Description                              Amount
10/06     REGULAR DEPOSIT                       500,000.00

..................................................................................

.--- CHECKS IN NUMBER ORDER ---.
Date   Check No          Amount Date   Check No              Amount
10/07      1011       250,000.00 10/07    1012          250,000.00
*Indicates Skip in Check Number

..................................................................................

Daily Balance Summary
Date              Balance Date              Balance Date              Balance
10/01            809.24 10/06          500,809.24 10/07              809.24

NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Rev: MJD 04/07

CD HOME Ex. 12



Date 10/6/2015 Amt $500,000.00

Ck# 1011 Date 10/7/2015 Amt $250,000.00

Ck# 1012 Date 10/7/2015 Amt $250,000.00

CD HOME Ex. 12


**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

16

Date 11/30/15          Page   1
Account Number     Ending    6694
# Enclosures

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS
Account Number        Ending      6694
Previous Stmt Balance             809.24
    Deposits/Credits                 .00
    Checks/Debits                    .00
Service Charge                       .00
Interest Paid                        .00
Current Stmt Balance              809.24

Number of Enclosures                    0
Statement Dates  11/02/15 thru 11/30/15
Days in the statement period           29
Average Ledger                     809.24
Average Collected                  809.24

Daily Balance Summary
Date              Balance
11/02              809.24

CDH-001829                                      CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

1898

CD HOMES LLC
2402 ELMEN ST
HOUSTON TX 77019

Date 12/31/15          Page     1
Account Number   Ending    6694
# Enclosures

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS
Account Number        Ending       6694
Previous Stmt Balance              809.24
        Deposits/Credits              .00
        Checks/Debits                 .00
Service Charge                       .00
Interest Paid                        .00
Current Stmt Balance               809.24

Number of Enclosures                    0
Statement Dates  12/01/15 thru 12/31/15
Days in the statement period         31
Average Ledger                   809.24
Average Collected                809.24

Daily Balance Summary
Date                Balance
12/01                809.24

CDH-001830                                    CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

1884

CD HOMES LLC
2402 ELMEN STREET
HOUSTON TX 77019

Date 10/31/14          Page    1
Account Number   Ending      6694
# Enclosures

---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS
Account Number      Ending      6694     Number of Enclosures           0
Previous Stmt Balance          .00       Statement Dates   10/23/14 thru 11/02/14
     Deposits/Credits          .00       Days in the statement period    11
     Checks/Debits             .00       Average Ledger                  .00
Service Charge                 .00       Average Collected               .00
Interest Paid                  .00
Current Stmt Balance           .00

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Daily Balance Summary
Date              Balance
10/23              .00

11/25  27,809.24

Rev: MMD 04/07

CDH-001831                                    CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3428
Main Office

```
                                       311
CD HOMES LLC                                    Date 11/28/14          Page    1
2402 ELMEN STREET                               Account Number  Ending      6694
HOUSTON TX 77019                                # Enclosures                   1


      ---- CHECKING ACCOUNTS ----

      FREE SMALL BUSINESS                   Number of Enclosures            1
      Account Number      Ending    6694   Statement Dates  11/03/14 thru 11/30/14
      Previous Stmt Balance           .00   Days in the statement period        28
          2 Deposits/Credits    42,899.21  Average Ledger              9,874.47
          1 Checks/Debits       19,089.97  Average Collected           9,874.47
      Service Charge                  .00
      Interest Paid                   .00
      Current Stmt Balance      23,809.24

      ...............................................................................

      Deposits and Other Credits
      Date    Description                             Amount
      11/03   EMAIL TRANSFER REQEST                 19,089.97
              BY: ROBERT PARKER 11-03-14
      11/25   EMAIL REQUEST TRANSFER               23,809.24
              REQUESTED BY: BOB PARKER

      ...............................................................................

                           --- CHECKS IN NUMBER ORDER ---
      Date   Check No               Amount
      11/10     1001              19,089.97
      *Indicates Skip in Check Number

      ...............................................................................

      Daily Balance Summary
      Date            Balance Date          Balance Date            Balance
      11/03       19,089.97 11/10              .00 11/25          23,809.24
```

Rev: MXD 04/07                    NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION

CDH-001832                                    CD HOME Ex. 12



CD HOMES LLC
2401 PLAIN STR ST
HOUSTON, TX 77018

1001

DATE: 11/7/14

PAY TO THE ORDER OF: CD Home

$ 19,051 ??

Master Service, Settlement ....

Independent
Bank

FOR: Of Money Mtg

⑈00100⑈ ⑆111936326⑆ 1000636694⑆

Ck# 1001 Date 11/10/2014 Amt $19,089.97

CD HOME Ex. 12



**Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney, TX 75070
972-562-3426
Main Office

1730

CD HOMES LLC
2402 ELMEN STREET
HOUSTON TX 77019

Date 12/31/14          Page    1
Account Number   Ending   6694
# Enclosures                  2

```
---- CHECKING ACCOUNTS ----

FREE SMALL BUSINESS                        Number of Enclosures                    2
Account Number        Ending      6694     Statement Dates  12/01/14 thru 12/31/14
Previous Stmt Balance          23,809.24   Days in the statement period          31
  1 Deposits/Credits          35,139.52    Average Ledger                  11,670.45
  2 Checks/Debits             58,139.52    Average Collected               11,670.45
Service Charge                       .00
Interest Paid                        .00
Current Stmt Balance             809.24
```

```
..........................................................................................

Deposits and Other Credits
Date    Description                                    Amount
12/17   EMAIL TRANSFER REQUEST                       35,139.52
        BY: ROBERT PARKER

..........................................................................................

               --- CHECKS IN NUMBER ORDER ---
Date   Check No           Amount Date   Check No                    Amount
12/08    1002          23,000.00 12/22    1003                    35,139.52
*Indicates Skip in Check Number

..........................................................................................

Daily Balance Summary
Date          Balance Date              Balance
12/01        23,809.24 12/17          35,948.76
12/08           809.24 12/22             809.24
```

Rev: MMD 04/07                    NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

CDH-001834                                    CD HOME Ex. 12


**Independent Bank**

Ck# 1002 Date 12/8/2014 Amt $23,000.00

Ck# 1003 Date 12/22/2014 Amt $35,139.52

CD HOME Ex. 12



**CommunityBank**
OF TEXAS

Member FDIC 🏠 Equal Housing Lender
PO Box 26017
Beaumont TX 77720-6017

5191726

CD Homes, L.L.C.
2402 Elmen
Houston TX 77019

| Primary Account | 21287311 |
|---|---|
| Enclosures | 40 |

CommunityBank of Texas, NA has not changed its privacy policy in the the past year. The annual policy disclosure is available on the bank's website at www.cbotx.com or you may call us at 1-866-427-9306 for a free copy of the disclosure by mail.

