1/8/2015

Ad Valorem Appraisals, Inc



**Ad Valorem Appraisals, Inc**

Phone: (281) 479-7798               Fax: (281) 479-5980

# Tax Office

Click one of these buttons or see the instructions below.

| Pay Taxes Online | Sign Up For Email Statements | | Current Statement | Duplicate Receipt And Payment History |

*Back* to Data Search Menu
*Back* to the GDS Inc Home Page

| Account Number: | 6128 | CAD Number: | 1255120020001 |
|---|---|---|---|
| Owner Name: | HOUTEX BUILDERS LLC | Property Address: | 3 THORNBLADE CIR |
| Address: | 2402 ELMEN ST | Legal 1: | LT 1 BLK 2 |
| | HOUSTON, TX 77019-6710 | Legal 2: | THE WOODLANDS CARLTON WOODS |
| | | Legal 3: | CREEKSIDE 3 IN THE |
| | | Legal 4: | VILLAGE OF CREEKSIDE PARK |
| | | Acres: | 0 |
| Mortgage Company: | | Property Type: | R |
| Deferral: No | Quarterly: No | | Payment Plan: No |
| Law Suit: No | Bankruptcy: No | | |

| Year | Entity | Current Levy | Amount Due |
|---|---|---|---|
| 2014 | HARRIS-MONTGOMERY COUNTIES MUD #386 | $3,343.35 | $3,343.35 |
| 2013 | HARRIS-MONTGOMERY COUNTIES MUD #386 | $4,250.75 | $0.00 |
| 2012 | HARRIS-MONTGOMERY COUNTIES MUD #386 | $5,469.48 | $0.00 |
| 2011 | HARRIS-MONTGOMERY COUNTIES MUD #386 | $9,290.99 | $0.00 |
| 2010 | HARRIS-MONTGOMERY COUNTIES MUD #386 | $9,290.99 | $0.00 |
| 2009 | HARRIS-MONTGOMERY COUNTIES MUD #386 | $10,792.57 | $0.00 |

Click on the blue entity above to display the detail information of the
corresponding year

Total Due:      $3,343.35

The information shown may not be the actual information recorded in the tax office, and may not include all amounts due to satisfy the account.
Please contact the Tax Office (281-479-7798) or Delinquent Tax Attorney (713-862-1860) for complete payoff information. This information is
current as of : 01/07/2015  19:46



Norton
SECURED
powered by Symantec
ABOUT SSL CERTIFICATES

**If you have questions about your taxes please call your tax office.**
**Otherwise call Governmental Data Services at 800-431-6176 if you experience any issues using**
**this website.**

About Us               Legal Notices               Contact Us
Copyright © 2015 GDS Inc./TexasPayments.com All Rights Reserved

CDH-002664                              CD HOMES Ex. 118

# TAX RECEIPT



**TAMMY J. MCRAE**
MONTGOMERY COUNTY TAX ASSESSOR/ COLLECTOR
400 N. SAN JACINTO
CONROE, TX 77301-2823

**Certified Owner:**

HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON , TX  77019-6710

**Legal Description:**
LT 1 BLK 2
THE WOODLANDS CARLTON WOODS CREEKSIDE 3
IN THE VILLAGE OF CREEKSIDE PARK

Parcel Address:    3  THORNBLADE CIR
Legal Acres:    0.0000

Remit Seq No: 29244023
Receipt Date: 05/27/2015
Deposit Date: 05/29/2015
Print Date: 05/29/2015 02:27 PM
Printed By: SBOWERING

Deposit No:        RTL052915
Validation No:     405
**Account No:       00.1255.12.0020001**
Operator Code:     KGRIMES

| Year | Tax Unit Name | Rec Type | Tax Value | Tax Rate | Levy Paid | P&I | Coll Fee Paid | Total |
|------|---------------|----------|-----------|----------|-----------|-----|---------------|-------|
| 2014 | The Woodlands Township | TL | 668,670 | 0.250000 | 1,671.68 | 217.32 | 0.00 | 1,889.00 |
|      |               |          |           |          | $1,671.68 | $217.32 | $0.00 | $1,889.00 |

> - -                                                                                    - -<

**Check Number(s):**
1061

**PAYMENT TYPE:**
Checks:                                    $1,889.00

**Exemptions on this property:**

Total Applied:                             $1,889.00
Total Tendered:                            $1,889.00
(for accounts paid on 05/27/2015)
Change Paid:                               $0.00

**PAYER:**
HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON , TX  USA 77019-6710

(936) 539-7897

21.1.179

**MIKE SULLIVAN**
Tax Assessor-Collector
P.O. Box 3547
Houston, Texas 77253-3547



| 2014 Property Tax Statement | |
|---|---|
| e-Bill Code 4410505914 | |
| Statement Date | **December 10, 2014** |
| Account Number | |
| 125-512-002-0001 | |
| SUPPLEMENT 02 | |

*0003542  A
HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON TX  77019-6710

| Taxing Jurisdiction | Exemptions | Taxable Value | Rate per $100 | Taxes |
|---|---|---|---|---|
| Harris County | 0 | 668,670 | .4173100 | $2,790.43 |
| Harris County Flood Control Dist | 0 | 668,670 | .0273600 | $182.95 |
| Port of Houston Authority | 0 | 668,670 | .0153100 | $102.37 |
| Harris County Hospital District | 0 | 668,670 | .1700000 | $1,136.74 |
| Harris County Dept. of Education | 0 | 668,670 | .0059990 | $40.11 |
| Lone Star College System | 0 | 668,670 | .1081000 | $722.83 |
| Emergency Service Dist #11 (EMS) | 0 | 668,670 | .0430000 | $287.53 |

| Property Description |
|---|
| 3 THORNBLADE CIR 77389 |
| LT 1 BLK 2 |
| THE WOODLANDS CARLTON WOODS CREEKSIDE 3 |
| IN THE VILLAGE OF CREEKSIDE PARK |

| Appraised Values | |
|---|---|
| Land - Market Value | 668,670 |
| Impr- Market Value | 0 |
| Total Market Value | 668,670 |
| Less Capped Mkt Value | 0 |
| Appraised Value | 668,670 |
| Exemptions/Deferrals | |

| | |
|---|---|
| Total 2014 Taxes Due By January 31, 2015 | $5,262.96 |
| Payments Applied To 2014 Taxes | ($0.00) |
| Total Current Taxes Due (Including Penalties) | $5,262.96 |
| Prior Year(s) Delinquent Taxes Due (If Any) | $0.00 |

| Total Amount Due By January 31, 2015 | **$5,262.96** |
|---|---|



| Penalty and Interest for Paying Late | Rate | Current Taxes | Delinquent Taxes | Total |
|---|---|---|---|---|
| By February 28, 2015 | 7% | $5,631.38 | $0.00 | $5,631.38 |
| By March 31, 2015 | 9% | $5,736.63 | $0.00 | $5,736.63 |
| By April 30, 2015 | 11% | $5,841.88 | $0.00 | $5,841.88 |
| By May 31, 2015 | 13% | $5,947.15 | $0.00 | $5,947.15 |
| By June 30, 2015 | 15% | $6,052.40 | $0.00 | $6,052.40 |

**Tax Bill Increase (Decrease) from 2009 to 2014: Appr Value -29%  Taxable Value -29%  Tax Rate -6%  Tax Bill -33%**

### Tax Statement Payment Instructions

**In Person** *
- Bring your payment coupon, along with cash, check, money order or credit/debit card to one of the Tax Office locations listed below.

**By Mail**
- Make your check or money order payable to Mike Sullivan Tax Assessor-Collector. Do not send cash in the mail.
- Mail your check (drawn on a US bank) or money order, with the payment coupon at the bottom of this bill, In the envelope provided.
- Do not send correspondence with your payment. (See 'Correspondence and Inquiries' at bottom of page.)
- To avoid penalty and interest charges, payments by US mail must have a **USPS** postmark dated on or before the due date, and payments sent via FedEx, UPS or other common carrier must bear a receipt mark dated on or before the due date.

**Online or by Telephone** *
- Make partial or full payments by credit/debit card or by free e-check online at: www.hctax.net or by telephone at: 713-274-2273.

*We accept VISA, Discover, American Express and MasterCard credit cards as well as MasterCard and VISA debit cards. A 2.15% vendor fee is added to all credit/debit card payments except VISA consumer debit, which charges a flat $3.95 fee.*

*For payments made in person, you will receive a receipt at the time of payment. Your receipt for payments made by mail, online or by telephone will be mailed to you upon request. You may also obtain it from the Property Tax Search and Payments section of our website.*

### Tax Office Locations

| Main Office (Downtown):1001 Preston, 1st Floor | | |
|---|---|---|
| Bay Area: 16603 Buccaneer Ln. | Humble: 7900 Will Clayton Pkwy. | Palm Center: 5300 Griggs Rd. |
| Baytown: 701 W. Baker Rd. | Jim Fonteno:14350 Wallisville Rd. | Raul C. Martinez: 1001 S. Sgt. Macario Garcia |
| Bellaire: 6000 Chimney Rock Rd. | John Phelps: 101 N. Richey at Hwy. 225 | Scarsdale: 10851 Scarsdale Blvd. |
| Clay Road: 16715 Clay Rd. | Kyle Chapman: 7330 Spencer Hwy. | Spring Branch: 1721 Pech Rd. |
| Cypresswood: 6831 Cypresswood Dr. | Mickey Leland: 7300 N. Shepherd Dr. | Tomball: 101 S. Walnut |

### Installment Payments for Individuals with Over-65/Disabled Homestead Exemptions or other Qualified Veteran Exemptions

You may request in writing to pay in 4 equal installments. To avoid penalty and interest, the first payment is due by January 31st. It may be paid between February 1st and March 1st. However, 7% penalty and interest will be added to that payment only.

