

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/08/2020

| | | |
|---|---|---|
| IN RE: | § | |
| HOUTEX BUILDERS, LLC, *et al* | § | CASE NO: 18-34658 |
| | § | |
| 415 SHADYWOOD, LLC | § | CASE NO: 18-34659 |
| | § | |
| 2203 LOOSCAN LANE, LLC | § | CASE NO: 18-34660 |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER

On December 8, 2020, during hearing on the Objection to Claim of CD Homes (ECF No. 334), the court made an oral ruling allowing supplementation of the record. This order memorializes that oral ruling. CD Homes may move to supplement the record and seek to have admitted into evidence invoices that it claims were paid by credit card by filing a single document that contains (1) the invoices for each project (2) the credit card statement indicating that invoice was paid (3) the canceled check that shows the credit card was paid.

The motion and supplement should be filed not later than December 13, 2020. The court will thereafter rule by order on the admissibility of the supplement.

SO ORDERED.

    SIGNED: 12/08/2020.

_____
Jeffrey P. Norman
United States Bankruptcy Judge