

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/09/2021

| | | |
|---|---|---|
| IN RE: | § | |
| HOUTEX BUILDERS, LLC, *et al* | § | CASE NO: 18-34658 |
| | § | |
| 415 SHADYWOOD, LLC | § | CASE NO: 18-34659 |
| | § | |
| 2203 LOOSCAN LANE, LLC | § | CASE NO: 18-34660 |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER SETTING HEARING

Hearing is set on the Joint Emergency Motion for Authority to Compromise Disputes Among the Debtors, Charles Foster and Spirit of Texas Bank (ECF No. 696) at 09:30 a.m. on March 16, 2021, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas.  The response deadline is 5:00 p.m. on March 15, 2021.  Requested relief that is unopposed by written response prior to the response deadline may be ruled on without the necessity of a hearing.  The Court may grant or deny any relief sought in any motion/application or objection without hearing based on responsive pleadings.  The movant shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service; **or** file and serve a hearing notice within 24 hours, which must include the response deadline.

Parties should reference the court's website[1] for remote connection instructions.  In person court appearances are suspended pending further order of the court.[2]

SO ORDERED.

SIGNED: 03/09/2021.

_____
Jeffrey P. Norman
United States Bankruptcy Judge

---

[1] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman
[2] https://www.txs.uscourts.gov/bankruptcy/genord General Order 2020-20.

1 / 1