

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/16/2021

| | |
|---|---|
| In re: | Case No. 18-34658 |
| Houtex Builders, LLC, *et al.*[1] | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER GRANTING DEBTORS' MOTION TO STRIKE ANNA WILLIAMS'S RESPONSE TO JOINT EMERGENCY MOTION FOR AUTHORITY TO COMPROMISE DISPUTES**
[Relates to ECFs 696 and 705]

The Court, having considered Debtors' motion to strike *Anna Williams's Response To Joint Emergency Motion For Authority To Compromise Disputes* [ECF 705], the record in this case including the *Joint Emergency Motion For Authority To Compromise Disputes Among the Debtors, Charles Foster and Spirit of Texas Bank ssb Under Bankruptcy Rule 9019* [ECF 696] (the "Settlement Motion") and the Settlement Agreement attached thereto, and the applicable law, finds and concludes that the motion is with merit and since Williams's claims in these cases have been disallowed, Williams no longer has a legal protected interest in this proceeding and she lacks standing to object to the Settlement Motion.  Accordingly, the Court GRANTS the Motion and strikes Williams's Response.

Houston, Texas

Signed: March 16, 2021

Jeffrey P. Norman
United States Bankruptcy Judge

---

[1] The names of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HouTex Builders, LLC (2111); 2203 Looscan Lane, LLC (1418); and 415 Shadywood, LLC (7627).