

ENTERED
03/16/2021

## UNITED STATES BANKRUPTCY COURT
## THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HOUTEX BUILDERS, LLC | § | Case No. 18-34658 |
| | § | |
| 415 SHADYWOOD, LLC | § | Case No. 18-34659 |
| | § | |
| 2003 LOOSCAN LANE, LLC | § | Case No. 18-34990 |
| | § | |
| Debtors | § | Jointly Administered |

### ORDER GRANTING MOTION FOR AUTHORITY TO COMPROMISE DISPUTES AMONG THE DEBTORS, CHARLES FOSTER AND SPIRIT OF TEXAS BANK SSB UNDER BANKRUPTCY RULE 9019

Upon consideration of the *Joint Emergency Motion For Authority To Compromise Disputes Among the Debtors, Charles Foster and Spirit of Texas Bank ssb Under Bankruptcy Rule 9019* (the "Motion") any responses to the Motion, the representations of counsel and evidence adduced at any hearing on the Motion, and the record in this case, the Court finds that (i) notice of the Motion and any hearing was adequate and appropriate under the circumstances, (ii) the settlement is within the sound business judgment of the Debtors, (iii) emergency consideration was warranted under the circumstances, and (iv) good cause exists to approve the settlement, and therefore it is ORDERED that:

1. The Settlement Agreement at Exhibit A to the Motion is approved and the Debtors are authorized to enter into it and perform under it.

2. The Debtors, Charles Foster, and Spirit of Texas Bank ssb (the "Bank") are authorized and directed to take all actions necessary to effectuate the relief granted in this order. This includes, without limitation, the following payments and setoff: (a) the Bank's setoff of

$252,504.00 of HouTex Builders, LLC deposits at the Bank against the Bank's allowed claim, (b) HouTex Builders, LLC's payment to the Bank of $149,786.50 representing the remaining sale proceeds from the sale of the 3 Thornblade property, and (c) Charles Foster's payment of $200,000.00 to the Bank.

3. All claims of the Debtors and Charles Foster against HL Builders, LLC f/k/a CD Homes LLC, Anna Williams, Robert Parker and Jim Norad and any of their respective affiliates successors, assigns, and related parties are assigned to the Bank.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order and the Settlement Agreement.

Houston, Texas

Signed: March 16, 2021

Jeffrey P. Norman
United States Bankruptcy Judge