CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

AGING OF POST-PETITION LIABILITIES
MONTH: February

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | Other |
|---|---|---|---|---|---|---|
| 0-30 | 1,089.30 | | | | | 1,089.30 |
| 31-60 | 1,206.02 | | | | | 1,206.02 |
| 61-90 | 1,206.02 | | | | | 1,206.02 |
| 91+ | 495,328.16 | | | | | 495,328.16 |
| TOTAL | $498,829.50 | $0.00 | $0.00 | $0.00 | $0.00 | $498,829.50 |

AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

*[signature]*
4-13-21

*MOR-1*

# UNITED STATES BANKRUPTCY COURT

| | | | |
|---|---|---|---|
| CASE NAME: | HouTex Builders LLC | PETITION DATE: | 8/23/2018 |
| CASE NUMBER: | 18-34658 | DISTRICT OF TEXAS: | Southern |
| PROPOSED PLAN DATE: | | DIVISION: | Houston |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH February *    YEAR 2021

| MONTH | September | October | November | December | January | February | June | July | August | September | October | November | December | January | February |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 2,575,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -1,501.74 | -5,398.89 | -2,265.93 | -23,372.97 | -7,173.99 | -9,762.31 | 0.00 | -910.25 | -13,295.00 | -3,335.50 | -13,895.62 | 0.00 | -14.17 | -663.74 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -1,502.17 | -5,412.22 | -18,489.85 | -87,300.31 | -43,155.84 | -41,578.79 | -25,644.53 | -2,085.44 | -39,040.08 | -29,041.67 | -39,590.48 | -1,167.11 | -25,759.27 | -1,869.76 | -1,089.30 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 2,266.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,295.00 | 3,335.50 | 13,245.62 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 1,501.74 | 5,388.24 | 23,157.74 | 82,068.09 | 44,752.46 | 41,123.26 | 24,539.06 | 910.25 | 37,834.06 | 27,874.56 | 38,384.46 | 0.00 | 24,553.25 | 663.74 | 0.00 |

*This monthly operating report includes all amounts from the Petition Date through February 28, 2021.

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE | | | | CIRCLE ONE | |
|---|---|---|---|---|---|---|
| | | Are all accounts receivable being collected within terms? | | | Yes | No |
| | | Are all post-petition liabilities, including taxes, being paid within terms? | | | Yes | No |
| | | Have any pre-petition liabilities been paid? | | | Yes | No |
| CASUALTY | YES ( ) NO (X) | - - | If so, describe | | | |
| LIABILITY | YES ( ) NO (X) | - - | Are all funds received being deposited into DIP bank accounts? | | Yes | No |
| VEHICLE | YES ( ) NO (X) | - - | Were any assets disposed of outside the normal course of business? | | Yes | No |
| WORKER'S | YES ( ) NO (X) | - - | If so, describe | | | |
| OTHER | YES ( ) NO (X) | - - | Are all U.S. Trustee Quarterly Fee Payments current? | | Yes | No |
| | | What is the status of your Plan of Reorganization? | | | | |

| | | |
|---|---|---|
| ATTORNEY NAME: | Charles Rubio | *I certify under penalty of perjury that the following complete* |
| FIRM NAME: | Parkins Lee & Rubio LLP | *Monthly Operating Report (MOR), consisting of MOR-1 through* |
| ADDRESS: | 50 Main St, Suite 1000 | *MOR-9 plus attachments, is true and correct.* |
| CITY, STATE, ZIP: | White Plains, NY 10606 | SIGNED X _____ Manager |
| TELEPHONE/FAX: | 212-763-3331 | (ORIGINAL SIGNATURE) |
| | | Charles Foster |
| | | (PRINT NAME OF SIGNATORY)          DATE |

*MOR-1*

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## COMPARATIVE BALANCE SHEETS

