

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXES
## HOUSTON DIVISION

ENTERED
06/01/2021

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 18-34658** |
| **HOUTEX BUILDERS, LLC, and** | § | |
| **415 SHADYWOOD, LLC** | § | **CHAPTER 11** |
| and | § | |
| **2203 LOOSCAN LANE, LLC,** | § | |
| | § | |
| Debtors. | § | |
| | § | |
| **HOUTEX BUILDERS, LLC** | § | |
| and | § | |
| **2203 LOOSCAN, LLC** | § | |
| and | § | |
| **415 SHADYWOOD, LLC** | § | |
| and | § | |
| **SPIRIT OF TEXAS BANK SSB,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 20-3237** |
| | § | |
| **HL BUILDERS, LLC** | § | |
| And **ANNA WILLIAMS,** | § | |
| | § | |
| Defendants. | § | |

## ORDER DISMISSING CASE

This adversary was abated following the Chapter 7 bankruptcy filed by one of the Defendants, Anna Williams, under Case No. 21-60032. Pursuant to the Agreed Order Dismissing Case entered in the underlying jointly administered Case No. 18-34658 on May 31, 2021 at ECF No. 765, this adversary is dismissed.

This adversary is closed.

SIGNED 06/01/2021

_____
Jeffrey Norman
United States Bankruptcy Judge