## CHECKING ACCOUNTS

Small Business Checking
| | | |
|---|---|---|
| Account Number | 21287311 | Number of Enclosures 40 |
| Previous Balance | 13,330.28 | Statement Dates 1/01/18 thru 1/31/18 |
| 5 Deposits/Credits | 403,126.25 | Days in the statement period 31 |
| 46 Checks/Debits | 412,506.41 | Average Ledger 46,831.08 |
| Service Charge | .00 | Average Collected 46,831.08 |
| Interest Paid | .00 | |
| Current Balance | 3,950.12 | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Return item fees | $.00 | $.00 |

## Deposits and Other Credits

| Date | Description | | Amount |
|---|---|---|---|
| 1/03 | Trsf from CommNow | 5890 | 3,000.00 |
| | Confirmation number 103180282 | | |
| 1/03 | Deposit | | 14,000.00 |
| 1/04 | Deposit | | 160,000.00 |
| 1/05 | WIRE-IN 20180050046000 NORTH S | | 218,626.25 |
| 1/19 | Trsf from CommNow | 5890 | 7,500.00 |
| | Confirmation number 119180435 | | |

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION          🏠

CDH-001836                                                    CD HOME Ex. 12

**CommunityBank**
OF TEXAS

Member FDIC  Equal Housing Lender

| Date 1/31/18 | Page 2 |
|---|---|
| Primary Account | 21287311 |
| Enclosures | 40 |

Small Business Checking          21287311  (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 1/03 | Cash deposit handling fee | 3.00- |
| 1/05 | Special Wire Services | 3.00- |
| 1/05 | Wire Transfer Fee | 10.00- |
| 1/08 | Transf to CommNow          5890 | 10,000.00- |
|  | Confirmation number  108180150 |  |
| 1/09 | 8558727787 POL -EC09772577 | 1,476.15- |
|  | 091000010041747    PPD |  |
| 1/09 | IPFSPMTTXH IPFS877-615-4242 | 720.11- |
|  | CCD   719947 |  |
| 1/09 | 8558727787 POL -EC0977265- | 1,389.43- |
|  | 091000010027341    PPD |  |
| 1/09 | 8558727787 POL -TXH-633116 | 2,694.27- |
|  | 091000010047621    PPD |  |

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 1/24 | 2258 | 79.26 | 1/08 | 8232 | 150.00 | 1/09 | 8250* | 189,396.00 |
| 1/10 | 8176* | 250.00 | 1/05 | 8233 | 10,970.18 | 1/12 | 8253* | 820.00 |
| 1/09 | 8195* | 1,036.10 | 1/05 | 8234 | 20,718.60 | 1/19 | 8254 | 178.42 |
| 1/12 | 8206* | 1,840.24 | 1/05 | 8236* | 45,438.86 | 1/18 | 8255 | 4,167.00 |
| 1/05 | 8220* | 6,900.00 | 1/04 | 8237 | 15,043.30 | 1/22 | 8256 | 397.26 |
| 1/04 | 8222* | 191.50 | 1/09 | 8238 | 2,368.04 | 1/22 | 8257 | 159.14 |
| 1/02 | 8223 | 160.00 | 1/09 | 8239 | 2,373.27 | 1/22 | 8259* | 5,840.00 |
| 1/04 | 8226* | 287.67 | 1/09 | 8240 | 3,229.15 | 1/22 | 8260 | 3,750.00 |
| 1/08 | 8227 | 226.94 | 1/05 | 8241 | 43,827.80 | 1/26 | 8261 | 317.65 |
| 1/09 | 8228 | 43.29 | 1/05 | 8242 | 8,867.95 | 1/24 | 8262 | 61.83 |
| 1/04 | 8229 | 3,750.00 | 1/09 | 8243 | 5,125.00 | 1/23 | 8263 | 3,750.00 |
| 1/05 | 8230 | 3,846.00 | 1/12 | 8244 | 110.00 | 1/26 | 8269* | 950.00 |
| 1/04 | 8231 | 5,840.00 | 1/08 | 8246* | 3,750.00 |  |  |  |

\* Denotes missing check numbers

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 1/01 | 13,330.28 | 1/04 | 165,054.81 | 1/09 | 19,120.92 |
| 1/02 | 13,170.28 | 1/05 | 243,098.67 | 1/10 | 18,870.92 |
| 1/03 | 30,167.28 | 1/08 | 228,971.73 | 1/12 | 16,100.68 |

```
Date  1/31/18                      Page      3
Primary Account            21287311
Enclosures                         40
```

Small Business Checking              21287311  (Continued)

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/18 | 11,933.68 | 1/22 | 9,108.86 | 1/24 | 5,217.77 |
| 1/19 | 19,255.26 | 1/23 | 5,358.86 | 1/26 | 3,950.12 |

We are upgrading to a new and improved Bill Pay system on 11/29/2017! Your
updated agreement will be available to view and accept on 11/29/2017 upon your
first login.  Visit www.cbotx.com for more information.