### Delinquent Accounts
- If taxes are not paid on or before the deadline, penalty and interest will accrue each month on the unpaid balance due.
- The Tax Office offers 12 Month Installment Payment Agreements for delinquent taxes, pursuant to the Texas Property Tax Code § 33.02:
  - For homestead properties, the agreement may include any current or prior year delinquent taxes.
  - For non-homestead properties, the agreement is for current year delinquent taxes only. All prior year taxes must be paid.
- On July 1st (April 4th for Business Personal Property), unpaid accounts are sent to the delinquent tax attorneys for collection unless you have an active Payment Agreement on file. An additional 15%-20% collection penalty will be added to the total unpaid taxes, penalty and interest.

### Correspondence and Inquiries
**Contact the Tax Office by phone at: 713-274-8000 -- or mail: P. O. Box 4663, Houston, TX 77210-4663 -- or email: tax.office@tax.hctx.net if:**
- This bill does not reflect payments you have already made. (Please allow three weeks for processing of mailed payments.)
- You have any questions involving property tax issues not listed under the HCAD section below.

**Contact the Harris County Appraisal District (HCAD) by phone at: 713-957-7800 or online at www.hcad.org if:**
- The name or address on the bill needs to be changed, you are not the property owner or you believe the appraised or taxable value is incorrect.
- You would like more information on property exemption(s) not shown on this bill.
- You have an Over-65, Disability, or other Qualified Veteran exemptions and desire a deferral of taxes.

CD HOMES Ex. 118

# 2014 TAX STATEMENT
# TOMBALL INDEPENDENT SCHOOL DISTRICT

Brian Ludwig, Tax Assessor/Collector
(281) 357-3100 or visit: www.tomballisd.net

P.O. Box 276
TOMBALL, TEXAS 77377-0276

STATEMENT NBR: 2003395
ACCOUNT: 1255120020001

STATEMENT DATE: 12/09/2014
OWNER NAME: HOUTEX BUILDERS LLC
PARCEL ADDRESS:
0000003 THORNBLADE CIR

LEGAL DESCRIPTION: 0
LT 1 BLK 2
THE WOODLANDS CARLTON WOODS CR
EEKSIDE 3IN THE VILLAGE OF CRE

PIDN: 1255120020001

| LAND MARKET | IMPR MARKET | TOTAL MARKET | LESS CAPPED | APPRAISED |
|---|---|---|---|---|
| $668,670 | $0 | $668,670 | $0 | $668,670 |

| TAXING ENTITIES | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE PER $100 | BASE RATE | PENALTY & INTEREST |
|---|---|---|---|---|---|
| TOMBALL ISD | $0 | $668,670 | 1.360000 | $9,093.91 | $0.00 |

ASSESSMENT RATIO: 100%
TOTAL 2014 BASE TAX DUE          $9,093.91

DELINQUENCY DATE: 02/01/2015
Total AMOUNT DUE:  $9,093.91

### To Pay by Credit Card



Call 1-866-549-1010
or visit www.certifiedpayments.net
(use bureau Code 3573100)
There is a nominal fee for this service.

IF YOU ARE RECEIVING AN 'OVER 65' OR DISABILITY EXEMPTION, YOU QUALIFY FOR INSTALLMENT PAYMENTS.
CALL THIS TAX OFFICE FOR MORE INFORMATION.

### PENALTY AND INTEREST

In accordance with state laws, delinquent tax payments incur added costs of up to a 12% penalty, and interest at 12% per annum. For payments made by mail, the official postmark of the U.S. Postal Service shall determine whether payments have been made on a timely basis.

**PLEASE RETURN THIS PORTION WITH PAYMENT**

| | TAX YEAR | APPRAISED VALUE | APPRAISAL % CHANGE | EXEMPTION AMOUNT | ACCOUNT HISTORY TAXABLE VALUE | VALUE % CHG | TAX RATE PER $100 | RATE % CHG | TAX | TAX % CHG |
|---|---|---|---|---|---|---|---|---|---|---|
| TOMBALL ISD | 2014 | 868,670 | 13.26% | 0. | 868,670 | 13.26% | 1.360000 | 0.00% | $9,083.91 | 13.26% |
| TOMBALL ISD | 2013 | 590,382 | 1.48% | 0 | 590,382 | 1.48% | 1.360000 | 0.00% | $8,029.20 | 1.48% |
| TOMBALL ISD | 2012 | 581,860 | -38.01% | 0 | 581,860 | -38.01% | 1.360000 | 0.00% | $7,913.30 | -38.00% |
| TOMBALL ISD | 2011 | 938,484 | 0.00% | 0 | 938,484 | 0.00% | 1.360000 | 0.00% | $12,763.38 | 0.00% |
| TOMBALL ISD | 2010 | 938,484 | 0.00% | 0 | 938,484 | 0.00% | 1.360000 | 0.00% | $12,763.38 | 0.00% |
| TOMBALL ISD | 2009 | 938,484 | 0.00% | 0 | 938,484 | 0.00% | 1.360000 | 0.00% | $12,763.38 | 0.00% |

| | TAX YEAR | SCHOOL MAINTENANCE AND DEBT RATE INFORMATION MAINTENANCE RATE | DEBT RATE | TAX YEAR | MAINTENANCE RATE | DEBT RATE |
|---|---|---|---|---|---|---|
| TOMBALL I.S.D. | 2014 | 1.020000 | 0.340000 | 2013 | 1.020000 | 0.340000 |

**TO:  The Tomball Independent School District Property Owner**

In preparing its budget for the new school year, the Tomball ISD Board of Trustees has taken steps to limit expenditures to amounts which will maintain the high standards of our education programs while at the same time giving due consideration to the interest of the district's taxpayers.  After taking into account revenues to be received from state and federal governments, as well as local sources, the Board of Trustees has set a 2014 tax rate of $1.36 per $100 of taxable value, The same as in 2008, 2009, 2010, 2011,2012 and 2013.

In comparing this tax statement with last year's, please keep in mind that it may reflect a change in valuation of your property.  If the property valuation has changed, and you have a question about it, please contact either the **Harris County Appraisal District at 713-957-7800** or the **Montgomery County Appraisal District at 936-756-3354** , depending on the county in which the property is located.  The Appraisal District is responsible for maintaining exemptions



**FirstService**
RESIDENTIAL

*Shane. STOLLMACK
@ FS Residential
.com

QUIANA. KEYS*

**Carlton Woods Creekside Assoc**
5295 Hollister Street
Houston, TX 77040

**Statement of Account as of 04/22/2015**

| | |
|---|---|
| Re: 3 Thornblade Cir<br>BUR: C9-493  0154 02 | Account:    00280645<br>Lot:     3002001<br>Period: April 2015<br>Payment Due: 04/30/2015 |
| HOUTEX BUILDERS LLC.<br>2402 Elment St.<br>Houston, TX  77019 | |
| | Amount Due:    4,150.00 |

| Date | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 03/31/2015 | Balance Forward | | | 4,324.50 |
| 03/31/2015 | Finance Charge | 62.25 | 0.00 | |
| 04/02/2015 | Admin Fee | 20.00 | 0.00 | |
| 04/02/2015 | Postage-Cert Mail | 6.48 | 0.00 | |
| 04/07/2015 | Remove per CM | 0.00 | -62.25 | |
| 04/07/2015 | Remove per CM | 0.00 | -50.00 | |
| 04/07/2015 | Remove per CM | 0.00 | -62.25 | |
| 04/07/2015 | Remove per CM | 0.00 | -62.25 | |
| 04/07/2015 | Remove per CM | 0.00 | -20.00 | |
| 04/07/2015 | Remove per CM | 0.00 | -6.48 | |
| | New Balance --> | | | 4,150.00 |

Our records indicate that the above balance is owed by you. Please remit
payment.  If you disagree, please contact us at 713.932.1122.

**Make Checks Payable to: Carlton Woods Creekside Assoc**
Re: 3 Thornblade Cir

BUR: C9-493  0154 02
Account:00280645
Lot:     3002001
Period: April 2015
Payment Due: 04/30/2015

**TEAR**

**ALONG**

**PERFORATION**

HOUTEX BUILDERS LLC.
2402 Elment St.
Houston, TX  77019

Carlton Woods Creekside Assoc
FirstService Residential
PO Box 2321
Houston TX 77252-2321

Amount Due:    4,150.00

49320002806450422150041500 05

| PROPERTY DESCRIPTION | | | |
|---|---|---|---|
| LT 1 BLK 2 THE WOODLANDS CARLTON WOODS CREEKSIDE 3 IN THE VILLAGE OF CREEKSIDE PARK

3 THORNBLADE CIR 77389 | | | |

**Tammy J. McRae, PCC, CTOP**
TAX ASSESSOR-COLLECTOR



Montgomery County
PROPERTY TAX STATEMENT for **2015**

| QUICK REF ID | 1647 |
|---|---|
| 00.1255.12.0020001 | |
| PROPERTY ID NO. | |
| 1255120020001 | |
| OWNER NAME | |
| HOUTEX BUILDERS LLC | |

Phone Number: 936-539-7897

| JURISDICTION | HOMESTEAD CAP LOSS | TOTAL ASSESSED | EXEMPTIONS | TAXABLE VALUE | TAX RATE PER $100 | TAX AMOUNT |
|---|---|---|---|---|---|---|
| THE WOODLANDS TOWNSHIP | | $1,142,650 | $0 | $1,142,650 | .23000000 | $2,628.10 |

**Property Values**

| | |
|---|---|
| Land HS | |
| Land NHS | $975,000 |
| Ag Mkt | |
| Ag Use | |
| Imp HS | |
| Imp NHS | $167,650 |
| Agent ID | |
| Mortgage ID | |

**TOTAL ANNUAL TAXES** ➡

- Your payment must be postmarked by January 31, 2016
- If tax is paid by a Mortgage Co., please forward to them
- View property tax information and payment options at: www.mctx.org/tax

gogreen  Receipts available online at  www.mctx.org/tax
Paper receipts will be issued upon request.

| | $2,628.10 |
|---|---|

Below are taxes plus penalty & interest for the month of payment.

| If Paid In | PAY |
|---|---|
| Feb | $2,812.07 |
| Mar | $2,864.63 |
| Apr | $2,917.19 |
| May | $2,969.75 |
| June | $3,022.32 |

Taxes must be paid by January 31, 2016 to avoid penalty and interest. Delinquent date is February 1st of each year. Any penalty, interest, or attorney fees are established by the Property Tax Code as follows: February 1st – add 7% penalty and interest; March 1st – add 9% penalty and interest; April 1st – add 11% penalty and interest; May 1st – add 13% penalty and interest; June 1st – add 15% penalty and interest; July 1st – add 18% penalty and interest plus 20% attorney fees; 1% added for each month thereafter. Attorney fees for business personal property and manufactured home accounts begin April 1st.