| ASSETS | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | | | | | |
| Cash | 568,126.66 | 514,614.14 | 514,614.14 | 490,075.08 | 514,164.83 | 476,330.77 | 448,456.21 | 410,071.75 | 410,071.75 | 385,518.50 | 384,854.76 | 384,854.76 |
| Accounts Receivable, Net | | | | | | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | | | | | | |
| Prepaid Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Investments | | | | | | | | | | | | |
| Other | | | | | | | | | | | | |
| TOTAL CURRENT ASSETS | 568,126.66 | 514,614.14 | 514,614.14 | 490,075.08 | 514,164.83 | 476,330.77 | 448,456.21 | 410,071.75 | 410,071.75 | 385,518.50 | 384,854.76 | 384,854.76 |
| **PROPERTY, PLANT & EQUIP. @ COST** | | | | | | | | | | | | |
| Less Accumulated Depreciation | | | | | | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | | | | | | |
| 1. Tax Deposits | | | | | | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | | | | | | |
| 3. Electric Deposit* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Real property* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL ASSETS | $568,126.66 | $514,614.14 | $514,614.14 | $490,075.08 | $514,164.83 | $476,330.77 | $448,456.21 | $410,071.75 | $410,071.75 | $385,518.50 | $384,854.76 | $384,854.76 |

**MOR-2**

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 461,053.45 | 462,158.92 | 463,301.24 | 464,406.71 | 490,581.90 | 491,787.92 | 492,955.03 | 494,161.05 | 495,328.16 | 496,534.18 | 497,740.20 | 498,829.50 |
| PRE-PETITION LIABILITIES | | | | | | | | | | | | |
| Notes Payable - Secured | 1,272,204.14 | 1,272,204.14 | 1,272,204.14 | 1,272,204.14 | 1,272,204.14 | 1,272,204.14 | 1,272,204.14 | 1,272,204.14 | 1,272,204.14 | 1,272,204.14 | 1,272,204.14 | 1,272,204.14 |
| Priority Debt | | | | | | | | | | | | |
| Federal Income Tax | | | | | | | | | | | | |
| FICA/Withholding | | | | | | | | | | | | |
| Unsecured Debt | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 | 540,340.04 |
| Other - Option fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL PRE-PETITION LIABILITIES | 1,812,544.18 | 1,812,544.18 | 1,812,544.18 | 1,812,544.18 | 1,812,544.18 | 1,812,544.18 | 1,812,544.18 | 1,812,544.18 | 1,812,544.18 | 1,812,544.18 | 1,812,544.18 | 1,812,544.18 |
| **TOTAL LIABILITIES** | 2,273,597.63 | 2,274,703.10 | 2,275,845.42 | 2,276,950.89 | 2,303,126.08 | 2,304,332.10 | 2,305,499.21 | 2,306,705.23 | 2,307,872.34 | 2,309,078.36 | 2,310,284.38 | 2,311,373.68 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | | | | | |
| PREFERRED STOCK | | | | | | | | | | | | |
| COMMON STOCK | | | | | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 | -386,665.48 |
| RETAINED EARNINGS: Filing Date | | | | | | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | -1,319,947.81 | -1,373,423.48 | -1,374,565.80 | -1,400,210.33 | -1,402,295.77 | -1,441,335.85 | -1,470,377.52 | -1,509,968.00 | -1,511,135.11 | -1,536,894.38 | -1,538,764.14 | -1,539,853.44 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -1,706,613.29 | -1,760,088.96 | -1,761,231.28 | -1,786,875.81 | -1,788,961.25 | -1,828,001.33 | -1,857,043.00 | -1,896,633.48 | -1,897,800.59 | -1,923,559.86 | -1,925,429.62 | -1,926,518.92 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $566,984.34 | $514,614.14 | $514,614.14 | $490,075.08 | $514,164.83 | $476,330.77 | $448,456.21 | $410,071.75 | $410,071.75 | $385,518.50 | $384,854.76 | $384,854.76 |

MOR-3

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | | | | | | | | |
| TAX PAYABLE | | | | | | | | | | | | | |
|   Federal Payroll Taxes | | | | | | | | | | | | | |
|   State Payroll Taxes | | | | | | | | | | | | | |
|   Ad Valorem Taxes | | | | | | | | | | | | | |
|   Other Taxes | | | | | | | | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | | | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | | | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | | | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | | | | | | | | |
| 1. Accrued interest on DIP Financing | 11,582.32 | 12,724.64 | 13,830.11 | 14,972.43 | 16,077.90 | 17,253.09 | 18,459.11 | 19,626.22 | 20,832.24 | 21,999.35 | 23,205.37 | 24,411.39 | 25,500.69 |
| 2. Dip financing | 448,328.81 | 448,328.81 | 448,328.81 | 448,328.81 | 448,328.81 | 473,328.81 | 473,328.81 | 473,328.81 | 473,328.81 | 473,328.81 | 473,328.81 | 473,328.81 | 473,328.81 |
| 3. Insurance payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $459,911.13 | $461,053.45 | $462,158.92 | $463,301.24 | $464,406.71 | $490,581.90 | $491,787.92 | $492,955.03 | $494,161.05 | $495,328.16 | $496,534.18 | $497,740.20 | $498,829.50 |