**CommunityBank** OF TEXAS

Member FDIC   Equal Housing Lender

Primary Account: 21287311
Date: 1/31/2018
Page 5 of 8



$14,000.00  1/3/2018

$160,000.00  1/4/2018

# 2258  $79.26  1/24/2018

# 8176  $250.00  1/10/2018

# 8195  $1,036.10  1/9/2018

# 8206  $1,840.24  1/12/2018

# 8220  $6,900.00  1/5/2018

# 8222  $191.50  1/4/2018

# 8223  $160.00  1/2/2018

# 8226  $287.67  1/4/2018

# 8227  $226.94  1/8/2018

# 8228  $43.29  1/9/2018



# 8229   $3,750.00   1/4/2018

# 8230   $3,846.00   1/5/2018

# 8231   $5,840.00   1/4/2018

# 8232   $150.00   1/8/2018

# 8233   $10,970.18   1/5/2018

# 8234   $20,718.60   1/5/2018

# 8236   $45,438.86   1/5/2018

# 8237   $15,043.30   1/4/2018

# 8238   $2,368.04   1/9/2018

# 8239   $2,373.27   1/9/2018

# 8240   $3,229.15   1/9/2018

# 8241   $43,827.80   1/5/2018



**Community Bank**
OF TEXAS
Member FDIC    Equal Housing Lender

Primary Account: 21287311
Date: 1/31/2018
Page 7 of 8



# 8242  $8,867.95  1/5/2018

# 8243  $5,125.00  1/9/2018

# 8244  $110.00  1/12/2018

# 8246  $3,750.00  1/8/2018

# 8250  $189,396.00  1/9/2018

# 8253  $820.00  1/12/2018

# 8254  $178.42  1/19/2018

# 8255  $4,167.00  1/18/2018

# 8256  $397.26  1/22/2018

# 8257  $159.14  1/22/2018

# 8259  $5,840.00  1/22/2018

# 8260  $3,750.00  1/22/2018

CD HOME Ex. 12

Primary Account: 21287311

Date: 1/31/2018

Page 8 of 8



# 8261   $317.65   1/26/2018



# 8262   $61.83   1/24/2018



# 8263   $3,750.00   1/23/2018



# 8269   $950.00   1/26/2018



**CommunityBank** OF TEXAS

Member FDIC  Equal Housing Lender

```
                                    Date   2/28/18          Page     2
                                    Primary Account         21287311
                                    Enclosures              28
```

Small Business Checking                21287311   (Continued)

## Deposits and Other Credits

| Date | Description | Amount |
|------|-------------|--------|
| 2/15 | Deposit | 76,000.00 |

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 2/05 | IPFSPMTTXH IPFS877-615-4242 CCD   633116 | 2,699.27- |
| 2/28 | Bank Initiated Debit | 55.00- |

### CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 2/06 | 8245 | 3,000.00 | 2/20 | 8275 | 3,750.00 | 2/27 | 8282 | 62.57 |
| 2/01 | 8264* | 431.51 | 2/20 | 8276 | 3,750.00 | 2/27 | 8283 | 191.60 |
| 2/02 | 8270* | 191.54 | 2/21 | 8277 | 4,167.00 | 2/21 | 8284 | 97,600.00 |
| 2/02 | 8271 | 91.60 | 2/20 | 8278 | 5,840.00 | 2/27 | 8285 | 475.00 |
| 2/06 | 8272 | 4,039.94 | 2/20 | 8279 | 756.00 | 2/26 | 8286 | 843.00 |
| 2/09 | 8273 | 200.00 | 2/27 | 8280 | 338.48 | 2/27 | 8287 | 305.00 |
| 2/12 | 8274 | 3,000.00 | 2/27 | 8281 | 173.47 | 2/28 | 8288 | 3,000.00 |

* Denotes missing check numbers

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 3,518.61 | 2/09 | 546.19 | 2/21 | 31,732.50 |
| 2/02 | 6,235.47 | 2/12 | 71,595.50 | 2/26 | 30,889.50 |
| 2/05 | 7,576.14 | 2/15 | 147,595.50 | 2/27 | 29,343.38 |
| 2/06 | 746.19 | 2/20 | 133,499.50 | 2/28 | 26,288.38 |

we are upgrading to a new and improved Bill Pay system on 11/29/2017! Your
updated agreement will be available to view and accept on 11/29/2017 upon your
first login.  Visit www.cbotx.com for more information.



CommunityBank
OF TEXAS

Member FDIC   Equal Housing Lender

Primary Account: 21287311
Date: 2/28/2018
Page 4 of 6



$209.99  2/6/2018

$2,694.27  2/12/2018

$3,900.04  2/12/2018

$23,455.00  2/12/2018

$44,000.00  2/12/2018

$76,000.00  2/15/2018

# 0  $55.00  2/28/2018

8245  $3,000.00  2/6/2018

8264  $431.51  2/1/2018

8270  $191.54  2/2/2018

8271  $91.60  2/2/2018

8272  $4,039.94  2/6/2018

Primary Account: 21287311
Date: 2/28/2018
Page 5 of 6



$ 8273   $200.00   2/9/2018

$ 8274   $3,000.00   2/12/2018

$ 8275   $3,750.00   2/20/2018

$ 8276   $3,750.00   2/20/2018

$ 8277   $4,167.00   2/21/2018

$ 8278   $5,840.00   2/20/2018

$ 8279   $756.00   2/20/2018

$ 8280   $338.48   2/27/2018

$ 8281   $173.47   2/27/2018

$ 8282   $62.57   2/27/2018

$ 8283   $191.60   2/27/2018

$ 8284   597,600.00   2/21/2018



Member FDIC   Equal Housing Lender





# 8285   $475.00   2/27/2018

# 8286   $843.00   2/26/2018



# 8287   $305.00   2/27/2018

# 8288   $3,000.00   2/28/2018

CD HOME Ex. 12



**CommunityBank**
OF TEXAS

Member FDIC   Equal Housing Lender
PO Box 26017
Beaumont TX 77720-6017

5311238

CD Homes, L.L.C.
2402 Elmen
Houston TX 77019

| | | |
|---|---|---|
| Primary Account | | 21287311 |
| Enclosures | | 15 |

CommunityBank of Texas, NA has not changed its privacy policy in the the past year. The annual policy disclosure is available on the bank's website at www.cbotx.com or you may call us at 1-866-427-9306 for a free copy of the disclosure by mail.