**THE WOODLANDS TOWNSHIP**

| | Appraised | Taxable | Rate | Tax | % Change | % Change Type | Current to First Years Compared | Available Change |
|---|---|---|---|---|---|---|---|---|
| 2015 | $1,142,650 | $1,142,650 | .23000000 | $2,628.10 | 57.21% | Appraised: | 2015 to 2010 | 21.75 |
| 2014 | $668,670 | $668,670 | .25000000 | $1,671.68 | -3.69% | Taxable: | 2015 to 2010 | 21.75 |
| 2013 | $590,382 | $590,382 | .29400000 | $1,735.72 | -5.99% | Tax Rate: | 2015 to 2010 | -29.75000 |
| 2012 | $581,860 | $581,860 | .31730000 | $1,846.24 | -39.47% | Taxes: | 2015 to 2010 | -14.47 |
| 2011 | $938,484 | $938,484 | .32500000 | $3,050.07 | -.73% | | | |
| 2010 | $938,484 | $938,484 | .32740000 | $3,072.60 | .00% | | | |

CD HOMES Ex. 118

# 2015 TAX STATEMENT
## TOMBALL INDEPENDENT SCHOOL DISTRICT

**Brian Ludwig, Tax Assessor/Collector**
**(281) 357-3100 or visit: www.tomballisd.net**

P.O. Box 276
TOMBALL, TEXAS 77377-0276

STATEMENT NBR: 2051684
ACCOUNT: 1255120020001

STATEMENT DATE: 11/06/2015
OWNER NAME: HOUTEX BUILDERS LLC
PARCEL ADDRESS:
0000003 THORNBLADE CIR

PIDN: 1255120020001

LEGAL DESCRIPTION: 0.000000
LT 1 BLK 2THE WOODLANDS CARLTO
N WOODS CREEKSIDE 3IN THE VILL
AGE OF CREEKSIDE PARK

| LAND MARKET | IMPR MARKET | TOTAL MARKET | LESS CAPPED | APPRAISED |
|---|---|---|---|---|
| $975,000 | $167,650 | $1,142,650 | $0 | $1,142,650 |

| TAXING ENTITIES | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE PER $100 | BASE RATE | PENALTY & INTEREST |
|---|---|---|---|---|---|
| TOMBALL ISD | $0 | $1,142,650 | 1.340000 | $15,311.51 | $0.00 |

ASSESSMENT RATIO: 100%
TOTAL 2015 BASE TAX DUE      $15,311.51

DELINQUENCY DATE: 02/01/2016
Total AMOUNT DUE: $15,311.51

**To Pay by Credit Card**



**Call 1-866-549-1010**
**or visit www.certifiedpayments.net**
(use bureau Code 3573100)
There is a nominal fee for this service.

### PENALTY AND INTEREST

In accordance with state laws, delinquent tax payments incur added costs of up to a 12% penalty, and interest at 12% per annum. For payments made by mail, the official postmark of the U.S. Postal Service shall determine whether payments have been made on a timely basis.

IF YOU ARE RECEIVING AN 'OVER 65' OR DISABILITY EXEMPTION, YOU QUALIFY FOR INSTALLMENT PAYMENTS.
CALL THIS TAX OFFICE FOR MORE INFORMATION.

PLEASE RETURN THIS PORTION WITH PAYMENT

| | TAX YEAR | APPRAISED VALUE | APPRAISAL % CHANGE | ACCOUNT HISTORY EXEMPTION AMOUNT | TAXABLE VALUE | VALUE % CHG | TAX RATE PER $100 | RATE % CHG | TAX | TAX % CHG |
|---|---|---|---|---|---|---|---|---|---|---|
| TOMBALL ISD | 2015 | 1,142,850 | 70.88% | 0 | 1,142,850 | 70.88% | 1.340000 | -1.47% | $15,311.51 | 68.37% |
| TOMBALL ISD | 2014 | 668,870 | 13.26% | 0 | 668,870 | 13.26% | 1.360000 | 0.00% | $9,093.91 | 13.26% |
| TOMBALL ISD | 2013 | 590,382 | 1.46% | 0 | 590,382 | 1.46% | 1.360000 | 0.00% | $8,028.20 | 1.46% |
| TOMBALL ISD | 2012 | 581,860 | -38.01% | 0 | 581,860 | -38.01% | 1.360000 | 0.00% | $7,913.30 | -38.00% |
| TOMBALL ISD | 2011 | 938,484 | 0.00% | 0 | 938,484 | 0.00% | 1.360000 | 0.00% | $12,763.38 | 0.00% |
| TOMBALL ISD | 2010 | 938,484 | 0.00% | 0 | 938,484 | 0.00% | 1.360000 | 0.00% | $12,763.38 | 0.00% |

| | SCHOOL MAINTENANCE AND DEBT RATE INFORMATION | | | | | |
|---|---|---|---|---|---|---|
| | TAX YEAR | MAINTENANCE RATE | DEBT RATE | TAX YEAR | MAINTENANCE RATE | DEBT RATE |
| TOMBALL I.S.D. | 2015 | 1.020000 | 0.320000 | 2014 | 1.020000 | 0.340000 |

**TO: The Tomball Independent School District Property Owner**

In preparing its budget for the new school year, the Tomball ISD Board of Trustees has taken steps to limit expenditures to amounts which will maintain the high standards of our education programs while at the same time giving due consideration to the interest of the district's taxpayers. After taking into account revenues to be received from state and federal governments, as well as local sources, the Board of Trustees has set a 2015 tax rate of $1.34 per $100 of taxable value.

In comparing this tax statement with last year's, please keep in mind that it may reflect a change in valuation of your property. If the property valuation has changed, and you have a question about it, please contact either the Harris County Appraisal District at 713-957-7800 or the Montgomery County Appraisal District at 936-756-3354 , depending on the county in which the property is located. The Appraisal District is responsible for maintaining exemptions

**MIKE SULLIVAN**
Tax Assessor-Collector
P.O. Box 3547
Houston, Texas 77253-3547



**2015 Property Tax Statement**
e-Bill Code 4636895615

| Statement Date | November 3, 2015 |
|---|---|
| **Account Number** | |
| 125-512-002-0001 | |

*0608095  G
HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON TX 77019-6710

| Taxing Jurisdiction | Exemptions | Taxable Value | Rate per $100 | Taxes |
|---|---|---|---|---|
| Harris County | 0 | 1,142,650 | .4192300 | $4,790.33 |
| Harris County Flood Control Dist | 0 | 1,142,650 | .0273300 | $312.29 |
| Port of Houston Authority | 0 | 1,142,650 | .0134200 | $153.34 |
| Harris County Hospital District | 0 | 1,142,650 | .1700000 | $1,942.51 |
| Harris County Dept. of Education | 0 | 1,142,650 | .0054220 | $61.95 |
| Lone Star College System | 0 | 1,142,650 | .1079000 | $1,232.92 |
| Emergency Service Dist #11 (EMS) | 0 | 1,142,650 | .0418500 | $478.20 |

**Property Description**

3 THORNBLADE CIR 77389
LT 1 BLK 2
THE WOODLANDS CARLTON WOODS CREEKSIDE 3
IN THE VILLAGE OF CREEKSIDE PARK

**Appraised Values**

| | |
|---|---|
| Land - Market Value | 975,000 |
| Impr - Market Value | 167,650 |
| Total Market Value | 1,142,650 |
| Less Capped Mkt Value | 0 |
| Appraised Value | 1,142,650 |

**Exemptions/Deferrals**

| | |
|---|---|
| Total 2015 Taxes Due By January 31, 2016 | $8,971.54 |
| Payments Applied To 2015 Taxes | ($0.00) |
| Total Current Taxes Due (including Penalties) | $8,971.54 |
| Prior Year(s) Delinquent Taxes Due (if Any) | $0.00 |

| Total Amount Due By January 31, 2016 | **$8,971.54** |
|---|---|



| Penalty and Interest for Paying Late | Rate | Current Taxes | Delinquent Taxes | Total |
|---|---|---|---|---|
| By February 29, 2016 | 7% | $9,599.54 | $0.00 | $9,599.54 |
| By March 31, 2016 | 9% | $9,778.99 | $0.00 | $9,778.99 |
| By April 30, 2016 | 11% | $9,958.41 | $0.00 | $9,958.41 |
| By May 31, 2016 | 13% | $10,137.84 | $0.00 | $10,137.84 |
| By June 30, 2016 | 15% | $10,317.27 | $0.00 | $10,317.27 |

**Tax Bill Increase (Decrease) from 2010 to 2015: Appr Value 22%  Taxable Value 22%  Tax Rate 0%  Tax Bill 22%**

## Payment Instructions

### By Mail

- Make payment by CHECK (drawn on a US bank) or MONEY ORDER only.
- Make payable to: Mike Sullivan, Harris County Tax Assessor-Collector.
- Do not send cash.
- Mail, along with the payment coupon, in the envelope provided.
- Do not send correspondence with your payment.
  *(See 'Correspondence and Inquiries' at the bottom of page.)*

NOTE: To avoid penalty and interest charges, payment by US mail must be postmarked on or before the due date. Payment sent via FedEx, UPS or other common carrier must bear a receipt mark dated on or before the due date.