*Payment requires Court Approval

**MOR-4**

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

### AGING OF POST-PETITION LIABILITIES
MONTH          February

| DAYS  | TOTAL       | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | Other       |
|-------|-------------|----------------|---------------|-------------|-------------------------|-------------|
| 0-30  | 1,089.30    |                |               |             |                         | 1,089.30    |
| 31-60 | 1,206.02    |                |               |             |                         | 1,206.02    |
| 61-90 | 1,206.02    |                |               |             |                         | 1,206.02    |
| 91+   | 495,328.16  |                |               |             |                         | 495,328.16  |
| TOTAL | $498,829.50 | $0.00          | $0.00         | $0.00       | $0.00                   | $498,829.50 |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH       |       |       |       |       |       |       |
|-------------|-------|-------|-------|-------|-------|-------|
| 0-30 DAYS   |       |       |       |       |       |       |
| 31-60 DAYS  |       |       |       |       |       |       |
| 61-90 DAYS  |       |       |       |       |       |       |
| 91+ DAYS    |       |       |       |       |       |       |
| TOTAL       | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

## STATEMENT OF INCOME (LOSS)

| | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | | | | | | | | | | | | 4,975,000.00 |
| TOTAL COST OF REVENUES | | | | | | | | | | | | | | 5,493,342.75 |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -518,342.75 |
| OPERATING EXPENSES: | | | | | | | | | | | | | | |
| Selling & Marketing | | | | | | | | | | | | | | -12,000.00 |
| General & Administrative | | | | | | | -64.75 | | | | | 14.17 | 13.74 | 78,829.09 |
| Insiders Compensation | | | | | | | | | | | | | | 0.00 |
| Professional Fees | | | 51,375.57 | | | | 13,295.00 | 3,335.50 | 13,245.62 | 0.00 | 0.00 | 0.00 | 0.00 | 149,154.94 |
| Insurance | | | 1,161.95 | | | | | | | | | | | 19,143.57 |
| Trustee fees | 975.00 | | 975.00 | | | 975.00 | | | 650.00 | 0.00 | 0.00 | 650.00 | | 8,450.00 |
| TOTAL OPERATING EXPENSES | 975.00 | 0.00 | 53,512.52 | 0.00 | 0.00 | 910.25 | 13,295.00 | 3,335.50 | 13,895.62 | 0.00 | 14.17 | 663.74 | 0.00 | 243,577.60 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -975.00 | 0.00 | -53,512.52 | 0.00 | 0.00 | -910.25 | -13,295.00 | -3,335.50 | -13,895.62 | 0.00 | -14.17 | -663.74 | 0.00 | -761,920.35 |
| INTEREST EXPENSE | 1,068.62 | 1,142.32 | 1,105.47 | 1,142.32 | 25,644.53 | 1,175.19 | 25,745.08 | 25,706.17 | 25,694.86 | 1,167.11 | 25,745.10 | 1,206.02 | 1,089.30 | 777,933.09 |
| DEPRECIATION | | | | | | | | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 1,068.62 | 1,142.32 | 1,105.47 | 1,142.32 | 25,644.53 | 1,175.19 | 25,745.08 | 25,706.17 | 25,694.86 | 1,167.11 | 25,745.10 | 1,206.02 | 1,089.30 | 777,933.09 |
| NET INCOME BEFORE TAXES | -2,043.62 | -1,142.32 | -54,617.99 | -1,142.32 | -25,644.53 | -2,085.44 | -39,040.08 | -29,041.67 | -39,590.48 | -1,167.11 | -25,759.27 | -1,869.76 | -1,089.30 | -1,539,853.44 |
| FEDERAL INCOME TAXES | | | | | | | | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($2,043.62) | ($1,142.32) | ($54,617.99) | ($1,142.32) | ($25,644.53) | ($2,085.44) | ($39,040.08) | ($29,041.67) | ($39,590.48) | ($1,167.11) | ($25,759.27) | ($1,869.76) | ($1,089.30) | ($1,539,853.44) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*
\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