## CHECKING ACCOUNTS

| | | | |
|---|---|---|---|
| Small Business Checking | | Number of Enclosures | 15 |
| Account Number | 21287311 | Statement Dates   3/01/18 thru  4/01/18 | |
| Previous Balance | 26,288.38 | Days in the statement period | 32 |
| 6 Deposits/Credits | 36,489.62 | Average Ledger | 37,123.55 |
| 16 Checks/Debits | 11,778.69 | Average Collected | 36,318.48 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 50,999.31 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Return item fees | $.00 | $.00 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 3/07 | Deposit | 77.29 |
| 3/07 | Deposit | 3,750.00 |
| 3/21 | Deposit | 412.33 |
| 3/21 | Deposit | 1,000.00 |
| 3/21 | Deposit | 5,500.00 |
| 3/21 | Deposit | 25,750.00 |



MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION


**CommunityBank**
OF TEXAS

Member FDIC  Equal Housing Lender

| Date  3/30/18 | Page    2 |
|---|---|
| Primary Account | 21287311 |
| Enclosures | 15 |

Small Business Checking                21287311   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 3/12 | Transf to CommNow          5890 | 699.00- |
|  | Confirmation number 312180874 |  |
| 3/21 | 0121D     Reliant Energy | 355.67- |
|  | TEL       000072124100 |  |
| 3/22 | Bank Initiated Debit | 500.00- |
| 3/28 | 0121D     Reliant Energy | 92.28- |
|  | TEL       000071643216 |  |
| 3/28 | 0121D     Reliant Energy | 284.67- |
|  | TEL       000072124135 |  |
| 3/29 | ENT ACH EB CPENERGY ENTEX | 256.71- |
|  | TEL       000010537002 |  |
| 3/29 | ENT ACH EB CPENERGY ENTEX | 292.06- |
|  | TEL       006400224039 |  |
| 3/29 | ENT ACH EB CPENERGY ENTEX | 363.55- |
|  | TEL       000010595648 |  |

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 3/06 | 8289 | 5.02 | 3/20 | 8292 | 178.49 | 3/28 | 8295 | 338.35 |
| 3/07 | 8290 | 2,732.87 | 3/26 | 8293 | 5,260.00 | 3/30 | 8297* | 251.60 |
| 3/16 | 8291 | 100.00 | 3/29 | 8294 | 68.42 |  |  |  |

* Denotes missing check numbers

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/01 | 26,288.38 | 3/16 | 26,578.78 | 3/26 | 52,946.95 |
| 3/06 | 26,283.36 | 3/20 | 26,400.29 | 3/28 | 52,231.65 |
| 3/07 | 27,377.78 | 3/21 | 58,706.95 | 3/29 | 51,250.91 |
| 3/12 | 26,678.78 | 3/22 | 58,206.95 | 3/30 | 50,999.31 |

We are upgrading to a new and improved Bill Pay system on 11/29/2017! Your
updated agreement will be available to view and accept on 11/29/2017 upon your
first login.  Visit www.cbotx.com for more information.





**CommunityBank** OF TEXAS

Member FDIC   Equal Housing Lender

Primary Account: 21287311
Date: 3/30/2018
Page 4 of 5

$77.29   3/7/2018

$3,750.00   3/7/2018

$412.33   3/21/2018

$1,000.00   3/21/2018

$5,500.00   3/21/2018

$25,750.00   3/21/2018

# 0   $500.00   3/22/2018

# 8289   $5.02   3/6/2018

# 8290   $2,732.87   3/7/2018

# 8291   $100.00   3/16/2018

# 8292   $178.49   3/20/2018

# 8293   $5,260.00   3/26/2018

Primary Account: 21287311
Date: 3/30/2018
Page 5 of 5



# 8294   $68.42   3/29/2018

# 8295   $338.35   3/28/2018



# 8297   $251.60   3/30/2018

CD HOME Ex. 12


**CommunityBank** OF TEXAS

Member FDIC  Equal Housing Lender
PO Box 26017
Beaumont TX 77720-6017

5241072

CD Homes, L.L.C.
2402 Elmen
Houston TX 77019

| | |
|---|---|
| Primary Account | 21287311 |
| Enclosures | 28 |

CommunityBank of Texas, NA has not changed its privacy policy in the the past year. The annual policy disclosure is available on the bank's website at www.cbotx.com or you may call us at 1-866-427-9306 for a free copy of the disclosure by mail.

## CHECKING ACCOUNTS

| Small Business Checking | | Number of Enclosures | 28 |
|---|---|---|---|
| Account Number | 21287311 | Statement Dates  2/01/18 thru 2/28/18 | |
| Previous Balance | 3,950.12 | Days in the statement period | 28 |
|   8 Deposits/Credits | 157,299.24 | Average Ledger | 48,754.48 |
|   23 Checks/Debits | 134,960.98 | Average Collected | 48,533.25 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 26,288.38 | | |



| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Return item fees | $.00 | $.00 |

## Deposits and Other Credits

| Date | Description | | Amount |
|---|---|---|---|
| 2/02 | Trsf from CommNow | 5890 | 3,000.00 |
| | Confirmation number | 202180384 | |
| 2/05 | Trsf from CommNow | 5890 | 4,039.94 |
| | Confirmation number | 205180784 | |
| 2/06 | Deposit | | 209.99 |
| 2/12 | Deposit | | 2,694.27 |
| 2/12 | Deposit | | 3,900.04 |
| 2/12 | Deposit | | 23,455.00 |
| 2/12 | Deposit | | 44,000.00 |

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION     



**CommunityBank**
OF TEXAS

Member FDIC  Equal Housing Lender
PO Box 26017
Beaumont TX 77720-6017

5364349

CD Homes, L.L.C.
2402 Elmen
Houston TX 77019

| Primary Account | 21287311 |
| Enclosures | 15 |

Beginning June 10, 2018 you will no longer be able to get information about your
account by calling the bank unless you have a Privacy Code. Please ask one of our
friendly associates for more information about adding a Privacy Code today.