### Online or by Telephone

Make full or partial payment by either CREDIT/DEBIT CARD or FREE E-CHECK online at www.hctax.net or by phone at 713-274-2273.

### In Person

Bring your payment coupon, along with CASH, CHECK, MONEY ORDER or CREDIT/DEBIT CARD to a Tax Office location listed below.

### CREDIT/DEBIT CARDS ACCEPTED

- VISA, Discover, American Express and MasterCard credit cards
- MasterCard and VISA consumer debit cards

NOTE: A 2.15% vendor fee is added to all credit/debit card payments, except VISA consumer debit, which charges a flat $3.95 fee.

RECEIPTS:   Receipt for payments made by mail, online or by telephone will be mailed to you upon request. For payments made in person, you will receive a receipt at the time of payment. You may also obtain a receipt from the "Property Tax Search and Payments" section of our website; www.hctax.net.

## Tax Office Locations

### Main Office (Downtown): 1001 Preston, 1st floor

| | | |
|---|---|---|
| Bay Area: 16603 Buccaneer Ln. | Humble: 7900 Will Clayton Pkwy. | Palm Center: 5300 Griggs Rd. |
| Baytown: 701 W. Baker Rd. | Jim Fonteno: 14350 Wallisville Rd. | Raul C. Martinez: 1001 S/Sgt. Macario Garcia |
| Bellaire: 6000 Chimney Rock Rd. | John Phelps: 101 Richey | Scarsdale: 10851 Scarsdale Blvd. |
| Clay Road: 16715 Clay Rd. | Kyle Chapman: 7330 Spencer Hwy. | Spring Branch: 1721 Pech Rd. |
| Cypresswood: 6831 Cypresswood Dr. | Mickey Leland: 7300 N. Shepherd Dr. | Tomball: 101 S. Walnut St. |

## Installment Payment Plans

### Over-65/Disabled or Disabled Veterans and Surviving Spouses

You may request in writing to pay your tax bill in 4 equal installments. Qualifying applicants may pay their tax bills without late fees, provided initial payment is made prior to the due date on the bill. Requests and payments received within the first month after the due date will also be accepted, however, a 7% penalty and interest charge will be added to the initial payment. Penalty and interest also apply to any subsequent installment that is paid after the due date of that installment.

### Delinquent Accounts

- If taxes are not paid before the deadline, penalty and interest will accrue each month on the unpaid balance due.
- The Tax Office offers 12 Month Installment Payment Agreements for delinquent taxes, pursuant to Texas Property Tax Code § 33.02:
  - For properties with a homestead exemption, the agreement may include any current or prior year delinquent taxes.
  - For all other properties, the agreement is for current year delinquent taxes only and all prior year taxes must be paid in full.
- On July 1st (April 1st for Business Personal Property), unpaid accounts are sent to the delinquent tax attorneys for collection unless you have an active Payment Agreement on file. A 15-20% collection penalty is then added.

## Correspondence and Inquiries

Contact the Tax Office by phone at: 713-274-8000, by mail at: P. O. Box 4663, Houston, TX 77210-4663 or by email at: tax.office@tax.hctx.net if:

- This bill does not reflect payments you have already made. *(Please allow three weeks for processing of mailed payments).*
- You have any questions involving problems not listed under the HCAD section below.

Contact the Harris County Appraisal District (HCAD) at 713-957-7800 or www.hcad.org if:

- The name or address on the bill needs correction, you are not the property owner or you believe the taxable value is incorrect.
- You think you qualify for or may be entitled to any exemption that does not appear on this bill.
- You have an Over-65 or Disability exemption and would like to defer your taxes.

CD HOMES Ex. 118

HARRIS-MONTGOMERY COUNTIES MUD 386
TIM SPENCER, TAX A/C
822 WEST PASADENA BLVD
DEER PARK, TX 77536-5749

2015 TAX STATEMENT
11/04/2015

ADDRESS CORRECTION REQUESTED
(281)479-7798

RETAIN THIS PORTION FOR YOUR RECORDS

To Pay Online
Go To www.texaspayments.com

ACCOUNT
6128

CAD ACCOUNT NUMBER
1255120020001

PROPERTY OWNER

HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON, TX 77019-6710

PROPERTY DESCRIPTION

0000003 THORNBLADE CIR
LT 1 BLK 2
THE WOODLANDS CARLTON WOODS
CREEKSIDE 3            IN THE
VILLAGE OF CREEKSIDE PARK

| LAND VALUE | IMPROVEMENT VALUE | MINERAL VALUE | PERSONAL PROPERTY | TOTAL APPRAISED/ASSESSED |
|---|---|---|---|---|
| 975,000 | 167,650 | | | 1,142,650 |

| HOMESTEAD | OVER 65/DISABLED | DISABLED VETERAN | CAP ADJ/AG DEFERRED | EXEMPT/NOMINAL | TAXABLE VALUE |
|---|---|---|---|---|---|
| | | | | | 1,142,650 |

IF YOU ARE 65 YEARS OF AGE OR OLDER
OR ARE DISABLED AND THE PROPERTY
DESCRIBED IN THIS DOCUMENT IS YOUR
RESIDENCE HOMESTEAD, YOU SHOULD
CONTACT THE APPRAISAL DISTRICT
REGARDING ANY ENTITLEMENT YOU MAY
HAVE TO A POSTPONEMENT IN THE
PAYMENT OF THESE TAXES.

TAXPAYERS WITH AN OVER 65
EXEMPTION, A DISABILITY
EXEMPTION, OR A DISABLED
VETERANS EXEMPTION
QUALIFY FOR AN
INSTALLMENT PLAN ON THEIR
RESIDENCE HOMESTEAD.
PLEASE CALL FOR DETAILS.

| | |
|---|---|
| TAX ASSESSMENT RATIO | 100% |
| TAX RATE PER $100 | 0.465000 |
| TOTAL DUE        $ | 5,313.32 |

AMOUNT DUE IF PAID IN

| | | |
|---|---|---|
| FEBRUARY ( 7%) $ | | 5,685.25 |
| MARCH ( 9%) $ | | 5,791.52 |
| APRIL ( 11%) $ | | 5,897.79 |
| MAY ( 13%) $ | | 6,004.05 |
| JUNE ( 15%) $ | | 6,110.32 |

TAXES ARE DUE UPON RECEIPT AND BECOME
DELINQUENT FEBRUARY 1, 2016

| TAX YEAR | ENTITY | APPRAISED VALUE | TAXABLE VALUE | TAX RATE | LEVY AMOUNT | PREV. YEAR |
|---|---|---|---|---|---|---|
| 2015 | 386 | 1,142,650 | 1,142,650 | 0.465000 | 5,313.32 | 58.922% |
| 2014 | 386 | 668,670 | 668,670 | 0.500000 | 3,343.35 | 21.347%- |
| 2013 | 386 | 590,382 | 590,382 | 0.720000 | 4,250.75 | 22.282%- |
| 2012 | 386 | 581,860 | 581,860 | 0.940000 | 5,469.48 | 41.131%- |
| 2011 | 386 | 938,484 | 938,484 | 0.990000 | 9,290.99 | 0.000% |
| 2010 | 386 | 938,484 | 938,484 | 0.990000 | 9,290.99 | 13.913%- |
| 5 Year Comparison | | 21.755% | 21.755% | 53.030%- | 42.812%- | |

SIGN UP FOR EMAIL STATEMENTS AT texaspayments.com/101386 USING YOUR SECURE #2624568000

MAKE CHECKS PAYABLE TO:                    RETURN THIS PORTION WITH YOUR PAYMENT

FIRSTSERVICE RESIDENTIAL
CARLTON WOODS CREEKSIDE ASSOCIATION
2204 TIMBERLOCH PLACE #180
THE WOODLANDS TX 77380-1181
RETURN SERVICE REQUESTED



FirstService
RESIDENTIAL

**Carlton Woods Creekside Association**

| | | |
|---|---|---|
| 272812 | Nov 11, 2015 | $4,150.00 |

**To receive future statements electronically,
visit http://www.estmt.net**

Your Registration ID: 2744-813Y-Q3ST

***********AUTO**MIXED AADC 270
3539873 3929WEBP    5734 1 3 3

HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON TX 77019-6710

---

### IMPORTANT MESSAGE

**Carlton Woods Creekside Association**
**2016 Assessment**

The 2016 annual assessment amount is $4,150. Please send your check payable to Carlton Woods Creekside Association along with the remittance coupon to the address printed on the coupon. The 2016 assessment for your Association is due in full on January 1, 2016 and becomes delinquent on January 31, 2016. If your payment is received after January 31, 2016 you will be charged interest at the rate of 18% per annum or the highest rate permitted by applicable law, whichever is the higher rate, a late fee, and rebilling fees until paid in full. If your Mortgage Company pays your Assessment fee, please forward the payment coupon to them.
**Please note we DO NOT accept cash or credit card payments at any of our offices.**

Your assessment dollar is combined with all the owners to provide operating income for your neighborhood. The assessment income provides funds to meet the monthly expenses for your Association. The 2016 budget will be reviewed for approval at the Annual Board of Directors meeting to be held on November 18, 2015.