| CASH RECEIPTS AND DISBURSEMENTS | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $569,101.66 | $568,126.66 | $568,126.66 | $514,614.14 | $514,614.14 | $490,075.08 | $514,164.83 | $476,330.77 | $448,456.21 | $410,071.75 | $410,071.75 | $385,518.50 | $384,854.76 | $0.00 |
| **RECEIPTS:** | | | | | | | | | | | | | | |
| 2. CASH SALES | | | | | | | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list)*** | | | | | | 25,000.00 | | | | | | | | 473,328.81 |
| 5. SALE OF ASSETS | | | | | | | | | | | | | | 654,906.78 |
| 6. OTHER (attach list)**** | | | | | | | | | | | | | | 14,788.92 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,143,024.51 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | | | | | | | 50.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | | | | | | | 8,957.10 |
| 12. INSURANCE | | | 1,161.95 | | | | | | | | | | | 21,675.39 |
| 13. INVENTORY PURCHASES | | | | | | | | | | | | | | 0.00 |
| 14. INTEREST EXPENSES | | | | | 24,539.06 | | 24,539.06 | 24,539.06 | 24,488.84 | 0.00 | 24,539.08 | | | 502,391.73 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | -64.75 | | | | | | | | 67,067.73 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | | | | 14.17 | 13.74 | | 422.86 |
| 18. OTHER (attach list) | | | | | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 1,161.95 | 0.00 | 24,539.06 | -64.75 | 24,539.06 | 24,539.06 | 24,488.84 | 0.00 | 24,553.25 | 13.74 | 0.00 | 600,564.81 |
| 19. PROFESSIONAL FEES | | | 51,375.57 | | | | 13,295.00 | 3,335.50 | 13,245.62 | 0.00 | 0.00 | 0.00 | 0.00 | 149,154.94 |
| 20. U.S. TRUSTEE FEES | 975.00 | | 975.00 | | | 975.00 | 0.00 | 0.00 | 650.00 | 0.00 | 0.00 | 650.00 | 0.00 | 8,450.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 975.00 | 0.00 | 53,512.52 | 0.00 | 24,539.06 | 910.25 | 37,834.06 | 27,874.56 | 38,384.46 | 0.00 | 24,553.25 | 663.74 | 0.00 | 758,169.75 |
| 22. NET CASH FLOW | -975.00 | 0.00 | -53,512.52 | 0.00 | -24,539.06 | 24,089.75 | -37,834.06 | -27,874.56 | -38,384.46 | 0.00 | -24,553.25 | -663.74 | 0.00 | 384,854.76 |
| 23. CASH - END OF MONTH (MOR-2) | $568,126.66 | $568,126.66 | $514,614.14 | $514,614.14 | $490,075.08 | $514,164.83 | $476,330.77 | $448,456.21 | $410,071.75 | $410,071.75 | $385,518.50 | $384,854.76 | $384,854.76 | $384,854.76 |

MOR-7

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match)
\*\*\* Advance from Charles Foster
\*\*\*\* January - Refund from construction vendor on home sold in prior month
\*\*\*\* May - Refund of prepaid insurance
\*\*\*\* June - 12,000 return of escrow from sale of asset prior to bankrupty and 500 option fee
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

CASE NAME: HouTex Builders LLC
CASE NUMBER: 18-34658

# CASH ACCOUNT RECONCILIATION
## MONTH OF February

| BANK NAME | Cadnece Bank | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #*****7665 | # | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 384,854.76 | | | | $384,854.76 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | | | | | $0.00 |
| ADJUSTED BANK BALANCE | $384,854.76 | $0.00 | $0.00 | $0.00 | $384,854.76 |
| BEGINNING CASH - PER BOOKS | 384,854.76 | | | | $384,854.76 |
| RECEIPTS* | | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | $0.00 |
| ENDING CASH - PER BOOKS | $384,854.76 | $0.00 | $0.00 | $0.00 | $384,854.76 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

**CASE NAME:** HouTex Builders LLC
**CASE NUMBER:** 18-34658

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Schmuck, Smith, Tees & Co PC | 0.00 | 0.00 | 1,953.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3,335.50 | | | | | |
| 2. Diamond McCarthy LLP | 0.00 | 0.00 | 49,422.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Parkins Lee & Rubio LLP | | | | | | | 13,295.00 | | 13,245.62 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $51,375.57 | $0.00 | $0.00 | $0.00 | $13,295.00 | $3,335.50 | $13,245.62 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-9**