## CHECKING ACCOUNTS

| Small Business Checking | | Number of Enclosures | 15 |
|---|---|---|---|
| Account Number | 21287311 | Statement Dates  4/02/18 thru 4/30/18 | |
| Previous Balance | 50,999.31 | Days in the statement period | 29 |
| 1 Deposits/Credits | 2,375.00 | Average Ledger | 48,589.74 |
| 14 Checks/Debits | 7,451.55 | Average Collected | 48,589.74 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 45,922.76 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Return item fees | $.00 | $.00 |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 4/02 | Deposit | 2,375.00 |

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/03 | 8298 | 178.62 | 4/02 | 8300 | 112.50 | 4/17 | 8303* | 1,500.00 |
| 4/03 | 8299 | 48.31 | 4/02 | 8301 | 3,000.00 | 4/09 | 8304 | 235.00 |

* Denotes missing check numbers

---

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION          



**CommunityBank**
of texas

Member FDIC  Equal Housing Lender

| Date 4/30/18 | Page 2 |
|---|---|
| Primary Account | 21287311 |
| Enclosures | 15 |

Small Business Checking                    21287311   (Continued)

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/11 | 8305 | 115.00 | 4/20 | 8308 | 173.47 | 4/30 | 8311 | 338.28 |
| 4/16 | 8306 | 150.00 | 4/24 | 8309 | 390.00 | 4/30 | 8313* | 191.95 |
| 4/23 | 8307 | 68.42 | 4/25 | 8310 | 950.00 | | | |

* Denotes missing check numbers

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/02 | 50,261.81 | 4/16 | 49,534.88 | 4/24 | 47,402.99 |
| 4/03 | 50,034.88 | 4/17 | 48,034.88 | 4/25 | 46,452.99 |
| 4/09 | 49,799.88 | 4/20 | 47,861.41 | 4/30 | 45,922.76 |
| 4/11 | 49,684.88 | 4/23 | 47,792.99 | | |



**CommunityBank** OF TEXAS
Member FDIC   Equal Housing Lender

Primary Account: 21287311
Date: 4/30/2018
Page 4 of 5

$2,375.00  4/2/2018

$ 8298  $178.62  4/3/2018

$ 8299  $48.31  4/3/2018

$ 8300  $112.50  4/2/2018

$ 8301  $3,000.00  4/2/2018

$ 8303  $1,500.00  4/17/2018

$ 8304  $235.00  4/9/2018

$ 8305  $115.00  4/11/2018

$ 8306  $150.00  4/16/2018

$ 8307  $68.42  4/23/2018

$ 8309  $390.00  4/24/2018

CDH-001854

CD HOME Ex. 12

Primary Account: 21287311
Date: 4/30/2018
Page 5 of 5



# 8310  $950.00  4/25/2018



# 8313  $191.95  4/30/2018

CDH-001855

CD HOME Ex. 12

**CommunityBank**
OF TEXAS

Member FDIC  Equal Housing Lender
PO Box 26017
Beaumont TX 77720-6017

5414615

CD Homes, L.L.C.
2402 Elmen
Houston TX 77019

| Primary Account | 21287311 |
| Enclosures | 11 |

Beginning June 10, 2018 you will no longer be able to get information about your account by calling the bank unless you have a Privacy Code. Please ask one of our friendly associates for more information about adding a Privacy Code today.

## CHECKING ACCOUNTS

Small Business Checking
Account Number                21287311
Previous Balance              45,922.76
     Deposits/Credits               .00
  11 Checks/Debits          17,039.98
Service Charge                      .00
Interest Paid                       .00
Current Balance              28,882.78

Number of Enclosures                    11
Statement Dates     5/01/18 thru  5/31/18
Days in the statement period           31
Average Ledger                   35,903.72
Average Collected                35,903.72

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Return item fees | $.00 | $.00 |



## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/25 | 8302 | 1,500.00 | 5/08 | 8316 | 460.00 | 5/16 | 8320 | 3,750.00 |
| 5/01 | 8312* | 48.31 | 5/21 | 8317 | 180.28 | 5/21 | 8321 | 3,750.00 |
| 5/02 | 8314* | 3,750.00 | 5/18 | 8318 | 63.11 | 5/31 | 8322 | 200.00 |
| 5/10 | 8315 | 3,000.00 | 5/18 | 8319 | 338.28 |  |  |  |

* Denotes missing check numbers


CommunityBank
OF TEXAS

Member FDIC  Equal Housing Lender

```
Date  5/31/18          Page     2
Primary Account      21287311
Enclosures                11
```

Small Business Checking          21287311  (Continued)

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 45,874.45 | 5/10 | 38,664.45 | 5/21 | 30,582.78 |
| 5/02 | 42,124.45 | 5/16 | 34,914.45 | 5/25 | 29,082.78 |
| 5/08 | 41,664.45 | 5/18 | 34,513.06 | 5/31 | 28,882.78 |

CD HOME Ex. 12

**CommunityBank** OF TEXAS

Member FDIC   Equal Housing Lender

Primary Account: 21287311
Date: 5/31/2018
Page 4 of 4



# 8302   $1,500.00   5/25/2018

# 8312   $48.31   5/1/2018



# 8314   $3,750.00   5/2/2018

# 8315   $3,000.00   5/10/2018



# 8316   $460.00   5/8/2018

# 8317   $180.28   5/21/2018



# 8318   $63.11   5/18/2018

# 8319   $338.28   5/18/2018



# 8320   $3,750.00   5/16/2018

# 8321   $3,750.00   5/21/2018

# 8322   $200.00   5/31/2018


**CommunityBank**
OF TEXAS

Member FDIC   Equal Housing Lender
PO Box 26017
Beaumont TX 77720-6017

5465663

CD Homes, L.L.C.
2402 Elmen
Houston TX 77019

| Primary Account | 21287311 |
| Enclosures | 18 |

Beginning June 10, 2018 you will no longer be able to get information about your account by calling the bank unless you have a Privacy Code. Please ask one of our friendly associates for more information about adding a Privacy Code today.

## CHECKING ACCOUNTS

| | | | |
|---|---|---|---|
| Small Business Checking | | Number of Enclosures | 18 |
| Account Number | 21287311 | Statement Dates  6/01/18 thru  7/01/18 | |
| Previous Balance | 28,882.78 | Days in the statement period | 31 |
| 5 Deposits/Credits | 10,799.82 | Average Ledger | 15,790.74 |
| 13 Checks/Debits | 21,246.84 | Average Collected | 15,785.31 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 18,435.76 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Return item fees | $.00 | $.00 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 6/11 | Deposit | 34.65 |
| 6/28 | Deposit | 196.90 |
| 6/28 | Deposit | 276.21 |
| 6/28 | Deposit | 292.06 |
| 6/28 | Deposit | 10,000.00 |



MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



CommunityBank
OF TEXAS

Member FDIC   Equal Housing Lender

| Date | 6/29/18 | Page | 2 |
|---|---|---|---|
| Primary Account | | | 21287311 |
| Enclosures | | | 18 |