In an effort to promote effective communication and to receive notices regarding your Community, Sec. 209.0051, Subsection (e) (2) (B) of the Texas Residential Property Owners Protection Act allows "sending notice by e-mail to each owner who has registered an e-mail address with the association." Per Sec. 209.0051 Subsection (f), "It is an owner's duty to keep an updated e-mail address registered with the property owners' association." Therefore, we respectfully request that you register your e-mail address with FirstService Residential. In order to make sure that we have your correct email address in our records, please send an email to contactus.tx@fsresidential.com that includes your name, account number, and property address. In addition, please put your association name in the subject line. FirstService Residential looks forward to working with you to carry out the daily operations of your Homeowner's Association. We thank you in advance for your support and wish you a prosperous and healthy New Year. Should you have any questions or suggestions about our Community, please contact our office at (281) 681-2000.

Sincerely,
Krystle Keller
Executive Community Manager

---

**Interest/Finance Charges may accrue**

| PROPERTY DESCRIPTION |
|---|
| LT 1 BLK 2 |
| THE WOODLANDS CARLTON WOODS CREEKSIDE 3 |
| IN THE VILLAGE OF CREEKSIDE PARK |
| |
| 3 THORNBLADE CIR 77389 |

**Tammy J. McRae, PCAC**
TAX ASSESSOR-COLLECTOR



Montgomery County
PROPERTY TAX STATEMENT for **2016**

| ACCOUNT NO. |
|---|
| 00.1255.12.0020001 |
| **PROPERTY ID NO.** |
| 1255120020001 |
| **OWNER NAME** |
| HOUTEX BUILDERS LLC |

Phone Number: 936-539-7897

| JURISDICTION | HOMESTEAD CAP LOSS | TOTAL ASSESSED | EXEMPTIONS | TAXABLE VALUE | TAX RATE PER $100 | TAX AMOUNT |
|---|---|---|---|---|---|---|
| THE WOODLANDS TOWNSHIP | | $2,194,593 | $0 | $2,194,593 | .23000000 | $5,047.56 |

| Property Values | |
|---|---|
| Land HS | |
| Land NHS | $1,401,038 |
| Ag Mkt | |
| Ag Use | |
| Imp HS | |
| Imp NHS | $793,555 |
| Agent ID | |
| Mortgage ID | |

**TOTAL ANNUAL TAXES** ➡

- Your payment must be postmarked by January 31, 2017
- If tax is paid by a Mortgage Co., please forward to them
- View property tax information and payment options at: www.mctx.org/tax

goGreen

Receipts available online at www.mctx.org/tax
Paper receipts will be issued upon request.

| $5,047.56 |
|---|

Below are taxes plus penalty & interest for the month of payment.

| If Paid In | PAY |
|---|---|
| Feb | $5,400.89 |
| Mar | $5,501.84 |
| Apr | $5,602.79 |
| May | $5,703.74 |
| June | $5,804.69 |

Taxes must be paid by January 31, 2017 to avoid penalty and interest. Delinquent date is February 1st of each year. Any penalty, interest, or attorney fees are established by the Property Tax Code as follows: February 1st - add 7% penalty and interest; March 1st - add 9% penalty and interest; April 1st - add 11% penalty and interest; May 1st - add 13% penalty and interest; June 1st - add 15% penalty and interest; July 1st - add 18% penalty and interest plus 20% attorney fees; 1% added for each month thereafter. Attorney fees for business personal property and manufactured home accounts begin April 1st.

| | Appraised | Taxable | Rate | Tax | % Change | % Change Type | Current to First Years Compared | Available Change |
|---|---|---|---|---|---|---|---|---|
| THE WOODLANDS TOWNSHIP | | | | | | | | |
| 2016 | $2,194,593 | $2,194,593 | .23000000 | $5,047.56 | 92.08% | Appraised: | 2016 to 2011 | 133.84 |
| 2015 | $1,142,650 | $1,142,650 | .23000000 | $2,628.10 | 57.21% | Taxable: | 2016 to 2011 | 133.84 |
| 2014 | $668,670 | $668,670 | .25000000 | $1,671.68 | -3.69% | Tax Rate: | 2016 to 2011 | -29.23000 |
| 2013 | $590,382 | $590,382 | .29400000 | $1,735.72 | -5.99% | Taxes: | 2016 to 2011 | 65.49 |
| 2012 | $581,860 | $581,860 | .31730000 | $1,846.24 | -39.47% | | | |
| 2011 | $938,484 | $938,484 | .32500000 | $3,050.07 | .00% | | | |

FOR INFORMATION ONLY

CD HOMES Ex. 118

# 2016 TAX STATEMENT
# TOMBALL INDEPENDENT SCHOOL DISTRICT

Brian Ludwig, Tax Assessor/Collector
(281) 357-3100 or visit: www.tomballisd.net

P.O. Box 276
TOMBALL, TEXAS 77377-0276

STATEMENT NBR: 2118752
ACCOUNT: 1255120020001

STATEMENT DATE: 10/21/2016
OWNER NAME: HOUTEX BUILDERS LLC
PARCEL ADDRESS:
0000003 THORNBLADE CIR

LEGAL DESCRIPTION: 0.000000
LT 1 BLK 2THE WOODLANDS CARLTO
N WOODS CREEKSIDE 3IN THE VILL
AGE OF CREEKSIDE PARK

PIDN: 1255120020001

| LAND MARKET | IMPR MARKET | TOTAL MARKET | LESS CAPPED | APPRAISED |
|---|---|---|---|---|
| $1,401,038 | $793,555 | $2,194,593 | $0 | $2,194,593 |

| TAXING ENTITIES | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE PER $100 | BASE RATE | PENALTY & INTEREST |
|---|---|---|---|---|---|
| TOMBALL ISD | $0 | $2,194,593 | 1.340000 | $29,407.55 | $0.00 |

ASSESSMENT RATIO: 100%
TOTAL 2016 BASE TAX DUE      $29,407.55

DELINQUENCY DATE: 02/01/2017
Total AMOUNT DUE:  $29,407.55

## PENALTY AND INTEREST

In accordance with state laws, delinquent tax payments
incur added costs of up to a 12% penalty, and interest
at 12% per annum.  For payments made by mail, the
official postmark of the U.S. Postal Service shall determine
whether payments have been made on a timely basis.

IF YOU ARE RECEIVING AN 'OVER 65' OR DISABILITY EXEMPTION, YOU QUALIFY FOR INSTALLMENT PAYMENTS.
CALL THIS TAX OFFICE FOR MORE INFORMATION.

PLEASE RETURN THIS PORTION WITH PAYMENT

CDH-002681

CD HOMES Ex. 118

ACCOUNT HISTORY

| | TAX YEAR | APPRAISED VALUE | APPRAISAL % CHANGE | EXEMPTION AMOUNT | TAXABLE VALUE | VALUE % CHG | TAX RATE PER $100 | RATE % CHG | TAX | TAX % CHG |
|---|---|---|---|---|---|---|---|---|---|---|
| TOMBALL ISD | 2016 | 2,194,693 | 92.08% | 0 | 2,194,693 | 92.08% | 1.340000 | 0.00% | $29,407.86 | 92.08% |
| TOMBALL ISD | 2015 | 1,142,660 | 70.66% | 0 | 1,142,660 | 70.66% | 1.340000 | -1.47% | $15,311.61 | 68.37% |
| TOMBALL ISD | 2014 | 668,670 | 13.26% | 0 | 668,670 | 13.26% | 1.360000 | 0.00% | $9,093.91 | 13.26% |
| TOMBALL ISD | 2013 | 590,382 | 1.46% | 0 | 590,382 | 1.46% | 1.360000 | 0.00% | $8,029.20 | 1.46% |
| TOMBALL ISD | 2012 | 581,860 | -38.01% | 0 | 581,860 | -38.01% | 1.360000 | 0.00% | $7,913.30 | -38.00% |
| TOMBALL ISD | 2011 | 938,484 | 0.00% | 0 | 938,484 | 0.00% | 1.360000 | 0.00% | $12,763.38 | 0.00% |

SCHOOL MAINTENANCE AND DEBT RATE INFORMATION

| | TAX YEAR | MAINTENANCE RATE | DEBT RATE | TAX YEAR | MAINTENANCE RATE | DEBT RATE |
|---|---|---|---|---|---|---|
| TOMBALL I.S.D. | 2016 | 1.040000 | 0.300000 | 2015 | 1.020000 | 0.320000 |

**TO:  The Tomball Independent School District Property Owner**

In preparing its budget for the new school year, the Tomball ISD Board of Trustees has taken steps to limit expenditures to amounts which will maintain the high standards of our education programs while at the same time giving due consideration to the interest of the district's taxpayers.  After taking into account revenues to be received from state and federal governments, as well as local sources, the Board of Trustees has set a 2016 tax rate of $1.34 per $100 of taxable value. The $1.34 tax rate is the same as last year.

In comparing this tax statement with last year's, please keep in mind that it may reflect a change in valuation of your property.  If the property valuation has changed, and you have a question about it, please contact either the **Harris County Appraisal District at 713-957-7800** or the **Montgomery County Appraisal District at 936-756-3354** , depending on the county in which the property is located.  The Appraisal District is responsible for maintaining exemptions.