Small Business Checking                     21287311   (Continued)

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/06 | 8323 | 43.29 | 6/13 | 8328 | 1,380.00 | 6/19 | 8333 | 3,750.00 |
| 6/05 | 8324 | 190.55 | 6/22 | 8329 | 350.00 | 6/18 | 8334 | 3,750.00 |
| 6/04 | 8325 | 3,750.00 | 6/19 | 8330 | 69.58 | 6/29 | 8337* | 710.34 |
| 6/04 | 8326 | 3,750.00 | 6/20 | 8331 | 174.51 | | | |
| 6/01 | 8327 | 3,000.00 | 6/19 | 8332 | 328.57 | | | |

* Denotes missing check numbers

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/01 | 25,882.78 | 6/11 | 18,183.59 | 6/20 | 8,730.93 |
| 6/04 | 18,382.78 | 6/13 | 16,803.59 | 6/22 | 8,380.93 |
| 6/05 | 18,192.23 | 6/18 | 13,053.59 | 6/28 | 19,146.10 |
| 6/06 | 18,148.94 | 6/19 | 8,905.44 | 6/29 | 18,435.76 |



CD HOME Ex. 12



CD HOME Ex. 12

Primary Account: 21287311
Date: 6/29/2018
Page 5 of 5



# 8330   $69.58   6/19/2018

# 8331   $174.51   6/20/2018

# 8332   $328.57   6/19/2018

# 8333   $3,750.00   6/19/2018

# 8334   $3,750.00   6/18/2018

# 8337   $710.34   6/29/2018

CD HOME Ex. 12



**CommunityBank**
OF TEXAS

Member FDIC ☖ Equal Housing Lender
PO Box 26017
Beaumont TX 77720-6017

5530984

CD Homes, L.L.C.
2402 Elmen
Houston TX 77019

| Primary Account | 21287311 |
|---|---|
| Enclosures | 18 |

Beginning June 10, 2018 you will no longer be able to get information about your
account by calling the bank unless you have a Privacy Code. Please ask one of our
friendly associates for more information about adding a Privacy Code today.

## CHECKING ACCOUNTS

| | | |
|---|---|---|
| Small Business Checking | Number of Enclosures | 18 |
| Account Number 21287311 | Statement Dates 7/02/18 thru 7/31/18 | |
| Previous Balance 18,435.76 | Days in the statement period | 30 |
| 4 Deposits/Credits 30,825.24 | Average Ledger | 6,079.65 |
| 16 Checks/Debits 28,667.40 | Average Collected | 6,079.65 |
| Service Charge .00 | | |
| Interest Paid .00 | | |
| Current Balance 20,593.60 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Return item fees | $.00 | $.00 |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 7/09 | Deposit | 110.58 |
| 7/09 | Deposit | 714.66 |
| 7/16 | Deposit | 10,000.00 |
| 7/31 | Deposit | 20,000.00 |

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION          ☖

CDH-001863                                          CD HOME Ex. 12



**CommunityBank** OF TEXAS

Member FDIC  Equal Housing Lender

| Date | 7/31/18 | Page | 2 |
|------|---------|------|---|
| Primary Account | | | 21287311 |
| Enclosures | | | 18 |

Small Business Checking                    21287311   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 7/06 | IPFSPMTTXH IPFS877-615-4242 | 2,646.81- |
| | CCD   766899 | |
| 7/31 | WATER BILL CITY OF HOUSTON | 217.68- |
| | WEB   43286895301 | |

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 7/02 | 8335 | 49.06 | 7/13 | 8341 | 1,897.50 | 7/24 | 8346 | 56.58 |
| 7/03 | 8336 | 204.10 | 7/11 | 8342 | 714.66 | 7/25 | 8347 | 328.46 |
| 7/02 | 8338* | 3,750.00 | 7/17 | 8343 | 181.25 | 7/23 | 8348 | 4,167.00 |
| 7/03 | 8339 | 3,750.00 | 7/17 | 8344 | 3,750.00 | 7/31 | 8349 | 204.30 |
| 7/09 | 8340 | 3,000.00 | 7/18 | 8345 | 3,750.00 | | | |

\* Denotes missing check numbers

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/02 | 14,636.70 | 7/13 | 3,248.87 | 7/24 | 1,344.04 |
| 7/03 | 10,682.60 | 7/16 | 13,248.87 | 7/25 | 1,015.58 |
| 7/06 | 8,035.79 | 7/17 | 9,317.62 | 7/31 | 20,593.60 |
| 7/09 | 5,861.03 | 7/18 | 5,567.62 | | |
| 7/11 | 5,146.37 | 7/23 | 1,400.62 | | |



CommunityBank
OF TEXAS

Member FDIC   Equal Housing Lender

Primary Account: 21287311
Date: 7/31/2018
Page 4 of 5



$110.58  7/9/2018

$714.66  7/9/2018

$10,000.00  7/16/2018

$20,000.00  7/31/2018

# 8335  $49.06  7/2/2018

# 8336  $204.10  7/3/2018

# 8338  $3,750.00  7/2/2018

# 8339  $3,750.00  7/3/2018

# 8340  $3,000.00  7/9/2018

# 8341  $1,897.50  7/13/2018

# 8342  $714.66  7/11/2018

# 8343  $181.25  7/17/2018

CDH-001865

CD HOME Ex. 12

Primary Account: 21287311
Date: 7/31/2018
Page 5 of 5





# 8344   $3,750.00   7/17/2018

# 8345   $3,750.00   7/18/2018

# 8346   $56.58   7/24/2018

# 8347   $328.46   7/25/2018

# 8348   $4,167.00   7/23/2018

# 8349   $204.30   7/31/2018

CDH-001866

CD HOME Ex. 12

CommunityBank
OF TEXAS

Member FDIC  Equal Housing Lender
PO Box 26017
Beaumont TX 77720-6017

5582804

CD Homes, L.L.C.
2402 Elmen
Houston TX 77019

| | |
|---|---|
| Primary Account | 21287311 |
| Enclosures | 16 |

Beginning 11/1/18, the Overdraft (OD) Return item fee and the Overdraft (OD) Paid
item fee will increase to $35 per item. Consumer customers will not be charged more
than $175/day in overdraft fees, whether items are paid or returned.