**MIKE SULLIVAN**
Tax Assessor-Collector
P.O. Box 3547
Houston, Texas 77253-3547



**2016 Property Tax Statement**
e-Bill Code 5526361916

| Statement Date | November 5, 2016 |
|---|---|
| **Account Number** | |
| 125-512-002-0001 | |



*0713403  H
HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON TX 77019-6710

| Taxing Jurisdiction | Exemptions | Taxable Value | Rate per $100 | Taxes |
|---|---|---|---|---|
| Harris County | 0 | 2,194,593 | .4165600 | $9,141.80 |
| Harris County Flood Control Dist | 0 | 2,194,593 | .0282900 | $620.85 |
| Port of Houston Authority | 0 | 2,194,593 | .0133400 | $292.76 |
| Harris County Hospital District | 0 | 2,194,593 | .1717900 | $3,770.09 |
| Harris County Dept. of Education | 0 | 2,194,593 | .0052000 | $114.12 |
| Lone Star College System | 0 | 2,194,593 | .1078000 | $2,365.77 |
| Emergency Service Dist #11 (EMS) | 0 | 2,194,593 | .0398700 | $874.98 |

| | |
|---|---|
| Total 2016 Taxes Due By January 31, 2017 | $17,180.37 |
| Payments Applied To 2016 Taxes | ($0.00) |
| Total Current Taxes (Including Penalties) | $17,180.37 |
| Prior Year(s) Delinquent Taxes Due (If Any) | $0.00 |

| **Total Amount Due By January 31, 2017** | **$17,180.37** |
|---|---|



**Property Description**

3 THORNBLADE CIR 77389
LT 1 BLK 2
THE WOODLANDS CARLTON WOODS CREEKSIDE 3
IN THE VILLAGE OF CREEKSIDE PARK

| Appraised Values | |
|---|---|
| Land - Market Value | 1,401,038 |
| Impr - Market Value | 793,555 |
| Total Market Value | 2,194,593 |
| Less Capped Mkt Value | 0 |
| Appraised Value | 2,194,593 |
| Exemptions/Deferrals | |

| Penalty and Interest for Paying Late | Rate | Current Taxes | Delinquent Taxes | Total |
|---|---|---|---|---|
| By February 28, 2017 | 7% | $18,383.00 | $0.00 | $18,383.00 |
| By March 31, 2017 | 9% | $18,726.61 | $0.00 | $18,726.61 |
| By April 30, 2017 | 11% | $19,070.20 | $0.00 | $19,070.20 |
| By May 31, 2017 | 13% | $19,413.82 | $0.00 | $19,413.82 |
| By June 30, 2017 | 15% | $19,757.43 | $0.00 | $19,757.43 |

Tax Bill Increase (Decrease) from 2011 to 2016: Appr Value 134%  Taxable Value 134%  Tax Rate -1%  Tax Bill 132%

CD HOMES Ex. 118

## Payment Instructions

### By Mail

- Make payment by CHECK (drawn on a US bank) or MONEY ORDER only.
- Make payable to: Mike Sullivan, Harris County Tax Assessor-Collector.
- Do not send cash.
- Mail, along with the payment coupon, in the envelope provided.
- Do not send correspondence with your payment.
  *(See 'Correspondence and Inquiries' at the bottom of page.)*

NOTE: To avoid penalty and interest charges, payment by US mail must be postmarked on or before the due date. Payment sent via FedEx, UPS or other common carrier must bear a receipt mark dated on or before the due date.

### Online or by Telephone

Make full or partial payment by either CREDIT/DEBIT CARD or FREE E-CHECK online at www.hctax.net or by phone at 713-274-2273.

### In Person

Bring your payment coupon, along with CASH, CHECK, MONEY ORDER or CREDIT/DEBIT CARD to a Tax Office location listed below.

### CREDIT/DEBIT CARDS ACCEPTED

- VISA, Discover, American Express and MasterCard credit cards
- MasterCard and VISA consumer debit cards

NOTE: A 2.15% vendor fee is added to all credit/debit card payments, except VISA consumer debit, which charges a flat $3.95 fee.

RECEIPTS:   Receipt for payments made by mail, online or by telephone will be mailed to you upon request. For payments made in person, you will receive a receipt at the time of payment. You may also obtain a receipt from the "Property Tax Search and Payments" section of our website; www.hctax.net.

## Tax Office Locations

**Main Office (Downtown): 1001 Preston, 1st floor**

| | | |
|---|---|---|
| Bay Area: 16603 Buccaneer Ln. | Humble: 7900 Will Clayton Pkwy. | Palm Center: 5300 Griggs Rd. |
| Baytown: 701 W. Baker Rd. | Jim Fonteno: 14350 Wallisville Rd. | Raul C. Martinez: 1001 S/Sgt. Macario Garcia |
| Bellaire: 6000 Chimney Rock Rd. | John Phelps: 101 Richey | Scarsdale: 10851 Scarsdale Blvd. |
| Clay Road: 16715 Clay Rd. | Kyle Chapman: 7330 Spencer Hwy. | Spring Branch: 1721 Pech Rd. |
| Cypresswood: 6831 Cypresswood Dr. | Mickey Leland: 7300 N. Shepherd Dr. | Tomball: 101 S. Walnut St. |

## Installment Payment Plans

### Over-65/Disabled or Disabled Veterans and Surviving Spouses

Qualifying applicants may pay their tax bills in 4 equal installments and without late fees. Requests must be made in writing and initial payment must be made prior to the due date on the bill. Requests and payments received within the first month after the due date will be accepted, however, a 7% penalty and interest charge will be added to the initial payment. Penalty and interest also apply to any subsequent installment that is paid after the due date of that installment.

### Delinquent Accounts

- If taxes are not paid before the deadline, penalty and interest will accrue each month on the unpaid balance due.
- The Tax Office offers 12 Month Installment Payment Agreements for delinquent taxes, pursuant to Texas Property Tax Code § 33.02:
  - For properties with a homestead exemption, the agreement may include any current or prior year delinquent taxes.
  - For all other properties, the agreement is for current year delinquent taxes only and all prior year taxes must be paid in full.
- On July 1st (April 1st for Business Personal Property), unpaid accounts are sent to the delinquent tax attorneys for collection unless you have an active Payment Agreement on file. A 15%-20% collection penalty will be added.

## Correspondence and Inquiries

Contact the Tax Office by phone at: 713-274-8000, by mail at: P. O. Box 4663, Houston, TX 77210-4663 or by email at: tax.office@tax.hctx.net if:

- This bill does not reflect payments you have already made. *(Please allow three weeks for processing of mailed payments).*
- You have questions about any issues other than those listed under the HCAD section below.

Contact the Harris County Appraisal District (HCAD) at 713-957-7800 or www.hcad.org if:

- The name or address on the bill needs correction, you are not the property owner or you believe the taxable value is incorrect.
- You think you qualify for or may be entitled to any exemption that does not appear on this bill.
- You have an Over-65 or Disability exemption and desire a deferral of taxes.

CD HOMES Ex. 118

Ad Valorem Appraisals, Inc
Tim Spencer
822 West Pasadena Blvd

Deer Park, TX 77536-5749
281-479-7798
ADDRESS CORRECTION REQUESTED

| ACCOUNT | CAD NUMBER |
|---------|------------|
| 6128 | 1255120020001 |

Property Owner
    HOUTEX BUILDERS LLC
    2402 ELMEN ST
    HOUSTON, TX 77019-6710

2016 ONLINE TAX STATEMENT
01/19/2017
RETAIN THIS PORTION FOR YOUR RECORDS



TO PAY ONLINE, SIGN UP FOR EMAIL STATEMENTS,
PRINT A DUPLICATE RECEIPT, OR TO VIEW PAYMENT
HISTORY, GO TO http://www.texaspayments.com
PROPERTY DESCRIPTION
    3 THORNBLADE CIR
LT 1 BLK 2
THE WOODLANDS CARLTON WOODS
CREEKSIDE 3            IN THE
VILLAGE OF CREEKSIDE PARK

| LAND VALUE | IMPROVEMENT VALUE | MINERAL VALUE | PERSONAL PROPERTY | TOTAL APPRAISED/ASSESSED |
|------------|-------------------|---------------|-------------------|--------------------------|
| 1,401,038 | 793,555 | | | 2,194,593 |

| TAXING ENTITY | HOMESTEAD EXEMPTION | OVER 65/ DISABLED | DISABLED VETERAN | CAP ADJ/AG DEFERRAL/OTHER | TAXABLE VALUE | TAX RATE | TAX AMOUNT DUE |
|---------------|---------------------|-------------------|------------------|---------------------------|---------------|----------|----------------|
| HARRIS-MONTG( | | | | | 2,194,593 | 0.465000 | 10,204.86 |

TAXPAYERS WITH AN OVER 65 EXEMPTION, A
DISABILITY EXEMPTION, OR A DISABLED VETERANS
EXEMPTION ON YOUR HOMESTEAD QUALIFY FOR AN
INSTALLMENT PLAN ON THEIR RESIDENCE HOMESTEAD.
PLEASE CALL FOR DETAILS 281-479-7798.

| | | |
|---|---|---|
| TOTAL DUE | $ | 10,204.86 |
| AMOUNT DUE IF PAID IN: | | |
| FEBRUARY ( 7%) | $ | 10,919.20 |
| MARCH    ( 9%) | $ | 11,123.30 |
| APRIL    (11%) | $ | 11,327.40 |
| MAY      (13%) | $ | 11,531.49 |
| JUNE     (15%) | $ | 11,735.59 |