## CHECKING ACCOUNTS

| | | | |
|---|---|---|---|
| Small Business Checking | | Number of Enclosures | 16 |
| Account Number | 21287311 | Statement Dates   8/01/18 thru   9/03/18 | |
| Previous Balance | 20,593.60 | Days in the statement period | 34 |
| 2 Deposits/Credits | 40,000.00 | Average Ledger | 11,787.10 |
| 14 Checks/Debits | 35,596.31 | Average Collected | 11,787.10 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 24,997.29 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Return item fees | $.00 | $.00 |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 8/15 | Deposit | 20,000.00 |
| 8/29 | Deposit | 20,000.00 |

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/01 | 8350 | 43.29 | 8/03 | 8351 | 5,840.00 | 8/02 | 8352 | 3,750.00 |

* Denotes missing check numbers

MEMBER FDIC        NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

CD HOME Ex. 12


CommunityBank
OF TEXAS

Member FDIC  🏠 Equal Housing Lender

```
Date  8/31/18              Page      2
Primary Account        21287311
Enclosures                    16
```

Small Business Checking                    21287311   (Continued)

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 8/02 | 8353 | 3,750.00 | 8/20 | 8358 | 4,167.00 | 8/22 | 8362 | 338.17 |
| 8/10 | 8355* | 3,628.56 | 8/20 | 8359 | 3,750.00 | 8/21 | 8363 | 190.00 |
| 8/15 | 8356 | 190.00 | 8/17 | 8360 | 6,000.00 | 8/23 | 8364 | 23.08 |
| 8/21 | 8357 | 3,750.00 | 8/21 | 8361 | 176.21 | | | |

* Denotes missing check numbers

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 20,550.31 | 8/15 | 23,391.75 | 8/22 | 5,020.37 |
| 8/02 | 13,050.31 | 8/17 | 17,391.75 | 8/23 | 4,997.29 |
| 8/03 | 7,210.31 | 8/20 | 9,474.75 | 8/29 | 24,997.29 |
| 8/10 | 3,581.75 | 8/21 | 5,358.54 | | |

CommunityBank
OR TEXAS
Member FDIC    Equal Housing Lender

Primary Account: 21287311
Date: 8/31/2018
Page 4 of 5



$20,000.00   8/15/2018
$20,000.00   8/29/2018

# 8350   $43.29   8/1/2018
# 8351   $5,840.00   8/3/2018

# 8352   $3,750.00   8/2/2018
# 8353   $3,750.00   8/2/2018

# 8355   $3,628.56   8/10/2018
# 8356   $190.00   8/15/2018

# 8357   $3,750.00   8/21/2018
# 8358   $4,167.00   8/20/2018

# 8359   $3,750.00   8/20/2018
# 8360   $6,000.00   8/17/2018

CDH-001869

CD HOME Ex. 12

Primary Account: 21287311
Date: 8/31/2018
Page 5 of 5



# 8361   $176.21   8/21/2018



# 8362   $338.17   8/22/2018



# 8363   $190.00   8/21/2018



# 8364   $23.08   8/23/2018

CDH-001870

CD HOME Ex. 12



**CommunityBank**
OF TEXAS, N.A.

P.O. Box 26017
Beaumont, TX 77720-6017

**Account Statement**
Customer Service
www.communitybankoftx.com
1-866-427-9306 toll free
Member FDIC ⌂ Equal Housing Lender
NMLS # 423137

4428467

CD Homes, L.L.C.
2402 Elmen
Houston TX 77019

Date  1/31/17        Page   1
Primary Account      21287311
Enclosures           69

As an independent bank, we're here not only to help our friends and neighbors reach
their dreams, we're here to help our community reach its greatest potential.
Visit us at www.communitybankoftx.com or stop by any of our branches!

CHECKING ACCOUNT

Small Business Checking
Account Number          21287311
Previous Balance        909,636.25
   3 Deposits/Credits   710,960.87
  74 Checks/Debits      914,946.26
Service Charge                 .00
Interest Paid                  .00
Current Balance         705,650.86

Number of Enclosures              69
Statement Dates   1/01/17 thru 1/31/17
Days in the statement period      31
Average Ledger            501,409.23
Average Collected         501,409.23



|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Return item fees | $.00 | $.00 |

Deposits and Other Credits
Date    Description                          Amount
1/12    Deposit                           22,000.00
1/23    WIRE-IN 20170230041200 NORTH S    686,343.82
        SELLERS PROCEEDS 5428 LONGMONT
1/27    Deposit                            2,617.05

Errors Must Be Reported Within 60 Days

CDH-001871                                    CD HOME Ex. 12



**CommunityBank** OF TEXAS

P.O. Box 26017
Beaumont, TX 77720-6017

Bank Where U Live

Date  1/31/17          Page      2
Primary Account        21287311
Enclosures                    69

Small Business Checking          21287311  (Continued)