TAXES ARE DUE UPON RECEIPT AND BECOME DELINQUENT FEBRUARY 1, 2017
MAKE CHECKS PAYABLE TO:
Ad Valorem Appraisals, Inc
822 West Pasadena Blvd

Deer Park, TX 77536-5749
281-479-7798
PROPERTY DESCRIPTION
    3 THORNBLADE CIR
LT 1 BLK 2
THE WOODLANDS CARLTON WOODS
CREEKSIDE 3            IN THE
VILLAGE OF CREEKSIDE PARK
        HOUTEX BUILDERS LLC
        2402 ELMEN ST
        HOUSTON, TX 77019-6710

RETURN THIS PORTION WITH YOUR PAYMENT

2016 ONLINE TAX STATEMENT    01/19/2017

CAD NUMBER: 1255120020001
ACCT NO  : 6128
MTG CODE :

| | | |
|---|---|---|
| TOTAL DUE     : $ | | 10,204.86 |
| DELINQUENCY DATE: | | 02/01/2017 |
| AMOUNT DUE IF PAID IN: | | |
| FEBRUARY ( 7%) | $ | 10,919.20 |
| MARCH    ( 9%) | $ | 11,123.30 |
| APRIL    (11%) | $ | 11,327.40 |
| MAY      (13%) | $ | 11,531.49 |
| JUNE     (15%) | $ | 11,735.59 |

6128735          201.6000.020946.0001.091.920A

CDH-002685

CD HOMES Ex. 118



FIRSTSERVICE RESIDENTIAL
CARLTON WOODS CREEKSIDE ASSOCIATION
2204 TIMBERLOCH PLACE #180
THE WOODLANDS TX 77380-1181
RETURN SERVICE REQUESTED



**FirstService**
RESIDENTIAL

Carlton Woods Creekside Association

| Account Number | Billing Date | Amount Due |
|---|---|---|
| 272812 | Dec 08, 2016 | $4,350.00 |

**14 ******AUTO**MIXED AADC 270
4580605 3920WEBP    3028 1 3 3



HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON TX 77019-6710

To receive future statements electronically,
visit http://www.estmt.net

Your Registration ID: 2744-813Y-Q3ST

---

## IMPORTANT MESSAGE

**Carlton Woods Creekside Association**

**2017 Assessment**

The 2017 annual assessment amount is $4,350. Please send your check payable to the Carlton Woods Creekside Association along with the remittance coupon to the address printed on the coupon.

The 2017 assessment for your Association is due in full on January 1, 2017 and becomes delinquent on January 31, 2017. If your payment is received after January 31, 2017 you will be charged interest at the rate of 18% per annum or the highest rate permitted by applicable law, whichever is the higher rate, a late fee, and rebilling fees until paid in full. If your Mortgage Company pays your Assessment fee, please forward the payment coupon to them. Please note we DO NOT accept cash or credit card payments at any of our offices.

Your assessment dollar is combined with all the owners to provide operating income for your neighborhood. The assessment income provides funds to meet the monthly expenses for your Association.

In an effort to promote effective communication and to receive notices regarding your Community, Sec. 209.0051, Subsection (e) (2) (B) of the Texas Residential Property Owners Protection Act allows "sending notice by e-mail to each  owner who has registered an e-mail address with the association." Per Sec. 209.0051 Subsection (f), "it is an owner's duty to keep an updated e-mail address registered with the property owners' association." Therefore, we respectfully request that you register your e-mail address with FirstService Residential. In order to make sure that we have your correct email address in our records, please send an email to contactus.tx@fsresidential.com that includes your name, account number, and property address. In addition, please put your association name in the subject line.

FirstService Residential looks forward to working with you to carry out the daily operations of your Homeowner's Association. We thank you in advance for your support and wish you a prosperous and healthy New Year. Should you have any questions or suggestions about your Community, please contact our office at (713) 932-1122.

Sincerely,
Krystle Keller
Executive Community Manager

---

**Interest/Finance Charges may accrue**

Date Paid _____

Check # _____

Amount _____

| Association ID | Account Number | Due Date | Amount Due |
|---|---|---|---|
| Carlton Woods Creekside | 272812 | 01/01/2017 | **$4,350.00** |

If Received After Jan 31, 2017 Pay $4,465.25

HOUTEX BUILDERS LLC
Make Payable To: **Carlton Woods Creekside Association**

CARLTON WOODS CREEKSIDE ASSOCIATION
FIRSTSERVICE RESIDENTIAL
PO BOX 2321
HOUSTON TX 77252-2321

| PROPERTY DESCRIPTION |
| --- |
| LT 1 BLK 2 |
| THE WOODLANDS CARLTON WOODS CREEKSIDE 3 |
| IN THE VILLAGE OF CREEKSIDE PARK |
| |
| 3 THORNBLADE CIR 77389 |

**Tammy J. McRae, PCAC**
TAX ASSESSOR-COLLECTOR



Montgomery County
**PROPERTY TAX STATEMENT for 2017**

Phone Number: 936-539-7897

| ACCOUNT NO |
| --- |
| 00.1255.12.0020001 |
| PROPERTY ID NO |
| 1255120020001 |
| OWNER NAME |
| HOUTEX BUILDERS LLC |

| JURISDICTION | HOMESTEAD CAP LOSS | TOTAL ASSESSED | EXEMPTIONS | TAXABLE VALUE | TAX RATE PER $100 | TAX AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| THE WOODLANDS TOWNSHIP | | $2,850,000 | $0 | $2,850,000 | .23000000 | $6,555.00 |

| Property Values | |
| --- | --- |
| Land HS | |
| Land NHS | $1,401,038 |
| Ag Mkt | |
| Ag Use | |
| Imp HS | |
| Imp NHS | $1,448,962 |
| Agent ID | |
| Mortgage ID | |

- Your payment must be postmarked by January 31, 2018
- If tax is paid by a Mortgage Co., please forward to them
- View property tax information and payment options at: www.mctx.org/tax

gogreen  Receipts available online at www.mctx.org. Paper receipts will be issued upon request.

**TOTAL ANNUAL TAXES** ➡

| | $6,555.00 |
| --- | --- |

Below are taxes plus penalty & interest for the month of payment.

| If Paid In | PAY |
| --- | --- |
| Feb | $7,013.85 |
| Mar | $7,144.95 |
| Apr | $7,276.05 |
| May | $7,407.15 |
| June | $7,538.25 |

Taxes must be paid by January 31, 2018 to avoid penalty and interest. Delinquent date is February 1st of each year. Any penalty, interest, or attorney fees are established by the Property Tax Code as follows: February 1st - add 7% penalty and interest; March 1st - add 9% penalty and interest; April 1st - add 11% penalty and interest; May 1st - add 13% penalty and interest; June 1st - add 15% penalty and interest; July 1st - add 18% penalty and interest plus 20% attorney fees; 1% added for each month thereafter. Attorney fees for business personal property and manufactured home accounts begin April 1st.

# $ 80,284.94

FOLD/CREASE, DETACH & RETURN

MAKE CHECKS PAYABLE TO:



**Tammy J. McRae**
TAX ASSESSOR - COLLECTOR
Montgomery County
400 N. San Jacinto St.
Conroe, Texas 77301

QUICK REF. ID 00.1255.12.0020001
SITUS ADDRESS 3 THORNBLADE CIR 77389
PROPERTY DESCRIPTION LT 1 BLK 2

Below are taxes plus penalty & interest for the month of payment

| If Paid In | PAY |
| --- | --- |
| Feb | $7,013.85 |
| Mar | $7,144.95 |
| Apr | $7,276.05 |
| May | $7,407.15 |
| June | $7,538.25 |

**TOTAL ANNUAL TAXES**
IF PAID BY
JANUARY 31,
2018

$6,555.00

Scan QR Code for On-Line Account Access

1064  1 AV 0.373******AUTO**5-DIGIT 77019 5DXS 2 PT 6
HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON TX 77019-6710

1255120020001  000000655500  00000000000  7

☐ CHANGE OF ADDRESS OR OWNERSHIP CORRECTION ON BACK

SEE REVERSE SIDE FOR ADDITIONAL TAX INFORMATION

CDH-002687                                        CD HOMES Ex. 118

HARRIS-MONTGOMERY COUNTIES MUD 386
TIM SPENCER, TAX ASSESSOR-COLLECTOR
822 WEST PASADENA BLVD
DEER PARK, TX 77536-5749

2017 TAX STATEMENT
01/30/2018

RETAIN THIS PORTION FOR YOUR RECORDS

ADDRESS CORRECTION REQUESTED
(281)479-7798

To Pay Online
Go To www.texaspayments.com

ACCOUNT                CAD ACCOUNT NUMBER
6128                   1255120020001

PROPERTY OWNER

HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON, TX  77019-6710

PROPERTY DESCRIPTION

0000003 THORNBLADE CIR
LT 1 BLK 2
THE WOODLANDS CARLTON WOODS
CREEKSIDE 3          IN THE
VILLAGE OF CREEKSIDE PARK

| LAND VALUE | IMPROVEMENT VALUE | MINERAL VALUE | PERSONAL PROPERTY | TOTAL APPRAISED/ASSESSED |
|---|---|---|---|---|
| 1,401,038 | 1,448,962 | | | 2,850,000 |

| HOMESTEAD | OVER 65/DISABLED | DISABLED VETERAN | CAP ADJ/AG DEFERRED | EXEMPT/NOMINAL | TAXABLE VALUE |
|---|---|---|---|---|---|
| | | | | | 2,850,000 |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

TAXPAYERS WITH AN OVER 65 EXEMPTION, A DISABILITY EXEMPTION, OR A DISABLED VETERANS EXEMPTION QUALIFY FOR AN INSTALLMENT PLAN ON THEIR RESIDENCE HOMESTEAD. PLEASE CALL FOR DETAILS.