Checks and Withdrawals
| Date | Description | | Amount |
|------|-------------|---|--------|
| 1/03 | Transf to CommNow | 5890 | 85,000.00- |
|      | Confirmation number | 103170043 | |
| 1/03 | Transf to CommNow | 5890 | 60,000.00- |
|      | Confirmation number | 103170066 | |
| 1/11 | Transf to CommNow | 5890 | 20,000.00- |
|      | Confirmation number | 111170444 | |
| 1/23 | Special Wire Services | | 3.00- |
| 1/23 | Wire Transfer Fee | | 10.00- |
| 1/30 | Stop Payment Charge | | 30.00- |
| 1/30 | Transf to CommNow | 5890 | 20,000.00- |
|      | Confirmation number | 130170138 | |



```
                       --- CHECKS IN NUMBER ORDER ---
Date  Check No    Amount   Date  Check No    Amount   Date  Check No    Amount
1/04   7423    11,750.00   1/06   7486    33,472.92   1/24   7509       296.55
1/03   7462*      393.47   1/12   7487     1,612.93   1/24   7510       393.47
1/03   7464*    2,000.00   1/10   7488     5,568.86   1/30   7511       100.00
1/03   7465     3,846.00   1/10   7489     1,978.17   1/30   7512        96.62
1/03   7466       287.50   1/10   7490     2,597.88   1/30   7513       150.81
1/03   7467     2,502.00   1/11   7491       393.30   1/27   7514       693.93
1/04   7468    20,485.49   1/09   7492     2,000.00   1/24   7515     5,840.00
1/09   7469    14,500.00   1/17   7493     3,549.31   1/31   7516       470.39
1/09   7470    13,049.19   1/10   7494     2,265.00   1/30   7517       124.03
1/06   7471     1,732.00   1/12   7495       495.13   1/27   7518    15,108.30
1/06   7472     9,968.43   1/13   7496    11,800.00   1/30   7519     5,960.00
1/05   7474     1,602.77   1/13   7497     5,197.73   1/27   7521*    2,583.33
1/06   7473    10,872.61   1/13   7498    27,609.64   1/30   7523*    3,175.00
1/06   7476*   66,157.46   1/12   7499       240.00   1/30   7524     3,846.00
1/09   7477       173.46   1/13   7500        78.81   1/30   7525       275.00
1/10   7478        48.31   1/17   7501     3,846.00   1/30   7526     1,950.00
1/06   7479       702.24   1/17   7502     2,724.34   1/30   7527       615.00
1/09   7480     2,995.00   1/17   7503     3,750.00   1/31   7529*    1,152.00
1/09   7481     3,502.00   1/17   7504     5,840.00   1/26   7530       296.32
1/04   7482     5,840.00   1/25   7505        58.97   1/27   7532*    4,098.94
1/04   7483     3,750.00   1/25   7506       242.03   1/31   7533    41,428.00
1/11   7484   345,000.00   1/24   7507       222.42
1/06   7485     4,313.84   1/23   7508       234.36
* Denotes missing check numbers
```



**CommunityBank**
OF TEXAS

P.O. Box 26017
Beaumont, TX 77720-6017

Bank Where U Live

Date  1/31/17                Page    3
Primary Account            21287311
Enclosures                       69

Small Business Checking                21287311   (Continued)

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | 909,636.25 | 1/10 | 536,281.65 | 1/24 | 805,488.48 |
| 1/03 | 755,607.28 | 1/11 | 170,888.35 | 1/25 | 805,187.48 |
| 1/04 | 713,781.79 | 1/12 | 163,170.65 | 1/26 | 804,891.16 |
| 1/05 | 712,179.02 | 1/13 | 146,094.11 | 1/27 | 781,177.71 |
| 1/06 | 584,959.52 | 1/17 | 126,144.46 | 1/30 | 750,651.25 |
| 1/09 | 548,739.87 | 1/23 | 812,240.92 | 1/31 | 705,650.86 |

-------------------------------- Here To Serve --------------------------------



**CommunityBank**
OF TEXAS

P.O. Box 26017
Beaumont, TX 77720-6017

Bank Where U Live

Primary Account: 21287311
Date: 1/31/2017
Page 4 of 9

$22,000.00    1/12/2017

$2,617.05    1/27/2017

# 7423   $11,750.00    1/4/2017

# 7462   $393.47    1/3/2017

# 7464   $2,000.00    1/3/2017

# 7465   $3,846.00    1/3/2017

# 7466   $287.50    1/3/2017

# 7467   $2,502.00    1/3/2017

# 7468   $20,485.49    1/4/2017

# 7469   $14,500.00    1/9/2017

# 7470   $13,049.19    1/9/2017

# 7471   $1,732.00    1/6/2017

CD HOME Ex. 12



CD HOME Ex. 12



**CommunityBank** OF TEXAS

P.O. Box 26017
Beaumont, TX 77720-6017

Bank Where **U** Live



# 7485   $4,313.84   1/6/2017

# 7486   $33,472.92   1/6/2017

# 7487   $1,612.93   1/12/2017

# 7488   $5,568.86   1/10/2017

# 7489   $1,978.17   1/10/2017

# 7490   $2,597.88   1/10/2017

# 7491   $393.30   1/11/2017

# 7492   $2,000.00   1/9/2017

# 7493   $3,549.31   1/17/2017

# 7494   $2,265.00   1/10/2017

# 7495   $495.13   1/12/2017

# 7496   $11,800.00   1/13/2017

CD HOME Ex. 12



CommunityBank
OF TEXAS

P.O. Box 26017
Beaumont, TX 77720-6017

Bank Where U Live



# 7497  $5,197.73  1/13/2017

# 7498  $27,609.64  1/12/2017

# 7499  $240.00  1/17/2017

# 7500  $78.81  1/13/2017

# 7501  $3,846.00  1/17/2017

# 7502  $2,724.34  1/17/2017

# 7503  $3,750.00  1/17/2017

# 7504  $5,840.00  1/17/2017

# 7505  $58.97  1/25/2017

# 7506  $242.03  1/25/2017

# 7507  $222.42  1/24/2017

# 7508  $234.36  1/23/2017



**Community Bank**
OF TEXAS

P.O. Box 26017
Beaumont, TX 77720-6017

Bank Where **U** Live

Primary Account: 21287311
Date: 1/31/2017
Page 8 of 9



| | | |
|---|---|---|
| # 7509 $296.55 1/24/2017 | # 7510 $393.47 1/24/2017 | |
| # 7511 $100.00 1/30/2017 | # 7512 $96.62 1/30/2017 | |
| # 7513 $150.81 1/30/2017 | # 7514 $693.93 1/27/2017 | |
| # 7515 $5,840.00 1/24/2017 | # 7516 $470.39 1/31/2017 | |
| # 7517 $124.03 1/30/2017 | # 7518 $15,108.30 1/27/2017 | |
| # 7519 $5,960.00 1/30/2017 | # 7521 $2,583.33 1/27/2017 | |



CommunityBank
OF TEXAS

Bank Where U Live

P.O. Box 26017
Beaumont, TX 77720-6017

Primary Account: 21287311
Date: 1/31/2017
Page 9 of 9



# 7523   $3,175.00   1/30/2017

# 7524   $3,846.00   1/27/2017



# 7525   $275.00   1/30/2017

# 7526   $1,950.00   1/31/2017



# 7527   $615.00   1/30/2017

# 7529   $1,152.00   1/31/2017





# 7530   $296.32   1/26/2017

# 7532   $4,098.94   1/27/2017





# 7533   $41,428.00   1/31/2017