TAX ASSESSMENT RATIO               100%
TAX RATE PER $100               0.465000

TOTAL DUE          $          13,252.50

AMOUNT DUE IF PAID IN
FEBRUARY  (  7%)   $          14,180.18
MARCH     (  9%)   $          14,445.23
APRIL     ( 11%)   $          14,710.28
MAY       ( 13%)   $          14,975.33
JUNE      ( 15%)   $          15,240.38

TAXES ARE DUE UPON RECEIPT AND BECOME DELINQUENT FEBRUARY 1, 2018

| TAX YEAR | ENTITY | APPRAISED VALUE | TAXABLE VALUE | TAX RATE | LEVY AMOUNT | PREV. YEAR |
|---|---|---|---|---|---|---|
| 2017 | 386 | 2,850,000 | 2,850,000 | 0.465000 | 13,252.50 | 60.4601 |
| 2016 | 386 | 1,776,147 | 1,776,147 | 0.465000 | 9,259.08 | 55.4411 |
| 2015 | 386 | 1,142,650 | 1,142,650 | 0.465000 | 5,313.32 | 58.9221 |
| 2014 | 386 | 668,670 | 668,670 | 0.500000 | 3,343.35 | 21.3471- |
| 2013 | 386 | 590,382 | 590,382 | 0.720000 | 4,250.75 | 22.2821- |
| 2012 | 386 | 581,860 | 581,860 | 0.940000 | 5,469.48 | 41.1311- |
| 5 Year Comparison | | 389.8094 | 309.8091 | 50.9321- | 142.2901 | |

SIGN UP FOR EMAIL STATEMENTS AT texaspayments.com/101386 USING YOUR SECURE #2624568000

MAKE CHECKS PAYABLE TO:
HARRIS-MONTGOMERY COUNTIES MUD 386
822 WEST PASADENA BLVD
DEER PARK, TX 77536-5749

(281)479-7798

PROPERTY DESCRIPTION
0000003 THORNBLADE CIR
LT 1 BLK 2
THE WOODLANDS CARLTON WOODS
CREEKSIDE 3          IN THE
VILLAGE OF CREEKSIDE PARK

HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON, TX  77019-6710

RETURN THIS PORTION WITH YOUR PAYMENT

2017 TAX STATEMENT   01/30/2018

CAD NUMBER: 1255120020001
ACCT NO  : 6128
MTG CODE :           -

TAX DUE        :  $          13,252.50

DELINQUENCY DATE:     02/01/2018
AMOUNT DUE IF PAID IN:
FEBRUARY  (  7%)   $          14,180.18
MARCH     (  9%)   $          14,445.23
APRIL     ( 11%)   $          14,710.28
MAY       ( 13%)   $          14,975.33
JUNE      ( 15%)   $          15,240.38

# 2017 TAX STATEMENT
# TOMBALL INDEPENDENT SCHOOL DISTRICT

Brian Ludwig, Tax Assessor/Collector
(281) 357-3100 or visit: www.tomballisd.net

P.O. Box 276
TOMBALL, TEXAS 77377-0276

STATEMENT NBR: 2200235
ACCOUNT: 1255120020001

STATEMENT DATE: 10/23/2017
OWNER NAME: HOUTEX BUILDERS LLC
PARCEL ADDRESS:
0000003 THORNBLADE CIR

LEGAL DESCRIPTION: 0.000000
LT 1 BLK 2 THE WOODLANDS CARLT
ON WOODS CREEKSIDE 3 IN THE VI
LLAGE OF CREEKSIDE PARK

PIDN: 1255120020001

| LAND MARKET | IMPR MARKET | TOTAL MARKET | LESS CAPPED | APPRAISED |
|---|---|---|---|---|
| $1,401,038 | $1,448,962 | $2,850,000 | $0 | $2,850,000 |

| TAXING ENTITIES | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE PER $100 | BASE RATE | PENALTY & INTEREST |
|---|---|---|---|---|---|
| TOMBALL ISD | $0 | $2,850,000 | 1.340000 | $38,190.00 | $0.00 |

ASSESSMENT RATIO: 100%
TOTAL 2017 BASE TAX DUE     $38,190.00

DELINQUENCY DATE: 02/01/2018
Total AMOUNT DUE  | $38,190.00 |

## PENALTY AND INTEREST

In accordance with state laws, delinquent tax payments
incur added costs of up to a 12% penalty, and interest
at 12% per annum. For payments made by mail, the
official postmark of the U.S. Postal Service shall determine
whether payments have been made on a timely basis.

**IF YOU ARE RECEIVING AN 'OVER 65' OR DISABILITY EXEMPTION, YOU QUALIFY FOR INSTALLMENT PAYMENTS.
CALL THIS TAX OFFICE FOR MORE INFORMATION.**

----- PLEASE RETURN THIS PORTION WITH PAYMENT -----

# TAX STATEMENT 2017

| TOTAL AMOUNT DUE |
|---|
| $38,190.00 |

1255120020001

PIDN: 1255120020001

MAKE CHECKS PAYABLE TO:
TOMBALL ISD
PO BOX 276
TOMBALL, TX 77377-0276

HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON,TX 77019-6710

DELINQUENT DATE: 02/01/2018

| Paid In | PENALTY | AMOUNT DUE |
|---|---|---|
| FEB | 7% | 40,863.30 |
| MAR | 9% | 41,627.10 |
| APR | 11% | 42,390.90 |
| MAY | 13% | 43,154.70 |
| JUN | 15% | 43,918.50 |

0071 0148



**ANN HARRIS BENNETT**
Tax Assessor-Collector
P.O. Box 3547
Houston, Texas 77253-3547

**2017 Property Tax Statement**
e-Bill Code 6438653517

| Statement Date | October 31, 2017 |
|---|---|
| **Account Number** | |
| 125-512-002-0001 | |



*0606574  G
HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON TX 77019-6710

| Taxing Jurisdiction | Exemptions | Taxable Value | Rate per $100 | Taxes |
|---|---|---|---|---|
| Harris County | 0 | 2,850,000 | .4180100 | $11,913.29 |
| Harris County Flood Control Dist | 0 | 2,850,000 | .0283100 | $806.84 |
| Port of Houston Authority | 0 | 2,850,000 | .0125600 | $357.96 |
| Harris County Hospital District | 0 | 2,850,000 | .1711000 | $4,876.35 |
| Harris County Dept. of Education | 0 | 2,850,000 | .0051950 | $148.06 |
| Lone Star College System | 0 | 2,850,000 | .1078000 | $3,072.30 |
| Emergency Service Dist #11 (EMS) | 0 | 2,850,000 | .0390400 | $1,112.64 |

| Property Description |
|---|
| 3 THORNBLADE CIR 77389 |
| LT 1 BLK 2 |
| THE WOODLANDS CARLTON WOODS CREEKSIDE 3 |
| IN THE VILLAGE OF CREEKSIDE PARK |

| Appraised Values | |
|---|---|
| Land - Market Value | 1,401,038 |
| Impr - Market Value | 1,448,962 |
| Total Market Value | 2,850,000 |
| Less Capped Mkt Value | 0 |
| Appraised Value | 2,850,000 |

| Total 2017 Taxes Due By January 31, 2018 | $22,287.44 |
|---|---|
| Payments Applied To 2017 Taxes | ($0.00) |
| Total Current Taxes Due (Including Penalties) | $22,287.44 |
| Prior Year(s) Delinquent Taxes Due (If Any) | $0.00 |

| Exemptions/Deferrals |
|---|

**Total Amount Due By January 31, 2018**   **$22,287.44**



| Penalty and Interest for Paying Late | Rate | Current Taxes | Delinquent Taxes | Total |
|---|---|---|---|---|
| By February 28, 2018 | 7% | $23,847.55 | $0.00 | $23,847.55 |
| By March 31, 2018 | 9% | $24,293.33 | $0.00 | $24,293.33 |
| By April 30, 2018 | 11% | $24,739.06 | $0.00 | $24,739.06 |
| By May 31, 2018 | 13% | $25,184.81 | $0.00 | $25,184.81 |
| By June 30, 2018 | 15% | $25,630.56 | $0.00 | $25,630.56 |

**Tax Bill Increase (Decrease) from 2012 to 2017: Appr Value 390%  Taxable Value 390%  Tax Rate -1%  Tax Bill 387%**

---



Detach at the perforation and return this coupon with your payment. Keep top part for your records.
*See reverse side for additional information.*
**PAYMENT COUPON**

| Statement Date October 31, 2017 |
|---|
| **Account Number** |
| 125-512-002-0001 |
| **Amount Enclosed** |
| |

*If you are paying multiple tax accounts with a single check, please enclose all of the coupons with your payment to ensure proper credit to each account.*



HOUTEX BUILDERS LLC
2402 ELMEN ST
HOUSTON TX 77019-6710

IF YOU ARE 65 YEARS OF AGE OR
OLDER OR ARE DISABLED AND THE
PROPERTY DESCRIBED IN THIS DOCUMENT
IS YOUR RESIDENCE HOMESTEAD, YOU
SHOULD CONTACT THE APPRAISAL
DISTRICT REGARDING ANY ENTITLEMENT
YOU MAY HAVE TO A POSTPONEMENT
IN THE PAYMENT OF THESE TAXES.

Make check payable to:

**ANN HARRIS BENNETT**
Tax Assessor-Collector
P.O. Box 4622
Houston, Texas 77210-4622

Scan the QR Code to pay
online or visit www.hctax.net




12551200200010 2017 002228744 002384755 002429333 002473906

CSI REV 8/17

5708-TAX STMT